UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et. al.*, | : : : | |
| Plaintiffs, | : : | No. 1:05cv02183 (EGS) |
| v. | : : | |
| DONALD H. RUMSFELD, SECRETARY OF DEFENSE, *et. al.*, | : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I caused the First Amended Complaint for Declaratory and Injunctive Relief, which was filed electronically with the Court on November 14, 2005, to be served by certified mail, postage prepaid, upon the following:

Joseph W. LoBue
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7300
Washington, DC  20530


/s/ Sally M. Tedrow_____
Sally M. Tedrow

135712_1