IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD RUMSFELD, SECRETARY OF DEFENSE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:05CV02183 EGS<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

Shortly after this action was filed, counsel for plaintiffs advised defendants' counsel that they anticipated filing a motion for a temporary restraining order to prevent enforcement of portions of Subparts A, G, H and I of the regulation challenged in this action (hereinafter the "Regulation").

Counsel for the parties subsequently conferred and have now reached agreement on the terms set out below which are intended to eliminate any need for plaintiffs to seek a temporary restraining order and to establish a schedule that will lead to the expeditious resolution of the issues raised by plaintiffs in this action. Accordingly, subject to the approval of the Court, the parties to this action hereby stipulate and agree as follows:

1. Subpart H, Subpart I, and Section 9901.712(c) of the Regulation shall not be made effective or enforced before February 1, 2006.

2. Subpart A of the Regulation may become effective at any time on or after December 1, 2005, subject to the following conditions and with the following understandings between the parties:

   A. The Secretary or his designee(s) may engage in a continuing collaboration

          process with employee representatives with respect to implementing issuances pursuant to section 9901.106 of the Regulation and may promulgate implementing issuances at any time on or after December 1, 2005; however, any such implementing issuances shall not become effective before February 1, 2006;

    B.    The Secretary or his designee(s) may commence and/or continue training of managers, supervisors and employees concerning implementation of the National Security Personnel System established by the Regulation at any time.

3.    Plaintiffs shall file a motion for preliminary and/or permanent injunction on or before November 23, 2005. Defendants shall file a memorandum in opposition to plaintiffs' motion and in support of defendants' motion to dismiss on or before December 8, 2005. Plaintiffs shall file a memorandum in opposition to defendants' motion and a reply in support of plaintiffs' motion on or before December 22, 2005. Defendants shall file a reply in support of their motion to dismiss on or before January 5, 2006.

4.    Nothing in this Stipulation and Order shall prevent plaintiffs from seeking a temporary restraining order or other preliminary injunctive relief preventing enforcement of the challenged parts of the Regulation at any time on or after January 25, 2006.

AGREED:

s/ Joseph Goldberg 11/16/2005
JOSEPH GOLDBERG, Bar # 291096
Assistant General Counsel
MARK D. ROTH, Bar # 235473
General Counsel
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-6426
Attorneys for Plaintiffs

s/ Joseph Goldberg 11/16/2005
SALLY M. TEDROW, Bar # 938803
ROBERT MATISOFF, Bar # 210294A
KEITH R. BOLEK, Bar # 463129
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 362-0041
Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

s/ Joseph W. LoBue 11/16/2005
SUSAN K. RUDY, D.C. Bar # 369112
JOSEPH W. LOBUE, D.C. Bar # 293514
JONATHAN ZIMMERMAN, MA Bar # 654255
JEFFREY M. SMITH, D.C. Bar # 467936

Attorneys, U.S. Department of Justice
20 Massachusetts Avenue, N.W., Rm 7300
Washington, D.C. 20530
Telephone: (202) 514-4640
Attorneys for Defendants

**ORDER**

It is SO ORDERED. A status hearing to discuss an appropriate date for a hearing on the pending motions is scheduled for November 21, 2005 at 9:30 a.m.

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **November 17, 2005**