# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF GOVERNMENT :
EMPLOYEES, AFL-CIO, *et al.*,                    :
                                                 :
                       Plaintiffs,                    : Civil Action No.1:05CV02183 EGS
                                                 :
      v.                                       :
                                                 :
DONALD H. RUMSFELD, SECRETARY OF     :
DEFENSE, *et al.*,                                :
                                                 :
                     Defendants.                    :

# PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
## TO FILE MEMORANDUM OF POINTS AND AUTHORITIES
### IN EXCESS OF PAGE LIMIT

Plaintiffs American Federation of Government Employees, *et al.*, hereby respectfully move for leave to exceed the page limit for legal memoranda prescribed by Local Rule 7(e). Specifically, Plaintiffs request permission to file a memorandum in support of their motion for summary judgment not exceeding 70 pages in length. Plaintiffs also request (in exchange for Defendants' agreement not to oppose this motion) that Defendants be allowed to file a memorandum opposing Plaintiffs' motion and supporting Defendants' motion to dismiss that does not exceed 70 pages in length. In support of this motion, Plaintiffs state as follows:

1.    This lawsuit challenges lengthy, complex and far-reaching regulations promulgated by the Secretary of Defense and the Director of the Office of Personnel Management. *See* 70 Fed. Reg. 66,116. These regulations establish an entirely new personnel system at the Department of Defense, including, but not limited to, a totally revised labor-management relations system.

2.      The First Amended Complaint for Declaratory and Injunctive Relief was filed by 13 labor organizations representing over 350,000 employees of the Department of Defense. Plaintiffs seek an order enjoining the implementation of substantial portions of the final regulations, including the provisions establishing the new labor relations system and multiple other provisions affecting employee appeal rights.  The legal arguments pertaining to these provisions are multiple and complex, and cannot be presented effectively in a memorandum of 45 pages.

3.      Counsel for Plaintiffs and Defendants have conferred and agreed to a briefing schedule which will allow for an expeditious resolution of the issues presented in this action. (11/16/05 Stipulation and Order, Docket Entry No. 5.)   Under that agreed-upon schedule, Plaintiffs' motion for summary judgment on their request for preliminary and permanent injunctive relief is due to be filed on Wednesday, November 23, 2005, and Defendants' memorandum opposing that motion and supporting their own motion to dismiss is due on December 8, 2005.  In preparing their summary judgment papers to be filed on November 23, the Plaintiffs are making every effort to streamline their legal arguments.  However, they believe it is clear that they cannot cover all pertinent issues within the page restrictions of Local Rule 7(e).

4.      Plaintiffs' counsel, Sally Tedrow, has consulted with Defendants' counsel, Joseph LoBue, and Plaintiffs are authorized to represent that Defendants do not oppose Plaintiffs' motion, given Plaintiffs' consent to a similar waiver of Local Rule 7(e) page limits with respect to Defendants' December 8 memorandum.

5.      WHEREFORE, the Plaintiffs respectfully request that this motion be granted, and that the Court enter an order allowing them to file a memorandum in support of their motion for summary judgment that is up to 70 pages in length, and allowing Defendants to file a

memorandum opposing that motion and supporting Defendants' motion to dismiss that is also up to 70 pages in length.

Respectfully submitted,


Dated:  November 17, 2005           By:   /s/ Joseph Goldberg_____
                                          JOSEPH GOLDBERG, Bar # 291096
                                          Assistant General Counsel
                                          MARK D. ROTH, Bar # 235473
                                          General Counsel
                                          AMERICAN FEDERATION OF
                                          GOVERNMENT EMPLOYEES, AFL-CIO
                                          80 F Street, N.W.
                                          Washington, DC  20001
                                          (202) 639-6426


                                    By:   /s/ Sally M. Tedrow_____
                                          SALLY M. TEDROW, Bar #938803
                                          ROBERT MATISOFF, Bar #210294A
                                          KEITH R. BOLEK, Bar #463129
                                          O'DONOGHUE & O'DONOGHUE LLP
                                          4748 Wisconsin Avenue, N.W.
                                          Washington, DC  20016
                                          (202) 362-0041


                                    By:   /s/ Susan Tsui Grundmann_____
                                          SUSAN TSUI GRUNDMANN, Bar #433437
                                          General Counsel
                                          NATIONAL FEDERATION OF FEDERAL
                                          EMPLOYEES, FD-1, IAMAW, AFL-CIO
                                          1016 16th Street, N.W.
                                          Washington, DC  20036
                                          (202) 862-4400

                                        By:   /s/ Daniel M. Schember
                                              DANIEL M. SCHEMBER, Bar #237180
                                              GAFFNEY & SCHEMBER, P.C.
                                              1666 Connecticut Avenue, N.W.
                                              Suite 225
                                              Washington, DC  20009
                                              (202) 328-2244

                                              Attorneys for Plaintiffs

Of Counsel:

JEAN E. ZEILER
Senior Counsel
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, SEIU,
AFL-CIO
159 Burgin Parkway
Quincy, MA  02169
(617) 376-0220

JULIA AKINS CLARK, Bar #337493
General Counsel
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS, AFL-CIO
8630 Fenton Street, Suite 400
Silver Spring, MD  20910
(301) 565-9016

PATRICK J. SZYMANSKI, Bar #269654
General Counsel
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC  20001
(202) 624-6945

135788_1