# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, | : : : |
| Plaintiffs, | : Civil Action No.1:05CV02183 EGS : |
| v. | : : |
| DONALD H. RUMSFELD, SECRETARY OF DEFENSE, *et al.*, | : : : |
| Defendants. | : |

## **O R D E R**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File Memorandum of Points and Authorities in Excess of Page Limit, it is hereby

ORDERED that Plaintiffs' motion is GRANTED. Notwithstanding Local Rule 7(e), Plaintiffs may file a memorandum in support of their motion for summary judgment not exceeding 70 pages in length, and Defendants may file a memorandum opposing that motion and supporting Defendants' motion to dismiss not exceeding 70 pages in length.

Dated: November _____, 2005    _____
**EMMET G. SULLIVAN**
United States District Judge

cc's listed next page:

Copies to:

JOSEPH GOLDBERG
Assistant General Counsel
MARK D. ROTH
General Counsel
AMERICAN FEDERATION OF
 GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, N.W.
Washington, DC  20001

SALLY M. TEDROW
ROBERT MATISOFF
KEITH R. BOLEK
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016

SUSAN TSUI GRUNDMANN
General Counsel
NATIONAL FEDERATION OF FEDERAL
 EMPLOYEES, FD-1, IAMAW, AFL-CIO
1016 16th Street, N.W.
Washington, DC  20036

DANIEL M. SCHEMBER
GAFFNEY & SCHEMBER, P.C.
1666 Connecticut Avenue, N.W.
Suite 225
Washington, DC  20009

JEAN E. ZEILER
Senior Counsel
NATIONAL ASSOCIATION OF
 GOVERNMENT EMPLOYEES, SEIU,
 AFL-CIO
159 Burgin Parkway
Quincy, MA  02169

JULIA AKINS CLARK
General Counsel
INTERNATIONAL FEDERATION OF
 PROFESSIONAL AND TECHNICAL
 ENGINEERS, AFL-CIO
8630 Fenton Street, Suite 400
Silver Spring, MD  20910

PATRICK J. SZYMANSKI
General Counsel
INTERNATIONAL BROTHERHOOD OF
 TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC  20001

Joseph W. LoBue
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W., Room 7300
Washington, DC  20530

135789_1