UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et. al.*, | : |
| | : |
| Plaintiffs, | : No. 1:05cv02183 (EGS) |
| | : |
| v. | : |
| | : |
| DONALD H. RUMSFELD, SECRETARY OF DEFENSE**,** *et. al.*, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2005, I caused the Plaintiffs' Unopposed Motion for Leave to File Memorandum of Points and Authorities in Excess of Page Limit, which was filed electronically with the Court on November 17, 2005, to be served by first-class mail, postage prepaid, upon the following:

Joseph W. LoBue
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7300
Washington, DC  20530


/s/ Sally M. Tedrow_____
Sally M. Tedrow

135811_1