IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD RUMSFELD, SECRETARY OF DEFENSE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05CV02183 EGS <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey M. Smith will appear in this action on behalf of the Defendants as counsel. Joseph W. LoBue, who has previously entered his appearance, will continue to represent Defendants as well.

All future correspondence and other communications regarding this case should be directed to these attorneys at the following addresses:

**FOR U.S. MAIL**   Joseph W. LoBue
Jeffrey M. Smith
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

**FOR COURIER AND HAND DELIVERIES**   Joseph W. LoBue
Jeffrey M. Smith
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7328
Washington, D.C. 20001

<u>U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.</u>

Mr. Smith may be reached by phone at (202) 514-5751.  Faxes for Mr. Smith should be sent to (202) 616-8470.

>Respectfully submitted,
>
>PETER D. KEISLER
>Assistant Attorney General
>
>KENNETH L. WAINSTEIN
>United States Attorney
>
>   /s/ *Jeffrey M. Smith*
>SUSAN K. RUDY, D.C. Bar # 369112
>JOSEPH W. LOBUE, D.C. Bar # 293514
>JEFFREY M. SMITH, D.C. Bar # 467936
>JONATHAN ZIMMERMAN, MA Bar # 654255
>Attorneys, U.S. Department of Justice
>20 Massachusetts Avenue, N.W., Room 7300
>Washington, D.C.  20530
>Telephone:  (202) 514-5751
>
>Attorneys for Defendants