IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD RUMSFELD, SECRETARY OF<br>DEFENSE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:05CV02183 EGS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan E. Zimmerman will appear in this action on behalf of the Defendants as counsel. Joseph W. LoBue, and Jeffrey M. Smith who have previously entered their appearances, will continue to represent Defendants as well.

All future correspondence and other communications regarding this case should be directed to these attorneys at the following addresses:

**FOR U.S. MAIL**   Joseph W. LoBue
Jeffrey M. Smith
Jonathan E. Zimmerman
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044

| | |
|---|---|
| **FOR COURIER AND HAND DELIVERIES** | Joseph W. LoBue<br>Jeffrey M. Smith<br>Jonathan E. Zimmerman<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7300<br>Washington, D.C. 20001 |

<u>U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.</u>

Mr. Zimmerman may be reached by phone at (202) 353-0441.  Faxes for Mr. Zimmerman should be sent to (202) 318-7610.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

  /s/ Jonathan E. Zimmerman
SUSAN K. RUDY, D.C. Bar # 369112
JOSEPH W. LOBUE, D.C. Bar # 293514
JEFFREY M. SMITH, D.C. Bar # 467936
JONATHAN E. ZIMMERMAN, MA Bar # 654255
Attorneys, U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7300
Washington, D.C.  20530
Telephone:  (202) 353-0441

Attorneys for Defendants