UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF GOVERNMENT   :
EMPLOYEES, AFL-CIO, *et. al.*,                     :
                                                                       :
                 Plaintiffs,             :         No. 1:05cv02183 (EGS)
                                                                       :
   v.                                                            :
                                                                       :
DONALD H. RUMSFELD, SECRETARY OF   :
DEFENSE**,** *et. al.*,                                    :
                                                                       :
                 Defendants.          :

## O R D E R

On consideration of Plaintiffs' Motion for Summary Judgment, the Opposition and Reply thereto, as well as the arguments presented at the hearing on January 24, 2006 in this case,  it is this ____ day of _____, 2006, it is hereby,

ORDERED that the Plaintiff's Motion for Summary Judgment is granted in its entirety; and it is further

DECLARED and ADJUDGED that, in violation of 5 U.S.C. § 9902(m)(3), defendants have developed a labor relations system without affording plaintiffs and other employee representatives the opportunity to have meaningful discussions concerning its development; and it is further

ORDERED that defendants are enjoined from developing or implementing a labor relations system under 5 U.S.C. § 9902 unless and until they

      a.    disclose to plaintiffs and other employee representatives defendants' instructions to defendants' secret working groups, the secret groups' preliminary draft proposals, and other group work products that would have been shared with plaintiffs contemporaneously if defendants had not violated § 9902(m)(3); and

  b. afford plaintiffs and other employee representatives the opportunity to engage in meaningful discussions concerning the development of the new labor relations system with the members of the secret working groups or other appropriate group that is tasked with developing the new system; and

  c. that defendants are enjoined from implementing any new labor relations system until they have complied with the requirements of § 9902(m)(3);

IT IS FURTHER DECLARED and ADJUDGED that each of the following sections or subsections of Defendants' final regulation, 70 Fed. Reg. 66116, *et seq.* (Nov. 1, 2005) is not in accordance with law, and ORDERED that each of them is set aside:

  a. § 9901.104(f);

  b. § 9901.103 (to the extent the National Security Personnel System is defined to exclude labor relations system from human resources management system);

  c. § 9901.106;

  d. § 9901.905(a);

  e. § 9901.917(d)(1);

  f. § 9901.910;

  g. § 9901.903 (to the extent the phrase "issued for the purpose" is included in the definition of "grievance"; to the extent "condition of employment" is defined to exclude "pay of any employee" in subparagraph (3); and, the last sentence of definition of "supervisor");

  h. § 9901.914(a)(2);

  i. §§ 9901.914(c)(1), (2), and (4);

  j. § 9901.914(a)(4);

  k. § 9901.916(a)(7);

  l. §§ 9901.907 and .908; and

  m. § 9901.305; and it is further

ORDERED that defendants are enjoined from implementing or enforcing Subpart I of defendants' regulation (the subpart establishing the labor relations system);

IT IS FURTHER DECLARED and ADJUDGED that each of the following sections or subsections of the Defendants' final regulation is not in accordance with law and ORDERED that each of them is set aside:

  a. §§ 9901.712(c), .807(f)(v), .808(b) and (c), and .922(f)(2);

  b. § 9901.922(c)(4);

  c. § 9901.923(a);

  d. §§ 9901.807(f)(2) and .922(f)(2);

  e. §§ 9901.807(g)(2)(ii)(A) and (B);

  f. § 9901.807(f)(5)(i);

  g. § 9901.807(f)(3); and

  h. § 9901.807(f)(4); and it is further

ORDERED that defendants are enjoined from implementing or enforcing any of the portions of defendants' regulation listed in subparagraphs a through h of the preceding paragraph.


Dated: _____, 2006    _____
                     **HONORABLE EMMET G. SULLIVAN**
                     United States District Judge

cc's listed next page:

Copies to:

JOSEPH GOLDBERG
Assistant General Counsel
MARK D. ROTH
General Counsel
AMERICAN FEDERATION OF
 GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, N.W.
Washington, DC 20001

SALLY M. TEDROW
ROBERT MATISOFF
KEITH R. BOLEK
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

SUSAN TSUI GRUNDMANN
General Counsel
NATIONAL FEDERATION OF FEDERAL
 EMPLOYEES, FD-1, IAMAW, AFL-CIO
1016 16th Street, N.W.
Washington, DC 20036

DANIEL M. SCHEMBER
GAFFNEY & SCHEMBER, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, DC 20009

JEAN E. ZEILER
Senior Counsel
NATIONAL ASSOCIATION OF
 GOVERNMENT EMPLOYEES, SEIU,
 AFL-CIO
159 Burgin Parkway
Quincy, MA 02169

JULIA AKINS CLARK
General Counsel
INTERNATIONAL FEDERATION OF
 PROFESSIONAL AND TECHNICAL
 ENGINEERS, AFL-CIO
8630 Fenton Street, Suite 400
Silver Spring, MD 20910

PATRICK J. SZYMANSKI
General Counsel
INTERNATIONAL BROTHERHOOD OF
 TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001

JEFFREY MICHAEL SMITH
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20529-0001

JOSEPH W. LOBUE
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W., Room 7300
Washington, DC 20530

JONATHAN ELI ZIMMERMAN
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
20 Massachusetts Avenue, NW
Suite 7223
Washington, DC 20001

135989_1