

EXHIBIT
A

# DEFENSE FINANCE AND ACCOUNTING SERVICE OPERATING LOCATION MULTI-UNIT MASTER AGREEMENT

**AGREEMENT BETWEEN**
**DEFENSE FINANCE AND ACCOUNTING SERVICE**
**AND**
**AMERICIAN FEDERATION OF GOVERNMENT**
**EMPLOYEES**
**OPERATING LOCATION LOCALS**
**(AFL-CIO)**

**Effective June 16, 1999**

**0036**

# TABLE OF CONTENTS

*PURPOSE* ...................................................................................2

**ARTICLE 1** .................................................................................3

**UNITS OF RECOGNITION** ...........................................................3

    SECTION 1 - EXCLUSIVE REPRESENTATIVE.......................................  3

    SECTION 2 - RECOGNIZED UNITS...............................................  3

    SECTION 3 - CHANGES TO UNITS...............................................  6

**ARTICLE 2** .................................................................................6

**GOVERNING LAWS AND REGULATIONS** ......................................6

    SECTION 1 - GENERAL........................................................  6

    SECTION 2 - DFAS REGULATIONS.............................................  6

**ARTICLE 3** .................................................................................7

**EMPLOYEE RIGHTS**.....................................................................7

    SECTION 1 - GENERAL........................................................  7

    SECTION 2 - EMPLOYEE RIGHT TO PARTICIPATE................................  7

    SECTION 3 - EMPLOYEE NOTIFICATION OF WEINGARTEN RIGHTS...................  7

    SECTION 4 - EMPLOYEE CONCERNS.............................................  7

**ARTICLE 4** .................................................................................8

**UNION RIGHTS AND DUTIES** ......................................................8

    SECTION 1 - REPRESENTATION RIGHTS........................................  8

    SECTION 2 - FORMAL MEETINGS AND WEINGARTEN RIGHTS........................  8

    SECTION 3 - PRODUCTION OF DOCUMENTS AND DATA.............................  9

**ARTICLE 5** .................................................................................10

**MANAGEMENT RIGHTS** .............................................................10

**0037**

**ARTICLE 6** ...................................................................................11

**LABOR - MANAGEMENT COMMITTEE**.........................................................11

SECTION 1 - GENERAL...................................................... 11

SECTION 2 - MEMBERSHIP.................................................... 11

SECTION 3 - MEETINGS..................................................... 12

SECTION 4 - MINUTES...................................................... 12

**ARTICLE 7** ...................................................................................13

**TRAINING OF UNION OFFICERS AND STEWARDS** ...................................13

SECTION 1 - GENERAL...................................................... 13

SECTION 2 - AFGE-SPONSORED TRAINING...................................... 13

SECTION 3 - EXCUSED ABSENCES............................................. 13

SECTION 4 - LIMIT ON TOTAL EXCUSED ABSENCES FOR TRAINING................. 13

**ARTICLE 8** ...................................................................................14

**USE OF FACILITIES BY THE UNION**..........................................................14

**ARTICLE 9** ...................................................................................14

**OFFICIAL TIME AND TRAVEL OF UNION OFFICERS AND STEWARDS**..................14

SECTION 1 - GENERAL...................................................... 14

SECTION 2 - REPRESENTATIONAL FUNCTIONS................................... 14

SECTION 3 - RELEASE PROCEDURE............................................ 15

SECTION 4 - EQUAL REPRESENTATION......................................... 16

SECTION 5 -  OFFICIAL TIME FOR COMMITTEES................................ 16

SECTION 6 - LISTS OF UNION OFFICIALS AND REPRESENTATIVES................. 16

SECTION 7 - LISTS OF EMPLOYEES IN THE BARGAINING UNIT.................... 16

SECTION 8 - TRAVEL TIME.................................................. 17

SECTION 9 - EXCLUSIONS FROM OFFICIAL TIME................................ 17

SECTION 10 - BINDING AGREEMENTS.......................................... 17

SECTION 11 - REASSIGNMENT OF UNION REPRESENTATIVES........................ 17

## ARTICLE 10 ................................................................18

## PAYROLL ALLOTMENTS FOR WITHHOLDING OF DUES ..........................................18

SECTION 1 - GENERAL.................................................... 18

SECTION 2 - AUTHORIZATION OF PAYROLL ALLOTMENT.......................... 18

SECTION 3 - TERMINATION OF AUTHORIZATION............................... 19

SECTION 4 - PROCESSING PAYROLL ALLOTMENTS.............................. 20

## ARTICLE 11 ................................................................21

## HOURS OF WORK.............................................................21

SECTION 1 - STANDARD WORKWEEK.......................................... 21

SECTION 2 - STANDARD TOUR OF DUTY...................................... 21

SECTION 3 - ALTERNATIVE WORK SCHEDULES................................. 21

SECTION 4 - CHANGES.................................................... 21

SECTION 5 - BREAKS..................................................... 21

SECTION 6 - SHIFT WORK................................................. 22

SECTION 7 - START-UP TIME/CLEAN-UP TIME................................ 22

## ARTICLE 12 ................................................................22

## ALTERNATIVE WORK SCHEDULES...............................................22

SECTION 1 - GENERAL.................................................... 22

SECTION 2 - DEFINITIONS................................................ 23

SECTION 3 - AWS PROVISIONS............................................. 23

SECTION 4 - PAY AND EXCUSED ABSENCE UNDER AWS ......................... 25

SECTION 5 - AWS RESTRICTIONS........................................... 26

SECTION 6 - RESOLVING CONFLICTING REQUIREMENTS......................... 26

## ARTICLE 13 ................................................................27

iii

**OVERTIME** .......................................................................................**27**

SECTION 1 - GENERAL.................................................................. 27

SECTION 2 - SCHEDULING AND APPROVAL................................... 27

SECTION 3 - CALL-BACK OVERTIME............................................. 28

SECTION 4 - ON-CALL OVERTIME................................................. 28

SECTION 5 - STAND-BY OVERTIME............................................... 28

SECTION  6 - ELECTRONIC DEVICES............................................ 29

SECTION 7 - LEAVE POLICY.......................................................... 29

SECTION 8 - BREAKS AND LUNCH................................................ 29

**ARTICLE 14** ......................................................................................**29**

**ANNUAL LEAVE** ...............................................................................**29**

SECTION 1 - GENERAL.................................................................. 29

SECTION 2 - CONSECUTIVE VACATION TIME................................ 29

SECTION 3 - RESOLVING CONFLICT............................................. 30

SECTION 4 - LEAVE USAGE INCREMENTS..................................... 30

SECTION 5 - EMERGENCY ANNUAL LEAVE................................... 30

**ARTICLE 15** ......................................................................................**31**

**SICK LEAVE** .....................................................................................**31**

SECTION 1 - GENERAL.................................................................. 31

SECTION 2 - APPROVAL AND NOTICE........................................... 31

SECTION 3 - PROOF...................................................................... 32

SECTION 4 - ADVANCE OF SICK LEAVE........................................ 32

SECTION 5 - CHARGE TO ANNUAL LEAVE.................................... 33

SECTION 6 - LEAVE USAGE INCREMENTS..................................... 33

**ARTICLE 16** ......................................................................................**33**

**OTHER ABSENCES**............................................................................**33**

iv

SECTION 1 - REGISTRATION AND VOTING.................................... 33

SECTION 2 - FUNERAL LEAVE............................................. 33

SECTION 3 - CLIMATIC AND EMERGENCY CONDITIONS......................... 33

SECTION 4 - COURT LEAVE.............................................. 34

SECTION 5 - BLOOD DONATION........................................... 34

SECTION 6 - LEAVE WITHOUT PAY........................................ 34

SECTION 7 - RELIGIOUS OBSERVANCES.................................... 34

SECTION 8 - FAMILY AND MEDICAL LEAVE................................. 35

## ARTICLE 17 ................................................................37

## HEALTH AND SAFETY.........................................................37

SECTION 1  - GENERAL................................................ 37

SECTION 2 - DEFINITIONS............................................. 38

SECTION 3 - CORRECTING CONDITIONS AND REPORTING..................... 38

SECTION 4 - COMMITTEES.............................................. 39

SECTION 5 - INSPECTIONS............................................. 39

SECTION 6 - PERSONAL PROTECTIVE EQUIPMENT AND CLOTHING.............. 40

SECTION 7 - HAZARDOUS ASSIGNMENTS................................... 40

SECTION 8 - BUILDING SECURITY....................................... 41

## ARTICLE 18 ................................................................41

## DISABILITY COMPENSATION ..................................................41

SECTION 1 - RESPONSIBILITIES........................................ 41

SECTION 2 - TYPES OF INJURIES....................................... 42

SECTION 3 - MEDICAL SERVICES........................................ 43

SECTION 4 - CONTINUATION OF PAY (COP)............................... 43

SECTION 5 - ACCOMMODATION AND LIGHT DUTY............................ 44

## ARTICLE 19 ................................................................44

## EMPLOYEE ASSISTANCE PROGRAMS .............................................44

0041

SECTION 1 - GENERAL................................................... 44

SECTION 2 - UNION-MANAGEMENT COOPERATION............................. 44

SECTION 3 - USE OF LEAVE UNDER THE PROGRAM.......................... 45

SECTION 4 - EMPLOYEE RIGHTS AND RESPONSIBILITIES.................... 45

SECTION 5 - MANAGEMENT RESPONSIBILITIES............................. 45

SECTION 6 - PROGRAM TRAINING-UNION PARTICIPATION................... 45

SECTION 7 - PROMOTING THE PROGRAM................................... 45

SECTION 8 - PROGRAM EVALUATION...................................... 46

# ARTICLE 20 .................................................................46

# EMPLOYEES WITH SPECIAL NEEDS ...............................46

# ARTICLE 21 .................................................................47

# DEPENDENT CARE ...........................................................47

SECTION 1 - GENERAL................................................. 47

SECTION 2 - TYPES OF PROGRAMS....................................... 47

# ARTICLE 22 .................................................................48

# VIDEO DISPLAY TERMINALS.................................................48

SECTION 1 - GENERAL................................................. 48

SECTION 2 - GUIDELINES.............................................. 49

# ARTICLE 23 .................................................................50

# PARKING ...................................................................50

# ARTICLE 24 .................................................................50

# MORALE/QUALITY OF WORK LIFE.............................................50

# ARTICLE 25 .................................................................51

# QUALITY INITIATIVES......................................................51

vi

**ARTICLE 26** ..................................................................**51**

**MERIT PROMOTION**..........................................................**51**

SECTION 1 - GENERAL.................................................... 51

SECTION 2 - DEFINITIONS ................................................ 52

SECTION 3 - RESPONSIBILITIES........................................... 53

SECTION 4 - NONCOMPETITIVE PLACEMENT ................................... 54

SECTION 5 - VACANCY ANNOUNCEMENTS ...................................... 57

SECTION 6 - APPLICATIONS............................................... 58

SECTION 7 - REASSIGNMENT REQUESTS ..................................... 59

SECTION 8 - EVALUATION/ELIGIBILITY REQUIREMENTS ....................... 60

SECTION 9 - RATING CANDIDATES.......................................... 61

SECTION 10 - CREDITING PLANS .......................................... 62

SECTION 11 - RANKING AND REFERRAL PROCEDURES .......................... 64

SECTION 12 - SELECTION PROCESS ........................................ 64

SECTION 13 - DOCUMENTATION AND INFORMATION REVIEW...................... 65

SECTION 14 - CAREER LADDERS............................................ 66

SECTION 15 - TEMPORARY PROMOTIONS/DETAILS ............................. 67

**ARTICLE 27** ..................................................................**67**

**CAREER ENHANCEMENT PROGRAM**............................................**67**

**ARTICLE 28** ..................................................................**68**

**INTERNAL REORGANIZATION** ...................................................**68**

SECTION 1 - GENERAL.................................................... 68

SECTION 2 - NOTIFICATION............................................... 68

**ARTICLE 29** ..................................................................**70**

**REDUCTION-IN-FORCE** ........................................................**70**

SECTION 1 - GENERAL.................................................... 70

vii

SECTION 2 - STATEMENT OF PRINCIPLES.................................. 70

SECTION 3 - NOTIFICATION............................................ 71

SECTION 4 - DOCUMENTATION........................................... 71

SECTION 5 - EFFECTIVE DATE.......................................... 71

SECTION 6 - OFFER OF POSITION....................................... 71

SECTION 7 - RESPONSE TO OFFER....................................... 72

SECTION 8 - COMPETITIVE LEVELS AND RETENTION REGISTERS.............. 72

SECTION 9 - SEPARATION.............................................. 72

SECTION 10 - WAIVER OF QUALIFICATIONS............................... 72

SECTION 11 - INFORMATION TO EMPLOYEES............................... 73

SECTION 12 - RETIREMENT............................................. 73

SECTION 13 - COMPETITIVE AREA....................................... 73

SECTION 14 - DISPLACEMENT........................................... 73

SECTION 15 - PERMANENT CHANGE OF STATION............................ 73

**ARTICLE 30** ........................................................**73**

**TRANSFER OF FUNCTION** ..............................................**73**

SECTION 1 - GENERAL................................................. 74

SECTION 2 - PROCEDURES.............................................. 74

SECTION 3 - DOCUMENTATION........................................... 74

SECTION 4 - PERMANENT CHANGE OF STATION IN CONNECTION WITH A TRANSFER OF
FUNCTION........................................................... 75

SECTION 5 - COMPETITIVE AREA........................................ 75

**ARTICLE 31** ........................................................**75**

**POSITION CLASSIFICATION** ..........................................**75**

SECTION 1 - GENERAL................................................. 75

SECTION 2 - PERFORMANCE OF OTHER DUTIES AS ASSIGNED................. 76

SECTION 3 - EMPLOYEE REQUEST TO REVIEW JOB DESCRIPTION.............. 76

SECTION 4 - REPRESENTATION.......................................... 76

SECTION 5 - SURVEYS................................................................76

SECTION 6 - UNION RECOMMENDED CHANGES...........................................77

SECTION 7 - DIFFERENTIAL PAY....................................................77

SECTION 8 - ACCRETION OF DUTIES.................................................77

## ARTICLE 32 .................................................................77

## EQUAL EMPLOYMENT OPPORTUNITY ..............................................77

SECTION 1 - GENERAL............................................................77

SECTION 2 - EXCHANGE OF INFORMATION............................................78

SECTION 3 - EEO COMMITTEES.....................................................78

SECTION 4 - EEO COUNSELORS.....................................................78

SECTION 5 - COMPLAINT PROCESSING...............................................78

## ARTICLE 33 .................................................................79

## PERSONNEL RECORDS...........................................................79

SECTION 1 - GENERAL............................................................79

SECTION 2 - OFFICIAL PERSONNEL FOLDER (OPF)....................................79

SECTION 3 - SUPERVISOR'S RECORD OF EMPLOYEE....................................80

SECTION 4 - CONTROL OF RECORDS.................................................80

## ARTICLE 34 .................................................................81

## EMPLOYEE DEVELOPMENT .......................................................81

SECTION 1 - GENERAL............................................................81

SECTION 2 - PAID TUITION.......................................................81

SECTION 3 - CHANGE IN TOUR OF DUTY.............................................81

SECTION 4 - ACCREDITATION......................................................82

## ARTICLE 35 .................................................................82

## PERFORMANCE MANAGEMENT PROGRAM.............................................82

SECTION 1 - GENERAL............................................................82

ix

SECTION 2 - PURPOSE AND OBJECTIVES OF PERFORMANCE MANAGEMENT PROGRAM..... 82

SECTION 3 - ESTABLISHMENT/MODIFICATION OF PERFORMANCE ELEMENTS AND
PERFORMANCE STANDARDS...................................................... 83

SECTION 4 - RATING PERFORMANCE.......................................... 84

SECTION 5 - IMPROVING UNSATISFACTORY PERFORMANCE AND PERFORMANCE
IMPROVEMENT PLAN (PIP).................................................... 84

SECTION 6 - REMEDIAL ACTIONS BASED ON UNACCEPTABLE PERFORMANCE.......... 85

**ARTICLE 36** ................................................................ **86**

**DENIAL OF WITHIN-GRADE INCREASE** ....................................... **86**

SECTION 1 - GENERAL.................................................... 86

SECTION 2 - EMPLOYEE NOTIFICATION...................................... 86

SECTION 3 - WITHIN-GRADE INCREASE POSTPONEMENT......................... 87

**ARTICLE 37** ................................................................ **87**

**INCENTIVE AWARDS** ........................................................ **87**

**ARTICLE 38** ................................................................ **87**

**DISCIPLINARY AND ADVERSE ACTIONS** ..................................... **87**

SECTION 1 - GENERAL.................................................... 88

SECTION 2 - PROGRESSIVE DISCIPLINE..................................... 88

SECTION 3 - INVESTIGATIONS............................................. 88

SECTION 4 - LETTERS OF WARNING......................................... 89

SECTION 5 - DISCIPLINARY ACTIONS....................................... 89

SECTION 6 - ADVERSE ACTIONS............................................ 90

**ARTICLE 39** ................................................................ **91**

**GRIEVANCE PROCEDURE** ..................................................... **91**

SECTION 1 - GENERAL.................................................... 91

SECTION 2 - SCOPE OF GRIEVANCE......................................... 91

SECTION 3 - MATTERS EXCLUDED........................................... 92

x

SECTION 4 - APPEAL OR GRIEVANCE OPTION................................... 93

SECTION 5 - REPRESENTATION.............................................. 93

SECTION 6 - EMPLOYEE GRIEVANCE PROCEDURE................................ 93

SECTION 7 - UNION/AGENCY GRIEVANCE PROCEDURE........................... 95

SECTION 8 - MODIFICATION OF PROCEDURES................................. 96

SECTION 9 - FAILURE TO MEET REQUIREMENTS............................... 96

SECTION 10 - RECORDS AND DOCUMENTATION................................. 96

SECTION 11 - WITNESSES................................................. 96

**ARTICLE 40** .........................................................**97**

**ARBITRATION** ........................................................**97**

SECTION 1 - GENERAL.................................................... 97

SECTION 2 - SELECTION OF AN ARBITRATOR................................. 97

SECTION 3 - COST OF ARBITRATION........................................ 97

SECTION 4 - AUTHORITY OF ARBITRATOR.................................... 98

SECTION 5 - PROCEDURES/TIME FRAMES..................................... 98

SECTION 6 - WITNESSES.................................................. 99

SECTION 7 - GRIEVABILITY/ARBITRABILITY DECISIONS....................... 99

SECTION 8 - EXTENSION OF TIME LIMITS................................... 99

**ARTICLE 41** .........................................................**99**

**EXPEDITED GRIEVANCE/ARBITRATION** ....................................**99**

SECTION 1 - GENERAL.................................................... 99

SECTION 2 - CONDITIONS................................................ 100

SECTION 3 - TIMING.................................................... 100

SECTION 4 - NOTIFICATION.............................................. 100

SECTION 5 - PROCESS.................................................. 100

SECTION 6 - ARBITRATORS.............................................. 101

SECTION 7 - INFORMATION REQUESTS..................................... 101

0047

SECTION 8 - ARBITRATOR PROCEDURES.......................................... 101

SECTION 9 - REMOVAL....................................................... 101

## ARTICLE 42 ........................................................... 102

## CONTRACTING OUT ..................................................... 102

SECTION 1 - GENERAL....................................................... 102

SECTION 2 - NOTIFICATION.................................................. 102

SECTION 3 - COMMERCIAL ACTIVITIES STUDY.................................. 102

SECTION 4 - SITE VISITS................................................... 102

SECTION 5 - INFORMATION................................................... 102

SECTION 6 - IF THE DECISION IS TO CONTRACT OUT........................... 103

SECTION 7 - RIGHT OF FIRST REFUSAL....................................... 103

## ARTICLE 43 ........................................................... 103

## SERVICE OF LEGAL PROCESS ............................................ 103

## ARTICLE 44 ........................................................... 104

## SUPPLEMENTATION ..................................................... 104

SECTION 1 - AUTHORITY OF THE MASTER AGREEMENT........................... 104

SECTION 2 - INTERPRETATION AND APPLICATION.............................. 104

SECTION 3 - EXISTING LOCAL LABOR MANAGEMENT AGREEMENTS.................. 104

SECTION 4 - APPROPRIATE MATTERS FOR LOCAL NEGOTIATIONS.................. 104

## ARTICLE 45 ........................................................... 105

## REPRODUCTION AND DISTRIBUTION OF AGREEMENT ......................... 105

SECTION 1 - COPIES....................................................... 105

SECTION 2 - EXPENSES..................................................... 105

SECTION 3 - SPECIAL NEEDS................................................ 105

## ARTICLE 46 ........................................................... 105

0048

**EFFECTIVE DATE, DURATION, AND CHANGES** ....................................... **105**

SECTION 1 – EFFECTIVE DATE................................................. 105

SECTION 2 – INTERIM BARGAINING TEAM (IBT)................................. 105

SECTION 3 – DURATION....................................................... 106

SECTION 4 – INVALID OR ILLEGAL PROVISION.................................. 106

**ARTICLE 47** ...................................................................... **107**

**ALTERNATIVE DISPUTE RESOLUTION** ........................................... **107**

SECTION 1 – COMMITMENT..................................................... 107

SECTION 2 – DEFINITIONS AND INTENTIONS.................................... 107

SECTION 3 – RIGHTS AND RESPONSIBILITIES................................... 107

SECTION 4 – IMPLEMENTATION................................................. 108

**ARTICLE 48** ...................................................................... **108**

**INFORMATION AND TELECOMMUNICATION SYSTEMS** ........................ **108**

SECTION 1 – GENERAL........................................................ 108

SECTION 2 – ACCESS......................................................... 109

SECTION 3 – RESPONSIBILITIES.............................................. 109

**ARTICLE 49** ...................................................................... **109**

**WORKPLACE VIOLENCE** ........................................................ **109**

SECTION 1 – COMMITMENT..................................................... 109

SECTION 2 – GENERAL INFORMATION........................................... 109

SECTION 3 – REPORTING PROCEDURES.......................................... 110

SECTION 4 – ASSESSMENT TEAM............................................... 110

xiii

# PURPOSE

This Agreement between the Defense Finance and Accounting Service (DFAS) Operating Locations and the American Federal of Government Employees Locals (AFGE), herein referred to as the "Agency" and the "Union," respectively, was achieved through cooperative, interest-based negotiations. Traditional styles of position-based bargaining and posturing were discarded in order to explore common interests and concerns. The Parties began by acknowledging their mutual interest in and commitment to the accomplishment of the mission of DFAS.

We recognize the dedicated, professional, and concerned employees of the Agency are the means for providing effective and ever improving service. We seek, through this Agreement and the process of its achievement, to foster a continuing attitude of partnership and cooperation in our workplace. We strive to improve the working conditions of our employees, enhance the harmony between family and work life, and create a productive and progressive labor relations process.

We share a desire that the Agency serve as a model employer for America. We intend that the process of trust and mutual respect by which this Agreement was forged will set an example at every work site. We will promote a simple and just means for resolving disputes and misunderstandings, provide an effective mechanism for articulating employee concerns through their Union, and foster open and effective communication throughout the Agency.

Through this Agreement, we intend to maintain a safe, healthy, and quality workplace by creating an atmosphere where people are treated fairly and equitably. With respect for one another, we will work together to fulfill the promise and accomplish the mission of the Defense Finance and Accounting Service.

# ARTICLE 1

# UNITS OF RECOGNITION

### SECTION 1 - EXCLUSIVE REPRESENTATIVE

AFGE Locals, 53, 508, 601, 606, 904, 905, 1022, 1222, 1227, 1399, 1533, 1960, and 2510 are recognized as the exclusive representative of all employees in the units described in Section 2, entitled to act for and negotiate agreements covering all employees in the units.

### SECTION 2 - RECOGNIZED UNITS

A. DFAS-Norfolk (Local 53)

INCLUDED:  All general schedule employees employed by the Defense Finance and Accounting Office, Norfolk Operating Location, Norfolk, Virginia.

EXCLUDED:  All management officials, supervisors, and all other employees described in Chapter 71 of 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

B. DFAS-Orlando (Local 508)

INCLUDED:  All professional and nonprofessional general schedule employees of the Defense Finance and Accounting Service, Orlando Operating Location, Orlando, Florida.

EXCLUDED:  All management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

C. DFAS-Dayton (Local 601)

INCLUDED:  All professional and nonprofessional employees of the Defense Finance and Accounting Service, DFAS Dayton Operating Location, Dayton, Ohio.

EXCLUDED:  All management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

D. DFAS Lexington (Local 606)

INCLUDED:  All professional and nonprofessional employees of the Defense Finance and Accounting Service, Lexington Operating Location, Lexington, Kentucky.

EXCLUDED:  All supervisors, management officials, and other employees as described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

    E.  DFAS-Lawton (Local 904)

INCLUDED:  All professional and nonprofessional general schedule and wage grade (WG/WL) employees of the Defense Finance and Accounting Service, Lawton Operating Location, Lawton, Oklahoma.

EXCLUDED:  All management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

    F.  DFAS-St. Louis (Local 905)

INCLUDED:  All professional and nonprofessional employees of the Defense Finance and Accounting Service, St. Louis Operating Location, St. Louis, Missouri.

EXCLUDED:  All management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

    G.  DFAS-San Antonio (Local 1022)

INCLUDED:  All non-supervisory, nonprofessional employees, including term and temporary employees employed by the Defense Finance and Accounting Service (DFAS), San Antonio Operating Location, San Antonio, Texas.

EXCLUDED:  All professional employees, management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

    H.  DFAS- DFAS Seaside (Local 1222)

INCLUDED:  All employees of the Defense Finance and Accounting Service, Seaside Operating Location (OPLOC) located in Seaside, California.

EXCULDED:  All professional employees, management officials, supervisors, and all employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

    I.  DFAS-San Bernardino (Local 1227)

4

**0052**

INCLUDED:  All professional and nonprofessional employees of Defense Finance and Accounting Service, San Bernardino Operating Location, San Bernardino, California.

EXCLUDED:  Management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6) and (7).

J.  DFAS-Pacific (Local 1229)

INCLUDED:  All professional and nonprofessional employees of Defense Finance and Accounting Service, Pacific Operating Location, Ford Island, Pearl Harbor, Hawaii.

EXCLUDED:  Management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6) and (7).

K.  DFAS-San Diego (Local 1399)

INCLUDED:  All nonprofessional employees of the Defense Finance and Accounting Service, San Diego, California.

EXCLUDED:  Professional employees, management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

L.  DFAS-Oakland (Local 1533)

INCLUDED:  All nonprofessional employees of the Defense Finance and Accounting Service, Oakland Operating Location, Oakland, California.

EXCLUDED:  Professional employees, management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

M.  DFAS-Pensacola (Local 1960)

INCLUDED:  All nonprofessional employees of the Defense Finance and Accounting Service, Pensacola Operating Location, located at Pensacola, Florida.

EXCLUDED:  All professional employees, management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

N.  DFAS-Charleston (Local 2510)

INCLUDED:  All nonprofessional employees of the Defense Finance and Accounting Service, Charleston Operating Location, Charleston, South Carolina.

EXCLUDED:  All professional employees, management officials, supervisors, and employees described in 5 U.S.C. 7112(b)(2), (3), (4), (6), and (7).

### SECTION 3 - CHANGES TO UNITS

Either Party will notify the other of any proposed changes in the inclusion or exclusion of any employee(s) from the unit.  The Parties will meet upon request to discuss any proposed changes prior to the filing of a petition with the FLRA for certification.

---

## ARTICLE 2

## GOVERNING LAWS AND REGULATIONS

### SECTION 1 - GENERAL

We acknowledge that we are governed by all applicable Federal laws, including those in effect on the effective date of this Multi-Unit Master Agreement and those, which are subsequently enacted.  We further acknowledge that we are governed by all applicable Government-wide, Department of Defense, and DFAS regulations in effect at the time this Agreement is executed.  The Agency agrees to enforce all provisions under Chapter 71 of 5 U.S.C., The Federal Service Labor Management Relations Statute, but the Agency will not enforce any Government-wide rule or regulation promulgated after the effective date of this Multi-Unit Master Agreement which is in conflict with the provisions of this Agreement unless such rule or regulation is properly subject to the provisions of 5 U.S.C., 7116(a)(7).

### SECTION 2 - DFAS REGULATIONS

It is agreed that those items in any new DFAS regulations that require mandatory action will be implemented as soon as practical following impact and implementation bargaining, if any.  Those regulations that permit local supplementation will be negotiated with the Union (where applicable) before a supplement is published.  While the supplement is being developed/ negotiated, the provisions of the previous supplement will continue as binding on both Parties.

---

6

**0054**

## ARTICLE 3

## EMPLOYEE RIGHTS

### SECTION 1 - GENERAL

Each employee has the right freely and without fear of penalty or reprisal to form, join, or assist the Union or to refrain from any such activity. The right to assist the Union extends to participation in the management of the Union and to acting in the capacity of a Union representative including presentations of its views to officials of the Agency, the Executive Branch, the Congress, or other appropriate authority. We agree to assure that employees are apprised of their rights under this Article and that no interference, restraint, coercion or discrimination is practiced to encourage or discourage membership in the Union.

### SECTION 2 - EMPLOYEE RIGHT TO PARTICIPATE

Employees have the right to engage in collective bargaining with respect to conditions of employment through representatives of the Union.

### SECTION 3 - EMPLOYEE NOTIFICATION OF WEINGARTEN RIGHTS

A.    Employees have the right to representation under 5 U.S.C., Section 7114 (a) (2) (B), which states:

"(B) any examination of an employee in the unit by a representative of the agency in connection with an investigation if--

"(i)    the employee reasonably believes that the examination may result in disciplinary action against the employee; and

"(ii)    the employee requests representation.

B.    The Agency shall annually inform all members of the bargaining units of their rights, as set forth in this Article.

### SECTION 4 - EMPLOYEE CONCERNS

0055

A. Employees have the right and shall be encouraged to bring matters of personal concern regarding conditions of employment to the attention of the appropriate Agency or Union representatives at the lowest level capable of resolving the matter.

B. To the extent possible, the Agency will assure privacy during an investigatory interview and confidentiality of investigative records.

C. Any employee identified as a Union witness may request a Union representative when being interviewed by the Agency representatives.

D. The Union shall be given the opportunity to be represented at formal meetings between the Agency and employees concerning grievances, personnel policies and practices, or other matters affecting general working conditions of employees.

---

# ARTICLE 4

# UNION RIGHTS AND DUTIES

The following are some, but not all, of the Union's rights and duties as provided for in 5 U.S.C. Chapter 71.

### SECTION 1 - REPRESENTATION RIGHTS

Section 7114 (a)(1) of 5 U.S.C. states:

"(a)(1) A labor organization which has been accorded exclusive recognition is the exclusive representative of the employees in the unit it represents and is entitled to act for, and negotiate collective bargaining agreements covering, all employees in the unit. An exclusive representative is responsible for representing the interests of all employees in the unit it represents without discrimination and without regard to labor organization membership.

### SECTION 2 - FORMAL MEETINGS AND WEINGARTEN RIGHTS

Section 7114 (a)(2) of 5 U.S.C. states:

0056

"(2) An exclusive representative of an appropriate unit in an agency shall be given the opportunity to be represented at--

"(A) any formal discussion between one or more representatives of the agency and one or more employees in the unit or their representatives concerning any grievance or any personnel policy or practices or other general condition of employment; or

"(B) any examination of an employee in the unit by a representative of the agency in connection with an investigation if--

"(i) the employee reasonably believes that the examination may result in disciplinary action against the employee; and

"(ii) the employee requests representation.

## SECTION 3 - PRODUCTION OF DOCUMENTS AND DATA

Section 7114(b)(4) of 5 U.S.C. states:

"(b) The duty of an agency and an exclusive representative to negotiate in good faith under subsection (a) of this section shall include the obligation--

(4) in the case of an agency, to furnish to the exclusive representative involved, or its authorized representative, upon request and, to the extent not prohibited by law, data--

"(A) which is normally maintained by the agency in the regular course of business;

"(B) which is reasonably available and necessary for full and proper discussion, understanding, and negotiation of subjects within the scope of collective bargaining; and

"(C) which does not constitute guidance, advice, counsel, or training provided for management officials or supervisors, relating to collective bargaining... .

_____

# ARTICLE 5

# MANAGEMENT RIGHTS

A. Section 7106 of 5 U.S.C. states:

"(a) Subject to subsection (b) of this section, nothing in this chapter shall affect the authority of any management official of any agency -

"(1) to determine the mission, budget, organization, number of employees, and internal security practices of the agency; and

"(2) in accordance with applicable laws -

"(A) to hire, assign, direct, layoff, and retain employees in the agency, or to suspend, remove, reduce in grade or pay, or take other disciplinary action against such employees;

"(B) to assign work, to make determinations with respect to contracting out, and to determine the personnel by which operations shall be conducted;

"(C) with respect to filling positions, to make selections for appointments from -

"(i) among properly ranked and certified candidates for promotion; or

"(ii) any other appropriate source; and

"(D) to take whatever actions may be necessary to carry out the agency mission during emergencies.

"(b) Nothing in this section shall preclude any agency and any labor organization from negotiating -

"(1) at the election of the agency, on the numbers, types, and grades of employees or positions assigned to any organizational subdivision, work project, or tour of duty, or on the technology, methods, and means of performing work.

"(2) procedures which management officials of the agency will observe in exercising any authority under this section; or

"(3) appropriate arrangements for employees adversely affected by the exercise of any authority under this section by such management officials."

B.  See Executive Order 12871 as it pertains to 7106(b)1.

---

# ARTICLE 6

# LABOR - MANAGEMENT COMMITTEE

### SECTION 1 - GENERAL

A.  The Parties agree there will be a Labor-Management Committee (LMC) at each OPLOC, which will meet regularly to discuss and resolve issues and problems of concern to the Union and the Agency.  Issues to be discussed may include, but are not limited to, matters covered in this Agreement, such as grievances, hours of work, and so on.

B.  The LMC is one of the mainstays of a healthy labor-management relationship, and any problems stemming from the implementation or administration of this Agreement may be brought before the Committee.  The LMC will use a cooperative, interest-based approach to resolving issues and problems.  To that end, permanent and alternate members of the Committee will receive training in interest-based, non-adversarial negotiations.  This will build a foundation of trust and understanding, along with a familiarity with the concepts and methods of reaching mutually acceptable resolution of issues.

C.  The LMC will attempt to come to a speedy resolution of any complaint, problem, or issue considered.  The Committee will report directly to the Director/Deputy Director and Union President or their designees at each OPLOC, and any issue not resolved will be referred to that official for resolution.

### SECTION 2 - MEMBERSHIP

The LMC will consist of at least six permanent members. The management official and the Union President (or their designees in their absence) will be permanent members.  Alternates will be named to substitute for permanent members when needed.

0059

**SECTION 3 - MEETINGS**

A. Meetings will be held monthly or as required. Issues to be considered at the meetings should be shared five workdays prior to scheduled meetings. A written agenda will be distributed to members by the Management official and the Union President at least two workdays prior to the scheduled meetings. The written agenda will normally include the following:

      1. Issues to be discussed;

      2. Names of members or alternates attending;

      3. Names of any non-members and/or "experts" invited to participate in discussions and the issues they will be involved in; and

      4. Time and place of the meeting.

**SECTION 4 - MINUTES**

A. An LMC member will be designated as recorder to take notes during each meeting. He or she will be responsible for preparing the minutes of the meeting and providing them to the Union President and the Management official, or their designee(s), for approval and signature. The minutes will be a permanent record of the Committee's meetings. Copies of the minutes will be maintained in the designated management official's office and in the Union's office.

B. A copy of the minutes will be sent to the Principal Deputy Director of the OPLOC. At the discretion of the Committee, information and feedback will be provided to OPLOC managers and bargaining unit employees on any issue considered during the meetings.

*Only Section 2 of this Article may be supplemented locally.*

_____

**0060**

## ARTICLE 7

## TRAINING OF UNION OFFICERS AND STEWARDS

### SECTION 1 - GENERAL

It is to the advantage of both Parties if Union officers and stewards are knowledgeable about applicable laws, rules, and regulations, and new developments pertaining thereto. Consequently, Union officers and stewards may be granted reasonable amounts of excused absence without charge to leave to attend American Federation of Government Employees (AFGE) sponsored training sessions or other training courses which are available at no cost to the Government, either for tuition or for travel and per diem.

### SECTION 2 - AFGE-SPONSORED TRAINING

A. Delegates to the AFGE meetings/training will be identified in writing by the Union President.

B. With approval of the Agency, delegates will be granted excused absence without charge to leave for attendance and travel with no expenses paid by the Agency.

### SECTION 3 - EXCUSED ABSENCES

A. Employees who are officials or stewards of the Union may be excused without charge to leave for the purpose of attending training sessions sponsored by the Union, provided that the subject matter of such training is of mutual concern to the Agency and the Union.

B. Requests for excused absence to attend a training session will be submitted for consideration to the Agency. The Union will provide a summary of the training or an agenda to indicate that the training session is beneficial to both the Agency and the Union. Approval of excused absence to attend a training session will be contingent upon the supervisor's agreement that the employee may be excused.

### SECTION 4 - LIMIT ON TOTAL EXCUSED ABSENCES FOR TRAINING

Each DFAS OPLOC may approve excused absences for training not to exceed 1,068 hours per calendar year. Should that be insufficient, the Union President will justify the need for additional hours to the Labor-Management Committee, which will make a recommendation to the Principal Deputy Director of the OPLOC.

---

## ARTICLE 8

## USE OF FACILITIES BY THE UNION

The Agency will provide reasonable facilities (private office) to enable the Union to represent bargaining unit employees and work with the Agency to cooperatively implement and administer this Agreement. The specifics of facility support will be negotiated locally.

*This Article may be supplemented.*

---

## ARTICLE 9

## OFFICIAL TIME AND TRAVEL OF UNION OFFICERS AND STEWARDS

### SECTION 1 - GENERAL

We agree that Union officials and stewards should be authorized reasonable time to represent employees and work with supervisors and managers to resolve issues and concerns. Such time will be adequate to represent bargaining unit employees and administer this Agreement with the Agency in a cooperative manner.

### SECTION 2 - REPRESENTATIONAL FUNCTIONS

A. Official time is used to perform representational functions on behalf of bargaining unit employees. Such functions include but are not limited to the following:

1. Negotiations over the impact and/or implementation of changes in conditions of employment of bargaining unit employees.

2. Presentation and processing of grievances.

0062

3.  Attendance at management-initiated meetings.

4.  Participation on committees or panels as authorized by this Agreement.

5.  Participation in proceedings before the Federal Labor Relations Authority (FLRA), in accordance with the FLRA's rules and regulations, and/or other third party hearings.

6.  To negotiate "face-to-face" or to prepare, transmit, consider, and communicate on articles and issues through use of mail and telephone.

7.  To consult with supervisors and management officials on matters of mutual concern.

8.  To prepare requests or recommendations in connection with consultations or meetings with managers and supervisors on issues not involving grievances.

9.  To conduct new employee orientations.

10.  To review regulations.

11.  To attend Agency meetings that advise the Union of changes in working conditions.

12.  To review changes to working conditions.

13.  To complete surveys.

14.  To prepare the documentation that supports the Labor Management report.

15.  To attend periodic meetings for the purpose of management presentations on matters of mutual concern.

B.  Reasonable official time as requested by the president will be granted for officers and stewards to visit, phone, and write to elected representatives in support of, or opposition to, pending or desired legislation which would impact the working conditions of DFAS employees represented by the locals.

**SECTION 3 - RELEASE PROCEDURE**

A.  A Union representative will secure the approval of his or her immediate supervisor before performing labor management duties.  The supervisor should approve the request, unless there is a mission requirement that would temporarily delay the departure.  When such temporary delays occur, the parties will arrive at a mutually agreeable time for departure. The Union official will be given time to inform any bargaining unit employees involved in the delay.

0063

B.  When the Union representative leaves the work site on Union business, he or she will notify the supervisor of the purpose of the absence, departure time, and anticipated return time. The Union representative will notify their supervisor upon their return.  Upon entering a work area other than his or her own to meet with an employee, the representative will advise the immediate supervisor of his or her presence, the employee to be contacted, and the estimated duration of the meeting. If there is a mission requirement that would temporarily delay the meeting the parties will arrive at a mutually agreeable time for the meeting requested.

C.  Employees will be given reasonable time to meet with their Union representative to discuss matters covered by this Agreement.  The employee will obtain approval of his or her supervisor before meeting with a Union representative.

D.  Discussions between the Union representative and employee may take longer than originally anticipated.  In these cases, both may contact their supervisors telephonically to notify them of the need to extend the anticipated return time.

E.  The supervisor will record official time and report official time used as required.

**SECTION 4 - EQUAL REPRESENTATION**

We mutually agree that the number of Agency and Union officials at meetings will be equal, unless otherwise agreed upon.

**SECTION 5 -  OFFICIAL TIME FOR COMMITTEES**

When committees are established that address mutual concerns, the Union will be given the opportunity to participate.  When participating on such committees, official time will be used.

**SECTION 6 - LISTS OF UNION OFFICIALS AND REPRESENTATIVES**

The Union will provide a list of elected or appointed officers, stewards and their organizational work areas.  This information will be provided to the Director which will notify affected supervisors.  Changes to this list will be provided as necessary.  Stewards will represent bargaining unit employees in their work area if practical and as determined by the Union.  The Union may maintain a current roster of stewards in the space allocated for Union use on appropriate bulletin boards.

**SECTION 7 - LISTS OF EMPLOYEES IN THE BARGAINING UNIT**

The Customer Support Unit will furnish the Union with current lists containing names, position titles, grades, and organizations of employees in the bargaining unit, upon request.

**SECTION 8 - TRAVEL TIME**

Official time will be used when it is necessary for Union representatives to travel to other local DFAS work sites to accomplish their representational duties.

**SECTION 9 - EXCLUSIONS FROM OFFICIAL TIME**

A. Official time is not used for the following types of activities:

1. Matters pertaining to internal management of the Union.

2. Membership meetings.

3. Soliciting memberships.

4. Collecting of dues or assessments.

5. Campaigning for Union office.

6. Distributing or posting of Union literature, notices, and authorization cards.

**SECTION 10 - BINDING AGREEMENTS**

Only the Union President or designee can sign binding agreements with the Agency on behalf of the Union.

**SECTION 11 - REASSIGNMENT OF UNION REPRESENTATIVES**

The Agency will notify the Union when placing Union representatives on special assignments and/or details away from their normal work areas.

17

**0065**

**ARTICLE 10**

**PAYROLL ALLOTMENTS FOR WITHHOLDING OF DUES**

SECTION 1 - GENERAL

   A.  For the purpose of this Article

      1.  The term "employee" refers to any bargaining unit employee.

      2.  The term "servicing payroll office" refers to the DFAS OPLOC which is responsible for processing the pay of the employee.

      3.  The term "payroll allotment" refers to a voluntary authorization by the employee for a deduction in a specified amount to be made from the employee's pay each pay period for the payment of dues, associated with his or her membership, to the Local.

   B.  We agree that:

      1.  Within the parameters set forth, establishment of procedures and the administration of this Article are matters for negotiation at the OPLOC level.

      2.  The Local and the Agency are each responsible for fully informing the employee that his or her authorization for a payroll allotment:

         a.  Is completely voluntary;

         b.  Cannot be revoked for a period of at least 1-year from the effective date of an employee's allotment.  The effective date of the allotment is the beginning of the first pay period in which the dues allotment is deducted.

         c.  An employee's revocation may be received on the employee's anniversary date of the authorization, or during the 10-day period preceding.  If the anniversary date cannot be determined, the revocation must be received during the first 10 days of the anniversary month.

SECTION 2 - AUTHORIZATION OF PAYROLL ALLOTMENT

   A.  Only one payroll allotment shall be authorized for an employee.

   B.  Standard Form (SF) 1187, Request for Payroll Deduction for Labor Organization Dues, shall be used.  The Local shall distribute this form to the employees.

18

**0066**

C. When an employee is transferred from a bargaining unit position at one DFAS activity to a bargaining unit position at another DFAS activity, deductions for local Union dues will continue, contingent upon the fact that the transfer is within the same FLRA-approved unit of recognition. Such dues withholding will continue at the basic rate then applicable at the gaining activity and the dues shall be remitted to the local union at the gaining activity. If an employee has timely executed an SF 1188, Revocation of Voluntary Authorization Dues, prior to his or her transfer, the losing activity shall forward such document to the gaining AFGE Local. In the event that the transfer of an employee is not within the same FLRA-approved unit of recognition, the Agency will be required to terminate that employee's deductions for local Union dues.

D. The payroll allotment shall be in an amount determined by the AFGE Local and signed by the employee on the SF 1187.

1. No more than two changes in the amount of the basic payroll allotment shall be made during a calendar year.

2. Written notification of a change in the amount of the basic payroll allotment shall be furnished to the servicing payroll office by the AFGE Local at least 30 days prior to the change.

E. When the Local changes the amount of the basic payroll allotment, they will provide the servicing payroll office the following information:

1. Current rate

2. Amount of change

3. New rate

4. Telephone number (both DSN and commercial) and name of person to contact if they have questions.

5. Address for remittance and if necessary account number.

6. Address for dues listings to be submitted.

**SECTION 3 - TERMINATION OF AUTHORIZATION**

A. The payroll allotment shall be terminated when any of the following situations occur:

1. The employee retires

2. The employee dies

3. The employee is separated

19

4. The employee transfers to another Servicing Payroll Office outside the Agency.

5. The employee ceases to be a member of the bargaining unit.

6. A member may voluntarily revoke his or her allotment for the payment of the dues by completing SF 1188, or equivalent written notice, and submitting it in duplicate directly to the servicing payroll office. In any case, revocation will become effective on the first full pay period provided the requirements of Section 1.B.2 of this Article have been met. The Servicing Payroll Office will provide the AFGE Local appropriate notification of the revocation upon receipt. The duplicate copy of SF 1188, completed by the member may be used for this purpose.

B. When an employee is temporarily promoted out of the bargaining unit, dues will not be withheld during the period of the temporary promotion. However, dues withholding will be restored upon their return to the bargaining unit, unless the employee has followed revocation procedures as described in Section 1B(2) and Section 3.

### SECTION 4 - PROCESSING PAYROLL ALLOTMENTS

A. Dues withholding will become effective the first full pay period after a properly executed allotment form is received in the servicing payroll office.

B. No dues shall be withheld or deducted for any pay period in which the employee's net salary, after other legal or required deductions, is insufficient to cover the full amount of the payroll allotment.

C. After each pay period, the servicing payroll office shall remit the payroll allotment deduction with a listing that contains the following:

1. The pay period designator must be the pay period ending date.

2. The names of employees from whom deductions were made and the amount of each deduction, their social security, number and their organization assignment code.

3. The total number of employees from whom dues were withheld.

4. The total amount withheld.

5. The names of employees from whom no dues were deducted in accordance with Sections 3 and 4.B. above and the reasons why the dues were not deducted.

D. In the event that there is a problem with the payroll allotment deduction or the information provided for in Section 4.C., we will work together to resolve the problem.

**0068**

E.  In the event of a significant error in the payroll deduction remittance, the Union will notify the Deputy Director of their OPLOC for resolution.

*This Article may be supplemented.*

---

## ARTICLE 11

## HOURS OF WORK

### SECTION 1 - STANDARD WORKWEEK

The standard workweek is defined as five 8-hour days, normally Monday through Friday, unless local circumstances require a different workweek for some employees.  Full-time employees are on duty regularly 8 hours per day.  Part-time employees are on duty on prescribed days and hours.

### SECTION 2 - STANDARD TOUR OF DUTY

The standard tour of duty is defined as the specific hours in the standard 8-hour workday. This will be negotiated at each OPLOC.

### SECTION 3 - ALTERNATIVE WORK SCHEDULES

Employees will use the standard workweek and tour of duty unless they are on an alternative work schedule (see AWS Article).

### SECTION 4 - CHANGES

The Agency will notify the Union and employees at least two weeks in advance of any change in the hours of work, unless precluded by emergency situations.

### SECTION 5 - BREAKS

Employees may take two 15-minute breaks during their tour of duty.

0069

**SECTION 6 - SHIFT WORK**

If the standard workweek at a OPLOC includes shift work, fully qualified employees may volunteer for reassignment to vacancies on another shift. If there are more volunteers than vacancies, the supervisor(s) will first select employees in the same work unit to fill the vacancies, according to their service computation date. Other procedures for shift work will be negotiated at each OPLOC.

**SECTION 7 - START-UP TIME/CLEAN-UP TIME**

Consistent with the nature of the job, hours of work will allow a reasonable amount of time for all tasks related to the performance of the work, such as personal cleanliness, and clean- up and storage of Government property, tools, and equipment.

*This Article may be supplemented.*

---

# ARTICLE 12

# ALTERNATIVE WORK SCHEDULES

**SECTION 1 - GENERAL**

The Parties agree that the Agency can meet its mission and program goals while at the same time allowing employees (including shift workers) to exercise some control over their work time. Under an alternative work schedule (AWS), employees can schedule their activities to achieve a more desired balance between work and family responsibilities, to take advantage of educational opportunities, to pursue recreational activities, to become involved in community or volunteer programs, and so forth. Accordingly, the Parties agree that supervisors will allow employees to have flexible schedules when it is consistent with the basic business requirement of providing good customer service.

## SECTION 2 - DEFINITIONS

A. Alternative Work Schedule (AWS) -is a flexible work schedule and does not allow a compressed work schedule. AWS allows employees to vary their arrival/departure times and number of hours worked on a given day or the number of hours worked each week, within the limits established in this Article.

B. AWS Time Off - credit hours used at any time in lieu of other paid leave categories.

C. Basic Work Requirement (BWR) - the number of hours, excluding overtime or compensatory hours, which an employee is required to work or account for by leave or credit hours within a bi-weekly pay period. For full-time employees, the BWR is 8 hours per day and 80 hours per pay period.

D. Core Hours - those hours each day that employees not in a leave status, using credit hours (AWS time off), or other authorized absence are required to be present for work. Occasional deviations from core hour requirements are permissible with prior supervisory approval. Core hours are established at each OPLOC and subject to local negotiations.

E. Credit Hours - hours worked in excess of the basic work requirement (8 hours per day and 80 hours per pay period for full-time employees), excluding overtime and compensatory time, at the election of the employee and approved by the supervisor.

The maximum amount of credit hours that can be earned per day by a full-time employee is 2 hours, and per pay period is 20 hours. Credit hours cannot be earned on non-workdays (i.e., on a Saturday, Sunday, or holiday if the assigned tour of duty is Monday through Friday). Maximum carryover to succeeding pay periods is 24 hours for full-time employees. Maximum carryover for part-time employees is one fourth of their basic work requirement.

F. Flexible Time Bands - that part of the schedule of working hours during which an employee may choose his/her time of arrival to and departure from the work site within limits consistent with the duties and requirements of the position. Flexible time bands are established in accordance with each OPLOC's local supplement or policy.

## SECTION 3 - AWS PROVISIONS

A. The AWS is established in accordance with 5 CFR Part 610, Subpart D, and Subchapter II of Chapter 61 of Title 5, United States Code.

B. The Parties agree that the AWS will be implemented at the DFAS OPLOCs. The Director of a given organization at each OPLOC retains authority for determining what positions within their organization will be covered as dictated by mission requirements. Permanent restriction of individual positions from the AWS must be approved by the OPLOC Director (or

**0071**

designee) and the Union will be informed of those restrictions prior to their implementation. All employees determined by the Director of an organization to be covered may or may not elect to participate in the AWS within the requirements defined in this article.

C. Supervisors retain authority for assigning overtime and restricting AWS coverage for individual employees temporarily as required by legitimate mission requirements or abuse of AWS privileges.

D. An employee may elect to work a flexible daily schedule within the basic work requirement of an 8-hour day, 40-hour workweek. Such "flextime" schedules are subject to core hours and approved tour(s) of duty.

E. The approved tour of duty defines the limits (earliest beginning and latest ending times) within which an employee must complete his or her basic work requirement of 8 hours a day. Flextime schedules will be made to fit within the approved tour of duty for the employee involved. An employee may adjust his or her flextime schedule daily. The approved tour(s) of duty will be negotiated at each OPLOC.

F. Flextime schedules will be made to accommodate the core hours requirement. An employee may make occasional adjustments to his or her work schedule within the core hours ("core deviation") with the supervisor's approval. This can be done by beginning work earlier or departing later in the day, provided the basic daily work requirement is accomplished within the approved tour of duty. Core hours will be negotiated at each OPLOC.

G. Credit hours earned may be carried over from one pay period to the next. Employees may not exceed their biweekly BWR without their supervisor's prior authorization. Authorized time worked in excess of the biweekly BWR will be creditable as compensatory time, overtime, or credit hours, as appropriate. A maximum of 24 credit hours can be carried over from one pay period to another pay period, including to the following year. The parties agree that the employees under AWS will be compensated in a timely manner mutually agreeable to both employee and management for all directed and approved hours of work.

H. Employee Scheduling/Requirements

1. Within the limits described herein, employees authorized to participate in the AWS may vary their starting/ending times and lunch periods, as well as their hours of work (from day to day, week to week, and/or pay period to pay period). Employees are responsible for meeting their job requirements, as well as their BWR.

2. Employees must present their work schedule (See Section 5) and their request for the use of credit hours (AWS time off) to their immediate supervisor in advance. Normally these requests must be made by COB Thursday of the preceding pay period and approved or disapproved by COB the following day. However, supervisors may approve requests at any time as long as employees can fulfill their BWR by the end of the pay period. In making their requests, employees are responsible for insuring that mission

demands of their jobs will not be negatively affected by their absence. In granting approval for AWS time off, supervisors must insure that there will be adequate employee and supervisory coverage to meet operational demands.

3. Use of credit hours (AWS time off) may be for an entire workday or a portion of a workday as long as the BWR will be fulfilled during the pay period and the supervisor approves the request in advance. Employees will be offered the opportunity to resolve scheduling conflicts among themselves.

4. Pre-scheduled annual leave will take priority over requested use of credit hours (AWS time off).

5. Credit hours (AWS time off) may not be used/taken prior to being earned.

6. Credit hours may be earned and used in 15 minute increments.

7. Unless an absence has been approved in advance, full-time employees must work at least 8 hours every day, with a minimum of 1/2 hour lunch break. Any time less than 8 hours worked must be covered by (a) approved use of credit hours (AWS time off); (b) approved leave; or (c) use of compensatory time off.

8. Employees are responsible for monitoring their work hour balances and insuring that they meet their BWR. Failure to meet the BWR, or abuses of the AWS, may result in an employee's restriction from AWS coverage.

9. Employees may substitute credit hours earned for leave used during that pay period.

10. Employees utilizing the AWS are expected, whenever possible, to schedule pre-arranged appointments using credit hours (AWS time off).

11. Disapproval of requested use of credit hours (AWS time off) must be based on just cause for such factors as, but not limited to, impairment of mission accomplishment, inability of the employee to meet the BWR, or abuse of the AWS privilege.

### SECTION 4 - PAY AND EXCUSED ABSENCE UNDER AWS

A. Premium Pay: Regular rules will apply for payment to employees who are entitled to Holiday or Sunday pay.

B. Overtime Pay: Time worked at an employee's option beyond 8 hours in a day or 40 hours in a week is credit hours earned and may be credited toward the BWR. In contrast, overtime includes only those hours officially ordered and approved in advance by management and is not credited toward the BWR. However, at an employee's request, and with the

25

**0073**

supervisor's approval, official overtime hours may be converted to credit hours earned and credited toward the BWR on an hour for hour basis (i.e., one hour of overtime equals one credit hour earned). Regular rules apply in computing overtime pay and compensatory time off for overtime hours worked.

     C. Holiday Pay: All holidays will be 8-hour workdays under the AWS.

     D. Excused Absences: Procedures for excused absences (administrative leave, early release, etc.) as it relates to the AWS is specific to each OPLOC and therefore must be negotiated locally.

     E. Other Absences and Leave: Failure to fulfill the BWR by the end of the pay period will result in an employee being charged approved or unapproved leave for the amount of time he/she lacks in meeting the BWR.

### SECTION 5 - AWS RESTRICTIONS

     A. All employees will return to an 8-hour workday during periods of temporary duty (TDY) and cannot earn credit hours.

     B. Supervisors retain the authority and responsibility to temporarily restrict AWS coverage when required by mission requirements. In such circumstances, supervisors will coordinate with the employees involved in revising the work schedule to the degree possible.

     C. An employee may be removed from AWS coverage for just cause. In such cases, the employee will be notified in advance (ordinarily two weeks) and revert back to the standard flexible coverage or standard tour of duty for their respective OPLOC.

     D. Each OPLOC will locally determine proper work schedules for those employees who attend on site training.

     E. Time and Attendance will be maintained in accordance with the proper regulatory authority.

### SECTION 6 - RESOLVING CONFLICTING REQUIREMENTS

     A. In cases where a scheduling conflict arises in trying to satisfy the desires of two or more employees for AWS, supervisors will resolve the conflict by matching individual skills to workload requirements, or by referring to service computation date (on a rotating basis). Employees will be offered the opportunity to resolve scheduling conflicts among themselves. If establishment or change of the day off under AWS would conflict with a previously scheduled leave or vacation period of another employee, the person with the scheduled leave or vacation will be given precedence.

**0074**

B.  In the case of possible disagreements regarding exclusions of a group of employees from the AWS, if not resolved by the affected organizational Director (or designee) and the Union, the issue will be resolved by the Labor-Management Committee.

---

# ARTICLE 13

# OVERTIME

### SECTION 1 - GENERAL

We recognize that overtime is used to ensure that our mission is achieved and to promote economy and efficiency in accomplishing the workload.  Overtime covers circumstances such as temporary peak workloads or emergency situations requiring special action to preserve health, welfare, and safety of personnel or to protect Government property.  As we make reference to the term overtime in this Article, we also include compensatory time and holiday premium hours.  All applicable laws, rules, and regulations will be used in the application of overtime.  In no circumstance will overtime assignments be made as reward or punishment.  Normally, employees whose performance has been documented as less than fully successful may not be requested to work overtime.  Overtime tasks will be performed by those employees who perform the work on regular duty time before requesting assistance from qualified employees outside the work unit.  Hours of work officially ordered and approved in excess of 80 hours in a pay period will be administered as paid overtime or compensatory time.

### SECTION 2 - SCHEDULING AND APPROVAL

A.  The utilization of these hours must be authorized and approved orally or in writing by the appropriate designated authority.  Overtime, compensatory time, and holiday premium hours will be scheduled, approved, and worked in increments of 15 minutes or multiples of 15 minutes.

B.  Mandatory overtime is overtime directed by management, and it is desirable that such occurrences be as infrequent and for as short a duration as possible.  Whenever possible, the union will be given forty-eight hours notice of mandated overtime.  Mandatory overtime will be assigned to those employees with the latest service comp date on a rotating overtime list when there are insufficient volunteers, unless special skills are needed.

C.  Unscheduled overtime assignments shall take into consideration any personal hardship of an employee.

D.  The employee will be provided a 48-hour advance notice of scheduled overtime. Employees who report for scheduled overtime, which has been canceled, will receive two (2) hours pay if they were not notified of the cancellation.

E.  Overtime will normally be accomplished on a volunteer basis.  However, work units will maintain a rotating overtime list, based on service computation date, to ensure that overtime will be distributed on a fair and equitable basis.  Mandatory overtime will be assigned to those employees with the latest service computation date on the rotating overtime list when there are insufficient volunteers, unless special skills are needed.

### SECTION 3 - CALL-BACK OVERTIME

A.  Call-back overtime is defined as irregular or occasional overtime work performed by an employee for which they are required to return to the place of employment to perform the work.

B.  Employees shall be provided advance notice to the maximum extent possible of the requirement to perform call-back overtime work.

C.  The overtime roster will be utilized and the supervisor will advise the employee that they are in a call-back status.

### SECTION 4 - ON-CALL OVERTIME

A.  On-call overtime is defined as those occasional situations when an employee is notified that they are subject to call during a specified period of time outside their normal tour of duty. Overtime shall be approved only for the specified period of the on-call condition which qualifies as hours of work as defined by governing laws, regulations, and decisions of the Comptroller General.

B.  The overtime roster will be utilized and the supervisor will advise the employee that they are in an on-call status.

### SECTION 5 - STAND-BY OVERTIME

A.  Stand-by overtime is defined as hours of work when the employee is restricted to their duty station, close to it, or their living quarters and they are required to remain in a state of readiness to perform work.  Their personal activities are substantially limited.

B.  Employees required to remain in a stand-by status will be available to work and will be in a pay status.

C.  The overtime roster will be utilized and the supervisor will advise the employee that they are in a stand-by status.

**0076**

**SECTION  6 - ELECTRONIC DEVICES**

A. Pagers, and other electronic devices, such as cellular phones, beepers, etc., may be used as a convenience for on-call and stand-by employees. The use of devices will not establish the status (e.g., on-call or stand-by) of an employee. The supervisor is responsible for notifying the employee as to their status.

B. Procedures for the use of electronic devices are established locally.

**SECTION 7 - LEAVE POLICY**

The fact that an employee used annual, sick, administrative leave, or compensatory time during any period will not be the sole reason to exclude them from working overtime during that same pay period.

**SECTION 8 - BREAKS AND LUNCH**

Employees who work overtime will be allowed a 15-minute rest break during the middle of each consecutive 4-hour period worked. A lunch break will be taken during an 8-hour overtime period.

*Section 6B may be supplemented.*

_____

# ARTICLE 14

# ANNUAL LEAVE

**SECTION 1 - GENERAL**

Annual leave is a right of the employee and not a privilege. Consistent with the needs of the Agency, annual leave, which is requested in advance, will be approved. It will be the responsibility of the supervisor, in consultation with the employee, to schedule annual leave to insure that annual leave is scheduled for use so as to prevent any unintended loss at the end of the year. When requested, employees will normally be advanced annual leave not to exceed the amount that can be accrued during the remainder of the leave year.

**SECTION 2 - CONSECUTIVE VACATION TIME**

0077

For vacation purposes, supervisors will attempt to schedule workloads and annual leave in a manner which will permit each employee, if he or she wishes, to request up to two consecutive weeks in each year. Approvals of such requests are subject to the needs of the agency.

**SECTION 3 - RESOLVING CONFLICT**

In the event of a conflict of annual leave scheduling among employees at a given duty station, Service Computation Date (SCD) will govern, in the absence of personal hardship. SCD will be used on a rotating basis.

**SECTION 4 - LEAVE USAGE INCREMENTS**

Annual leave may be used in increments of 15 minutes.

**SECTION 5 - EMERGENCY ANNUAL LEAVE**

To request emergency annual leave, an employee will contact the leave-approving official as soon as possible, but normally no later than two (2) hours after the start of the OPLOC's standard tour of duty. Normally, an employee is expected to personally contact the appropriate leave approving official to request emergency annual leave. Under unusual circumstances, a supervisor will accept such requests from an intermediary. However, if an employee makes repeated requests for emergency annual leave, he or she may be required to personally contact the appropriate leave approving supervisor with such requests.

30

# ARTICLE 15

# SICK LEAVE

### SECTION 1 - GENERAL

Employees will earn sick leave in accordance with applicable laws, rules, and regulations. We recognize the sensitive nature of the information, including sick leave, contained on individual leave and earnings statements and agree that these statements will be handled in a discreet manner. An employee's right to privacy will be respected. Supervisors' questions concerning employees' health will be limited to those necessary to justify approval of sick leave. The Agency agrees that privileged information dealing with an employee's medical history will be safeguarded against unauthorized access. We recognize the insurance value of sick leave and agree to periodically issue a joint statement encouraging employees to properly use and conserve sick leave so it will be available in cases of extended illness or medical emergencies.

### SECTION 2 - APPROVAL AND NOTICE

A. The agency shall grant sick leave to an employee when the employee:

1. Receives medical, dental, or optical examination or treatment;

2. Is incapacitated for the performance of duties by sickness, injury, or pregnancy and confinement;

3. Is required to give care and attendance to a member of his or her immediate family who is afflicted with a contagious disease; or

4. Would jeopardize the health of others by his or her presence at his or her post of duty because of exposure to a contagious disease.

B. An employee who becomes ill is responsible for personally notifying his or her supervisor, normally within two (2) hours after normal reporting time. Under unusual circumstances, a supervisor will accept such requests from an intermediary. If the degree of illness or injury of the employee's remote duty station prohibits compliance with the two-hour limit, the employee will report his or her absence as soon as possible.

0079

C. FAMILY FRIENDLY LEAVE ACT

1. The Agency shall grant sick leave, when requested, to provide care for a family member as a result of a contagious disease; physical or mental illness; injury; pregnancy; childbirth; or medical, dental, or optical examination or treatment; or to make arrangements necessitated by the death of a family member or attend the funeral of a family member.

2. The Federal Employees Family Friendly Leave Act (FFLA) establishes a maximum limitation of 104 hours of sick leave during a leave year that may be used by full-time employees to care for a family member or to arrange for and attend funerals of family members for bereavement purposes.

a) A full-time employee may use a total of up to 40 hours of sick leave each year for these purposes.

b) A full-time employee who maintains a balance of at least 80 hours of sick leave may use an additional 64 hours of sick leave per leave year for these purposes.

3. The entitlement to use a total of up to 104 hours of sick leave (or the maximum allowed for part-time employees), in conjunction with a generous annual leave system, advanced annual leave, the leave transfer and leave programs, flexible work schedules, unpaid leave under the FMLA and compensatory time off will further assist the vast majority of employees to meet their sickness-related family care needs.

4. The basic limit for a part-time employee or an employee with an uncommon tour of duty is equal to the average number of hours of work in the employee's scheduled tour of duty each week. Additional sick leave, up to the amount accrued during a leave year, can be used if the use of that leave does not cause the amount of sick leave to the employee's credit to fall below twice the basic limit amount.

**SECTION 3 - PROOF**

A. Employees will be required to furnish proof of illness of a sick leave period of more than three (3) consecutive workdays.

B. The parties agree that an employee may be required to provide a medical certificate when abuse is suspected. Supervisors may opt to counsel the employee. If the employee's pattern does not improve, the supervisor will advise the employee, by written notice that for a certain period of time (NTE six (6) months) he or she must furnish a medical certificate for each absence from work which he or she desires to charge to sick leave.

**SECTION 4 - ADVANCE OF SICK LEAVE**

**0080**

An employee who is ill or injured without sick leave to his or her credit should normally be advanced a maximum of 240 hours sick leave provided the employee substantiates the request with medical evidence and the employee is expected to return to duty after the period of illness or injury. Employees must exhaust all accumulated leave (except up to 40 hours annual leave) prior to consideration for approval of advanced sick leave unless there are extenuating circumstances to increase the exception of 40 hours.

### SECTION 5 - CHARGE TO ANNUAL LEAVE

An approved absence, which would otherwise be chargeable to sick leave, may be charged to annual leave if requested by the employee.

### SECTION 6 - LEAVE USAGE INCREMENTS

Sick leave may be used in increments of 15 minutes.

---

## ARTICLE 16

## OTHER ABSENCES

### SECTION 1 - REGISTRATION AND VOTING

The Agency will publish, annually, a statement describing the applicable laws, rules, and regulations.

### SECTION 2 - FUNERAL LEAVE

Leave will be approved subject to applicable laws, rules, and regulations.

### SECTION 3 - CLIMATIC AND EMERGENCY CONDITIONS

Administrative dismissal is discretionary by the Agency and will be determined by locally established procedures. When administrative dismissal is authorized because of weather conditions, disaster, or other emergency conditions, all employees who reported for work will be dismissed without loss of pay or leave for the remainder of their work shift, except for those employees whose services are specifically required. When time and conditions permit, the Agency