will notify the Union of the contemplated administrative dismissal and consider any recommendations concerning the dismissal made by the Union.

**SECTION 4 - COURT LEAVE**

An employee will be authorized absence from work status without charge to leave or loss of pay for jury duty, or for attending judicial proceedings in a nonofficial capacity as a witness on behalf of the Federal Government or State or local Government.

**SECTION 5 - BLOOD DONATION**

Employees shall be granted administrative leave, not to exceed four (4) continuous hours in a workday, for the purposes of making blood donations and recuperating from donating blood, provided that such leave is approved in advance.

**SECTION 6 - LEAVE WITHOUT PAY**

A. Leave without pay (LWOP) is a temporary non-pay status for a specific period of time, which may be granted an employee in accordance with applicable laws, rules, and regulations. The Agency agrees that every effort shall be made to satisfy the reasonable desires of employees with respect to approval of LWOP.

B. LWOP may be granted to a bargaining unit employee who is elected to position of National Officer of the American Federation of Government Employees (AFGE) for the purpose of serving full-time in an elected position, or who is selected as an AFGE National Union Representative. No more than three representatives may be approved by the Agency. The Agency shall be given not less than sixty (60) days notice. Any LWOP granted or approved in accordance with this Article is subject to appropriate Government-wide regulations or other outside authority binding on the Agency. Upon return to duty after a period of LWOP, the Agency will return the employee to the position which he or she held prior to the leave or to a similar position at the same grade and pay, provided such a position is available. The employee will be trained as necessary. If the position does not exist, the employee will be placed in accordance with applicable regulations.

**SECTION 7 - RELIGIOUS OBSERVANCES**

A. Modifications to Work Schedules. An employee, whose personal religious beliefs require the abstention from work during certain periods of the workday or workweek, may elect to engage in alternative work for time lost for meeting those religious requirements.

B. Compensatory Time/Time Off. To the extent that such modifications in work schedules do not interfere with the efficient accomplishment of the Agency's mission, the Agency shall afford the employee the opportunity to work compensatory time and shall grant compensatory

time off to an employee requesting such time off for religious observances when the employee's personal religious beliefs require that the employee abstain from work during certain periods of the workday or workweek.

C. Granting and Repaying Compensatory Time Off. The employee may work such compensatory time before or after the grant of compensatory time off. A grant of advance compensatory time off should be repaid by the appropriate amount of compensatory time worked within a reasonable amount of time. Compensatory time shall be credited to an employee on an hour-for-hour basis or authorized fractions thereof. Appropriate records will be kept of compensatory time earned and used.

D. Non-Applicability of Premium Pay. The premium pay provisions for overtime work do not apply to compensatory time work performed by an employee for this purpose.

*Section 3, Climatic and Emergency Conditions, may be supplemented.*

### SECTION 8 - FAMILY AND MEDICAL LEAVE

A. The Family and Medical Leave Act (FMLA) of 1993 established a temporary non-pay status for a specific period of time which may be granted to eligible employees in accordance with applicable laws, rules and regulations. The Act provides a total of up to 12 administrative work weeks of unpaid leave during any 12-month period to take care of specified family and medical needs for eligible employees.

B. Definitions.

1. Eligible employee. To be eligible for family or medical leave (FML), a person must have completed at least 12 months of service as an employee. It does not include individuals employed on a temporary or intermittent basis.

2. Health care provider. A licensed doctor of medicine or osteopathy, Christian science practitioner listed with the First Church of Christ, Scientist in Boston MA, or other attending practitioner who is certified by a national organization and licensed by a state.

3. Parent. A biological parent or an individual who stood in that position to the employee when the employee was a child.

4. Reduced Leave Schedule. A leave schedule that reduces the usual number of hours per workweek, or hours per workday, of an employee.

5. Serious health condition. An illness, injury, impairment, or physical or mental condition that involves any of the following:

0083

a. Any period of incapacity or treatment in connection with or consequent to in-patient care in a hospital, hospice, or residential medical care facility.

b. Any period of incapacity requiring absence from work or regular daily activities of more than 3 calendar days, that also involves continuing treatment by (or under the supervision of) a health care provider.

c. Continuing treatment by (or under the supervision of) a health care provider (a) for a chronic or long-term health condition that is incurable or so serious that, if not treated, would likely result in a period of incapacity of more than 3 days; or (b) for prenatal care.

6. Son or daughter. A biological, adopted or foster child, stepchild, legal ward, or child who stands in the position of a son or daughter to the employee who is under 18 years of age or who is over 18 and incapable of self care because of mental or physical disability.

7. Spouse. A husband or wife, as recognized by state law.

C. Purposes for which FML may be used.

1. Birth of a child of the employee and care of newborn child of the employee (within one year after birth).

2. Placement of a child with an employee for adoption or foster care (within one year after placement).

3. Care of a spouse, child or parent with a serious health condition.

4. Serious health condition of an employee that makes the employee unable to perform duties of their position.

D. Other provisions.

1. FML may be granted for up to 12 administrative work weeks during any 12 month period.

2. The 12-month period begins on the date an employee first takes FML.

3. An employee is responsible for requesting their entitlement to FMLA leave.

4. An employee may elect to substitute annual leave, sick leave or other paid time off for FML, consistent with applicable laws and regulations.

E. Procedures.

1.  When foreseeable, an employee is responsible for providing notice of their intention to take FML not less than 30 days before the date the leave is to begin, so as not to disrupt the agency's operations.  However, this may not always be possible in the event of serious health conditions that arise unexpectedly.

2.  FML used to care for a family member or for a serious health condition of the employee must be supported by a medical certificate.

3.  A request for FML must be submitted to the immediate supervisor in writing, and include the effective date the FML will begin and whether the employee elects to use paid leave during the FML 12 week period.  A statement of the care required and the amount of time needed to care for the family member, along with a certification by the physician or health practitioner, will be included.  The request or certification must indicate whether the leave will be taken intermittently or on a reduced leave schedule for planned medical treatment, and when such treatment is expected to be provided.

4.  An employee may be transferred to an alternate position of equivalent pay and benefits that can better accommodate intermittent leave.  When returning to duty, an employee will be returned to the same or to a substantially equivalent position, in accordance with applicable laws and regulations.

F.  Specific rights, duties, and responsibilities regarding the Family and Medical Leave Act of 1993 are found in Public Law 103-3.

---

## ARTICLE 17

## HEALTH AND SAFETY

### SECTION 1  -  GENERAL

The Agency will provide and maintain a safe and healthy workplace for its employees and comply with applicable laws, regulations, and standards, to the extent of its authority.  We recognize our respective obligations to assist in the prevention, correction, and elimination of hazardous and unhealthy working conditions and practices.  The Agency will have a safety program which includes proactive accident prevention, fire prevention, cardiopulmonary resuscitation (CPR) and first-aid training, safety and health awareness publications, training aids, recognition, awards, and general publicity for the program.  Employees are expected to follow health and safety guidelines and practices, including the wearing and use of protective equipment

0085

and clothing. The Agency will provide access to and/or arrange for medical services. When such medical services are provided, their quality will be reviewed on a periodic or as-needed basis.

**SECTION 2 - DEFINITIONS**

A. Imminent Danger Right - The right of an employee to decline to perform his or her assigned task because of a reasonable belief that, under the circumstances, the task poses an imminent risk of death or serious bodily harm coupled with a reasonable belief that there is insufficient time to seek effective redress through normal hazard reporting and abatement procedures.

B. Inspection - a comprehensive survey of all or part of a workplace in order to detect health and safety hazards. Inspections are normally performed during the regular work hours of the Agency, except as special circumstances may require. Inspections do not include routine, day-to-day visits by Agency occupational safety and health personnel, or routine workplace surveillance of occupational health conditions.

C. Hazardous Material - any chemical or substance which by its nature presents a fire, explosive, reactive, or biological hazard.

D. Hazardous Duty - a duty performed under circumstances in which an accident could result in serious injury or death, such as a duty performed on a high structure where protective facilities are not used, or on an open structure where adverse conditions such as darkness, lightning, steady rain, or high wind velocity exist.

**SECTION 3 - CORRECTING CONDITIONS AND REPORTING**

A. We agree to encourage employees to report any unsafe acts or conditions immediately to the supervisor. The supervisor will submit such reports to safety officials. The Agency will advise the Union as to the final disposition of reports. The Agency shall take timely action, within its control, to alleviate unsafe or unhealthful working conditions.

B. The detection of unsafe and unhealthful working conditions at the earliest possible time and the prompt correction of related hazards at the lowest possible working level are essential. Employees who are assigned duties or work in conditions that they reasonably believe could endanger their health or well being shall notify the supervisor of the situation and file a report of unsafe or unhealthful working conditions.

C. An employee has the right to decline to perform an assigned task because of a reasonable belief that, under the circumstances, the task poses an imminent risk of death or serious bodily harm coupled with a reasonable belief that there is insufficient time to correct the problem through established procedures. Employees will immediately contact the supervisor. Supervisors will make reasonable efforts to assign work outside the affected work areas and

0086

contact safety or occupational health activities to promptly investigate the conditions to determine whether work may proceed.

D. The Agency shall ensure that no employee is subject to restraint, interference, coercion, discrimination, or reprisal for filing a report of unsafe or unhealthful working conditions, or other participation in occupational health and safety activities. An employee who believes he or she has been subject to acts of reprisal has the right to seek redress through grievance or Equal Employment Opportunity (EEO) procedures.

E. The Agency and employees will make every reasonable effort to maintain a safe, healthful, and sanitary work environment. This includes training in the proper evacuation of buildings, use of safety equipment, and use of protective equipment and clothing in the work area.

F. The Agency will also notify the Union when it becomes aware of health and safety meetings scheduled or changes in working conditions initiated by other activities.

### SECTION 4 - COMMITTEES

A. A health and safety committee shall be established at the local level. The committee will advise and assist the Agency in implementing its health and safety programs. This will be a joint committee having equal Management and Union representation. Bargaining unit committee members shall be appointed by the Union.

B. Committee members will function as full members of the committee in dealing with health and safety matters, which affect unit employees. Bargaining unit members will be provided training to discharge their role on the committee and will be on official time while performing authorized committee functions, if otherwise in a duty status.

C. Other (non-DFAS) activities may be invited to committee and other meetings to discuss and help resolve Agency health and safety concerns.

D. The Agency will provide funds to execute committee responsibilities consistent with Agency budget constraints.

### SECTION 5 - INSPECTIONS

A. Health and safety inspections and reviews include, but are not limited to, the following:

1. day-to-day reviews,

2. annual inspections, and

3. unannounced inspections and surveys.

When a Union representative participates, official time will be used. This does not preclude the Agency from taking actions, in the absence of a Union representative, to correct situations when they are identified. During the course of an inspection, employees are encouraged to bring to the attention of the inspector(s) any unsafe or unhealthful working condition which the employee has reason to believe exists in the workplace. Additionally, the Union shall be given the opportunity to make written input.

B. Health and safety hazards discovered in these inspections will be documented, investigated, and corrected in a timely manner. The Union will be furnished a copy of the report.

C. Responsible authorities will also be encouraged to periodically inspect eating and vending facilities.

### SECTION 6 - PERSONAL PROTECTIVE EQUIPMENT AND CLOTHING

A. The Agency will furnish, without charge to its employees, personal protective equipment and clothing to perform their duties that have been determined to be hazardous in accordance with criteria established by law. Such items shall meet Occupational Safety and Health Administration (OSHA) standards.

B. The Agency will provide storage space for protective equipment and clothing furnished to employees. Employees will use the protective equipment, clothing, and other devices as well as follow procedures as directed by the Agency. Employees will take reasonable care of and maintain such equipment and clothing.

C. Safety eyeglasses and shoes may be worn home by employees. Employees are responsible for safeguarding such items.

D. The Agency will furnish first-aid kits and ensure that an adequate number of employees are qualified to administer first-aid.

E. When an employee is provided ergonomic furniture and is relocated, that furniture, or equivalent, will be provided at the time the employee is relocated.

### SECTION 7 - HAZARDOUS ASSIGNMENTS

A. Employees should be protected from exposure to hazardous material through the use of personal protective equipment, devices, clothing, and training. Employees who are accidentally exposed to carcinogenic or similar hazardous material will be offered an opportunity to take a physical examination at no cost to the employee. Employees can document in their health records any exposure to hazardous material.

0088

B. Employees will document any exposure resulting in on-the-job injuries, illnesses, or occupational diseases by following Office of Workers' Compensation Programs procedures (see Article on Disability Compensation).

C. Employees required to perform hazardous assignments will be compensated In accordance with applicable laws and regulations.

**SECTION 8 - BUILDING SECURITY**

We agree that management is responsible for security at each OPLOC for the areas that they have control over and occupy.

*This Article may be supplemented.*

_____

## ARTICLE 18

## DISABILITY COMPENSATION

**SECTION 1 - RESPONSIBILITIES**

A. The U.S. Department of Labor (DOL), Office of Workers' Compensation Programs (OWCP) administers disability compensation benefits for civilian employees in accordance with the Federal Employees Compensation Act (Chapter 81 of 5 U.S.C.). The Act prescribes civilian employee compensation benefits for disability arising from personal injury or disease sustained while in the performance of duty. The Act and OWCP procedures also provide for job retention rights, long-term disability situations, and the payment of benefits to dependents if a work-related injury or disease causes an employee's death. In order for an employee to qualify for benefits, it must be established that injury, illness, or death was directly related to employment, or that a prior injury or illness was accelerated or aggravated in the course of employment. However, employees cannot receive disability compensation benefits if the injury or death is due to willful misconduct, intention to bring about injury or death to oneself or another, or if intoxication is the proximate cause of the injury.

B. The Agency accomplishes its disability compensation responsibilities through appropriate Human Resources, safety and/or occupational health organizations as well as by the efforts of supervisors and employees. The Agency may provide access to and/or arrange for medical care facilities for examination and treatment of injured employees.

1. In accordance with applicable law, regulations, or directives, the Agency and/or supervisors will authorize employees medical care for work-related injuries or occupational diseases. They will provide proper forms; advise of rights to use annual, sick, or leave without pay when the injury, illness or disease renders the employee incapable of performing assigned duties; ensure that any claims for benefits are submitted promptly to OWCP; and contact OWCP to assure timely action on claims. The Agency may challenge claims by submitting information to OWCP. In addition, an employee who suffers a job-related traumatic injury will be advised of rights to receive Continuation of Pay (COP), if eligible.

2. Training will be provided on how to handle work-related injuries. Training will be furnished to new employees on the governing law, regulations, directives, and local procedures. Periodic updates will be provided to other employees including those working on shifts. Such education will include explanations of benefits and the forms to use in reporting injuries and occupational diseases.

C. Employees are responsible for immediately reporting to the supervisor all injuries, illnesses, and occupational diseases which occur on the job, and recurrences of work-related injuries, illnesses, and occupational diseases. This will normally be done in writing, using OWCP forms and procedures. If the employee is incapacitated, notification actions may be taken by someone acting on his or her behalf, including an Agency official, family member, union official, or other representative. The employee has the responsibility of providing evidence that the claimed condition and the disability, if any, were caused, aggravated, or adversely affected by his or her Federal employment.

D. Supervisors are responsible for ensuring that employees are counseled on rights, options, and benefits. This includes information such as: rights to file for benefits, conditions of coverage, claim forms and procedures for processing claims, transportation information, payment for medical care, continuation of pay during time lost from work, leave usage, and re-employment rights following recovery from an injury, illness, or occupational disease. Supervisors should furnish necessary forms, assist employees in properly completing forms, provide completed copies to employees, and advise employees to obtain a description of work restrictions if light or limited duty is possible during periods of rehabilitation or recovery. The supervisor and Agency must not attempt to prevent an employee from filing a claim under any circumstance. The OWCP is the final authority in such determinations.

E. All personnel are responsible for respecting the dignity, privacy, and rights of injured employees to file claims, to obtain necessary medical treatment, and to accept light or modified duty during rehabilitation or recovery.

## SECTION 2 - TYPES OF INJURIES

A. A traumatic injury is a wound or other condition of the body caused by external force, including stress or strain. The injury must be identifiable by time and place of occurrence and member of the body affected; it must be caused by a specific event or incident or series of events or incidents within a single day or work shift. Traumatic injuries also include damage to or

0090

destruction of prosthetic devices or appliances, including eyeglasses and hearing aids if they were damaged incidental to a personal injury requiring medical services. Such injuries require filing of a CA-1 and other forms.

B. An occupational disease is a condition produced in the work environment over a period longer than 1 workday or shift. It may result from systemic infection; repeated stress or strain; exposure to toxins, poisons, or fumes; or other continuing conditions of the work environment. Such injuries require filing of a CA-2 and other forms.

C. A recurrence is a spontaneous return or increase of disability due to a previous injury or occupational disease without intervening cause, or a return or increase of disability due to a consequential injury. A CA-2a and other forms should be filed.

### SECTION 3 - MEDICAL SERVICES

A. If an employee requires medical treatment because of injury, the supervisor or other designated official should promptly complete the front of the CA-16 and other forms. Medical care will be authorized in accordance with OWCP procedures. With prior approval of OWCP, a CA-16 may be used in occupational disease cases.

B. The employee is entitled to select the physician or facility which is to provide medical treatment. If the Agency provides access to and/or arranges medical care facilities for the examination and treatment of injured employees, use of such facilities may not be mandated.

C. When transportation to obtain medical care is not furnished by the Agency, information on transportation alternatives will be made available. The employee may be reimbursed for appropriate travel expenses as authorized by governing OWCP procedures.

D. Disputes concerning the validity of medical claims will be resolved as specified by OWCP procedures.

### SECTION 4 - CONTINUATION OF PAY (COP)

The day, or portion thereof, on which the employee is injured or becomes ill from a work-related cause will be treated as excused absence. An employee may use COP, annual, or sick leave to cover all or part of any additional absence due to the injury. If an employee elects to use leave, each full or partial day for which leave is taken will be counted against the entitlement to COP. COP benefits continue the employee's regular pay for up to 45 calendar days of wage loss due to disability and/or medical treatment following a traumatic injury. An election of annual or sick leave during the 45-day period can be changed. If an employee who has elected leave for this period wishes to elect COP, the Agency must make such a change on a prospective basis from the date of the employee's request. Where the employee wishes to have leave restored retroactively, the Agency must honor the request, provided the Agency receives prima facie medical evidence of injury-related disability for the period. Leave without pay may also be used as approved by the

0091

Agency. A CA-1 and other forms are used to file for COP benefits. Employees may receive additional guidance on COP policy and procedures from their servicing personnel office.

### SECTION 5 - ACCOMMODATION AND LIGHT DUTY

A. Employees who have been injured should be returned to a full duty status in a timely manner, but not until they are able to perform the full range of their normal job requirements. To the extent practicable, the Agency will reasonably accommodate employees with suitable light or limited duty assignments until medical authorities indicate that a return to normal duties is possible.

B. When the employee's treating physician indicates that the employee is capable of performing light or limited duty work, the Agency will normally direct the employee to work in assignments that are within the capabilities of the employee as indicated by the treating physician.

C. An employee who refuses to work in a light or limited duty assignment, after receiving medical approval to do so, may be ineligible to receive COP, liable for any overpayments received, and/or subject to other actions.

---

## ARTICLE 19

## EMPLOYEE ASSISTANCE PROGRAMS

### SECTION 1 - GENERAL

A. We support the objective of assisting employees with personal problems that could affect their job performance. This assistance includes finding treatment for employees and helping them return to full productivity.

B. Given this common objective, we agree to work together to promote employee assistance programs designed to assist employees and their families with problems including drug or alcohol abuse, emotional illness, and other personal problems that affect job performance.

C. Personal privacy and confidentiality except where excluded by law, must be protected for employees seeking counseling assistance consistent with applicable regulations. This provides for the safeguard of information divulged to a program counselor by an employee.

### SECTION 2 - UNION-MANAGEMENT COOPERATION

0092

We agree to cooperate fully in an attempt to rehabilitate affected employees who accept assistance made available under the provisions of the program.

## SECTION 3 - USE OF LEAVE UNDER THE PROGRAM

A. Employees shall be allowed Administrative Leave, not to exceed a maximum of six hours, as determined necessary by the counselor, and approved by the supervisor, for counseling sessions during the assessment and referral phase of rehabilitation. Absences during duty hours for rehabilitation or treatment must be charged to the appropriate leave category in accordance with leave regulations. Employees attending sessions during duty hours for any phase of rehabilitation must advise their supervisors of scheduled appointments.

B. Leave of any type used by an employee for the purpose of seeking counseling under this program may not be used in any adverse or disciplinary action taken against the employee.

## SECTION 4 - EMPLOYEE RIGHTS AND RESPONSIBILITIES

A. Employees may voluntarily seek counseling, referral, and information from the program on a confidential basis.

B. The confidentiality of medical/counseling records of all employees will be preserved in accordance with the Privacy Act and other applicable laws and regulations.

## SECTION 5 - MANAGEMENT RESPONSIBILITIES

A. We recognize that the program is designed to deal with a range of problems at an early stage when the situation is more likely to be correctable. If an employee requests assistance under the program and participates in the program, the responsible supervisory official must weigh this fact in determining appropriate disciplinary and adverse action, should such action become necessary.

B. Managers and supervisors should advise employees of the services available in the program.

## SECTION 6 - PROGRAM TRAINING-UNION PARTICIPATION

Union representatives will be invited to attend seminars, workshops, conferences, or training sessions designed to acquaint supervisors, managers, and employees with the Program and its operation.

## SECTION 7 - PROMOTING THE PROGRAM

45

A.  At least once a year, the Agency will make employees aware of the Employee Assistance Program and the services it provides.

B.  Posters will be posted on official bulletin boards giving information on the program.

C.  Newly hired employees will receive appropriate Program materials at their DFAS orientation.

D.  As soon as a change is known in any Program contractor, or any change in the nature of services provided, all affected employees will be notified in writing.

### SECTION 8 – PROGRAM EVALUATION

A.  Annually, using procedures developed locally, management and the union will perform a joint review of the effectiveness of the program and make recommendations for improvement, if appropriate.

B.  Employees will be allowed to confidentially make recommendations for changes to the program.

---

# ARTICLE 20

# EMPLOYEES WITH SPECIAL NEEDS

A.  Adequate facilities will be provided, as feasible, so that handicapped employees have easy access to their work sites and other areas to which they may need to go from time to time. This may include the provision of enlarged, marked parking spaces close to the building, ramps, aisles, restrooms, handrails, and other similar devices.

B.  Before initiating performance-based adverse actions against qualified handicapped employees with special needs, the Agency will consider reasonable accommodations, which may include the DoD Computer Electronics Accommodations Program (CAP) or other similar programs.

*This Article may be supplemented.*

---

**ARTICLE 21**

**DEPENDENT CARE**

SECTION 1 - GENERAL

Recognizing that balancing home and workplace needs is important to the well being of employees and therefore the productivity of the Agency, DFAS and its AFGE Locals support programs designed to assist employees in meeting their dependent care needs. Programs and practices which serve to assist employees in meeting these concerns and needs have been incorporated by the Agency and the Union into this Agreement in other Articles. The intent of this Article is to encourage development of innovative and cost-effective approaches to providing additional assistance in meeting employee dependent care needs. The Agency, to the extent permitted by Government rules, regulations, and budgets, will support these programs.

SECTION 2 - TYPES OF PROGRAMS

A. Dependent care assistance may include, but is not limited to, the following:

    1. Child care and elder care referral services;

    2. Information on seminars, workshops, and exhibitions;

    3. Periodic newsletters and brochures;

    4. Information on family resources OPLOCs (including on-call, emergency, part-time care, and multi-purpose facilities);

    5. Referral to available consultant services to assist employees with dependent care problems; and

    6. DFAS cooperation with other agencies regarding dependent care programs.

    7. Participation in a shared facility with other Federal agencies.

B. Employees are encouraged to take advantage of dependent care programs. New employees should be informed about the availability of referral services for dependent care programs during orientation.

0095

C. The Agency and the Union will keep each other advised of any status changes regarding dependent care referral services. The Union will be afforded the opportunity to participate in task groups or committees involved in developing and formulating such programs.

---

## ARTICLE 22

## VIDEO DISPLAY TERMINALS

### SECTION 1 – GENERAL

Video display terminals (VDTs) are word processors and/or computer terminals which display information on television-like screens (cathode ray tubes). The Agency intends to provide a safe and healthful workplace for all employees. In keeping with this intent, the Agency acknowledges that certain ergonomic and environmental factors contribute to the health and efficiency of VDT users. This article contains guidelines for the safe use of VDTs. These guidelines may also apply to use of other equipment or new technology if the same or similar potential hazards exist.

0096

**SECTION 2 - GUIDELINES**

A. Training on the use of VDTs and potential hazards will be provided to all employees who use this equipment in their work. Safety reminders will be posted in appropriate places in the work areas to remind employees of the potential hazards and possible problems or injuries that could result from prolonged use of VDTs.

B. The Agency will provide, to the extent practicable, equipment and facilities (e.g., workstations, chairs, tables, glare shields, lighting, etc.) which meet ergonomic and environmental design criteria for reducing the risk of injuries from repetitive motion work and other potential hazards of operating VDTs. Upon establishment of federal standards for acceptable radiation emissions, the Agency will conduct periodic tests of VDTs. Any VDT that fails to meet the standards will be repaired or will be removed from service.

C. Every employee who works continuously on a VDT will take a relief period of at least (10) ten minutes every two (2) hours. Any activity other than VDT operation can meet this requirement. Supervisors will be responsible for determining if alternative tasks will be performed during relief periods. Availability of alternative tasks will not change the requirement for a relief period.

D. Accommodation requests from pregnant employees for reassignment during the pregnancy, or some portion of the pregnancy, will be considered under 5 CFR 339. While there is no conclusive evidence that VDTs cause problems during pregnancy, the Agency will in all possible cases, with medical documentation, reassign persons during pregnancy to non-VDT work.

E. Employees who believe they have a problem or injury from use of a VDT should report it to their supervisors. The supervisor will refer the employee for medical evaluation, and report the potential hazard, as appropriate. The Agency will provide access to the extent possible to a voluntary vision-screening program to evaluate problems or possible injuries from the use of VDTs.

F. If an employee sustains an injury, he or she should follow procedures in the Disability Compensation Article.

---

0097

**ARTICLE 23**

**PARKING**

To the extent that the Agency controls or influences the allocation of parking spaces, it will address handicapped parking in accordance with applicable laws governing handicapped parking.

*This Article may be supplemented.*

---

**ARTICLE 24**

**MORALE/QUALITY OF WORK LIFE**

A.  We recognize that the morale and quality of work life for all employees is of primary importance.  It is our common goal to achieve the following:

1.  Consistency in communications

2.  A high degree of morale

3.  Improvement in working methods, conditions, and productivity

4.  Demonstrated appreciation for day-to-day accomplishments.

B.  In order to reach our goal, the Labor-Management Committee will meet periodically and discuss issues and options that may enhance the quality of work life.

---

**0098**

## ARTICLE 25

## QUALITY INITIATIVES

We support total quality initiatives that improve internal and external work products, and provide enhanced service to our customers.

*This Article may be supplemented.*

---

## ARTICLE 26

## MERIT PROMOTION

### SECTION 1 - GENERAL

A.  We recognize that it is in the best interest of our Agency and its employees to seek a balance in our approach to recruiting, hiring, and promoting from internal and external sources.  In the foreseeable future, we will be faced with maintaining acceptable levels of service to our customers while experiencing fluctuating workloads, functional realignments/consolidations, and reduced budgets. Every effort will be made to enhance the career opportunities for our employees while continuing to staff up in those areas where the mission of the Centers is increasing.

B.  This Article is applicable to all promotions to Agency positions within the bargaining units covered by this Multi-Unit Master Agreement.

C.  The Parties agree that positions will be filled with highly qualified candidates, in an expeditious and efficient manner in accordance with all applicable laws, rules, and regulations. Vacancies may be filled by promotion, demotion, noncompetitive conversion, reassignment, transfer, reinstatement, appointment from an OPM register, direct hire authority, or eligibles under special authorities (e.g., qualified individuals with disabilities, Veterans Readjustment Appointment, etc.).

D.  Identification, qualification, evaluation, and selection will be made on the basis of merit principles without regard to political, religious, labor organization affiliation or non-affiliation, marital status, race, color, sex, national origin, non-disqualifying physical or mental handicap, or age. Nepotism or favoritism are prohibited.

0099

E.  In those cases where underrepresentation exists, EEO and Affirmative Employment Program (AEP) goals will always be a primary factor in recruiting the most qualified candidates.

**SECTION 2 – DEFINITIONS**

A.  Position Change - A promotion, demotion, or reassignment made during an employee's continuous service within the same Agency.  A position change by any of these methods may also involve a change of official headquarters or post of duty within the Agency.

B.  Promotion - The change of an employee to a position at a higher grade level within the same job classification system and pay schedule or to a position with a higher rate of basic pay in a different job classification system and pay schedule.

C.  Demotion - The change of an employee to a lower grade when both the old and the new positions are under the General Schedule or under the same wage grade schedule, or to a position with a lower rate of basic pay when both the old and new positions are under the same type ungraded wage schedule or in different pay method categories.

D.  Reassignment - The change of an employee from one position to another without promotion or demotion.

E.  Area of Consideration - The area in which the Agency makes an intensive search for eligible candidates in a specific promotion action. The minimum area of consideration is the area designated by the Vacancy Announcement in which the Agency should reasonably expect to locate enough high-quality candidates, as determined by the Agency, to fill vacancies in the positions covered by this Article.  When the minimum area of consideration produces enough high-quality candidates and the Agency does not find it necessary to make a broader search, the minimum area of consideration and the area of consideration are the same.

F.  Qualified Candidates - Are those who meet established qualifications requirements for the position.

G.  Highly Qualified Candidates - Candidates who, after rating, substantially exceed qualification standards for the position.

H.  Selective Factors - Are knowledge, skills, or abilities essential for satisfactory performance on the job and represent an addition to the basic standard for a position.  The following are examples of appropriate selective factors for determining eligibility when the factors are essential for successful job performance.

1.  Ability to speak, read, and/or write a language other than English;

2.  Knowledge and abilities pertaining to a certain program or mission, when these cannot readily be acquired after promotion; and

0100

3. Ability in a functional area (for example, ability to evaluate alternative computer systems).

I. Subject Matter Expert (SME) - A person who has demonstrated knowledge and experience about the duties and responsibilities of a particular position (e.g., incumbents of similar positions, supervisors of the position, etc.).

J. Underrepresented Position - A position in any occupation or grade level in which the organization under the supervision of the selecting official has not reached the applicable established Equal Employment Opportunity goal or goals.

K. Selecting Official - The individual delegated authority by the Agency to make the decision regarding the selection for placement into a position.

L. Referral List - The certificate containing the names of the top ranked candidates eligible to be considered by the selecting official for competitive promotion.

M. Concurrent Consideration - The simultaneous consideration of Agency and non-Agency candidates for competitive promotion.

## SECTION 3 - RESPONSIBILITIES

The following are the responsibilities of employees and the Union in the merit promotion process.

A. Employees may:

1. Apply for positions in accordance with the instructions provided in the vacancy announcement.

2. Inform their supervisor of their interest in promotion consideration, furnishing the appropriate Memorandum of Interest (DFAS Form 103) prior to extended absence from their position.

3. Apply only for those positions for which they believe they are qualified and in which they are interested.

4. Assure that official personnel records, application forms, and supplemental experience statements reflect appropriate experience, education, training, and awards.

B. The AFGE Local may bring matters of concern regarding the merit promotion process to the attention of supervisors as early as possible in an effort to reach informal resolution.

0101

SECTION 4 - NONCOMPETITIVE PLACEMENT

A.  Mandatory Noncompetitive Placement.  The type of mandatory placements listed below will be accomplished as an exception to the competitive provisions of this Article.

1.  Placement of individuals having statutory, regulatory, or administrative reemployment rights, or to whom a like employment obligation exists (e.g., employees with reemployment rights, return of employees from mobility assignments under the Intergovernmental Personnel Act, compensably injured employees able to return to work, EEO settlements, arbitration and grievance decisions, restoration from military service).

2.  Placement actions required in connection with reduction-in-force.

3.  Placement actions to correct a procedural, regulatory or program violation under Title 5, Code of Federal Regulations, Part 335.

4.  Compliance with DoD Stability of Employment Program.  Prior to initiating recruitment under Merit Promotion, the Human Resources Directorate will determine if there are eligible candidates registered in the DoD Priority Placement Program (PPP).  This program provides placement assistance to DoD employees who have been affected by reduction-in-force or downgraded through no fault of their own.  PPP eligibles will be referred at any time during the Merit Promotion process, up to the point the Merit Promotion certificate is referred to the selection official.  A position may not be abolished or reclassified to avoid placement of PPP candidates.

B.  Special/Priority Consideration.

1.  Priority Consideration of Downgraded Employees.  Employees who have been downgraded as a result of reduction-in-force or reclassification action are eligible to be considered for selection in advance of other candidates.  However, there is no guarantee of selection.  For the duration of their eligibility, employees will be registered and referred for those positions for which fully qualified at or below the level from which demoted.  Priority consideration under this section does not apply to positions, which offer known promotion potential to a grade higher than the one from which demoted.  The Human Resources Directorate will be responsible for maintenance of the "Priority Consideration Listing" and referral of eligibles.

2.  Military Spouse Preference.  Spouse preference must be applied when competitive methods (i.e., merit promotion procedures or OPM registers) are used to fill vacant positions at grades up to GS-15 or equivalent wage system positions.  Military spouses are referred through the DoD PPP and are automatically a part of the minimum area of consideration.

3. Priority Consideration for Procedural Error.

a. Special consideration will be given to employees who failed to receive proper consideration in a competitive promotion action. If it is determined that an employee was improperly denied inclusion on a referral list of promotion candidates under this Article, or was not selected solely because of non-merit factors, the employee will be accorded one special consideration. Special consideration will be given for the next appropriate vacancy to make up for the consideration lost. The "next appropriate" vacancy is defined as one which meets all the following conditions:

1) A similar type of position in the same pay system as the position for which the candidate failed to receive proper consideration; and

2) A position for which the candidate has an interest; and

3) A position for which the candidate is highly qualified.

b. Priority consideration is given in advance of the referral process and the employee is entitled to consideration but there is no guarantee of selection. Human Resources will contact the employee to determine if he or she has an interest in the position. Employees entitled to special consideration should continue to apply for all positions for which they desire competitive consideration.

C. The following actions may be effected without using competitive procedures.

1. Promotion when an employee was selected from an OPM Certificate of Eligibles, through direct-hire authorities, or through merit promotion procedures for a position intended to prepare the employee for a higher level position. The intent must be made a matter of record and career ladders must be documented.

2. Promotion of an employee when his or her position is classified to a higher grade due to accretion of duties and responsibilities. However, if the addition of supervisory duties is the sole basis for upgrading a previous nonsupervisory position, promotion action must be processed under competitive procedures. Action processed as accretion of duties must meet the following three criteria:

a. Major duties of the employee's old position are absorbed into the new position, and the old position is canceled.

b. New position has no known promotion potential.

c. Additional duties do not adversely affect the grade or continuation of another encumbered position in the same work unit.

3. Promotion of an employee when his or her position is classified to a higher grade due to management assignment of additional duties. However, if the addition of supervisory duties is

0103

the sole basis for upgrading a previous nonsupervisory position, promotion action must be processed under competitive procedures. Actions processed as assignment of additional duties must meet the following criteria:

    a. Employee must be under the supervisor assigning the additional duties.

    b. Major duties of the employee's old position are absorbed into the new position, and the old position is canceled.

    c. New position has no known promotion potential.

    d. Additional duties do not adversely affect the grade of continuation of another encumbered position in the same work unit.

4.  Temporary promotion of an employee for 120 days or less.

5.  Repromotion/transfer of a current federal employee in the competitive service to a grade (or equivalent level in another pay system or intervening grade) previously held on a permanent basis in the competitive service (except when demoted for personal cause).

6.  Repromotion to a grade or position from which an employee was demoted without personal cause and not at the employee's request.

7.  Selection of an employee eligible for priority consideration resulting from failure to receive proper consideration for promotion due to a procedural error in a prior competitive placement action.

8.  Selection of a permanent Federal employee from an OPM Certificate for a higher graded position or a position with known promotion potential.

9.  Promotion of an employee to a position with a representative rate which is the same or lower than that of the position currently held.

10.  Position change permitted by reduction-in-force regulations.

11.  Any action, including a promotion, directed by an individual or organization with authority which supersedes this Agreement. This includes but is not limited to action required as a result of discrimination complaint decisions, court decisions, or arbitrators' decisions.

12.  Appointments and promotions made through student employment programs (e.g., Stay-in-School, Cooperative Education) and subsequent conversions to full-time permanent status.

13.  Placement in positions with promotion potential when the employee previously held and competed for a similar permanent position with promotion potential, even if the employee did not attain the target grade.

0104

14. Conversion from temporary to permanent promotion provided the temporary promotion was effected under competitive procedures and the fact that it might lead to permanent promotion was made known to all potential candidates.

### SECTION 5 – VACANCY ANNOUNCEMENTS

A. Vacancies to be filled under this Agreement should be advertised on a vacancy announcement. In order to have consistency among DFAS Centers, a standard vacancy announcement form (DFAS Form 101/101a) will be used. In addition to the vacancy announcement form, a standard Merit Promotion Form package for bargaining unit positions will be used. The forms in this package are as follows: DFAS Form 102, 103, 104-1, 104-2, 105, 106, 107, 108, 109, 110, and 110a.

B. Vacancy announcements will be open for a minimum of 7 workdays. Posting of the announcements will be on official Human Resources Bulletin Board(s) on the same day the announcements are opened and distributed. We agree that the Human Resources Directorate will install a dedicated telephone line with a continuous recording, which announces current vacancies that are being recruited. Employees will be able to dial that number anytime and be informed of current vacancies. Changes to the recording will be updated as necessary.

C. Management may advertise vacancies individually or in related groupings. Vacancy announcements for positions for which there is an anticipated frequent, repetitive, or continuous need may either be announced on an open continuous basis, or may be announced for a limited period. A register of top ranked candidates will be established to refer as appropriate vacancies arise.

D. Interested individuals within the Area of Consideration (AOC) may apply at any time prior to the closing date of an open continuous vacancy announcement. When using an open continuous vacancy announcement, all eligible candidates who have applied, up to the date that the request to fill the vacancy is received for recruitment in the staffing division, will be considered in the rating and ranking process.

E. Interested individuals may apply on vacancy announcements, which will be open for a limited period and used to establish continuing promotion registers only during the limited period indicated. Eligible candidates will be placed in rank order on a register, which will be used to fill similar vacancies in the same AOC as they occur for a specified period of time after the closing date of the vacancy announcement. A promotion register may be used for a period of up to one year, provided the vacancy announcement is reopened at least every 3 months to allow for the submission of applications from other interested employees and the updating of applications by employees who have previously filed. The rank order on the registers will be adjusted as appropriate.

F. Vacancy announcements are not necessary if all available candidates in the appropriate AOC are considered.

G. Vacancy Announcements will include:

1.  Title, series, and grade of position (including known promotional potential or target/full performance grade).

2.  Geographic/organizational location of the position, including address of organization if appropriate.  (Employee could specify only location of interest.)

3.  Area of Consideration.

4.  Opening/closing date.

5.  Brief description of duties of the position.

6.  Qualification/time-in-grade requirements.

7.  Selective placement factors.

8.  Any requirements specific to the position.

9.  Evaluation methods to be used.

10.  Knowledge, skills, and abilities (KSAs) against which applicants will be evaluated.

11.  Application procedures with identification of acceptable forms.

12.  Policy statement on EEO.

13.  Statement that job-sharing or part-time employment, if appropriate, will be considered.

14.  Any special security rating requirements.

15.  If the position is not in the bargaining unit, it will be so stated in the top margin (capitalized) on the announcement.

16.  Number of vacancies (if known).

17.  Any other related information.

H.  In order to provide wide spread distribution to all employees, we agree that all vacancy announcements will be provided to the Union and posted on all official bulletin boards.

SECTION 6 - APPLICATIONS

A.  Applications will be accepted from those qualified and eligible employees within the specified Area of Consideration (AOC) or others afforded eligibility under the law.  If an employee

does not have a recent annual performance rating (within the last three years), a statement of nonavailability must be included in the application package. A presumed fully successful rating will be credited. Employees whose applications are evaluated as not qualified will be notified that they were not considered. Applications must be received or postmarked by the date indicated on the vacancy announcement. Late applications will not be accepted, except as specified in paragraph C below. Applications may also be returned without action if they:

       1. Are from nonstatus candidates.

       2. Fail to include all documents required by the vacancy announcement.

       3. Fail to provide sufficient information (e.g., KSAs, current ratings) to determine qualifications, eligibility or suitability, or to evaluate the candidate.

       4. Use government funds for postage.

B. Applications from job-sharing teams within the AOC will be accepted for full-time vacancies. Each member of the team must be among the Highly Qualified in order for the team to be selected. In a situation where job sharing would not be workable, the selecting official is free to select a single individual from the Highly Qualified list.

C. Employees on Approved Absence:

       1. If, prior to the employee's absence, an employee submits a written request for consideration for promotion to a specific position or group of positions, the supervisor submits a memorandum of interest (DFAS Form 103) to the Human Resources Directorate. These employees must submit a written request prior to each absence.

       2. An employee on approved absence may file a delayed application for any position upon his or her return if the referral has not been issued.

       3. In either of the above instances, the employee must have been absent during the entire open period of the vacancy announcement and the delayed application must be submitted no later than three (3) workdays after the employee returns to duty.

D. Upon request, the employee may be allowed a reasonable amount of official nonproductive time to file applications for positions within DFAS. Employees are authorized to use government-owned personal computers and typewriters to prepare such applications. DFAS Forms 106, 107, and 108 will be used by all employees applying for DFAS merit promotions. Employees may use the DFAS Form 103 to specify the level and location for which they would like to be considered.

## SECTION 7 - REASSIGNMENT REQUESTS

A. An employee may request a reassignment to a vacancy for which qualified. The request will be filled with Human Resources at the time of the vacancy announcement. These applicants will be

referred without being ranked. When a supervisor selects an employee for reassignment, the losing and gaining supervisor will reach a mutually agreeable release date. The management chain will be used if necessary to ensure both the employee's request and mission requirements are satisfied.

B. An employee may make a written request to his/her immediate supervisor for reassignment to another position. If the employee is selected, the losing and gaining supervisor will reach a mutually agreeable release date. The management chain will be used if necessary to ensure both the employee's request and the mission requirements are satisfied or to review the denial of an employee's request for reassignment.

## SECTION 8 - EVALUATION/ELIGIBILITY REQUIREMENTS

A. Qualification/Eligibility Requirements. The minimum qualification standards prescribed by Office of Personnel Management (OPM), including required written tests and appropriate selective placement factors, will be used to determine basic eligibility of candidates for competitive consideration.

B. Selective Placement Factors. Qualifications essential to successful performance in the position to be filled are considered to be a part of the minimum qualification standards. Justification for use of these selective placement factors will be recorded as part of the job analysis process.

C. Legal and Regulatory Requirements. Applicants must meet time-in-grade, specialized experience, and time-after competitive appointment requirements within thirty (30) calendar days after the closing date of the vacancy announcement unless otherwise specified on the vacancy announcement.

D. Steps in Developing the Evaluation Process.

1. Federal merit promotion policy requires that selection for positions filled through competitive procedures be made from among the best available candidates. Job related evaluation criteria beyond the standards used for determining basic eligibility must be used to identify highly qualified candidates for a position. This candidate evaluation criteria must be based on a job analysis.

2. A job analysis is an in-depth review of the position to identify the major duties and determine the KSAs essential to the position. The job analysis may be conducted by a personnel specialist, a supervisor, or both.

E. Knowledge, Skills, and Abilities (KSAs).

1. KSAs must be identified through a job analysis of the position. Only those candidates who meet basic eligibility requirements will be further evaluated on the basis of demonstrated job-related KSAs. KSAs will be identified in the vacancy announcement, and candidates will be required to provide information as to experience, education, training, awards, etc., relating to each KSA. DFAS Form 108 will be used to address KSAs.

2. Employees are <u>not</u> required to submit KSAs for positions in the same series as the position the employee currently holds. In these cases, the most recent performance appraisal will be used to address the KSAs. However, if the employee wishes to include KSAs for these positions, they will be accepted.

**SECTION 9 - RATING CANDIDATES**

A. Crediting Plans. The crediting plan is a documented summary of the developed candidate evaluation methods for a specific job or a number of similar jobs. Crediting plans must be developed and used for each position or group of positions being filled. These plans are a part of the placement record. Levels of a crediting plan are defined in terms of experience, training and/or education, which will be used to evaluate a candidate's possession of the required Knowledge, Skills, and Abilities (KSAs).

B. Rating Sources. The application, KSA statement, and annual performance rating are used to rate candidates for positions being filled through merit promotion procedures. Additional sources identified on the vacancy announcement may also be used. Official Personnel Folders (OPFs) will not be used in the rating process except to determine/verify minimum qualifications.

1. Basic Application - identifies applicant, vacancy announcement, and additional information about the applicant's current assignment. It is also used to notify applicants of actions taken on their application.

2. KSA Statement - documents information about the applicant's experience in relation to the KSAs for the position being filled.

3. Annual Performance Rating - provides an additional means of evaluating the applicant's experience.

C. Rating Panels.

1. Ratings will be accomplished by a personnel specialist or by a rating and ranking panel. Panels will be used for positions when it is determined that a panel review would be appropriate for the position being filled (i.e., large number of candidates, job complexity, etc.) or when management requests that a panel be convened.

2. Rating and ranking panels will consist of one to three Subject Matter Experts (SMEs) who have knowledge or expertise about the position to be filled, including a union representative, and/or a personnel specialist. A Bargaining Unit member may be a SME.

D. Candidate Evaluation. Candidates will be rated using the criteria contained in established crediting plans. Eligible candidates' merit standing will be determined using the following definitions:

1. Qualified - Candidates who have been determined to meet OPM qualification standards for the position and achieve an overall rating less than specified for "highly qualified."

0109

2. Highly Qualified - Candidates who, after rating, substantially exceed qualification standards for the position.

E. Rating 10 or less candidates.  Simplified candidate evaluation procedures, combining screening and ranking, may be used when there are 10 or less candidates who meet the minimum qualifications.  Under the simplified procedure, all candidates who are determined to be well qualified will be referred.  Use of this expedited procedure must be documented in the merit promotion file.

F. Rating Procedures.  Candidates who meet minimum OPM qualification requirements will be formally evaluated against the KSAs determined through job analysis and identified in the crediting plan.

### SECTION 10 - CREDITING PLANS

A. Candidates who meet minimum qualifications will be formally evaluated against the Knowledge, Skills, and Abilities (KSAs) identified in the crediting plan.  Crediting plans measure a candidate's overall qualifications, and are normally based on the following elements:  Experience, Appraisals, Education and Training, and Awards.  Total weights assigned for each element will vary depending on the position to be filled.

B. Maximum weights applied for each element (Experience, Appraisals, Education and Training, and Awards) will be identified on the Vacancy Announcement.

C. Following is an example of how a crediting plan might look:

The points for the rating elements are examples only.  The point value identified would be the value level to receive the associated points.  For example in experience, only 20, 40, or 60 points could be assigned following the plan below.

GENERIC GS RATING PLAN

EXPERIENCE

A Level

Experience in the same or substantially similar line of work (usually in the same title and series), at a level below that of the position to be filled, and possession of all of the knowledge, skills, and abilities identified for the position.                                                (60 points)

B Level

Experience in a related field at a level below that of the position being filled and possession of all the knowledge, skills, and abilities identified for the position.

0110

OR

Experience in the same or substantially similar line of work at a level below that of the position to be filled and possession of most of the knowledge skills, and abilities identified for the position.

OR

Education that is completely qualifying for the position.                    (40 points)

C Level

Other qualifying experience or combination of experience and education.     (20 points)

PERFORMANCE SUMMARY RATING

Current Exceptional rating --------------------------------- 24 points
Current Highly Successful rating -------------------------- 18 points
Current Fully Successful rating ---------------------------- 12 points

EDUCATION

Only education, which was not used to qualify the applicant under Experience above, may be counted.

10 POINTS MAXIMUM

|  | GS-2 GS-4 | GS-5 GS-8 | GS-9 GS-12 | GS-13 GS-15 |
|---|---|---|---|---|
| Doctorate degree | 10 | 10 | 10 | 10 |
| Master's degree or equivalent, in an appropriate field | 10 | 10 | 10 | 10 |
| Two or more years of appropriate education above the high school level | 10 | 10 | 10 | 10 |
| One of more years of appropriate education above the high school level | 7 | 5 | 3 | 0 |
| Related self-development course work or training above the high school level, (120 hours at GS-9 and above; 80 hours at GS-5/8; 40 hours at GS-2/4) | 5 | 3 | 0 | 0 |
| Applicants are to be awarded points for the highest level they have achieved, not a combination of points. | | | | |

AWARDS

9 POINTS MAXIMUM

63

0111

A maximum of six points may be assigned to cover all significant performance awards received within the last three years. (Significant performance awards include Quality Step Increases, Sustained Superior Performance Awards, Commander's Awards, Meritorious Service Awards, or the equivalent.)

A maximum of three points may be assigned to cover all significant performance awards received, which are over three years old.

**SECTION 11 - RANKING AND REFERRAL PROCEDURES**

A. Ranking Candidates.

1. After final evaluation, a list of candidates will be referred to the selecting official in alphabetical order. The number of candidates referred will be identified as follows:

a. Number of candidates referred will be a minimum of 15 names, if available.

b. When substantive distinctions cannot be made among a larger number of candidates than would normally be referred, all tied candidates will be referred.

2. If there are three or fewer qualified candidates, the selecting official will be given the option to accept the referral or request broader recruitment options.

B. Referral.

1. The selecting official will be provided a certificate of eligibles (referral list), all application documentation, and any locally developed or adapted guidance on the interview and selection process.

2. The referral list will be issued to the selecting official with a suspense date of not more than 15 workdays from the date of issue. Extension may be granted when properly justified.

**SECTION 12 - SELECTION PROCESS**

A. Consideration Given to Candidates.

1. Selecting officials must base their selections on job-related factors. The selecting official is not required to make a selection from the competitive referral list. The job may be filled by some other type of internal action or by appointment from outside the Agency. Candidates from other sources (reassignment, demotion, noncompetitive conversion, transfer, reinstatement, etc.) may be considered concurrently or in any sequence.

2. A referral list may be further screened to narrow the number of candidates to be interviewed so that selecting officials may interview some, all, or none of the referred candidates. If a screening is done to reduce the number of candidates who will be interviewed, the criteria for making that determination will be documented (i.e., if "some", document how that determination was made). The screening should be based on job-related criteria in line with the position being filled. Panel interviews may be used. The interview process used and established under this agreement will be followed.

B. Additional Vacancies. If additional vacancies occur for identical positions, selections may be made from the same announcement within 120 days of the closing date of the vacancy announcement.

C. Selection Notification. After receipt of the selection from the selecting official, timely notification will be made to the selectee(s) and nonselectees as to who was selected and why. Human Resources will officially notify applicants of their selection.

D. Release of Employees. Normally, supervisors will release employees selected for promotion or reassignment within two weeks (to coincide with the start of the next pay period) after being notified. This constitutes the effective date of promotion or reassignment. Extensions must be coordinated with both the gaining and losing supervisors.

**SECTION 13 - DOCUMENTATION AND INFORMATION REVIEW**

A. Record. Merit promotion and internal placement files will consist of records required by Title 5, Code of Federal Regulations, Part 335. If particular records are not included in the file, location of the records must be noted to allow for reconstruction. Files will be retained for two years or until an OPM evaluation, whichever occurs first. If the file is involved in a discrimination complaint, it must be retained for at least two years after final disposition.

B. Access to Merit Promotion Information.

1. All candidates will have equal access to information on merit promotion. The protection of the privacy of other individuals is given first consideration. This does not restrict the rights of an official who has responsibility for investigating, examining, or adjudicating a complaint, from access to needed information.

2. Personal or sensitive matters about an individual will only be released with written consent of the individual concerned to the Union. Requests for information will be evaluated and processed under the provisions of 5 U.S.C. Chapter 71, the Privacy Act, and applicable regulations.

3. After official notification of the selection has been made and within five (5) workdays, an applicant may request, in writing, the following information from the Human Resources Directorate, who will provide a written response:

a. Whether the applicant was in the group from which selection was made;

**0113**

b. In what areas, if any, the applicant should improve to increase chances for future selection (this information will be provided by the Selection Official);

c. The evaluation factors (knowledge, skills and abilities needed for successful performance in the position), weights (points) and the procedures used in arriving at the cut-off scores, final scores, and certification.

4. Upon written request by the employee, the President of the Union or designee, who is not an applicant or likely to be an applicant, shall be allowed to review rating and ranking records of members of the bargaining unit who have applied under an announcement and who have specific written complaints.

5. Such a request shall be submitted within 10 workdays after receipt of ratings from the Human Resource Directorate. With written permission of the employee, the reviewer designated by the Union may also be allowed access to the employee's Official Personnel Folder. A staffing specialist shall be made available to answer technical procedural questions. The Union agrees to maintain the confidential nature of the information and not to disclose to the employee or any other employee any information to which he or she is not entitled. Any complaints/questions arising from this review constitute Steps 1 and 2 of the Negotiated Grievance Procedure, shall be discussed with the Human Resources Directorate (Step 2) and, if not resolved, referred to the Deputate/Directorate for decision (Step 3). This does not preclude the use of Step 4 of the Negotiated Grievance Procedure by the Union or the Agency. Nonselection from a group of properly ranked and rated candidates is not, in itself, a basis for a formal complaint, grievance, or appeal.

### SECTION 14 – CAREER LADDERS

A. Supervisors shall periodically evaluate the career progress of all employees assigned to career ladder positions who have not reached the top grade in their career ladder, as indicated on the Notification of Personnel Action (SF-50). This evaluation shall involve a consideration of the employee's duties and work performance and the qualification and performance requirements for the next higher grade in his or her career ladder. Employees who are considered to be fully performing at the next higher grade level and are otherwise qualified by OPM qualification standards, as a rule, shall be recommended for career promotions. Exceptions to the above will be made during Reduction-in-Force and other situations, for example, freezes and reductions in grade ceiling which are dictated by higher levels of authority.

B. Employees assigned to career ladder positions shall be given substantially equal opportunities to demonstrate whether they can perform at the next higher grade in their career ladder.

C. Employees shall be advised as to the grade levels in their career ladder and what they need to do in order to improve their chances for promotion. This information will be provided when requested by the employee or initiated by the supervisor.

D. Supervisors will submit recommendations for promotion of employees who have met the conditions described in paragraph A, including the time-in-grade requirements, in sufficient time to ensure that the employees' promotion is effective in the first pay period following their eligibility date. In situations where the first pay period is not met as a result of administrative error, the necessary pay adjustments will be made.

### SECTION 15 - TEMPORARY PROMOTIONS/DETAILS

A. A detail is the temporary assignment of an employee to a different position, without change in status or pay, for a specified period of time. Details are often a way of broadening experience and demonstrating ability at a higher level. Selection of an employee for a detail, which enhances qualifications or offers future promotion possibilities, will be rotated among qualified employees in the work unit. Handicapped employees serving under excepted appointments may be considered for details. Details will be used judiciously and will be terminated as soon as the need for the detail no longer exists. Details to higher graded positions of 120 days or less need not be filled through competitive procedures.

B. A temporary promotion is an increase in pay grade for a specified period of time, after which an employee reverts to his or her previous pay grade. When it is known in advance that a temporary assignment of a unit employee to a position within the unit classified at a higher grade will extend for more than 60 days, the employee, if qualified, will be temporarily promoted for the period of the assignment. If during the course of an employee's detail to a higher graded position, it becomes apparent that the temporary requirement to fill the position will extend beyond 60 days, the supervisor should determine whether to terminate the detail and fill the position through other means, or to allow the detailed employee to continue in the assignment. If it is decided that the detailed employee should continue in the position, he or she will be temporarily promoted effective the next pay period.

C. Temporary promotions in excess of 120 days will be made under competitive merit staffing procedures. Prior service under all temporary promotions or details to higher graded positions within the preceding 12 months is included in the determination of the 120-day limitation.

D. If an employee requests, a detail of less than 30 days may be made a matter of record in his or her OPF.

---

# ARTICLE 27

# CAREER ENHANCEMENT PROGRAM

A. The Parties support the DFAS Career Enhancement Program (CEP), which is an upward mobility program designed to improve and expand the career and promotion opportunities of high-potential employees. Employees selected for the CEP are eligible for promotion if they successfully complete their training requirements, perform successfully, and demonstrate potential for performing at a higher level (up to the target grade).

B. CEP announcements are open to DFAS employees in grades GS-4 through GS-7. Target positions are generally no higher than GS-11. Qualified applications will be reviewed using a crediting plan, by panel, and a list of best qualified candidates will be referred to selecting officials having designated CEP vacancies in their work units. The provisions of Article 26.13B4 also apply.

C. Selectees may be promoted or reassigned into the program at their current grade levels; however, no position will be filled above GS-7. Employees currently above GS-7 may consider a change to a lower grade to obtain an opportunity to move into a different career field or one with higher promotion potential. Pay retention applies to participants covered by this situation.

D. Each employee selected for the program chooses a mentor from a list. The mentor provides advice and counseling throughout the program. A training agreement is developed by the employee, the mentor, and the appropriate supervisor. The training agreement is tailored to the specific needs of the employee and identifies formal training, on-the-job training, and the knowledge, skills, and abilities required for the target position.

E. The progress of CEP employees is monitored and documented, and employees are counseled on a regular basis. Employees in the program are responsible for completing all training requirements, with the support of their supervisors and mentor. Those employees not successfully completing the requirements are reassigned out of the program.

---

## ARTICLE 28

## INTERNAL REORGANIZATION

### SECTION 1 - GENERAL

A "reorganization" is defined as the elimination, addition, or realignment of major functions or duties in an organization and/or organizational unit.

### SECTION 2 - NOTIFICATION

0116

The Agency shall provide the Union with not less than 30 calendar days written notice prior to effecting reassignment actions resulting from a reorganization in order to afford the Union an opportunity to request negotiations concerning the impact and procedures for the implementation of the reorganization. If a reorganization requires the application of adverse action, reduction-in-force, or transfer of function procedures, the notice period specified in the appropriate Article shall apply.

---

**0117**

## ARTICLE 29

## REDUCTION-IN-FORCE

### SECTION 1 - GENERAL

A.  A "reduction-in-force" occurs when the Agency releases an employee from his or her competitive level by separation, demotion, furlough for more than 30 days, or reassignment requiring displacement because of lack of work or funds, reorganization, change to lower grade based on reclassification of an employee's position due to erosion of duties when such action will take place after the Agency has formally announced a reduction-in-force in the employee's competitive area and when the reduction-in-force will take effect within 180 days, or when the need to make a place for a person exercising reemployment rights requires the Agency to release the employee.  Reduction-in-force procedures do not apply to the return of an employee to his or her regular position following a temporary promotion or to the release of a reemployed annuitant. Reductions-in-force do not include the reclassification of a position resulting in a downgrade other than as provided in FPM Chapter 351.

B.  Reductions-in-force will be conducted in accordance with DFAS 1404.1 and other appropriate regulations.

### SECTION 2 - STATEMENT OF PRINCIPLES

A.  When the Agency becomes aware of the necessity to conduct a reduction-in-force, it will attempt to minimize the adverse effect on bargaining unit employees through appropriate means as reassignment, attrition, and positive placement efforts.

B.  Where possible and practical, any reduction in personnel will be attained through normal attrition and/or by assignments to vacant positions for which the employees are qualified and eligible.

C.  When a date is established for issuance of a specific notice of reduction-in-force, and dependent on the severity of the reduction-in-force, the Agency may suspend outside recruitment and competitive promotion.  Outside recruitment and competitive promotions will cease for like position series when more employees are being displaced than there are vacancies to place them. The decision to resume recruitment actions will be made by the OPLOC Director.

**SECTION 3 - NOTIFICATION**

A. The Parties share the common purposes of minimizing adverse impact on bargaining unit employees affected by any reduction-in-force, and of accommodating the administrative needs of the Agency.

1. The Agency will use every good faith effort to notify (in writing) the President of the appropriate Union of any reduction-in-force at the earliest possible date in order to negotiate the impact and procedures for implementation of the reduction. Attendant to the circumstances of the situation prior to the effective date, the period of notice will be at least 60 calendar days or the earliest possible time.

2. Affected employees will be notified not less than *60* and normally not more than 90 calendar days prior to the effective date.

**SECTION 4 - DOCUMENTATION**

Following notification of a reduction-in-force, the Agency shall furnish to the Union, all relevant and available documents or information concerning the reduction-in-force, subject to any Privacy Act limitations.

**SECTION 5 - EFFECTIVE DATE**

The Agency shall provide a specific written notice to each employee affected by the reduction-in-force. The notice shall state specifically what action is being taken, the effective date of the action, the employee's total credit for retention, extra retention credit for performance, the competitive level, and competitive area. It shall state why any lower standing employee is retained in his or her competitive level. An extra copy of this notice will be given to the employee should he or she desire to have Union representation.

**SECTION 6 - OFFER OF POSITION**

A. The Agency shall make a best offer of employment to each employee adversely affected by the reduction-in-force consistent with FPM Chapter 351. An offer, if made, shall be to a position with either no reduction in grade or pay, or with the least reduction possible in consideration of positions available, employee qualifications, and the retention standing of other competing employees.

B. Employees reassigned or demoted by reduction-in-force may, within the specified time period for reply, request in writing, assignment to a vacant position at the same or lower grade with any pay retention to which they may be entitled. Any such request shall be answered in writing within fifteen (15) workdays.

71

**0119**

### SECTION 7 - RESPONSE TO OFFER

Employees shall respond to an offer of employment to another position in writing within the specified time period after receipt of a written offer. Failure to respond within the specified time period shall be considered a rejection of the offer. The specified time period for an employee's response will be ten (10) workdays.

### SECTION 8 - COMPETITIVE LEVELS AND RETENTION REGISTERS

The Agency shall establish competitive levels and retention registers in accordance with applicable laws and regulations. A Union official and the affected employee shall have the right to review competitive levels and retention registers as may be applicable to the employee. All lists, records, and information pertaining to a reduction-in-force shall be maintained by the appropriate Customer Support Unit for at least one (1) year following the effective date of the reduction-in-force.

### SECTION 9 - SEPARATION

A. The Agency will make every reasonable effort to find employment in other Federal agencies within the commuting area for employees who are identified for separation through reduction-in-force. Employees for whom no positions are found may be counseled by a representative of the Agency on the benefits to which they may be entitled, including information concerning early retirement with discontinued service annuity, where applicable. Reemployment lists as prescribed by OPM shall be established for employees who cannot be retained.

B. In a reduction-in-force, the Agency will contact the appropriate State Employment Service to obtain available information of training programs for which affected employees may be eligible, and inform them how they may apply.

### SECTION 10 - WAIVER OF QUALIFICATIONS

A. In accordance with applicable regulations, when the Agency is unable to offer an assignment, the Agency may waive qualifications of employees who will be separated due to reduction-in-force for vacant positions which do not contain selective placement factors, provided the Agency determines the employee is able to perform the work of the position without undue interruption to the mission of the Agency and the employee meets any OPM-established minimum education requirements.

B. Vacant positions, which contain selective placement factors, will be reviewed by the Customer Support Unit to determine if these factors can be waived without seriously affecting the mission.

SECTION 11 - INFORMATION TO EMPLOYEES

Upon request, the Agency shall provide information needed by employees to understand fully the reduction-in-force and how and why they are affected. The Agency shall provide equitable treatment for all employees and make every effort to retain status employees during a reduction-in-force.

SECTION 12 - RETIREMENT

Prior to and during the reduction-in-force, all retirements will be strictly voluntary. There will be no coercion, direct or indirect, intended to influence the employee's decision, but the Agency will freely advise the employee of any prospective retirement rights.

SECTION 13 - COMPETITIVE AREA

A. Each DFAS OPLOC is a separate competitive area.

B. Each DFAS activity that is geographically separate from a DFAS OPLOC is a separate competitive area.

SECTION 14 - DISPLACEMENT

The Agency will not fill a vacant bargaining unit position within the organizational unit in which the reduction-in-force is taking place until it has considered all reasonable alternatives to reduce the adverse effects on bargaining unit employees who are to be displaced as a result of the reduction-in-force. In considering these alternatives, the Agency will review the possibility and feasibility of redesigning a vacant position.

SECTION 15 - PERMANENT CHANGE OF STATION

In connection with a reduction-in-force and where applicable, the Agency agrees to grant official time and to pay permanent change of station expenses as provided by appropriate regulation.

---

# ARTICLE 30

# TRANSFER OF FUNCTION

**SECTION 1 - GENERAL**

A "transfer of function" is defined as the transfer of the performance of a continuing function from one competitive area and its addition to one or more other competitive areas, except when the function involved is virtually identical to a function already being performed in the other competitive area(s) affected, or the movement of the competitive area in which the function is performed to another local commuting area.

**SECTION 2 - PROCEDURES**

A. In transfers of function within DFAS:

1. The Agency will provide notification to the Union not less than 60 calendar days prior to the effective date of any approved transfer of function. The Union may waive this notification period.

2. Where employees are being relocated to a different commuting area, the losing Agency will:

a. Provide the Union with the maximum notice possible, but not less than 60 calendar days notice prior to the effective date of any approved transfer of function in order to negotiate the impact and procedures for the implementation of the transfer of function.

b. Assist and counsel the affected employee in seeking placement opportunities with other Federal agencies elsewhere in the commuting area.

c. Counsel the employee on individual rights relating to retirement and severance pay and placement potential.

d. Give any employee affected by a transfer of function outside the commuting area, causing physical move, not less than 60 calendar days notice in writing of the transfer of function which provides for at least 30 calendar days for the employee to respond as to whether he or she is willing to accompany the function. Transfers of function within competitive areas or commuting areas will require a minimum notice (not necessarily in writing) of 14 calendar days.

e. Attendant to the circumstances of a particular transfer of function, the Agency will make every good faith effort in dealing with the activity gaining the function to have that gaining activity provide affected employees with 30 calendar days to respond to a specific job offer.

f. Make every effort to place affected employees in vacant positions for which they qualify in the same commuting area and/or in the same competitive area.

**SECTION 3 - DOCUMENTATION**

Following notification of a transfer of function, the Agency shall furnish the Union all relevant and available documentation or information concerning the transfer of function, subject to any Privacy Act limitations.

**SECTION 4 - PERMANENT CHANGE OF STATION IN CONNECTION WITH A TRANSFER OF FUNCTION**

The Agency shall, as provided by appropriate regulation, grant official time (including travel and per diem) to afford the employee the opportunity to find housing and shall pay permanent change of station expenses after the employee has accepted an offer of employment.

**SECTION 5 - COMPETITIVE AREA**

A. Each DFAS OPLOC is a separate competitive area.

B. Each DFAS activity that is geographically separate from a DFAS OPLOC is a separate competitive area.

---

# ARTICLE 31

# POSITION CLASSIFICATION

**SECTION 1 - GENERAL**

The primary purpose of the job description is for classification and pay purposes, but it also serves as a tool for organizing work and informing employees of the principal duties, responsibilities, and supervisory relationships of their positions.

0123

## SECTION 2 - PERFORMANCE OF OTHER DUTIES AS ASSIGNED

When the sentence "Performs other duties as assigned" (or similar wording) is used in a position description, it will normally mean tasks which are reasonably related to the position and are of an incidental nature. Duties unrelated to the position may be assigned on an infrequent basis to accomplish the work of the Agency. We agree that the right to assign duties, unrelated to the position, will not be abused. The Agency will consider the employee's qualifications when making such assignments.

## SECTION 3 - EMPLOYEE REQUEST TO REVIEW JOB DESCRIPTION

An employee may request a review of the title, series, grade, or pay category (i.e., GS or WG) of the position to which he or she is presently assigned. The request for review will be initiated in accordance with applicable regulations. Regulatory guidance on requesting a review can be obtained from the Customer Support Unit.

## SECTION 4 - REPRESENTATION

Employees are entitled to a representative when preparing or presenting a written classification appeal.

## SECTION 5 - SURVEYS

A.  The Agency shall provide the Union with information on occupational surveys to be conducted by the Agency or being conducted as a result of OPM direction, OPM issuance of a proposed Government-wide classification standard, or development by the Agency of a supplemental classification guideline in accordance with the OPM position classification standards.

B.  When a classification survey involves bargaining unit employees, the Union is permitted to have an observer present at the opening of the survey. Only an appropriate representative from the unit being surveyed, who has been designated to represent the Union, shall be permitted to attend survey openings on official time when they would otherwise be in a duty status. The Agency will not pay travel and/or per diem expenses for Union representatives. The supervisors and the Union will be notified in advance of classification survey openings.

C.  Following the classification survey and determination of its findings, the Union will be advised of the results by the Customer Support Unit. The Union will not disclose confidential or privileged information obtained.

76

D.  Concurrently, the Union President and the employee will be furnished a copy of any Notice of Adverse Action given to an employee that is caused by change in the classification of the employee's position.

E.  Training will be provided to Union Officials concerning the classification process, (such as:  appeals, generic position descriptions, performance plans, and standard organization structure).

### SECTION 6 - UNION RECOMMENDED CHANGES

The Union may at any time initiate recommendations for change in classification standards for a particular category of positions.  Appropriate representatives of the Agency and the Union will meet to discuss the facts pertaining to the recommendations.  Any formal recommendations of this nature will be submitted in writing and shall include full justification for the recommended change.

### SECTION 7 - DIFFERENTIAL PAY

Environmental differential pay shall be paid to any employee who is exposed to a hazard, physical hardship, or those working conditions as authorized by applicable laws, rules, and regulations.

### SECTION 8 - ACCRETION OF DUTIES

Positions that are upgraded due to accretion of additional duties may be filled in accordance with the Merit Promotion Article of this Agreement.

---

## ARTICLE 32

## EQUAL EMPLOYMENT OPPORTUNITY

### SECTION 1 - GENERAL

We agree to cooperate in providing equal opportunity for all persons to prohibit discrimination because of age, sex, race, religion, color, national origin, or disability and to promote the full realization of equal employment opportunity (EEO) through a positive and continuing effort.

77

**0125**

**SECTION 2 - EXCHANGE OF INFORMATION**

Through the procedures established for labor-management cooperation, the Parties agree to advise the other of outstanding equal employment opportunity problems of which they are aware. The Agency will provide AFGE Local presidents statistical data once a quarter on the composition of the workforce in relationship to the Civilian Labor Force (CLF). A copy of the Affirmative Employment Plan will be furnished to AFGE Locals with the copy of the Semi-Annual Accomplishment Report as generated.

**SECTION 3 - EEO COMMITTEES**

A. The AFGE Locals, at their option, will have representation on the Special Emphasis Program Committees if such committees exist, or are established, at the OPLOCs.

B. The functions of these committees shall include recommendations of necessary changes in new or revised EEO Plans; review of the effectiveness of applicable EEO Plans and Affirmative Action Programs in the OPLOCs; and recommendation of actions to remedy shortcomings in existing EEO Plans and Programs insofar as may be appropriate under the Civil Service Reform Act of 1978. The Union's representative will be a full participant on committees.

**SECTION 4 - EEO COUNSELORS**

A. The Agency will appoint EEO Counselors selected from a list of nominees, which shall include the names of any employees who have been nominated by the AFGE Local.

B. EEO Counselors will be properly trained in accordance with appropriate regulations and will be made available and accessible to employees on duty time if otherwise in a duty status.

**SECTION 5 - COMPLAINT PROCESSING**

A. When first contacted by an aggrieved person, or very soon following initial contact (as prescribed by 29 C.F.R. Part 1614), the EEO counselor must inform the aggrieved person of the possible applicability of remedies.

B. The counselor will inform the aggrieved person of the requirement that he or she must choose one (not both) of the following processes:

1. A right to have his or her allegations of discrimination addressed in the negotiated grievance procedures of the collective bargaining agreement with a caution that the opportunity to raise allegations of discrimination will be lost if not raised in the grievance process.

2.  A right to have his or her allegations of discrimination addressed under the EEO process.

C.  The EEO Counselor is required to inform the aggrieved person that once he or she decides which forum he or she elected, the aggrieved person is precluded from using the other forum to address the same matter.

1.  On EEO complaints which impact on bargaining unit employees, the Union shall be informed of all proposed remedies or corrective action to be taken as the result of an informal or formal complaint resolution.

2.  When it has been determined that a complaint does not meet the EEO criteria, the complaint may be referred to the Union as a timely filed grievance, at the employee's discretion.

---

## ARTICLE 33

## PERSONNEL RECORDS

### SECTION 1 - GENERAL

A.  The Agency will not maintain any system of personnel records other than those authorized by the Office of Personnel Management (OPM) and those Agency systems published in the Federal Register in compliance with the provisions of the Privacy Act of 1974.

B.  Employees will be made aware of, have access to for review, and be provided a copy of their file from any systems of records, upon request, and not otherwise restricted by law or regulation, kept by their supervisor relating to their employment.

### SECTION 2 - OFFICIAL PERSONNEL FOLDER (OPF)

A.  The OPF is the official repository for records affecting an employee's status and Federal service.  The folder provides the basic source of factual data about the employee's Federal employment history and is used primarily by the Human Resources Director in screening qualifications, determining status, computing length of service, and other information needed in providing personnel services.

B.  The Agency shall provide for the maintenance of an OPF for every employee.  Upon request, employees will be informed as to the location of their OPF.

0127

C. Material will be filed in the OPF in compliance with applicable rules and regulations of the OPM.

D. Each employee and/or his or her designated representative shall be permitted to review any document appearing in the employee's OPF upon request. The employee will make an appointment when necessary. If the representative seeks to review the OPF without the employee present, the employee must provide written authorization to the Agency.

E. Upon request, an employee will be entitled to have one photocopy without charge of each document within his or her OPF.

F. Authorized personnel, not employed by the Agency, may inspect an employee's OPF only after producing appropriate credentials. As required by the Privacy Act of 1974, an accurate accounting will be made for disclosure of information from the OPF, and upon request, the information from this accounting will be made available to the employee.

G. Records of charges placed in the OPF determined to be unfounded will be removed. Such charges will not be considered a factor in connection with any future personnel actions.

H. Any adverse material removed from the employee's OPF will be returned to the employee for final disposition by the employee.

### SECTION 3 - SUPERVISOR'S RECORD OF EMPLOYEE

A. The supervisor's notes will be provided to the employee when used to support an adverse or disciplinary action, including counseling.

B. All other procedures regarding supervisor's record of employees will be locally negotiated.

### SECTION 4 - CONTROL OF RECORDS

Personnel records referred to in this Article will be maintained in such a manner so as to prevent disclosure to individuals who do not have an official need for the information.

*Section 3B of this Article may be supplemented.*

0128