**ARTICLE 34**

**EMPLOYEE DEVELOPMENT**

**SECTION 1 - GENERAL**

A. We agree that the training and development of employees within the bargaining unit is a matter of importance. Consistent with its needs, and in keeping with the principles of equal employment opportunity, the Agency agrees to develop and maintain forward-looking, effective policies and programs designed to:

1. Aid employees in improving their performance in their current positions to provide an internal pool of qualified candidates for consideration for anticipated future vacancies in the Agency; and

2. Provide career opportunities within the Agency.

B. We agree to use Labor-Management Committee meetings as the forum for discussions regarding training needs and programs to afford the optimum training and development of bargaining unit employees.

C. We agree that employees are entitled to information on education and training which would be useful in career advancement.

D. A reasonable number of breaks should be afforded to employees who are involved in training.

**SECTION 2 - PAID TUITION**

Where an employee pursues courses under an approved Individual Development Plan, the cost of registration, tuition, books, and materials will be borne by the Agency, subject to the availability of funds and prior approval by the necessary authority, subject to applicable laws, rules, and regulations.

**SECTION 3 - CHANGE IN TOUR OF DUTY**

When job and non-job related career courses are available only during duty hours, employees may request a change in their tour of duty. Supervisors are encouraged to approve such a request whenever possible.

**0129**

SECTION 4 - ACCREDITATION

If the Agency becomes aware of an institution(s) of higher learning that provides for accreditation of on-the-job training, formal training, and/or experience, or if requested by an institution, the Agency will provide documentation to the institution for consideration of accreditation. Upon request, the Agency will assist the employee in documenting experience and participation in training programs that may assist in individual efforts to obtain accreditation.

---

# ARTICLE 35

## PERFORMANCE MANAGEMENT PROGRAM

SECTION 1 - GENERAL

A. We agree that DFAS Regulation 1426.3 provides the general framework for performance management in the Agency. The following sections provide elaboration and emphasis to areas of concern to the Parties.

B. Performance standards must be consistent with the duties and responsibilities of the position.

SECTION 2 - PURPOSE AND OBJECTIVES OF PERFORMANCE MANAGEMENT PROGRAM

A. The Performance Management Program is to accomplish the following:

1. Provide for periodic appraisals of job performance, which are objective, fair and reasonable, and job related;

2. Provide for employee participation in establishing performance standards and elements;

3. Provide employees with regular, informal feedback in order to keep employees advised of what is expected of them and how well they are meeting those expectations;

4. Provide information on current performance and assist the employee in improving performance and furthering individual development; and

5. Provide employees recognition and appropriate reward for their accomplishments in executing official duties.

0130

**SECTION 3 - ESTABLISHMENT/MODIFICATION OF PERFORMANCE ELEMENTS AND PERFORMANCE STANDARDS**

A. Performance elements and performance standards for each element will be established in writing in accordance with applicable regulations and communicated to the employee at the beginning of each appraisal period. Performance elements and standards will be prepared based on the requirements of the employee's position. Each position must have at least three critical elements.

B. Employees will be given the opportunity to participate in the establishment/modification of their performance standards and elements. To this end, the following procedures apply:

1. Before establishing any new or revising existing performance elements or standards, supervisors will so inform affected employees and provide them with a copy of the changes being contemplated.

2. Employees shall be afforded a reasonable opportunity to review the proposed change(s) and to submit their views in writing to the supervisor. Supervisors shall consider the views and opinions submitted by the employees and respond in writing.

3. Employees shall be given a copy of the new or revised performance standards/elements. Any new or revised performance standard/element shall not be applied to affected employees unless the employee has received a copy of the new or revised performance standards/elements. Employees may not be rated on the new or revised standards/elements, i.e., given a rating of record using the new or revised standards/elements, sooner than 90 days after coming under such new or revised standards/elements.

C. Employees may request at any time that their performance standards/elements be modified. Supervisors shall consider any such request and, if the supervisor agrees that such a request has merit, he or she shall follow the procedures in subsection B in effecting any revision of performance standards/elements. Employees may not grieve the rejection of any such request.

D. Employees on extended temporary assignments/appointments of over 90 days will have elements and standards established for that assignment/appointment. In establishing or modifying such performance standards/elements, supervisors shall follow the procedures in subsection B above. Employees will be given a *special* appraisal at the conclusion of such temporary assignments.

SECTION 4 - RATING PERFORMANCE

A. The supervisor will meet with the employee at the beginning of the rating period and ensure the employee understands the job performance elements and job performance standards, has a copy of the elements and standards, and has a current copy of their position description.

B. At least semi-annually, performance reviews will be provided in writing. Quarterly reviews will be required upon request of the employee. The request will be submitted to the supervisor in writing and the supervisor will provide the quarterly reviews in a timely manner. The supervisor will inform the employee that he or she may have a copy of the summary if he or she desires. The original will be placed in the employee's Supervisor's Record of Employee.

C. At the end of the annual rating period, the supervisor's evaluation will make allowances, as appropriate, for factors beyond the control of the employee which may have caused the employee not to achieve a specific performance level (e.g., Union official duties, EEO counselor duties, extended illnesses, long-term training, TDY, etc.). Employees will be rated only on the actual time spent functioning against their performance standards.

D. Ratings of record are effective on the date approved and remain in effect until replaced by another rating of record. Normally, all annual ratings will be approved on the same date, unless an early annual rating or an extension of that rating is required. In cases where the rating due date has been extended, a memo indicating the reason for the delay and the new rating due date (if known) must be prepared by the supervisor and given to the concerned employee. A copy will also be forwarded to the Customer Support Unit prior to the original due date.

SECTION 5 - IMPROVING UNSATISFACTORY PERFORMANCE AND PERFORMANCE IMPROVEMENT PLAN (PIP)

A. If the supervisor, during a performance discussion, anticipates that the employee may receive a rating below fully successful if current performance continues, he or she will inform the employee of what is needed to bring his or her performance to the fully successful level. The supervisor will provide the opportunity for assistance to the employee in improving the employee's performance.

B. The performance appraisal process should help identify remedial or developmental training necessary for an employee to meet a specific performance standard. Supervisors will make every effort to determine whether training will assist an employee's performance. Training provided will be documented in the Supervisor's Record of Employee and the entry initialed by the employee.

C. If the employee's performance does not improve, the supervisor will develop a comprehensive PIP, in writing, and include whatever measures the supervisor determines are necessary to bring the employee's performance up to the fully successful level. Any improvement

plan that is developed will provide for counseling, training, and guidance, as appropriate, prior to considering initiation of adverse action.

D. The employee will normally be given 90 calendar days in which to bring their performance up to an acceptable level. If the employee is given less than 90 days, the first-line supervisor will inform the Union. If the Union disagrees with the first-line supervisor and the issue cannot be resolved, the first-line supervisor will be asked to explain his or her position to the Labor-Management Committee. At the end of the PIP period, a written *evaluation* of the employee's performance will be issued *if an annual rating is not due*.

E. If the employee successfully completes the PIP, but within a year of the onset of the PIP, the employee again becomes unacceptable on the same element(s), the supervisor will formally counsel the employee before issuing a notice of proposed action. This counseling will be documented.

### SECTION 6 - REMEDIAL ACTIONS BASED ON UNACCEPTABLE PERFORMANCE

A. An employee may be reassigned, demoted, or removed from the Federal service because of unacceptable performance in one or more critical job elements. A decision for such action may only be based on instances of unacceptable performance, which occurred within a 12-month period ending with the date of the proposed action. However, before it is proposed to remove an employee for unacceptable performance, consideration must be given to the advisability of a reassignment or demotion to another position where it is likely the employee could perform acceptably.

B. Demotions and removals due to unacceptable performance are actions subject to the formal job protection procedures. When proposing to take such an action under 5 C.F.R., Part 432, the following procedures will be followed:

1. A minimum of 30 calendar days advance notice must be given.

2. A charge of unacceptable performance will be used. The description of the charge must list the critical job elements and standards of performance that were not met. It must include the basic facts developed, clearly and specifically.

3. The personnel action (reassignment, demotion, or removal) that may result if performance is not improved to above the unacceptable level.

4. Any records or documents relied upon to support the charge will be made available or provided to the employee or the representative for review upon request. Information on this matter must also be provided in the notice of proposed action.

5. Any reply made by the employee must be carefully considered. If it is decided that the proposed action is warranted and supported, the employee will be given a notice of decision. The decision to take the action must be made by the reviewing supervisor. The notice of decision

0133

must include information on the employee's appeal or grievance rights, as appropriate, as well as the right of Union representation.

6. The employee will be notified, in writing, when it is decided to cancel the proposed action.

C. A performance-based action may also be taken under Part 752 of the Federal Personnel Manual (FPM), and 5 C.F.R., Part 752, when the requirements of these regulations are followed.

D. The procedural requirements above do not apply to the separation of employees during their probationary period after competitive appointment. Requirements pertaining to probationers are contained in FPM Chapter 315.

E. For any adverse action that is not for personal cause (e.g., physical inability to perform the duties of the position) the decision notice will include a statement of the employee's right to apply for discontinued service retirement.

---

## ARTICLE 36

## DENIAL OF WITHIN-GRADE INCREASE

### SECTION 1 - GENERAL

A. When a supervisor's evaluation leads to the conclusion that an employee's work is not of an acceptable level of competence, the employee shall be notified in writing, in accordance with applicable regulations, at least 90 days in advance of the date on which he or she will become eligible for a within-grade increase. The notice to the employee will include:

1. Each performance element of the employee's work which falls below the satisfactory level, and how this renders the performance on the job, as a whole, below an acceptable level.

2. A statement of the satisfactory level of performance on each of these performance elements.

3. What the employee must do to bring performance up to the acceptable level, with any assistance to be offered to the employee.

### SECTION 2 - EMPLOYEE NOTIFICATION

A.  At the end of the aforementioned 90-day period, if the supervisor determines that the employee's work is not of an acceptable level of competence, they will notify the employee in writing no later than the eligibility date of the within-grade increase.  Such notification will include:

    1.  The basis for the negative determination;

    2.  The employee's right to secure reconsideration of the negative determination; and

    3.  The time limits within which the employee may request reconsideration.

### SECTION 3 - WITHIN-GRADE INCREASE POSTPONEMENT

Postponements of within grade increases shall be in accordance with the provisions of 5 C.F.R. 531.409(c).  Normally, such postponements will not exceed the minimum period of a performance rating (90 days).  Within-grade increases granted after such a postponement shall be retroactive to the original due date.

---

# ARTICLE 37

## INCENTIVE AWARDS

A.  In accordance with DFAS Regulation 1432.2, we agree that the Incentive Awards Program will be administered on a fair and equitable basis.  Any employee considered deserving of an award by the supervisor will be nominated in a timely manner.

B.  The Union may be afforded the opportunity to have a representative participate on any established incentive awards committee for all awards applicable to bargaining unit employees that require committee recommendation in accordance with procedures and appropriate arrangements negotiated at the DFAS OPLOCs.

*This Article may be supplemented.*

---

# ARTICLE 38

## DISCIPLINARY AND ADVERSE ACTIONS

0135

**SECTION 1 - GENERAL**

A.  Maintaining discipline is not normally a problem in working environments where reasonable rules and standards of conduct and performance are clearly communicated and consistently enforced; where supervisors set a good example; where aspects of conduct and performance needing improvement are identified in a way that respects the employee's dignity; where employees are treated fairly and are encouraged to improve; and where good performers are recognized.  Constructive discipline is preventative in nature and seeks to develop, correct, and rehabilitate employees; to encourage their acceptance of appropriate responsibilities; and to prevent, if possible, situations where there is no alternative but to penalize.  When there is an indication that the employee is experiencing social or personal problems, this possibility needs to be considered before deciding on disciplinary action.  When penalties are appropriate, they are applied as consistently as possible considering the particular circumstances of the cause(s) for disciplinary action.

B.  We agree that DFAS Regulation 1426.1 will be the primary framework used to administer discipline and adverse actions for bargaining unit members with the addition of the following mutually agreed upon provisions.

**SECTION 2 - PROGRESSIVE DISCIPLINE**

A.  In keeping with the concept of progressive discipline, actions imposed should be the minimum, in the judgement of the disciplining official, that can reasonably be expected to correct and improve employee behavior and maintain discipline and morale among all employees.  All circumstances being the same in a disciplinary or adverse action case, the concept of like remedies for like offenses will be applied throughout the Agency.  This provision shall not prevent the Agency from taking any appropriate action but shall require a reasonable basis when there is deviation from the concept of progressive discipline.  All actions taken under this Article will be initiated in the most expeditious manner.

B.  Alternatives to formal disciplinary actions include counseling and oral admonishments.  Employees have the right to respond to any allegation or actions taken against them.  When an oral admonishment is administered, it will be maintained in the Supervisor's Record of Employee for not more than 6 months.

**SECTION 3 - INVESTIGATIONS**

A.  An employee who is to be questioned in connection with an investigation may request representation by the Union at any time that he or she reasonably believes that disciplinary action may result.  If the employee requests representation, no questioning will take place until the Union has been given a reasonable opportunity to be present.  A copy of any written statements made by an employee will be provided to the employee or his or her designated representative.

0136

Supervisors, employees, Union representatives, and others involved in an investigation will not disclose any information gained through such investigations except in the performance of their official duties.

B. After any notice of proposed action is given to an employee, their Union representative will be provided the opportunity to investigate and interview the Parties to the incident.

### SECTION 4 - LETTERS OF WARNING

Letters of Warning are not disciplinary actions and are not filed in the Official Personnel Folder. Prior to consideration of issuing a Letter of Reprimand, a Letter of Warning is normally given to the employee unless the seriousness of the circumstances indicate otherwise. The warning provides the employee notice of potential consequences of certain behavior if such behavior continues.

### SECTION 5 - DISCIPLINARY ACTIONS

A. Disciplinary actions are Letters of Reprimand and suspensions of 14 days or less under Subparts A and B, 5 C.F.R., Part 752. Such actions taken against an employee must be timely and supported by just cause, and are grievable by the employee through the negotiated Grievance Procedure Article.

B. Procedures for effecting disciplinary actions are as follows:

1. A Letter of Reprimand will state the reasons for its issuance and inform the employee of the right to grieve under the Grievance Procedure Article. A Letter of Reprimand will remain in the employee's Official Personnel Folder for a period of not more than one year unless removed earlier as a result of a grievance or arbitration decision.

2. Suspensions of 14 days or less.

a. An employee will be given advance written notice stating the specific reasons for the proposed action. The employee will be given 10 workdays to present an oral and/or written reply to the proposal. The employee will be given a copy of the material, if any, relied on to support the reasons given in the notice.

b. An employee who has been issued an advance written notice of suspension may request an extension of time in which to reply to the notice. The official designated to receive any reply will make a decision on such a request.

c. Normally, an employee will be given a written decision within 10 workdays after the expiration of the time allowed for the employee's response. The decision notice will advise the employee of the specific reasons for the decision and of the right to grieve the action under the Grievance Procedure Article.

0137

SECTION 6 - ADVERSE ACTIONS

A. Adverse actions are removals, suspensions of more than 14 days, reduction in grade or pay, and furloughs of 30 days or less, as included in subparts C and D, 5 C.F.R., Part 752. Actions based solely on unacceptable performance are addressed in the Performance Management Program Article. Adverse action shall be taken for such cause as will promote the efficiency of the service. Adverse actions will be effected in accordance with applicable laws, rules, and regulations, and according to the following procedures:

1. An employee will be given at least 30 calendar days advance written notice of adverse action, except in those cases where there is reasonable cause to believe the employee has committed a crime for which a sentence of imprisonment may be imposed and except, with respect to furloughs, pursuant to 5 C.F.R. 752.404(d)(2). The employee will be given at least 15 calendar days to present any oral and/or written reply. A copy of the material relied upon to support the reasons given in the notice will be provided to the employee or his or her designated representative.

2. An employee who has been issued an advance written notice of adverse action may request an extension of time in which to reply to the notice. The official designated to receive the reply will make a decision on such a request.

3. Normally, the employee will be issued a written notice of final decision within 15 calendar days after the expiration of the time allowed for the employee's response. The written decision will inform the employee that he or she has the right to appeal to the Merit Systems Protection Board (MSPB) or to file a grievance under the negotiated Grievance Procedure Article, but not both.

90

**0138**

## ARTICLE 39

## GRIEVANCE PROCEDURE

SECTION 1 - GENERAL

A. The purpose of this Article is to provide a mutually acceptable method for prompt and equitable settlement of grievances. We agree that cooperative discussions of disputes should generally occur and attempts be made to resolve them before a grievance is filed.

B. Nothing in this Agreement shall be construed as precluding discussion between a bargaining unit employee and/or their designated Union representative and the supervisor about a matter of concern.

C. Once a matter has been made the subject of a formal grievance under this procedure, nothing in this Agreement shall preclude the Union and the Agency from attempting informally to resolve the grievance.

SECTION 2 - SCOPE OF GRIEVANCE

A. A grievance means any complaint:

1. by any employee concerning any matter relating to the employment of the employee;

2. by any labor organization concerning any matter relating to the employment of any employee; or

3. by any employee, labor organization, or Agency concerning:

a. the effect, interpretation, or a claim of breach, of a collective bargaining agreement; or

b. any claimed violation, misinterpretation, or misapplication of any law, rule, or regulation affecting conditions of employment.

B. The procedure contained herein shall be the sole procedure available for resolution of grievances of employees in the unit and the Parties hereto, except as provided in Section 4 of this Article.

0139

C. The Parties to this Agreement and all employees within the unit shall be entitled to use the procedures contained herein. The procedure will not be available to any employee outside of the unit.

**SECTION 3 - MATTERS EXCLUDED**

A. Excluded from the grievance procedure are:

1. Any claimed violation of Subchapter III of Chapter 73 of Title 5 U.S.C. (relating to prohibited political activities).

2. Retirement, life insurance, or health insurance.

3. A suspension or removal under Section 7532 of Title 5 U.S.C. (related to national security).

4. Any examination, certification, or appointment.

5. The classification of any position which does not result in the reduction in grade or pay of an employee.

6. Nonselection for promotion from a group of properly ranked or certified candidates. This does not apply to the right to grieve over improper procedures used during the selection process.

7. Termination of temporary promotion.

8. Termination while serving under a time-limited appointment.

9. Nonadoption of a suggestion.

10. Preliminary notice of proposed action which, if effected, would be covered by this Article.

11. Disapproval of honorary or discretionary awards.

12. The reassignment or demotion of an employee to a nonsupervisory position during the probationary period served by new supervisors.

13. Separation actions taken on an employee serving a trial or probationary period.

## SECTION 4 - APPEAL OR GRIEVANCE OPTION

An employee alleging discrimination or affected by a removal or reduction in grade based on unacceptable performance, or an adverse action, may at his or her option raise the matter under the appropriate statutory appellate procedure or under the provisions of this Article, but not both. For the purposes of this Section and pursuant to Section 7121(d) and (e) (1) of 5 U.S.C., an employee shall be deemed to have exercised his or her option under this Section at such time as the employee timely files a notice of appeal under the applicable appellate procedures or timely files a grievance in writing in accordance with the provisions of this Article, whichever occurs first.

## SECTION 5 - REPRESENTATION

A. An employee or group of employees who files a grievance under this procedure may only be represented by an individual designated by the Union. The provisions of Section 6 apply as appropriate.

B. An employee or group of employees may present a grievance under this procedure without representation as long as the resolution is not inconsistent with the terms of this Agreement and providing that a Union representative is given an opportunity to be informed of the grievance proceedings, before final decision.

C. A Union representative will be on official time when performing representational functions under this Article during normal duty hours. In the interest of expeditious and economical processing of grievances, the Union will designate a representative from within DFAS and, whenever possible from the immediate worksite or office of the grievant(s). When it is not possible to designate a representative at the immediate worksite, office, or from a nearby area, attendant to the circumstances of the particular case, the Agency will pay for a reasonable amount of travel and per diem, as applicable, for the Union representative for representational functions associated with any step of the grievance procedure specified in Section 6 of this Article. In no case will the Agency grant official time or bear the costs of travel and per diem for such representational functions for a Union representative designated from outside DFAS.

## SECTION 6 - EMPLOYEE GRIEVANCE PROCEDURE

A. STEP 1. (Informal) A grievance concerning a particular act or occurrence shall be presented within ten (10) workdays after the date of that act or occurrence or the date the employee (or group of employees) became aware of that act or occurrence. The grievance will be presented orally or in writing to the employee's supervisor or other appropriate management official who will act promptly to resolve the grievance. The supervisor will issue a decision within ten (10) workdays after the presentation of the informal grievance. If the informal grievance is in writing, the decision will be in writing. If the employee is not satisfied, he or she may submit a formal grievance for consideration in accordance with the procedural steps set forth below. An

employee must seek informal resolution of a grievance before he or she may request relief through the formal grievance process except in those situations described in Section 8.B. of this Article.

    B.    STEP 2.  (Formal)

        1.  If an employee (or group of employees) is dissatisfied with the decision arrived at in Step 1, he or she may, within ten (10) workdays, alone or with a representative, present the grievance for further consideration in writing to the Directorate/Division level (as appropriate) of supervision above the level specified in Step 1 above.  Refer to paragraph G for written requirements.

        2.  The Agency will promptly furnish the Union a copy of the grievance when the Union has not been named as the representative.

        3.  A meeting may be held at the request of either the supervisor or the employee.  If the employee desires to have a meeting, he or she should request one in the written grievance.  If a meeting is to be held, the supervisor must arrange such within five (5) workdays after receipt of the grievance.  The Union will be notified when it has not been selected as the representative, which will constitute an invitation for the Union to be present at the meeting, if held.

        4.  The supervisor will give a written decision to the grievant(s) within ten (10) workdays after the date of the meeting, or if a meeting is not held, within ten (10) workdays after his or her receipt of the grievance.  A copy of this decision will be furnished to the Union when it is not the representative of the employee(s).

        5.  At any step in this procedure, where a group of employees are grievants, the group will be bound by the decision of the employee selected as representative for the group.

    C.    STEP 3.  (Formal)  If the employee (or group of employees) is dissatisfied with the decision rendered in Step 2, he or she may forward the grievance, within ten (10) workdays from the receipt of such decision, in writing to the Directorate.  A meeting may be held at the request of either the Directorate or the employee.  If the employee desires to have a meeting, he or she should request one in the written grievance.  If a meeting is to be held, the Directorate must arrange such within five (5) workdays after receipt of the grievance.  The Union, if not the representative, will be notified of the date, time, and place of any meeting and shall be allowed to attend same.  The Directorate shall give the grievant(s) a written decision within ten (10) workdays after the meeting, if held, or within ten (10) workdays after receipt of the grievance.  A copy of the decision will be furnished to the Union.

    D. Alternative Grievance Step 3

If a grievance has not been satisfactorily resolved at Step 3, a written grievance may be submitted to the Labor-Management Committee by either the Union or Management within ten (10) workdays after receipt of the Step 3 decision.  The grievance will be placed as an agenda item at

the next regularly scheduled meeting, or sooner, for committee discussion. A written response will be given to the aggrieved Party within ten (10) workdays after the decision.

E.     STEP 4. (Formal)  If the employee (or group of employees) is dissatisfied with the decision rendered in Step 3, he or she may forward the grievance, within ten (10) workdays from the receipt of such decision, in writing to the OPLOC Director or designee at a higher organizational level than the deciding official at the previous step. This is the Final Administrative Review. The Final Administrative Reviewer will review the grievance and, if he or she desires, arrange for a meeting with the principals involved within five (5) workdays from receipt of the grievance. In those instances where they have not been designated as the grievant(s) representatives, the Union shall be invited to attend such meetings. The Final Administrative Reviewer shall give the grievant(s) a written decision within ten (10) workdays after the meeting, if held, or within ten (10) workdays after receipt of the grievance. A copy of the decision will be furnished to the Union.

F. A grievance not satisfactorily resolved at Step 4 of this procedure may be referred to arbitration in accordance with the procedures specified in the Arbitration Article in this Agreement.

G. Written grievances must be signed by the grievant(s) or their representative and must include the following data:

1. The aggrieved employee(s)' name, position title, grade, and organization.

2. A description of the basis for the grievance including, where appropriate, facts such as times, dates, names, and similar pertinent data.

3. A brief statement of the step(s) taken to informally resolve the grievance.

4. The personal remedy that is being sought.

5. Identification of the employee's representative.

6. If known, the specific section(s) of the Article(s) of this Agreement, or law, rule, or regulation with respect to personnel policy, practices, or other matters affecting conditions of employment that is subject(s) of the grievance.

7. If known, identify issue(s) not resolved at the previous step.

### SECTION 7 - UNION/AGENCY GRIEVANCE PROCEDURE

A. Disputes that arise between the local Parties are encouraged to be informally resolved in a cooperative manner prior to filing a formal Union or Agency grievance. If a dispute remains unresolved, either Party may file a written grievance with the OPLOC Director/Union President.

B. In the case of a Union grievance:

    1. The Union files a written grievance with the OPLOC Director within ten (10) workdays. Within ten (10) workdays, the OPLOC Director provides a written decision to the Union.

    2. If still unresolved, the Union may invoke arbitration.

C. In the case of an Agency grievance:

    1. The Agency files a written grievance with the President of the Union within ten (10) workdays. Within ten (10) workdays, the President of the Union provides a written decision to the Agency.

    2. If still unresolved, the Agency may invoke arbitration.

### SECTION 8 - MODIFICATION OF PROCEDURES

A. The time limits at any step of the negotiated grievance procedures may be extended by the mutual consent of the Parties. An extension justified by DFAS workload, Union caseload, or emergencies will be approved. If given orally, the denial will be followed up in writing.

B. Employee grievances concerning formal disciplinary or adverse actions grievable under this Article will begin at the first level of Management above the deciding official and be filed at a formal step as appropriate. In these cases, the time limit for filing the grievance will be ten (10) workdays after receipt of the notice of decision.

### SECTION 9 - FAILURE TO MEET REQUIREMENTS

A grievance must be timely filed at the initial step. If either party fails to meet the prescribed time limits after the initial step, the grievance processing will continue (if pursued). If the grievance is not resolved and is submitted for arbitration, the arbitrator will decide the timeliness issue as a threshold matter if so requested by either party. The employee(s) or the Parties may withdraw the grievance at any time.

### SECTION 10 - RECORDS AND DOCUMENTATION

The Agency shall, upon request, furnish the grievant(s) with pertinent records, regarding a grievance under this Article, subject to limitations of the Privacy Act. Information/data that cannot be shared with the Union or grievant so that a proper defense may be prepared cannot be used to support any action against an employee.

### SECTION 11 - WITNESSES

All DFAS employee(s) testifying on a grievance being processed under this Article shall be in a duty status and paid travel and per diem expenses in accordance with appropriate regulations.

---

## ARTICLE 40

## ARBITRATION

### SECTION 1 - GENERAL

A. This Article establishes procedures for the arbitration of disputes between the Union and Agency which are not satisfactorily resolved by the negotiated grievance procedure contained in this Master Agreement. If a grievance is not satisfactorily resolved under this Agreement, such grievance shall, upon written notification to the other Party, be referred to arbitration. Only the Union President or the OPLOC Director (or their designees) may invoke binding arbitration.

B. Arbitration may be invoked within twenty (20) workdays after receipt of the final decision on the grievance.

C. We agree that settlement discussions will be conducted prior to incurring an obligation to pay an arbitrator, in a cooperative effort to resolve the dispute before arbitration.

### SECTION 2 - SELECTION OF AN ARBITRATOR

A. Within ten (10) workdays from the date of the request for arbitration, the Parties shall jointly request the Federal Mediation and Conciliation Service (FMCS) to provide a list of seven (7) impartial persons qualified to act as arbitrators. The Parties shall meet within five (5) workdays after the receipt of such list. If they cannot mutually agree upon one of the listed arbitrators, a toss of a coin, or other mutually agreeable method, will determine which Party will strike the first name. The Union and the Agency shall alternately strike one arbitrator's name from the list. The remaining person shall be the duly selected arbitrator.

B. If either Party refuses (or fails) to participate in the selection process, the other Party may select an arbitrator (from the FMCS list, or the agreed upon list when the Parties have adopted alternative procedures). If an arbitrator has not been selected within 60 days after invoking arbitration, the arbitration will be untimely, absent mutual consent.

### SECTION 3 - COST OF ARBITRATION

A. The Parties agree to share equally the cost of regular fees, including reasonable travel expenses, of the arbitrator selected and assigned to a case. The Parties may wish to consult on the "reasonableness" of the arbitrator's charges. The travel and per diem shall not exceed that authorized by the Joint Travel Regulations (Vol. 2).

B. The arbitration hearing will be held on the Agency's premises during the regular shift hours, Monday through Friday. In the event that it is necessary for the hearings to be held in facilities not under the administrative control of the Agency, the cost of such facilities shall be borne equally by the Agency and the Union. Any necessary travel expenses of the grievant, a Union representative (if employed by the Agency), and witnesses approved in accordance with Section 6 of this Article, will be reimbursed by the Agency.

C. Employees serving as Union representatives, necessary grievant and Agency witnesses, who have direct knowledge of the circumstances and factors bearing on the case, shall be in a duty status to participate in the arbitration proceedings (i.e., without loss of pay or charge to annual leave).

D. By mutual consent, arbitration may be conducted as oral proceedings with no verbatim transcript and no filing of briefs. In the event only one of the Parties desires a transcript of the proceedings, that Party shall be responsible for making arrangements for and the full cost of the transcript. If the other Party later wishes a copy of the transcript, that Party shall pay for half of the original cost.

### SECTION 4 - AUTHORITY OF ARBITRATOR

A. We agree that the jurisdiction and authority of the arbitrator's opinions will be confined exclusively to the interpretation and application of the provisions of this Agreement and Departmental regulations.

B. The arbitrator will have no authority to add to, subtract from, alter, amend, or modify any provision of this Agreement.

C. The arbitrator will have the authority to make an aggrieved employee whole to the extent such remedy is not prohibited by statute, higher-level regulations, decisions of appropriate higher authority, or this Agreement.

D. The arbitrator's decisions will be final and binding. However, the Parties reserve the right to take exceptions to any award to the Federal Labor Relations Authority in accordance with its rules and regulations.

### SECTION 5 - PROCEDURES/TIME FRAMES

**0146**

A.  We encourage the Parties to meet within fifteen (15) calendar days following the selection of an arbitrator to develop a joint submission which identifies the facts and exhibits to be jointly stipulated, and the precise issues to be resolved by the arbitrator.  If the Parties are in disagreement as to the issue(s), the positions of the Parties will be separately stated.  A joint stipulation is encouraged in the interest of avoiding unnecessary delays in the arbitration hearing.

B.  The Parties shall endeavor, wherever possible, to stipulate the facts involved in a case prior to the opening of the arbitration hearing.

C.  The arbitrator shall render and serve a written award on the Parties to this Agreement within 30 calendar days of the close of the hearing.

### SECTION 6 - WITNESSES

A.  At least ten (10) workdays before the opening of the arbitration hearing, the Parties shall exchange lists of witnesses whom they expect to have testify.  The lists shall contain a summary statement concerning the proposed testimony of each proposed witness.

B.  Except in unusual situations, the arbitrator will not have the authority to keep the record open in order to hear testimony of additional witnesses.

### SECTION 7 - GRIEVABILITY/ARBITRABILITY DECISIONS

The arbitrator shall have the authority to make all grievability and/or arbitrability determinations.  The arbitrator shall make grievability and/or arbitrability determinations prior to addressing the merits of the original grievance.

### SECTION 8 - EXTENSION OF TIME LIMITS

Time limits in this Article may be extended by mutual written consent of the Parties.

---

## ARTICLE 41

## EXPEDITED GRIEVANCE/ARBITRATION

### SECTION 1 - GENERAL

We recognize the seriousness of certain personnel actions, which may be appealed through grievance procedures. Such actions are properly handled as expeditiously as possible. To that end, we agree to the following expedited grievance/arbitration procedure.

## SECTION 2 - CONDITIONS

A. The Union may choose to place the following issues in the expedited grievance/arbitration process in lieu of appealing through the normal steps of the grievance procedure:

    1. Removal under Section 4303 of 5 U.S.C. as a result of unacceptable performance.

    2. Removal under Section 7512 of 5 U.S.C. as a result of conduct.

## SECTION 3 - TIMING

The Parties agree that a notice of decision to remove an employee under Section 4303 of 5 U.S.C. or Section 7512 of 5 U.S.C. will be delivered to the employee and the employee's designated Union representative at least 20 workdays prior to the effective date of the removal. This advance notification does not apply in any case where the crime provision is invoked.

## SECTION 4 - NOTIFICATION

If the Union desires to invoke the expedited grievance/ arbitration procedure, it will notify, in writing, the Customer Support Unit not later than one (1) workday after receipt of the notice of decision to remove. The Union may withdraw its request for the expedited grievance/arbitration procedure at anytime prior to the setting of the hearing date.

## SECTION 5 - PROCESS

A. Upon receipt of the written request from the Union invoking the expedited procedure, the Customer Support Unit will:

    1. With the Union, jointly contact an arbitrator from the list maintained solely for this expedited procedure (as described in Section 6 below). The arbitrator will be informed that he or she may be called upon to conduct an arbitration hearing under this expedited procedure pending a decision from the Final Administrative Authority.

    2. Arrange, as soon as possible, but not later than five (5) workdays after receipt of the Union request for the expedited procedure, a meeting of the Union and affected employee(s) with the Final Administrative Authority and appropriate management officials for the purpose of resolving the grievance. The Final Administrative Authority will render a decision not later than one (1) workday after the meeting. The employee's designated Union representative will be

**0148**

allowed a reasonable amount of time to interview witnesses and for research purposes prior to the meeting with the Final Administrative Authority and, if necessary, prior to the arbitration hearing.

3. Notify the employee and the Union that the removal action is canceled if the Final Administrative Authority so decides.

4. With the Union, jointly contact the arbitrator immediately and confirm a date for the arbitration hearing if the Final Administrative Authority sustains the removal action and if the Union desires to proceed to arbitration.

## SECTION 6 - ARBITRATORS

A list of 5 to 7 arbitrators will be mutually agreed upon and jointly retained by the Parties at all times for this expedited procedure. All of the arbitrators will be contacted in advance to ensure that each agrees to comply with the procedures specified in this Article. The arbitrator list will be arranged in reverse alphabetical order and they will be called in sequential order from the list.

## SECTION 7 - INFORMATION REQUESTS

A request for information by the Union under the provisions of Section 7114(b)(4) of 5 U.S.C. will be processed by the Customer Support Unit within one (1) workday following receipt of the request, unless the nature of the information requires more time, in which case the Union will be notified.

## SECTION 8 - ARBITRATOR PROCEDURES

A. Procedural requirements for the arbitrator:

1. The hearing must be conducted within five (5) workdays after notification of his or her selection to hear the case.

2. The arbitrator will have the obligation of ensuring that all necessary facts and considerations are heard from the representatives of the Parties.

3. Post-hearing briefs will not be submitted.

4. The arbitrator must render a decision within three (3) workdays of the hearing.

## SECTION 9 - REMOVAL

Removal will be delayed pending receipt of the arbitrator's decision.

---

## ARTICLE 42

## CONTRACTING OUT

### SECTION 1 - GENERAL

The Agency agrees to meet and confer with the Union regarding any study of a function considered for contracting out which affects employees within the bargaining unit. We agree to comply with all provisions of this Agreement and all applicable laws, rules, and regulations concerning contracting out.

### SECTION 2 - NOTIFICATION

The Agency agrees to inform the Union President after notification to Congress when contemplating the possibility of contracting out work being done by bargaining unit employees. Further, the Agency will keep the Union apprised of the development of the consideration to contract out.

### SECTION 3 - COMMERCIAL ACTIVITIES STUDY

The Union will be kept informed on the progress of commercial activities studies of bargaining unit positions. Activities conducting such studies will meet and confer, as frequently as necessary, with the Union while studies are on going. Briefings will be held with affected bargaining unit employees for the purpose of providing information on contracting out as well as encouraging their input on how to streamline operations. The Union will be given an opportunity to attend such briefings. The Union will also be asked to take part in post-announcement management improvement actions to include improving the in-house organization and recommending information for inclusion in the Performance Work Statement.

### SECTION 4 - SITE VISITS

The Agency will notify the Union when a site visit will be conducted for potential bidders of any function undergoing a commercial activities study which contains bargaining unit employees. A Union representative may attend the "walk through" held for potential bidders.

### SECTION 5 - INFORMATION

The Agency agrees to provide to the Union, upon request, information not prohibited by laws, rules, or regulations concerning commercial activities studies. After the completion of studies, periodic briefings will be held between the Agency and the Union to provide the Union with appropriate information on decisions affecting unit employees. This includes information on decisions to keep the function in-house or to contract it out. The findings and recommendations of the "most efficient organization" management study will be discussed with the Union and affected employees as soon as the information can be released.

### SECTION 6 - IF THE DECISION IS TO CONTRACT OUT

A. We will meet and confer to assess the impact on bargaining unit employees and to minimize any adverse impacts. If unit employees are displaced, the Agency will make every reasonable effort to minimize the impact on employees. Maximum retention of career employees shall be achieved by considering attrition patterns and restricting new hires if needed.

B. Employees who are adversely affected by the decision to contract out will be advised of their rights pertaining to the right of first refusal, Reduction-in-Force, and severance pay.

C. The Agency will retrain affected career employees, if necessary, when they are reassigned as a result of contracting out.

### SECTION 7 - RIGHT OF FIRST REFUSAL

We recognize the "right of first refusal" which provides that the contractor will grant applicable DFAS employees, displaced by direct result of contracting out, the right of first refusal of employment openings created by the contractor. Refusing the right of first refusal, because of displacement due to contracting out, shall not deny a bargaining unit employee of any rights he or she might otherwise have under applicable Reduction-in-Force procedures; however, such refusal might affect the employee's entitlement to severance pay.

---

## ARTICLE 43

## SERVICE OF LEGAL PROCESS

We agree that employees will be afforded the opportunity to receive service of legal process (e.g., summons, subpoena, or warrant) away from their work area whenever practicable.

---

**ARTICLE 44**

**SUPPLEMENTATION**

### SECTION 1 - AUTHORITY OF THE MASTER AGREEMENT

This Agreement is a Multi-Unit Master Agreement. Any supplemental agreements shall not delete, modify, or conflict with any provision, policy, or procedure in this Agreement.

### SECTION 2 - INTERPRETATION AND APPLICATION

Any third Party interpretation and/or application of this Agreement, which is initiated and processed by the Parties at the OPLOC level, shall only be binding upon the individual Local and the Agency at that OPLOC.

### SECTION 3 - EXISTING LOCAL LABOR MANAGEMENT AGREEMENTS

All local labor-management agreements currently in effect, which do not conflict with this Agreement, shall remain in full force and effect until a supplemental agreement has been negotiated.

### SECTION 4 - APPROPRIATE MATTERS FOR LOCAL NEGOTIATIONS

A. The only Articles in this Agreement that can be locally supplemented are those wherein indicated.

B. All matters not in conflict with this Agreement and as specified in Section 1 above are appropriate material for negotiations at the local level, but shall only be binding upon the Parties at that DFAS OPLOC.

C. The Agency will forward information via the quickest method regarding the changes to the union presidents, who will provide any impact and implementation proposals or request the change be placed on the IBT Agenda within 15 workdays after the receipt of changes by each local. All information pertinent to the change will be sent at this time.

D. The Union will have 15 workdays to review and respond to proposed supplementation to policies, regulations, or general changes in working conditions. The parties recognize that fewer days may be necessary based on the immediacy of the change. Extensions will be mutually agreed upon.

## ARTICLE 45

## REPRODUCTION AND DISTRIBUTION OF AGREEMENT

### SECTION 1 - COPIES

Booklet copies of this Agreement shall be provided by the Agency to each employee in the unit. The Union shall be furnished a reasonable number of copies to meet its needs.

### SECTION 2 - EXPENSES

The expenses for printing and distribution of the Agreement shall be borne by the Agency.

### SECTION 3 - SPECIAL NEEDS

The Agency will make arrangements for employees requiring special accommodations to be able to read this Agreement.

---

## ARTICLE 46

## EFFECTIVE DATE, DURATION, AND CHANGES

### SECTION 1 - EFFECTIVE DATE

The effective date of this Agreement is the date of approval by the appropriate Defense Finance and Accounting Service authority, or 30 days after being signed by the members of the negotiation team. After the effective date, Agreement implementation may be suspended to allow an additional 30 days for both OPLOC and AFGE Union Locals to conduct Agreement orientations among employees. Until this Agreement is implemented, the OPLOCs will continue to be governed by their existing agreements.

### SECTION 2 - INTERIM BARGAINING TEAM (IBT)

A. The parties to this agreement will meet every 6 months, in accordance with the OPLOC's Negotiated Ground Rules. The IBT is tasked with expeditiously resolving issues which would normally accumulate for mid-term bargaining in addition to those labor management problems which arise during DFAS operations as well as policy initiatives which impact on working conditions. Issues requiring immediate resolution may be negotiated as required.

0153

B.  A working group will be established and comprised of OPLOC Management officials (LROs) and the Union and DFAS Headquarters representatives.  The working group will collect and consolidate issues and concerns and prepare them for the semi-annual meetings with IBT. Each OPLOC and Union will submit issues and concerns through proper channels to the working group at least six weeks prior to each semi-annual meeting.

C.  All addenda to this Multi-Unit Master Agreement will be signed by the parties, printed and distributed as they occur.

### SECTION 3 - DURATION

This Agreement will remain in effect indefinitely, unless either party gives written intent to renegotiate the Agreement at the IBT semi-annual meeting.

### SECTION 4 - INVALID OR ILLEGAL PROVISION

Should any part or any provision of this Agreement be rendered or declared invalid or illegal, by reason of any existing or subsequent law, rule, or regulation, the invalidation of such part or provision of this Agreement shall not invalidate any of the remaining parts or provisions of this Agreement, and they shall remain in full force and effect.

---

0154

## ARTICLE 47

## ALTERNATIVE DISPUTE RESOLUTION

### SECTION 1 - COMMITMENT

The Agency and Union are committed to the use of Alternative Dispute Resolution (ADR) problem-solving methods as an option to resolve disputed matters and to foster a good labor/management relationship. Employees, management, and union officials involved in the development and use of ADR shall be trained in the principles and methods of ADR.

### SECTION 2 - DEFINITIONS AND INTENTIONS

A. ADR is an informal process, which seeks early resolution of employee(s), union and management disputes.

B. Any ADR process or programs must be jointly designed by the Agency and Union. ADR should be effective, timely and efficient, focus on conflict resolution and problem-solving and foster a cooperative labor-management relationship.

C. ADR utilizes methods which may include but are not limited to mediation, interest-based problem solving, conciliation, facilitation, and neutral fact finding. Examples of some sources for third-party mediators are: trained management representatives, union officials and other federal employees on a roster of trained neutrals.

### SECTION 3 - RIGHTS AND RESPONSIBILITIES

A. The Agency and Union have the responsibility of informing employees and management of the ADR option to resolve disputes. ADR should be undertaken in good faith.

B. Employees may voluntarily utilize the ADR process to resolve individual concerns with the mutual consent of the Agency and Union, except when using the EEO complaint process. The Agency and Union agree to encourage the use of ADR except for the most egregious or frivolous matters.

C. For the EEO complaint process, employees may voluntarily utilize the ADR process without union consent.

D. Settlement agreements resulting from ADR processes are final when written, reviewed for legal sufficiency, and signed by the parties to the dispute or their representatives. The parties to the dispute have the authority to use ADR at all stages of the dispute.

0155

E.  ADR resolutions, and agreements to use ADR, are not precedent setting.  Settlement agreements under ADR cannot conflict with or supersede negotiated agreements.

F.  Agreements to enter into the ADR process must state the objectives of all parties to the dispute as well as a commitment from all parties to the dispute to resolve their differences in a non-adversarial environment.

G.  ADR methods may be used prior to or during a grievance/ arbitration or statutory appeal.  In the use of ADR processes, contractual time frames will be stayed by mutual agreement.  Statutory or regulatory time frames cannot be stayed.

H.  The Agency and Union agree to ongoing evaluation to improve the process.

### SECTION 4  -  IMPLEMENTATION

A.  The implementation of ADR is an appropriate subject matter for local negotiations. Any change to ADR programs will be negotiated.

B.  *This Section may be supplemented.*

---

# ARTICLE 48

# INFORMATION AND TELECOMMUNICATION SYSTEMS

### SECTION 1 - GENERAL

A.  DFAS Policy letters and regulations provide the guidance for Information and Telecommunications systems used within the Agency.  The specific office responsible for Information and Telecommunication will brief the Labor Management Committee on procedures and guidance.

B.  Information and Telecommunications systems within DFAS are currently defined as personal computers, electronic mail, telephones, internet access, faxes and other communication systems and equipment.

**SECTION 2 - ACCESS**

  A. Employees will be provided access to information and telecommunication systems to do their job and to enhance our Agency's performance. Personal use will be consistent with Section 1. A, above.

  B. Employees should also be aware that the use of the Government communications systems is subject to monitoring, and that personal information placed on or transmitted over Government systems, regardless of whether such use is permitted or unauthorized, is subject to monitoring in the same manner as official information. Employees use the systems with the understanding that such use serves as consent to official monitoring for any type of use. Consequently, the Government communications systems should not be used for storing or transmitting any personal information that the employee wished to keep private, even if the use is otherwise permitted under the regulations.

**SECTION 3 - RESPONSIBILITIES**

DFAS employees are responsible for appropriate use of government owned equipment and materials and for reporting instances of inappropriate use to their Supervisors. Upon receipt of these notices Supervisors will be responsible for initiating appropriate action.

Managers/Supervisors are responsible for documenting training, and providing applicable rules and guidance on personal use of material or equipment to there employees (i.e. to include updates and disciplinary and adverse action guidance as required or not less than annually) and for reporting instances of inappropriate use.

---

# ARTICLE 49

## WORKPLACE VIOLENCE

**SECTION 1 - COMMITMENT**

The Agency and the Union are committed to promoting and maintaining a safe environment for DFAS employees. The Agency and the Union acknowledge a mutual responsibility to work with all employees to maintain a work environment free from violence, harassment, intimidation, and other disruptive behavior.

**SECTION 2 - GENERAL INFORMATION**

Physical violence, threats, harassment, intimidation, and other disruptive behavior in the workplace will not be tolerated in DFAS. Such behavior includes, but is not limited to, oral or written statements, or other actions that communicate a direct or indirect threat of physical harm.

The Agency and the Union agree that acts, or threatened acts of workplace violence must be dealt with swiftly to prevent further occurrences. Individuals who commit such acts may be removed from the work area/OPLOC and may be subject to disciplinary action up to and including removal, criminal penalties, or both, if warranted. Whenever possible employees will be removed with minimal disruption from the area, as required by the situation.

**SECTION 3 - REPORTING PROCEDURES**

We agree that all DFAS employees have the responsibility to report workplace violence to a supervisor, manager or appropriate security personnel.

**SECTION 4 - ASSESSMENT TEAM**

We agree that each OPLOC will develop a Workplace Violence Assessment Team. This team will be responsible for reviewing instances of Workplace Violence and will make recommendations concerning training and other actions necessary to carry out the objective of this article.

*This article may be supplemented.*

110

**0158**

DEFINITIONS

The following terms are defined to clarify their use with regard to the provisions of this Agreement.

**Absence Without Leave (AWOL):** an absence without prior approval, and is a nonpay status resulting from an Agency determination that it will not grant any type of leave (not even leave without pay) for a period of absence for which the employee did not obtain advance authorization or for which a request for leave has been denied.

**Administrative Dismissal:** the release of an employee or groups of employees without charge to leave or loss of pay. For example, when administrative dismissal is authorized because of weather conditions, disaster, or other emergency conditions, employees who reported for work will be dismissed without loss of pay or leave for the remainder of their work shift, except for those employees whose services are specifically required.

**Adverse Action:** removals, suspensions of more than 14 days, reduction in grade or pay, and furloughs of 30 days or less.

**Agency:** the Defense Finance and Accounting Service (DFAS) Operating Locations.

**Alternative Work Schedules (AWS):** are flexible work schedules and compressed work schedules. See Article 12 for specific provisions.

**Call-back Overtime:** irregular or occasional overtime work performed by an employee for which they are required to return to the place of employment to perform the work.

**Competitive Area:** for purposes of reduction-in-force and transfer of function, the competitive area is each DFAS Center, OPLOC or geographically separate DFAS activity.

**Competitive Level:** that part of an Agency within which employees are in competition for retention in a reduction-in-force. See Article 29 for further information.

**Contagious Disease:** a disease which is subject to quarantine, or which requires isolation or restriction of movement by the patient for a specified period prescribed by the health authorities having jurisdiction.

**Continuation of Pay:** the Federal Employee Compensation Act provides that an employee's regular pay may be continued for up to 45 calendar days of wage loss due to disability and/or medical treatment following a traumatic injury. The intent of the provision is to eliminate interruption in the employee's income while the claim is being adjudicated. See Article 18 for further information.

0159

**Core Time Bands:** those hours of the day that employees not on leave or other authorized absence are required to be present for work.

**Demotion:** a personnel action that moves an employee to (1) a position at a lower grade when both the old and new positions are under the General Schedule or under the same type graded wage schedule, or (2) a position with a lower rate of basic pay when both the old and new positions are under the same type ungraded wage scale or in a different pay-method category.

**Detail:** the temporary assignment of an employee to a different position, without change in status or pay, for a specified period of time.

**Disability Compensation:** compensation benefits received by an employee for disability arising from personal injury or disease sustained while in the performance of duty. See Article 18 for further information.

**Exclusive Representative:** the union locals entitled to act for and negotiate agreements for employees in the bargaining units covered by this Agreement, and responsible for representing the interests of all employees in the units represented without discrimination and without regard to union membership. See Article 1 for further information.

**Excused Absence:** absence from duty administratively authorized without charge to leave or loss of pay.

**Flextime Bands:** those hours of the workday, within the approved tour of duty, that employees may schedule their flextime.

**Hazardous Duty:** a duty performed under circumstances in which an accident could result in serious injury or death, such as a duty performed on a high structure where protective facilities are not used, or on an open structure where adverse conditions such as darkness, lightning, steady rain, or high wind velocity exist.

**Hazardous Material:** any chemical or substance, which by its nature presents a fire, explosive, reactive, or biological hazard.

**Imminent Danger Right:** - the right of an employee to decline to perform his or her assigned task because of a reasonable belief that, under the circumstances, the task poses an imminent risk of death or serious bodily harm coupled with a reasonable belief that there is insufficient time to seek effective redress through normal hazard reporting and abatement procedures.

**Inspection:** a comprehensive survey of all or part of a workplace in order to detect health and safety hazards. See Article 17 for further information.

**Knowledge, Skills, and Abilities (KSAs):** selective factors that are used in the competitive promotion process, which consist of the specific job-related experience that is required for the position that is being filled. See Article 26 for further information.

**Leave Without Pay (LWOP):** a temporary nonpay status and nonduty status (or absence from a prescheduled tour of duty) granted at the employee's request.

**Leave Year:** the period beginning with the first day of the first complete pay period in a calendar year and ending with the day immediately before the first day of the first complete pay period in the following calendar year.

**Medical Certificate:** a written statement signed by a registered practicing physician or other practitioner certifying to the incapacitation, examination, or treatment, or to the period of disability while the patient was receiving professional treatment.

**Merit Promotion Program:** the process through which the Agency considers employees for vacant positions on the basis of merit. Vacant positions are usually filled through competition, with applicants being evaluated and ranked for the position on the basis of their experience, education, skills, and performance record. See Article 26 for details of the process.

**Official Time:** time authorized for union officials and stewards to represent employees, resolve issues and concerns, and administer this Agreement. See Article 9 for further information.

**On-call Overtime:** those occasional situations when an employee is notified that they are subject to call during a specified period of time outside their normal tour of duty and are required to remain within a reasonable call-back area.

**Other Duties as Assigned:** when used in a position description, it will normally mean tasks, which are reasonably related to the position, and are of an incidental nature. See Article 31 for further information.

**Performance Appraisal:** the act or process of reviewing and evaluating the performance of an employee against the described performance standards for critical and noncritical elements. See Article 35 for further information.

**Performance Plan:** the written record of an employee's critical and noncritical elements and performance standards. See Article 35 for further information.

**Performance Standards:** a statement of the expectations or requirements established by management for each critical and noncritical element in a Performance Plan. A performance standard may include but is not limited to factors such as quality (how well).

**Position Classification:** analysis of the kind of work, level of difficulty and responsibility, and the qualification requirements of a position, and placement of the position in a class and grade according to published standards. See Article 31 for further information.

**Position (or Job) Description:** a statement of duties and responsibilities comprising the work assigned to a civilian employee.

**Probationary Period:** trial period which OPM regards as a final and highly significant test, that of actual performance/conduct on the job, with no preliminary testing methods can approach in validity. It is during this period that the employee may be released without undue formality.

**Progress Review:** a review of the employee's progress toward achieving performance standards (not in itself a rating).

**Promotion:** the change of an employee to a position at a higher grade level within the same job classification system and pay schedule or to a position with a higher rate of basic pay in a different job classification system and pay schedule. See Article 26 for further information.

**Qualified Candidates:** candidates who meet established qualification requirements for a position. See Article 26 for further information, including definitions of "Highly Qualified" and "Best Qualified."

**Rating Officials:** the individuals in the employee's chain of supervisors who prepare and approve employee performance plans and ratings (the rating supervisor, the reviewer, and the approving official).

**Rating Period:** the period of time, normally one year but not less than 90 days, for which an employee's performance will be reviewed and a performance rating assigned under an approved performance plan.

**Reasonable Time**: the amount of time sufficient to show whether the employee can meet minimum performance standards. It will vary with the position and is dependent on such factors as the complexity and frequency of duties.

**Reduction-in-Force (RIF):** a separation of an employee from his or her competitive level, required by the Agency because of lack of work or funds, abolition of position or Agency, or cuts in personnel authorizations. See Article 29 for further information.

**Reduction in Grade:** the involuntary assignment of an employee to a position at a lower classification or grade level.

**Referral List**: the certificate containing the names of the top ranked candidates eligible to be considered by the selecting official for competitive promotion.

**Removal**: the involuntary separation of an employee from employment.

**Reorganization:** the elimination, addition, or realignment of major functions or duties in an organization and/or organizational unit.

**Representation Rights:** the law states that "A labor organization which has been accorded exclusive recognition is the exclusive representative of the employees in the unit it represents and is entitled to act for, and negotiate collective bargaining agreements covering, all employees in the unit." See Articles 1, 4, and 9 for further information.

**Selecting Official:** the individual delegated authority by the Agency to make the decision regarding the selection for placement into a position.

**Series:** classes of positions similar in specialized line of work but differing in difficulty or responsibility of work, or qualifications requirements, and therefore differing in grade and pay range.

**Servicing Payroll Office:** the DFAS activity which is responsible for processing the pay of the employee.

**Standard Tour of Duty:** the specific hours in the standard 8-hour workday.

**Standard Workweek:** five 8-hour days, normally Monday through Friday, unless local circumstances require a different workweek for some employees. Full-time employees are on duty regularly 8 hours per day, unless on an alternative work schedule (AWS). Part-time employees are on duty on prescribed days and hours.

**Standby Overtime:** hours of work when the employee is restricted to their duty station, close to it, or their living quarters and they are required to remain in a state of readiness to perform work.

**Subject Matter Expert:** a person who has demonstrated knowledge and experience about the duties and responsibilities of a particular position (e.g., incumbents of similar positions, supervisors of the position, etc.). See Article 26 for further information.

**Summary Rating:** the written record of the appraisal of each critical and noncritical element and the assignment of one of five ratings to describe overall performance; i.e., Exceptional, Highly Successful, Fully Successful, Minimally Acceptable, or Unacceptable.

**Temporary Promotion:** an increase in pay grade for a specified period of time, after which an employee reverts to his or her previous pay grade.

**Transfer of Function:** the transfer of the performance of a continuing function from one competitive area and its addition to one or more other competitive areas, except here the function involved is virtually identical to a function already being performed in the other competitive area(s) affected, or the movement of the competitive area in which the function is performed to another local commuting area.

**Traumatic Injury:** a wound or other condition of the body caused by external force including stress or strain. See Article 18 for further information

**0163**

**Union:** the American Federation of Government Employees (AFGE) Locals.

**Video Display Terminals (VDTs):** word processors and/or computer terminals, which display information on television-like screens (cathode ray tubes).

0164