# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     Civ. A. No. 05-02183 (EGS) |

## DECLARATION OF RON AULT

I, RON AULT, hereby declare as follows:

1.    I am over the age of eighteen and competent to testify to the facts contained in this Declaration from my personal knowledge.

2.    I currently serve as the President of the Metal Trades Department, AFL-CIO (MTD). I have been MTD President since January 1, 2003. MTD is a plaintiff in the above captioned case. This declaration states matters known to MTD.

3.    The MTD is an unincorporated labor organization with its principal headquarters at 888 16th Street, N.W., Suite 690, Washington, DC 20006. The MTD, and its affiliated Metal Trade Councils are the exclusive bargaining representative of over 40,000 employees who are employed by the United States Department of Defense ("Department of Defense") and/or the agencies within the Department of Defense.

4.     On behalf of these employees, the MTD and its Metal Trades Councils have negotiated collective bargaining agreements with the Department of Defense and/or one of its agencies.   These collective bargaining agreements govern the terms and conditions of employment for the employees covered by the agreements.   These collective bargaining agreements include terms that were negotiated under 5 U.S.C. § 7106(b) and that establish procedures with respect to the exercise of management rights and/or appropriate arrangements governing the impact of the exercise of management rights.   There are well over a dozen collective bargaining agreements currently in effect.

5.     These collective bargaining agreements will be impacted if the Department of Defense implements the final regulation establishing the National Security Personnel System.

6.     I am attaching true and correct copies of certain excerpts from some of the above-referenced collective bargaining agreements as Exhibits to this Declaration.   These agreements establish currently applicable conditions of employment, and are applicable to Department of Defense employees in collective bargaining units represented by MTD and/or one of its Metal Trades Councils.   The agreements establish currently applicable conditions of employment either because their original expiration dates are in the future; their original expiration dates have been extended to future dates by agreement; or the agreements, though expired, have not been superseded.   Most of the terms stated in the agreement excerpts are identical or similar to terms of many other agreements establishing currently applicable conditions of employment of bargaining unit employees represented by MTD and its Metal Trades Councils.

7.     The attached excerpts are examples of procedures negotiated by the parties with respect to the exercise of management rights, as well as negotiated appropriate arrangements

2

Mary Nugent - MTD_NSPS (Litigation) - Ron Ault Affidavit.DOC8    Case 1:05-cv-02289-EGS    Document 6    Filed 11/23/2005    Page 3 of 33

Page 3

governing the impact of the exercise of management rights. These excerpts are illustrative of the types of negotiated procedures and appropriate arrangement the parties have negotiated; they are not exhaustive.

a.      Exhibit 1 contains excerpts of the collective bargaining agreement between Pearl Harbor Naval Shipyard and Intermediate Maintenance Facility and the Hawaii Federal Employees Metal Trades Council (Unit One).

b.      Exhibit 2 contains excerpts of the collective bargaining agreement between Naval Air Warfare Center Weapons Division (China Lake) and Indian Wells Valley Metal Trades Council.

c.      Exhibit 3 contains excerpts of the collective bargaining agreement between Puget Sound Naval Shipyard and Bremerton Metal Trades Council.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of November, 2005.

Ron Ault

134346_1

0167



# AGREEMENT

## Negotiated Under the CSRA

### between

## PEARL HARBOR NAVAL SHIPYARD &

## INTERMEDIATE MAINTENANCE FACILITY

### and the

## HAWAII FEDERAL EMPLOYEES

## METAL TRADES COUNCIL, AFL-CIO

## (UNIT ONE)

## Approved by DoD on 22 April 2004

## to be effective on 22 April 2004

# TABLE OF CONTENTS

Article Title                                                  Page

Preamble and Witnesseth . . . . . . . . . . . .   1

I.  Exclusive Recognition and Coverage . . . .   2

II.  Administration of Agreement. . . . . . . .   3

III.  Council Representation . . . . . . . . . .   8

IV.  Hours of Duty. . . . . . . . . . . . . . .  15

V.  Overtime and Compensatory Pay. . . . . . .  25

VI.  Holidays . . . . . . . . . . . . . . . . .  32

VII.  Annual Leave . . . . . . . . . . . . . . .  35

VIII.  Sick Leave . . . . . . . . . . . . . . . .  40

IX.  Other Leave and Absence. . . . . . . . . .  45

X.  Temporary Duty Travel. . . . . . . . . . .  57

XI.  Performance Management Program (PMP) . . .  64

XII.  Reduction in Force (RIF) . . . . . . . . .  64

XIII.  Training . . . . . . . . . . . . . . . . .  65

XIV.  Promotion, Details and Other Assignments .  66

XV.  Injury Compensation. Limited Duty.
      Medical Placement and Civilian
      Employees Assistance Programs . . . . . .  73

**0169**

XVI.  Classification of Federal Wage Grade
      System and General Schedule Positions.  .  77

XVII.  Administration of Discipline. . . . . . . 79

XVIII.  Adverse Action and Appeals . . . . . . . 85

XIX.  Employee Grievance Procedure . . . . . . 91

XX.  Parties Grievance Procedure. . . . . . . 103

XXI.  Arbitration. . . . . . . . . . . . . . 104

XXII.  Payroll Deduction of Union Dues. . . . . 107

XXIII.  Environmental Differential and Hazard Pay. 110

XXIV.  Health and Safety. . . . . . . . . . . 112

XXV.  Trade Jurisdiction . . . . . . . . . . 114

XXVI.  General Provisions . . . . . . . . . . 115

XXVII.  Duration and Amendment of Agreement. . . . 118

Glossary . . . . . . . . . . . . . . . . . . . 120
Appendix I . . . . . . . . . . . . . . . . . . 124
Appendix II. . . . . . . . . . . . . . . . . . 125
Appendix III . . . . . . . . . . . . . . . . . 128
Appendix IV . . . . . . . . . . . . . . . . . .130

**0170**

hours for any individual within a calendar year.

b. Subject to the same criteria and limitations in a. above, an employee who is a representative of a labor organization with assigned responsibilities under the Federal Wage System may also be excused for the purpose of attending a training session sponsored by the labor organization concerning FWS policies and operations.

ARTICLE IV
**HOURS OF DUTY**

**Section 1.** Establishment of, assignment to and/or changes to administrative and basic workweeks or workshifts shall be made in accordance with definitions and rules set forth in the following Sections.

**Section 2.** The administrative workweek means a period of seven calendar days beginning at 0000 Sunday and ending at midnight the following Saturday.

**Section 3.** A basic workweek is defined as the five consecutive workdays Monday through Friday during each of which a regularly assigned 8-hour shift shall be scheduled for each employee.

**Section 4.** To secure the maximum benefits of stable, standard workweeks and workshifts for all Unit employees and to meet the demands of planned and unplanned workload requirements, the parties agree that employees shall be assigned to a- basic workweek of Monday through Friday on one of the following workshifts:

**a. First Shift or Day Shift:**
0630 - 1500 Lunch: 1100 - 1130 (30 minutes)

15

**0171**

**b. Second or Swing Shift:**
   1430 - 2300 Lunch: 1830 - 1900 (30 minutes)
**c. Third or Graveyard Shift:**
   2230 - 0700 Lunch: 0230 - 0300 (30 minutes)

The Employer may establish permanent workweeks or workshifts in addition to or other than those listed above to meet mission requirements. The Employer will notify the Council of any planned change to the above workweek or workshifts; the Council will be afforded an opportunity to negotiate the change to the extent required by law.
**Section 5.** Temporary adjustments to the basic workweek or workshifts to meet mission requirements.
   **Rule 5-1.** As determined by the Employer, adjustments to the above workweek and/or workshifts may be made on a temporary basis when necessary for overall economy, efficiency, or mission requirement. Prior to the Employer's proposal to implement the adjusted workweek or workshift, the appropriate Council steward(s) shall be notified to meet, discuss and address any concerns/hardships due to the planned change. Assignments to an adjusted workweek or workshift will be terminated upon completion of the job assignment for which the workweek or workshift was adjusted. When the duration of temporary workweek or workshift will exceed 90-calendar days, the Employer will replace those employees who request to return to the basic workweek or workshift.
   **Rule 5-2.** The Employer shall notify employees affected by Rule 5-1 above as far

0172

in advance as possible but prior to the start of the administrative workweek (0000 Sunday).

**Rule 5-3.** Assignments to an adjusted workweek and/or shift will be terminated as soon as the need ceases.

**Rule 5-4.** The establishment of alternate work schedules (governed by the Federal Employees Flexible and Compressed Work Schedules Act) shall be negotiated with the Council in accordance with the Act and the Civil Service Reform Act.

**Section 6.** Compelling Personal Hardship. Employee requests to be accommodated with a different start time than those described in Sections 4 and 5 above OR, who request a change in workshift (e. g., move from first to second shift for more than three weeks in duration) due to compelling personal hardship shall submit a written request to his/her respective immediate supervisor prior to the desired start date. The written request must include the reason, period of accommodation, an explanation of efforts being made to resolve the hardship to minimize seeking an adjusted (odd) shift or work shift in the future, and pertinent supporting documentation (e.g., medical report, school schedule, etc. ) . The employee's request will be forwarded with a recommendation to the respective Department/Office Head or Shipyard Production Superintendent for approval/disapproval. Approval of compelling personal hardship period shall not exceed 6 months; employees must submit a request to extend the 6-month period. Any accommodation of compelling personal hardship shall be terminated as the need for such accommodation ceases, when such

17

situations can no longer be accommodated, or when duration of approval expires. An -employee's request that has been disapproved by the Department/Office Head or Shipyard Production Superintendent will be forwarded, along with pertinent supporting documentation, to the Shipyard Commander or his designee for a final decision. Copies of compelling personal hardship requests will be provided to the Council for record purposes.

**Section 7.** Temporary Work Shift Adjustments from Second or Third Shifts to First Shift. When it is impracticable to accomplish the below listed matters during an employee's regularly scheduled basic second or third workshift, an adjusted workshift may be established by the Employer for a temporary period of less than three weeks but of the shortest possible duration. Every effort will be made to ensure that an employee is not in a work status for two consecutive work shifts on a straight-time basis. .- -

a. Participation in grievance appeals, disciplinary and other official hearings, investigations, and committee meetings sanctioned by labor and management.

b. Participation in training and to undergo physical examination.

c. Participation in reserve training activities. d. Performance of court duties in which court leave is granted in accordance with Article IX.

e. To permit employees assigned to the second or third shifts to clear the Shipyard during the first shift working hours on their last day of work.

f. TO permit employees who work odd hours in order to attend educational

0174

institutions to revert to a basic workshift during vacation periods and/or non-school days.

g. Requalification tests and driver's tests (e.g., Commerical Driver's License (CDL)) required in connection with the performance of duties as specified in position descriptions and do not include Hawaii State Driver's license.

h. To permit employees with compelling personal hardship situations that is not expected to last more than three weeks.

i. Night shift differential entitlement in the situations listed above will be followed as prescribed in 5 CFR Part 550 or 551.

**Section 8.** Shift Rotation. Unless otherwise provided in this Agreement, assignments of employees from one workshift to another workshift shall be made in accordance with the following rules:

**Rule 8-1.** Seniority, based on an employee's Service Computation Date (leave SCD), will be used for purposes of shift changes.

**Rule 8-2.** Employees may volunteer for assignments to other shifts by submitting an Employee Shift Assignment Request Form to their immediate supervisor to submit to the respective production Resource Manager. Such forms may be submitted at any time the employee is eligible to submit such forms and will remain in effect until withdrawn by the employee, or the expiration of one year, whichever occurs first. To be eligible, an employee must serve 60-calendar days on first shift prior to submitting a request. All shift rotations will take place on the first Sunday of the pay period of the month or on the first day of the start of the

19

workweek of each month, except that an employee who would normally return to the first shift may be extended to complete a job based on his/her qualifications as determined by the Employer to maintain job continuity. All employees affected by shift rotation will be notified 30- calendar days prior to the shift change.

**Rule 8-3.** Qualified employees who volunteer for second or third shifts shall be rotated from the first shift _to the requested shift on a 90-calendar day basis. Assignment shall be made starting with the numbers required by the Employer in the direct order of seniority based on SCD. Eligible employees who subsequently volunteer for shift rotation shall be placed on the volunteer list in the order their requests are submitted. The provisions of this rule shall not be construed to require the Employer to assign any particular number of employees to a shift.

**Rule 8-4.** If there is an insufficient number of qualified volunteers to meet the needs of the work situation, the Employer will assign qualified non-volunteer employees as determined by the Employer to the second or third shift in the inverse order of seniority based on SCD from a group of work centers under the assigning Division Head or Production Resource Manager. Involuntary assignments to the second or third shift shall not exceed 90-calendar days unless an employee volunteers for an extension or a need continues to exist for that particular employee's skill and qualifications and no other qualified employee is available. Such involuntary assignments shall be from among all qualified employees under the assigning

20

Division Head or production Resource Manager before a second involuntary assignment may be given. Shift rotation information will be maintained by the Production Resource Manager and made available to the Chief/Shop Steward, upon request.

**Rule 8-5.**    Qualified employees are defined as those who, as determined by the division Head or Production Resource Manager, possess the required skills and job qualifications and, in the case of assignments to second or third shift, knowledge of the Shipyard and Shipyard operations, and the ability to perform satisfactorily under the limited supervision available on such shifts. Demonstrated lack of the above abilities may be cause for the Employer to pass over an employee in making assignments to the second or third shift. in accordance with the above rules or to remove an employee from the second or third shift.

**Rule 8-6.**    Decrease of Second or Third Shift Work. Should workload decrease, employees whose services and/or skills/qualifications are no longer required shall be returned to the first shift in the following order:

      a. Volunteers.

      b. Employees with 90-calendar days or greater on the respective shift will be returned, starting with the employee with the most time on the shift (except for those in d and e below). Seniority shall be used as the tie-breaker.

      c. Employees with less than 90-calendar days on the respective shift starting with the employee with the least amount of time on the shift (except for those in d and e below).

      d. Employees with compelling

**0177**

hardship.

        e. Grandfather(s). .- .

        f. Union steward.

     **Rule 8-7.** Grandfather Clause. Employees working voluntarily and continuously, from 26 November 1972, the date of establishment of percentage differentials for night work, to the effective date of this Agreement shall be permitted to remain on their shifts until they either request a change or are required to change for work-related reasons. Should the need for manning on the second or third shift again be required, these employees shall have the first opportunity to be assigned, if qualified.

**Section 9.** Night Shift Differential. For purposes of determining night shift pay differential entitlement, all assignments from the third shift to the second shift or from the second or third shift to the first shift, shall be considered a regular shift change and the previously paid differential shall be terminated on the starting date of the new assignment. The foregoing does not apply to those changes set forth in Section 7 (Temporary Work Shift Adjustments from Second or Third Shifts to First Shift) and the applicable differential shall continue to be paid during such temporary assignments to the first shift or shift with a lower differential for a period not to exceed 10 work days. For court leave and management-directed training, night shift differential will continue for the duration of the temporary assignment and will terminate when an employee is released from the shift.

**Section 10.** Lunch Periods. Changes in the regularly scheduled lunch periods of employees to meet scheduled production

**0178**

requirements or emergencies shall be made in accordance with the following rules:

**Rule 10-1.** An alternate period of equal duration may be scheduled to begin not more than one hour prior to or later than the starting time of the employee's regularly scheduled lunch period.

**Rule 10-2.** An employee! s regularly scheduled lunch period may be cancelled entirely. If an employee's lunch period is cancelled, the supervisor shall, at the employee's option with supervisory approval, shorten the workshift as workload permits or pay overtime compensation, but not both. Whether overtime compensation is provided or the workshift is shortened, the supervisor may allow the employee to eat on the job if it does not interrupt or delay the work in progress or cause a safety concern. If an employee is allowed to eat on the job and does not have food available at the jobsite, the supervisor shall arrange for the employee to obtain food at the employee's expense.

**Section 11.** Reporting to the Job Site. Assignments by immediate supervisors of reporting places and job sites shall be made in accordance with the following rules:

**Rule 11-1.** Employees shall be assigned locations where they are to report, ready to work in proper clothing, or to pick up personal and/or Government tools at designated tool storage areas if tools are needed for the job assignment, at the start of their regularly scheduled basic workshift; provided this location may be changed from time to time by their supervisors.

**Rule 11-2.** Employees directed by their supervisors to report at a designated

23

**0179**

location at a specific time prior to the start of their regularly scheduled basic workshift will be compensated for such time in accordance with applicable pay regulations.

**Section 12.** Government and Personal Tools. Drawing out and returning Government and personal tools and equipment from places of issue and designated storage areas shall be accomplished in accordance with the following rules:

**Rule 12-1.** All tools, equipment, and material will be withdrawn or returned during working hours. Employees will be permitted reasonable time for the storage of all tools or equipment in their possession in the place and manner prescribed by the Employer.

**Rule 12-2.** Employees who have had their reporting- places changed or have been assigned to report to a specific job site shall be allowed to move personal and/or government tools and equipment to an approved storage area nearest to the changed location on Government time.

**Rule 12-3.** Employees will not be held responsible for the - loss or damage of Government tools or equipment when employees have secured such tools or equipment as prescribed by the Employer. This provision does not apply when an investigation conducted by the Employer concludes the employee was directly responsible for such loss or damage.

**Section 13.** Time for Personal Cleanup.

**Rule 13-1.** In accordance with accepted standards of health or the type of work performed, reasonable time as determined by the Employer will be provided to employees prior to their lunch period for purposes of

24

**0180**

removing from their persons toxic or hazardous substances determined by applicable regulations or the Employer to be injurious to the employee's health.

**Rule 13-2.** Prior to lunch and at the end of each shift, employees will be permitted reasonable time, when considered necessary and as determined on a daily basis to suit job conditions, for any required personal cleanup.

ARTICLE V
**OVERTIME AND COMPENSATORY PAY**

**Section 1.** Overtime work is defined as work in addition to 40 hours per week or 8 hours per day whether paid for in - money or compensatory time.

a. Regular Overtime (Scheduled) is defined as overtime work that is part of an employee's regularly scheduled administrative workweek and is scheduled in advance of the administrative workweek. If the supervisor should have scheduled the overtime but failed to do so, the overtime may still be considered as scheduled overtime if the supervisor had knowledge of the specific days and hours of the work requirement in advance of the administrative workweek and had the opportunity to determine which employees had to be scheduled, or rescheduled, to meet the specific days and hours of the work requirement.

b. Irregular Overtime (Unscheduled) is defined as overtime work which is not scheduled in advance of the administrative workweek in which it occurs and could not have been scheduled as per paragraph (a) above.

**0181**

c. Occasional Overtime is defined as overtime work which is infrequent in occurrence, such as once every two years or twice a year. Occasional overtime may be scheduled either in advance of or during the administrative workweek.

d. Wage Grade employees receive overtime pay of one and one-half (1 1/2) times the rate of pay for their rating. Upon implementation of Section 1610 of Public Law 104-201 within the Department of Defense, wage grade employees may earn compensatory time in accordance with rules governing such earnings.

e. General Schedule (GS) employees whose rate of basic pay is at or below the maximum rate of basic pay for GS-10, may be granted payment of compensatory time if requested; however, GS employees non-exempt from the Fair Labor Standards Act (FLSA), may not be required to take compensatory time off instead of receiving payment for overtime work. FLSA exempt GS employees whose basic rate of pay is above the maximum rate of GS-10 shall accrue 80 hours of compensatory time prior to receiving payment for overtime work, unless determined by the department or shop head and authorized by the Shipyard Commander to be infeasible due to workload or budgetary constraints. A combination of overtime pay and compensatory time in a single work day is not allowed.

f. Compensatory time may not be granted for overtime work which is not irregular or occasional, or for work, if paid for, would result in an employee's total earnings in a pay period exceeding the maximum scheduled rate for GS"-15. Any compensatory time earned on or after

0182

8 June 1997 must be used within 26 pay periods or it will be paid at the overtime rate at which it was earned.

g. Except as provided in NAVSHIPYDPEARLINST 12410.3H or its successor, overtime or compensatory time may not be paid while an employee is assigned to training.

h. The foregoing provisions are subject to the provisions of the Fair Labor Standards Act, Title 5 of the United States Code and Title 5, Part 410, of the Code of Federal Regulations

**Section 2.** The assignment of overtime work is a function of management, and management officials are required to keep overtime work to a minimum consistent with accomplishment of the Employer's mission.

**Section 3.** Overtime work shall be assigned in accordance with the following rules:

**Rule 3-1,** Overtime work assignments shall be distributed as equally as practicable among all qualified employees.

**Rule 3-2.** Overtime work shall not be assigned to employees as a reward or penalty, but may be assigned to correct an omitted assignment or as a redress awarded in a grievance decision. The hours of overtime paid as backpay shall be credited to an employee as having worked overtime.

**Rule 3-3.** Voluntary Assignment for a Continuing Job-. When it becomes necessary to continue work on a particular job on an overtime basis, the assignment to work the job will be first made to qualified volunteers among the employees under the assigning supervisor who have been working on the same job, on the same shift, for the majority of the workweek. If there - are more volunteers than are needed, the job

will be assigned to the volunteer(s) with the lowest accrued overtime as indicated on the most current overtime report (FPL-211C or its most current version) distributed within the Shop/Project/Office. If there is an insufficient number of volunteers under the assigning supervisor, overtime will be assigned to qualified volunteers with the lowest accrued overtime who worked the job during the workweek in the following order:

a. those still on the Project (or Division for Support Codes) then

b. those returned to the Resource Shop (or Department for Support Codes). Where supervisors know in advance that a particular job has overtime involved, employees will not be arbitrarily reassigned to preclude them from being assigned the overtime.

**Rule 3-4.** New or Emergent Overtime Work. For new or emergent overtime work, the assignment of overtime will be first made to qualified volunteers under the assigning supervisor with the lowest accrued overtime.

**Rule 3-5.** If Rules 3-3 and 3-4 above do not provide sufficient volunteers, qualified volunteers shall be considered for selection in the following order for Projects: -1) Zone Manager; 2) Assistant Project Superintendent; and 3) Resource Shop starting with the volunteer with the lowest accrued overtime. If there are still insufficient qualified volunteers following these procedures, employees under the assigning supervisor shall be assigned to work the overtime starting with those who worked the job during the workweek and on the shift the overtime job is assigned. If there is still an insufficient number of volunteers, qualified employees will be

0184

assigned in the above order, i.e., Zone Manager, Assistant Project Superintendent and Resource Shop.

For non-production codes, assignment of overtime, when there are insufficient volunteers, will be made in order of lowest overtime accrued among qualified employees in the following order: assigning supervisor, division and department.

**Rule 3-6.** In the event of compelling need such as special job requirements, supervisors may take into consideration such factors as the relative skill and ability of available employees, specialized training, knowledge of the particular type of work involved, and health/fatigue indications.

**Rule 3-7.** Employees on excess or forced leave taken-at the direction of the Employer shall be considered with all other employees eligible for consideration for overtime assignment, unless such employees request excusal from such consideration.

**Rule 3-8.** The expressed desires of employees to receive overtime work assignments, or not to receive such assignments, will also be considered; however, the above factors will take precedence. Overtime volunteer sign-up lists will be established for this purpose. As a minimum, each list shall include: 1) the period of time which the list shall apply and 2) a deadline for sign up of 0700 hours on Wednesday prior to the date of overtime. Lists shall be posted on all projects and resource shops in areas accessible to employees.

**Section 4.** Employees assigned to overtime work will be given as much advance notice of such assignments as possible. Upon reasonable and timely request, the

**0185**

appropriate supervisor will normally relieve an employee of an overtime assignment provided another qualified employee is available and has expressed to the supervisor his willingness to work. Employees working on jobs -for which a request for overtime has been made shall be given tentative notice of such fact, as soon as practicable and advised that overtime assignments may be forthcoming. The giving of such notice shall not be construed as being a guarantee that an assignment will be made.

**Section 5.** Irregular or occasional work required of an ungraded employee outside the regular days or shift hours of the employee's basic workweek shall be accomplished as overtime work except under the special circumstances referred to _in CPI 610.S1-A (Standby Duty). The employer will endeavor to ensure that no employee will be required to work two continuous straight-time shifts.

**Section 6.** In no case shall an employee be required to work more than 16 hours in a 24-hour period, except in those situations where the completion of the job or the nature of the work makes it imperative that the employee, who possesses the necessary skills and qualification, continues on the job for a longer period. If an employee's release from the job is within 24 hours of the employee's next scheduled workshift, the employee shall be granted administrative leave at the rate of 2 hours for each hour in excess of 16 hours. Such administrative leave shall not exceed a maximum of 8 hours and is to be taken at the earliest opportunity within 24 hours of the employee's release from the job, otherwise

**0186**

any unused leave shall be forfeited after the 24th hour.

**Section 7.** Employees who are called-in and report to work at a time outside of, and unconnected with, their scheduled hours of work within the basic workweek to perform unscheduled overtime work of less than two hours' duration, will be paid a minimum of two hours of overtime pay for each such "call back," even-though no work, or less than two hours' work, is actually performed.

**Section 8.** A computer report (FPL-211C or its most current version) containing a cumulative listing of overtime worked by Unit employees shall be available in their shop, office or department. This listing shall be updated every two pay - periods. Council Chief Stewards will be allowed ready access at all times to the listing and other stewards and employees shall be allowed to review the listing in connection with specific problems or complaints concerning overtime distribution.

**Section 9.** When necessitated by the workload, the Employer may depart from the regular three-shift schedule and establish extended shifts of approximately ten to twelve hours duration. The Employer agrees to consult with the Council President prior to implementing such extended shifts.

**section 10.** The provisions of Sections 10 through 13 of Article IV, Hours of Duty, shall also apply to overtime assignments.

31

**0187**

combinations thereof) for the time required to perform the military training duties as far in advance as possible before the start of the requested period of leave.

d. Military leave and/or other types of leave will only be granted when proper active duty or active duty for training orders are presented to the Employer as far in advance as possible for the start of the requested period of leave, provided that, but for the active military duty, the employee would have been in a civilian pay status.

## ARTICLE X
## TEMPORARY DUTY TRAVEL

**Section 1.** The following rules shall apply to employees traveling on temporary duty assignments outside the State of Hawaii as defined in Section 4 below, except for Sea Trials departing from and returning to Oahu:

**Rule 1-1.** When an employee is required to depart on a scheduled work day and if the scheduled time for reporting to the point of departure is five (5) hours or less after the start of the employee's scheduled workshift, the employee may be allowed to report directly to the point of departure from the employee's residence if not required at work. If the employee is already at work, the employee may be dismissed immediately to prepare for departure if necessary.

**Rule 1-2.** If an employee receives a temporary duty assignment under this Section while at work and the schedule time for reporting to the point of departure is more than five (5) hours after the start of the employee's scheduled workshift and less than

0188

five (5) hours after the end of such workshift, employees may be granted such amount of administrative leave to allow employees up to five (5) hours of duty and/or non-duty time in which to prepare for travel.

**Rule 1-3.** An employee on annual leave on the day of departure may have up to a maximum of four (4) hours annual leave converted to an amount of administrative leave as shall allow the employee four (4) hours of duty and/or non-duty time prior to reporting to the point of departure in which to prepare for travel.

**Rule 1-4.** Normally all administrative leave for departure preparations should be requested and approved prior to its use.

**Rule 1-5.** An employee returning from an out-of-state temporary duty assignment shall be granted administrative leave in accordance with the following:

a. If the employee's arrival time is less than four (4) hours prior to the start of the employee's next scheduled workshift, administrative leave shall be granted for that shift.

b. If the employee's arrival time occurs during the - workshift, administrative leave shall be granted for the remainder of the shift.

c. If the employee's arrival time is more than four hours but less than ten hours prior to the start of his next scheduled workshift, the employee shall be granted four hours of administrative leave.

d. An employee -returning from temporary duty assignment at such times shall notify the employee's cognizant supervisor as soon as practical after

**0189**

arrival.

    e. Employees returning by air over a direct route from a temporary duty station separated by four or more time zones from Hawaii without delays or stopovers in excess of eight hours en route shall not normally be required to report to work until twenty-four (24) hours after their arrival time.

**Rule 1-6.** Arrival time is defined as arrival at the place of residence, which normally occurs an hour after arrival of the ship or airplane.

**Section 2.** The following rules shall apply to employees traveling on temporary duty assignments to other islands within the State of Hawaii, as defined in Section 4, below, or on Sea Trials lasting more than twenty-four (24) continuous hours:

**Rule 2-1.** Supervisors shall grant administrative leave to employees departing on travel under this Section commensurate with the employee's needs to prepare for travel and the duration of the assignment.

**Rule 2-2.** Employees returning from temporary duty assignments under this Section, which have lasted more than 24 continuous hours, at a time less than eight hours preceding the employee's next regular workshift or during the employee's regular workshift, shall be granted administrative leave on an hour for hour basis to permit eight hours of time between disembarking from a plane or vessel and reporting to work. Fractional hours shall be rounded to the next higher hour.

**Rule 2-3.** Temporary duty assignments for sea trials shall commence at the time employees report to the designated location.

**Section 3.** Employees assigned to temporary additional duty on the Island of Oahu, who

**0190**

are authorized to report to the temporary duty station directly from their place of residence in their private vehicle shall be granted a mileage allowance reimbursement for any direct route mileage incurred between their residence and the temporary duty station. Such allowance shall be authorized only for the operator of the conveyance. The rate of reimbursement shall be in accordance with appropriate regulations.

**Section 4.**For purposes of the Article, the Sate of Hawaii is defined as that portion of the State between and including the islands of Niihau and Hawaii, and the permanent duty station is defined as Pearl

**Section 5.**Employees desiring to take annual leave for personal connection with a TAD assignment must request the receive approval prior to the date travel is Requests for such annual leave may be authorized the following criteria:

a. That any leave authorized is at the employee's expense and shall not under any circumstance, increase the cost of the TAD travel (per diem, transportation, time allowed, etc.) to the Department of the Navy;

b. That workload requirements are such that the employee's services can be spared;

c. That restrictions on the use of leave in certain geographical areas be adhered to when placed in effect by appropriate authorities.

**Section 6.** Selection Process to perform temporary additional duties (TADs) at out-of-state activities. The following procedures shall be used for the selection

of employees for TAD assignments (excluding training assignments) from among those employees equally qualified as determined by the Employer.

**Rule 6-1.** Regular TADs. A reasonable attempt shall be made to contact employees, including those in an approved leave status, for regular TADs. If the employee accepts or declines, the employee shall be rotated to the bottom of the volunteer TAD list. If contact cannot be made, the employee shall maintain his/her position on the volunteer TAD list. The Council shall be notified of an upcoming TAD prior to the selection of employees.

**Rule 6-2.** Emergent TADs. A reasonable attempt shall be made to contact employees, including those in an approved leave status, for emergent TADs. If the employee accepts or declines, the employee will be rotated to the bottom of the volunteer TAD list. If contact cannot be made, the employee shall maintain his/her position on the volunteer TAD list. The Council shall be notified of an upcoming TAD prior to the selection of employees. An emergent TAD is defined as one when an employee has to leave/depart in less than ten (10) workdays.

**Rule 6-3.** The Council President or designee and Shop Steward shall be notified whenever there is a need to select employees for TAD. Also, when it appears that an employee cannot be released for travel due to a job assignment, the appropriate shop/code/project shall meet with the Council President or his designee to discuss the matter.

**Rule 6-4.** Hardship requests shall be submitted to the Shop or Department Head for consideration. Hardship is defined as a

61

situation, such as a medical or family-related emergency, requiring the immediate attention of the employee which would otherwise be detrimental to the employee or his family if not - attended to immediately.

**Rule 6-5.** SELECTION FROM VOLUNTEER LIST.

a. Employees currently working on the job requiring
TAD assignment shall be the first to be considered for the TAD assignment.

b. An employee in a temporary limited/light duty status or an employee incapacitated due to illness or injury at the time of a TAD selection of that employee will retain his/her place on the volunteer TAD list.

c. An employee in a temporary promotion status at the time of a TAD selection of that employee will retain his/her place on the volunteer TAD list.

d. An employee in a justified hardship status for work or shift assignments will not be considered for TAD assignments.

e. An employee will not be considered as having gone on a TAD when, due to unforeseen circumstances, the boat or project to which the employee was assigned/selected for, is not worked and the employee is sent back to Pearl Harbor Naval Shipyard within forty-eight hours of arrival at the TAD site.

f. Employees on the volunteer TAD list will be passported as determined by management from among qualified personnel by Service Computation Date (SCD) most senior first.

g. Employees may request in writing addition or deletion from the

62

volunteer TAD list at any time.

h. Except for Shops or Codes that currently have TAD lists in accordance with this article, an initial TAD list will be established in each Shop or Code based on volunteers who submit requests in writing no later than 30 days following the effective date of this Agreement. Volunteers will be listed on the inital TAD list in order of seniority by (SCD) in the Shop/Code. Any requests submitted after the 3oth day will be added on the TAD list in the order requests are received.

**Rule 6-6.** Selection of Non-Volunteers. When the Employer selects for a TAD, selections will be made from the volunteer TAD list until all available TAD list volunteers with special skills have been asked. When more employees are required, the Employer will make a reasonable effort under the circumstances to seek additional qualified volunteers who have the required skills. If there are still insufficient volunteers, selections shall be made of qualified employees who have the required skills from the complete Shop/Code roster in the following order:

a. Seniority by SCD in the Shop/Code: least senior forced first, in case of a tie, then

b. Badge Number: highest number forced first.

c. No employee will be forced a second time unless all other qualified employees have been forced once.

d. No employee will be forced on a TAD during the period for which he has approved leave that was applied prior to 1 February. Such employee will retain his/her place on the TAD list.

**0194**

e. An employee in a justified hardship status is exempt from that particular TAD, but shall retain his/her position on the list.

## ARTICLE XI
## PERFORMANCE MANAGEMENT PROGRAM (PMP)

**Section 1.** Performance evaluation is an integral part of the Employer's personnel management program, and is used to evaluate employee's work through a fair appraisal of the employee's performance. The Employer and the Council have established a two summary rating system in accordance with the Department of the Navy's Performance Management Program. This two-level system is described in NAVSHIPYD&IMFPEARL directives in the 12430 series.

## ARTICLE XI1
## REDUCTION IN FORCE (RIF)

**Section 1.** To the extent practicable, the Employer and Council will explore other alternatives to RIF prior to proceeding with a RIF. However, the foregoing shall not preclude the Employer from initiating action to start the RIF process.
**Section 2.** Upon receipt by the Employer of written approval to conduct a RIF, or if such approval is not required at the time the Employer determines that such a reduction is necessary, the Council will be immediately notified, in writing, of the reason for the reduction, the approximate date, the action to be taken, the number of positions to be affected, and, if known, the competitive levels to be affected. The Council may exercise its right to negotiate

0195

the RIF to the extent provided by Article 11, Rights of the Council. Management will negotiate the RIF in accordance with Article II, Rights of the Employer. Both parties will comply with any decision imposed by an authorized third party.

**Section 3.** As soon as each retention register used by HRO in the RIF is available, two copies will be printed and provided to the Council. The information contained in the retention

registers is subject to the Privacy Act and as such, must be handled accordingly.

ARTICLE XI11
**TRAINING**

**Section 1.** raining is a necessary and inseparable function of management for the maintenance of a skilled and efficient workforce and shall be accomplished on the Employer's time, except as prohibited by rules and regulations governing the payment of overtime pay and compensatory time for training, when the employee is directed to attend. The assignment of employee to training shall be accomplished as determined by the Employer to provide employees with skills to perform mission related work, meet regulatory requirements, and fulfill current and future needs for manpower skills.

**Section 2.** The selection of employees for training predetermined as required for advancement and/or to develop skills of higher level jobs shall be made in accordance with merit promotion program procedures to ensure fair and equitable consideration.

**Section 3.** The Employer agrees to inform the Council of developments or changes in

65

the establishment of training policy affecting Unit employees and to give serious consideration to the Council's views. The Council will be afforded the opportunity to negotiate changes to training policies to the extent required by Article 11, Section 4, Rights of Council.

**Section 4.** The Council may designate two – training representatives who may attend all meetings of the production Resources Training Organization when the meeting agenda concerns training of Unit One employees including the Employer's Student Career Experience Program (SCEP) or Apprentice Program. The Council may also designate one representative as a member of each shop or office training committee.

**Section 5.** The Shipyard and Intermediate Maintenance Facility Apprentice Program shall be conducted in accordance with the provisions and procedures set forth in NAVSHIPYDPEARL&IMFINST 12410.45 or current edition.

**Section 6.** Whenever practicable, training required by the Employer shall be accomplished on the employee's assigned shift. If an employee is required to be odd-shifted for training, the Employer shall notify the employee of the change in shift as soon as possible but no later than prior to the start of the administrative work week when it is known by the Employer.

ARTICLE XIV
## PROMOTION, DETAILS & OTHER ASSIGUMENTS

**Section 1.** The Employer and the Union agree that all vacant positions, which are filled by competitive means, will be filled in accordance with the applicable regulations

0197