

# AGREEMENT

### Between

## NAVAL AIR WARFARE CENTER WEAPONS DIVISION
### China Lake

### and

## INDIAN WELLS VALLEY METAL TRADES COUNCIL

Effective 17 September 2003

## TABLE OF CONTENTS

| Number | Article | Page |
|---|---|---|
| | Preamble | 1 |
| | Witnesseth | 2 |
| 1 | Recognition and Unit Determination | 3 |
| 2 | Rights of Employer | 4 |
| 3 | Rights of Council | 6 |
| 4 | Rights of Employees | 8 |
| 5 | Provisions of Law and Regulations | 11 |
| 6 | Appropriate Matters | 14 |
| 7 | Council Representation | 15 |
| 8 | Hours of Work | 22 |
| 9 | Overtime | 24 |
| 10 | Environmental Pay Differential | 27 |
| 11 | Travel and Temporary Duty Assignments | 31 |
| 12 | Holidays | 32 |
| 13 | Annual Leave | 34 |
| 14 | Sick Leave | 36 |
| 15 | Family Medical Leave Act | 38 |
| 16 | Leaves of Absence | 39 |
| 17 | Excused Absence | 40 |
| 18 | Civic Responsibilities | 42 |
| 19 | Training | 45 |
| 20 | Safety and Health | 46 |

0199

21    Wage Survey ............................................... 51
22    Trade Jurisdiction........................................ 52
23    Job Descriptions and Classifications ...................... 53
24    General Working Conditions ................................. 54
25    Procedures for Temporary Promotion to
        Supervisory Wage Grade Positions ...................... 55
26    Promotions (non-supervisory) to Wage
        Grade Positions ....................................... 58
27    Reduction in Force and Reemployment................. 60
28    Repromotions............................................. 63
29    Demotions ............................................... 64
30    Disciplinary Actions .................................... 65
31    Adverse Actions ......................................... 67
32    Grievance Procedure...................................... 69
33    Arbitration.............................................. 78
34    General Provisions....................................... 80
35    Duration and Changes..................................... 84

      APPENDIX I ................................................ 89

      CHART I.................................................... 90
      CHART II .................................................. 91
      CHART III ................................................. 92

**0200**

(8)    Otherwise fail or refuse to comply with any provision of Chapter 71.

**Section 3.**    A labor organization which is accorded exclusive recognition shall not deny membership to any employee in the appropriate Unit except for failure to meet reasonable occupational standards uniformly required for admission, or for failure to tender initiation fees and dues uniformly required as a condition of acquiring and retaining membership. This paragraph does not preclude a labor organization from enforcing discipline in accordance with procedures under its constitution or by-laws which conform to the requirements of 5 USC Chapter 71.

## ARTICLE 6 - Appropriate Matters

**Section 1.**    It is agreed and understood that matters appropriate for consultation and negotiation between the Employer and the Council are policies, programs, procedures and practices, or other matters relating to or affecting general working conditions of employees in the Unit which are within the discretion of the Employer, including but not limited to such matters as safety, training, labor-management cooperation, employee services, methods of adjusting grievances, appeals, leave, promotion plans, demotion practices, pay practices, reduction-in-force practices, and hours of work.

0201

**Section 2.**   It is recognized that this Agreement does not alter the responsibility of either party to meet and confer with the other regarding matters concerning working conditions not covered by this Agreement.

## ARTICLE 7 - Council Representation

### A. Stewards

**Section 1.**   The Employer agrees to recognize Chief Steward and Stewards duly authorized by the Council as provided in Section 2 of this Article. Total number of Stewards in all classes should not exceed the ratio 1 to 40, or a major fraction thereof, employees in the Unit.

**Section 2.**   The Council shall supply the Employer, in writing, and shall maintain with the Employer on a current basis a complete list of the names of all Chief Steward, Stewards, and Alternate Stewards. In the absence of the Steward, the Alternate Steward shall serve as the Steward. In the event of the absence of both the Steward and Alternate Steward, the Chief Steward shall serve as Steward. In the event of the absence of all three, the Council President will appoint an appropriate Council representative who may conduct the business after notifying the designated HRD labor representative.

**Section 3.**   The primary function of a Steward under this Agreement is the investigation and processing of griev-

15

such time within the work group are appropriate matters for processing through the grievance procedure.

**Section 5.**    When assigning employees to the swing and graveyard shifts, the Employer agrees to consider those employees with the required skills who have volunteered. Employee's expressed desires not to change shifts will be considered.

## ARTICLE 9 - Overtime

**Section 1.**    It is agreed and understood that the assignment of overtime work is a function of the Employer. However, supervisors shall not assign overtime work to employees as a reward or penalty, but solely in accordance with the Employer's needs. In assigning employees to overtime work the Employer will first give consideration to those qualified employees who are currently assigned to the job. Otherwise, overtime work will be assigned to those qualified to perform the work. The Employer will consider a request to excuse an employee from an overtime assignment provided another acceptable qualified employee is available and willing to work.

**Section 2.**    Employees assigned to overtime work will be given as much advance notice of such assignment as possible. It is recognized that it is of particular importance that such prior notification be given as early as circum-

24

stances permit when the overtime to be worked involves employees' normal days off. Employees expressed desire not to work overtime will be considered.

**Section 3.**    An employee can be called back at a time outside of, and unconnected with, his scheduled hours of work to perform unscheduled overtime work. When such a "call-back" exceeds two (2) hours duration, the employee will be paid for the actual amount of overtime to which he is entitled under Sections 8 and 9. When such a call-back is less than two (2) hours duration, the employee will be paid a minimum of two (2) hours of overtime pay, even though no work is actually performed, in accordance with applicable regulations for call-back overtime.

**Section 4.**    The Employer agrees to maintain records of overtime worked by employees in the Unit. The overtime record will be posted in the work area at intervals not to exceed four (4) months. Where the record indicates unequal distribution of overtime the Employer will seek reasonable equity consistent with the manpower requirements. Overtime offered an employee who is not available for work shall be considered as overtime worked for the purposes of computing the distribution of overtime in accordance with this Article.

**Section 5.**    The provisions of Section 4 shall not apply to overtime resulting from call backs. However, any employee that has any concern as to this provision will be permitted to examine Management's "call-back log."

**0204**

**Section 6.**   A Council representative may direct requests for access to overtime records to the appropriate supervisor, to aid in resolving employee complaints alleging inequities in overtime assignments. Such records shall be made available to the extent necessary to resolve the request, provided the request specifically identifies the employee or employees involved and/or is limited to a group of employees reporting to a single supervisor.

**Section 7.**   In computing all overtime pay, the employee's hourly rate shall include any applicable shift differential determined in accordance with applicable regulations.

**Section 8.**   An employee in the Unit shall be paid in accordance with applicable regulations, at not less than "time and a half" for overtime work. An employee who is required to work two (2) or three (3) shifts within the same calendar day will be paid at the overtime rate for all time worked in accordance with current regulations.

**Section 9.**   Premium rates shall be added to an employee's scheduled pay rate to compensate for unusual working conditions or assignments as provided for in applicable regulations.

**Section 10.** In assignment of overtime, management will give consideration to Council representatives' responsibility to perform Council business during non-duty hours. The assignment of overtime will be consistent with existing

**0205**

workload requirements and established area overtime assignment agreements.

## ARTICLE 10 - Environmental Pay Differential

**Section 1.** It is agreed that employees required to perform work under the circumstances described in a category listed in 5 CFR 532 and subsequently approved through the Station's environmental pay program (NAWCWDINST 12532.1) will receive environmental pay differential in the amount prescribed by the CFR. The environmental pay differential stated in each case is a percentage applied to the second step for grade WG-10. Subject to the conditions set forth above, the following examples of circumstances for which environmental pay differential may be applicable are provided as a guide:

a. Dirty Work (4% for actual time exposed). Performing work which subjects the employee to soil of body or clothing:

(1)    Beyond that normally to be expected in performing the duties of the classification; and

(2)    Where the condition is not adequately alleviated by the mechanical equipment or protective devices being used, or which are readily available, or when such devices are not feasible for use due to health consideration; or

27

**0206**

**Section 4.**    Consistent with work load requirements, the Employer will consider a request and if agreeable will make a reasonable effort to reschedule the days of the basic workweek and the shift hours of an employee so that he may attend an educational institution at his own expense to take courses related to his work.

**Section 5.**    When training is to be provided for a new job rating, the Employer agrees to consider employees presently on the rolls prior to hiring employees to receive such training.

**Section 6.**    When technological changes require the use of a composite job rating which will utilize the skills of more than one (1) trade, the Employer will consider reasonable efforts to train employees from the affected trades.

## ARTICLE 20 - Safety and Health

**Section 1.**    The Employer and the Council agree to attempt to meet the requirements of the occupational safety and health programs for Federal employees.

**Section 2.**    The Employer will continue to make every effort to provide and maintain safe working conditions and industrial health protection for employees in the Unit. The Council will cooperate in these efforts and will encourage all employees to work in a safe manner. The Employer shall

46

**0207**

keep the Council currently supplied with a copy of the U.S. Navy Safety Precautions and a copy of the NAWS Safety and Industrial Hygiene Manual. A copy of the NAWS Safety and Industrial Hygiene Manual shall also be available in each branch. The Navy Occupational Safety and Health (NAVOSH) Program has been established by OPNAVINST 5100.23. The Council will be provided a copy of these instructions and any future revisions. The Employer and the Council will make every effort to comply with these regulations.

**Section 3.**   It is agreed that the Council may designate members of department safety committees from employees in such departments. The number of members shall be determined by mutual agreement between the department head and the Council. These committees shall function during working hours without loss of pay or charge to leave to its members. The committees shall meet at regular quarterly intervals to consider safety problems and to make recommendations to the Employer. These shall include recommendations for unannounced inspections with participation of at least one (1) Council committee member. It is agreed that additional meetings will be held on an as-needed basis.

**Section 4.**   The Employer agrees to furnish protective clothing, safety shoes and safety equipment at no expense to the employee whenever it is required by the Employer for safety or industrial health purposes.

0208

**Section 5.** In the course of performing their normally assigned work, all employees should be alert to observe unsafe practices, equipment, and conditions, as well as environmental conditions in their immediate work areas which represent industrial health hazards. Where employees have a reasonable belief that the job on which they are working poses an imminent risk of death or serious physical injury and there is insufficient time to abate the hazard, they may decline to perform the assignment. However, they must take immediate steps to contact the appropriate supervisor. All OSHA laws and regulations and local Safety Instructions will be followed in reviewing the identified discrepancies. Should doubt exist after inspection, guidance will be obtained from the Safety Office or other knowledgeable sources, in order to make a final determination. Unsafe or unhealthy conditions observed by any employee must be reported to his immediate supervisor. Allegations that safety policies, rules, and regulations established by the Department Safety Committee or emanating from other authority have been violated shall be subject to the Grievance Procedure.

**Section 6.** The health and safety of Employees while working is paramount to the Employer. The Employee's health and safety will be carefully considered in all assignments of work. The Employer will take particular care when assigning employees to work in ovens, tanks or similar con-fined spaces. All local Safety requirements and OSHA laws and regulations will be followed (ie. standby requirements when working in confined spaces). Safety measures will be

48

regularly evaluated and input from employees will be of prime importance.

**Section 7.** The Employer shall determine which chemicals are toxic and may cause sufficient contamination through handling to necessitate showers. A list of those toxic materials used in propellants and explosives shall be made available to all cognizant supervisors and to the employees. Explosives and propellants containing these toxic materials shall be clearly identified as such. The immediate supervisor shall determine which operations shall cause contamination sufficient to warrant showers. Transportation and adequate time will be provided and allowed to those employees who must take showers as a result of contamination from toxic materials, so they may be at their assigned stations at the end of their shift.

**Section 8.** When it becomes known that an accident has resulted in a fatal injury to a unit employee, and the NAWS Safety Program Office has been designated as the investigating body, the Council will be notified as soon as possible and may participate as a member of the investigating and reporting committee. A Council Officer may review at the Safety Office all reports covering investigations of disabling work injuries.

**Section 9.** When the Medical Officer of the Employer determines that an employee is physically unfit for duty after reporting to work, arrangements will be made to provide a medical attendant and transportation to a hospital, doctor's

49

**0210**

office, or to the employee's home in those cases where the Medical Officer determines that such transportation and medical attendant are necessary.

**Section 10.** Medical treatment for injured employees and ambulance service with a qualified attendant will be available on all shifts.

**Section 11.** Supervisors in all departments employing Unit employees shall periodically conduct employees' safety education meetings in accordance with local safety instructions.

**Section 12.** Whenever a supervisor receives an accident report which cites unsafe practices by an employee, the supervisor will discuss the report with the employee and allow the employee to attach any written disagreement he or she may have (and give a copy of the safety report to the employee if requested).

**Section 13.** Both Parties agree that unit members' health, welfare, and safety is of utmost concern. Therefore, it is to both Parties benefit to actively detect, prevent, and correct substance abuse. Accordingly, both Parties recognize a mutual responsibility in this area to eliminate any substance abuse. To pursue these goals, the following steps will be employed:

a. Substance abuse, when detected, will be brought to the attention of appropriate personnel.

50

b. Annual physical examination procedures will include such diagnosis for substance abuse, as is permitted by Navy regulation and guidance.

c. Both Parties will cooperate in programs and policies to eradicate any problem of substance abuse.

## ARTICLE 21 - Wage Survey

**Section 1.**    It is agreed that the Council has the right to request that area full scale or wage change surveys be conducted when significant industry wage raises have taken place in the area, and that such request and substantiating data shall be forwarded promptly by the Employer to the appropriate authority.

**Section 2.**    The Employer agrees to advise the Council of the receipt of official notification that preliminary preparations are being made for the conduct of a full scale wage survey. Such notification to the Council will, insofar as practicable, be made within five (5) working days after its receipt by the Employer. The Employer also agrees to notify the Council within twenty-four (24) hours when information is received of the start of an official wage survey.

**Section 3.**    When notified of the proposal to commence a wage survey in which the Employer will have data collectors, the Council may submit a list of names of employ-

51

**0212**

ees in the Unit for nomination as data collectors. It is agreed that the Employer will submit the names to the wage survey authority for consideration.

**Section 4.**   The Council and the Employer agree that these provisions are subject to the interpretation and application of applicable laws and regulations.

## ARTICLE 22 - Trade Jurisdiction

**Section 1.**   In the event a problem arises with respect to trade or craft jurisdiction affecting employees in the Unit, the Council may bring such matters to the attention of appropriate officials of the Employer. The Employer agrees to give consideration to the views and recommendations of the Council in regard to policies and practices relating to assignment of work to the various trades to the maximum extent possible commensurate with maintenance of efficient NAWCWD and NAWS operation.

**Section 2.**   Before work is permanently assigned contrary to trade lines previously accepted in the NAWCWD and NAWS and when the reassignment is significant, the Council shall be notified of the intended action and given an opportunity to present its views to the Employer. In the event of disputes arising out of this Section between the Employer and the Council, the Council may seek resolution as outlined in Article 3.

**0213**

**Section 3.**   The Employer agrees that employees in the Unit will not be assigned to menial or dirty tasks, or to work which is generally recognized as undesirable, as a reprisal or punishment.

**Section 4.**   Only personnel who are authorized and qualified, in the opinion of management (or in training) shall be permitted to operate machines or equipment that could cause injury to an inexperienced operator or endanger other employees.

**Section 5.**   The   Employer   is   prohibited   from disciplining   or   otherwise   discriminating   against   any employee because he has filed a complaint or given testimony under this agreement.

**Section 6.**   Employer agrees prior to changing local established conditions of employment, the Employer will meet with the Council President or his designated representative to discuss or negotiate the need for these changes as per Article 6 of this agreement.

## ARTICLE 25 – Procedures for Temporary Promotion to Supervisory Wage Grade Positions

**Section 1.**   It is agreed that it is the right of the Employer to determine when and by what method to fill tem-porary and permanent first level wage grade supervisory

**0214**

Office of Personnel Management publication entitled X 118-C (revised), and other applicable regulations will apply. It is agreed and understood that the Employer's policies and practices with respect to temporary promotions are appropriate matters for consultation. In this regard, the Employer agrees to give maximum consideration to the skills and talents of NAWCWD and NAWS employees in order to achieve resulting benefits of higher morale and to reduce turnover.

**Section 2.** The Employer, when it is determined necessary to temporarily fill in for an absent Foreman or other first level wage grade supervisory personnel, agrees that the following procedures will be followed:

a. A temporary promotion will be made if the Employer determines that the employee meets minimum qualifications and the assignment will be for at least fourteen (14) calendar days but not more than 120 calendar days.

b. Any temporary promotion in excess of 120 calendar days will be subject to the requirements of the NAWCWD Merit Promotion Policy.

c. The 120 calendar days is cumulative and includes prior service under details as well as previous temporary promotions to higher grade positions during the preceding twelve (12) months.

**Section 3.** When an employee performs the duties of a supervisor for a period of one (1) day or more but less than

fourteen (14) calendar days, a record of supervisory experience will be accumulated and documented every ninety (90) days in the employee's personnel folder by the immediate supervisor.

**Section 4.**

a. Promotional opportunities will be publicized. Publications will include information concerning minimum qualifications, the form to use in making application, or other specific requirements to be met.

b. When vacancies occur in supervisory positions, it is agreed that each new vacancy will be officially announced and advertised in accordance with provisions of Section 4a above.

**Section 5.** The Employer and the Council agree to refrain from interfering, restraining, or coercing any employee in exercising the right to receive consideration, or to decline consideration, of a promotional opportunity.

**Section 6.** Employees selected under this Article will be released, in accordance with the time frames established under the NAWCWD Merit Promotion Instruction, for permanent promotion or reassignment.

**Section 7.** Any employee in the Unit who is not selected for permanent promotion shall have the right to ascertain from the employer in what areas, if any, the

57

**0216**

employee should improve in order to increase his chance for promotion.

**Section 8.**  It is the employee's responsibility to maintain a current resume with HRSC.

## ARTICLE 26 - Promotions (non-supervisory) to Wage Grade Positions

**Section 1.**  The Employer agrees to make promotions within the Unit in accordance with the Federal Merit Promotion Program and all applicable laws, rules, regulations, and instructions. This Article covers non-supervisory wage grade positions such as Warehouseman, Journeyman Mechanic, Inspector, Maintenance Scheduler, Leader, etc. Career promotions of employees in a job within a career field which specifically have been filled for training and career progression will be considered as exceptions to the merit promotion procedures.

**Section 2.**  Permanent Promotions

a.  Vacancies filled through the Standard Automated Inventory and Referral System (STAIRS) will be listed and described on the local Human Resources Department website (https://hrdmugu.mugu.navy.mil.hrd). Minimum qualification requirements can be found on the Department of Navy Human Resources website (www.donhr.navy.mil).

58

**0217**

**Section 3.**    Temporary Promotions

a.  The Employer reserves the right to determine when and by what method to fill in for absent non-supervisory wage grade personnel. However, it is agreed and understood that the Employer's policies and practices with respect to temporary promotions are appropriate matters for consultation.

b.  If a non-supervisory wage grade position is to be filled temporarily by an employee in the Unit, the Employer agrees to make a temporary promotion, provided the employee meets minimum qualifications and it can reasonably be determined at the time of the appointment that the assignment will be at least fourteen (14) calendar days but not more than 120 calendar days. Any temporary promotion in excess of 120 calendar days will be subject to the requirements of the NAWCWD Merit Promotion Policy. The 120 days is cumulative and includes prior service under details as well as previous temporary promotions to higher graded positions during the preceding twelve (12) months.

c.  Temporary promotions for more than 120 calendar days will be made from those candidates referred by HRSC.

## ARTICLE 27 - Reduction in Force and Reemployment

**Section 1.**    The Employer agrees to notify the Council of impending reductions in force affecting ten (10) or more career or career-conditional employees within the Unit, and

0218

the reasons therefore, as far in advance as practicable. The Employer also agrees to inform the Chief Steward concerning affected competitive levels, date of action to be taken and number of employees affected, where one (1) or more employees are involved and this information becomes available. The Council agrees to render its assistance in communicating to the employees the reasons for reduction in force.

**Section 2.**    The Employer agrees that, in order to minimize the impact of any reduction in force, full consideration will be given to qualified Unit employees who are being affected by reduction in force for all available vacant graded and ungraded positions.

**Section 3.**    Career and career-conditional employees separated by reduction-in-force actions shall be placed on the Reemployment Priority List for all positions for which qualified and available as indicated by them in writing to the Employer. The names of all such persons shall be placed on the list as determined by representatives of the Department of Defense and/or the Navy Department. Such listing will be in the following order:

a.  Group I Career

b.  Group II Career conditional

**Section 4.**    Acceptance of a temporary position by an employee on the Reemployment Priority list will not affect his status on the list or his eligibility for reemployment in a permanent position.

61

**0219**

**Section 5.**    When an employee in the Unit receives a notice of "Reduction in Force," if he so desires, he may review the following records:

a.    The retention register on which he is personally listed.

b.    The retention registers listing employees who may be entitled to displace him.

c.    The retention registers listing employees whom he may be entitled to displace.

Any employee in the Unit desiring to review such records may, if he so requests, be accompanied by his Council Steward.

**Section 6.**    It is recognized that there are competitive areas for Reduction in Force (RIF) purposes at NAWCWD and NAWS. The Employer agrees that no unit employee or groups of unit employees will be placed in another competitive area for the sole purpose of improving retention standing. The Employer will notify the Council of any actions which would result in changes in competitive areas for bargaining unit members.

**Section 7.**    In order to prevent RIF avoidance actions at the time of a RIF, the Employer will comply with 5 CFR 351 and may, if necessary, freeze all personnel actions on positions impacted by a potential RIF and any exceptions will be discussed by a joint Management/Union team.

0220

**Section 8.**   Any employees impacted shall have the right to appeal this RIF action to the MSPB.

## ARTICLE 28 - Repromotions

**Section 1.**   In filling vacant, ungraded first level supervisory positions under the Federal Merit Promotion Program, those employees who formerly held such positions on a permanent basis from which they were demoted as a result of reduction in force, within the previous two (2) years, and who meet the qualification standards for the positions, will automatically be certified in the group of highly qualified applicants for the position and will be given special consideration for the vacancy.

**Section 2.**   In filling ungraded, non-supervisory positions, those employees who formerly held such positions on a permanent basis from which they were demoted as a result of a reduction in force, within the previous (2) years, and who meet the qualification standards for the position, will be given preferential consideration by selecting officials for repromotion to such positions as vacancies arise. Employees thus demoted and who seek repromotion, should file for the position under the Federal Merit Promotion Policy and Navy/NAWCWD Promotion Policy Instructions and Notices, in order to ensure maximum consideration (see Articles 25 and 26).

0221

**Section 6.**   An arbitrator shall not change, modify, alter, delete, or add to the provisions of this Agreement. Such right is the prerogative of the contracting parties only.

**Section 7.**   Questions involving the interpretation of published Navy and Department of Defense policies or regulations, provisions of law or regulations of appropriate authorities outside Department of Defense will be submitted to the source of issuance for interpretation.

## ARTICLE 34 - General Provisions

**Section 1.**   It is recognized that contracting of work that is normally performed by members of the Unit is of mutu-
al concern of Management and the Council. When contracting of functions normally performed by the Unit is being considered by Management, and when this consideration leads to the conclusion that career members of the Unit will be adversely affected, the Employer agrees to notify the Council of the impending contract and to discuss the reasons therefore, and will provide available written information related to that decision. Management further agrees to consider ways to minimize, insofar as is practicable, any displacement action of career employees through realignment, reassignment, the restricting of in-hires, and
any other reasonable action, which would result in the retention of career employees. Nothing in this Section restricts or otherwise inhibits Management from discharging its obligation to higher authority, administering the budget, or adjusting the ceiling or

0222

types of employees as changing technology or operating philosophy dictates

**Section 2.**   The Council will be furnished access to pertinent instructions and regulations by the Employer.

**Section 3.**   The Employer and the Council affirm their joint opposition to any discriminatory practices in connection with employment, promotion, or training, believing that the public interest requires the full utilization of employees' skills and abilities without regard to consideration of race, creed, color, national origin, sex, age, religion, political affiliation, physical handicaps, or marital status.

**Section 4.**   Depending on the nature of the handicap, special consideration will be given to the assignment of reserved parking spaces for use of the handicapped.

**Section 5.**   The Employer will publish, on a space available basis, notices or other appropriate news items of general interest submitted by the Council and approved by the Employer.

**Section 6.**   Distribution of Union Literature.

a.   The Employer agrees to permit the Council to distribute printed Union literature and information on the NAWS. Distribution will be accomplished during employee's non-work time and those persons distributing the printed material will be in an approved non-work status.

81

**0223**

b.  Bulletin boards shall be provided by the Employer for use of the Council and its affiliates. It is understood and agreed that these boards will be placed in all shop and work areas where employees are covered under this agreement.

c.  Management reserves the right to control (ie, pornographic, inflammatory, discriminatory) the material posted or distributed on the Station.

**Section 7.**   The Employer agrees to make a continuing effort to provide and to maintain suitable lunch facilities for employees in work areas. The Council agrees to cooperate in keeping such facilities tidy and in good condition.

**Section 8.**   When an employee is required to work on an unscheduled assignment in a remote work area and food is not available within reasonable walking distance, the Employer shall make reasonable efforts to allow the employee to obtain food at the employee's expense.

**Section 9.**   Subject to the provisions of applicable regulations, the Employer agrees to furnish special tools, safety shoes, special clothing, and special equipment that employees are required to use.

a.  Under conditions where employees are required to furnish their own tools, the Employer shall provide a secure place where employees may keep their tools. If all

82

**0224**

or any part of the employee's personal tools are lost by reason of failure of the Employer to provide such a secure place, or by fire, flood, or theft involving unlawful entry while in the secure place designated by the Employer, the employee shall report the loss to his supervisor during the next working day. The employee may submit a claim for reimbursement for the loss in accordance with applicable regulations. The Employer shall provide assistance in preparing the claim if requested by the employee.

**Section 10.** Members of unions affiliated with the Council may make voluntary allotments for the payment of dues in accordance with the terms of a separate agreement between the Employer and the Council executed in accordance with applicable regulations of the Office of Personnel Management and the Navy Department. Copies of the Agreement for Voluntary Allotment of Union Dues will be on file with the financial officers of the Council and affiliates, and with Head, Payroll Branch, Customer Services Division, Comptroller Department.

**Section 11.** Officers and Stewards of the Council may wear Council identifying insignias furnished to the employees by their Council.

**Section 12.** The Employer will make reasonable efforts to provide and maintain satisfactory sanitary showers, washrooms, and locker facilities. The Council agrees to cooperate in keeping such facilities tidy and in good condition.

0225

**ARTICLE 35 - Duration and Changes**

**Section 1.**    The provisions of this Agreement shall become effective on the date of approval by the Secretary of Defense or designee. By statute, any changes as discussed in Sections 3 (a), (b) & (d) and Section 5 will become effective on the date of approval by the Secretary of Defense or designee. If the Secretary of Defense or designee does not approve a specific Article of this Agreement, only those specific Articles which are not approved after this review will be renegotiated by the Council and the Employer. The remainder of the Agreement will become effective as specified above.

**Section 2.**    This Agreement shall remain in full force and effect for a period of three (3) years. Further, it is provided that this Agreement shall terminate at any time it is determined that the Council is no longer entitled to exclusive recognition under 5 USC Chapter 71. It is further provided that the Council will be notified promptly by the Employer should withdrawal of recognition be proposed.

**Section 3.**    This Agreement, except for its duration period as specified in Section 2 of this Article, is subject to opening only as follows:

a.  Amendments may be required because of changes made in applicable laws or Executive Orders after the effective date of this Agreement. In such an event, the parties will meet for the purpose of negotiating new language

84

**0226**

EXHIBIT

3

**PUGET SOUND**
**NAVAL SHIPYARD**

**NAVSHIPYDPUGET P12721(1)  (Rev. 6-03)**

# An Agreement





**Between**

## Puget Sound Naval Shipyard
## and
## The Bremerton Metal Trades Council

### Effective
### June 13, 2003

*The Agreement* ............................................................................................................ i

**Preamble** ............................................................................................................ xiii

**Witnesseth** ............................................................................................................ xiii

*ARTICLE 1* ............................................................................................................ *1*

**Recognition And Coverage Of Agreement** ............................................................ 1
   0101. Exclusive Recognition Of Council. ............................................................ 1
   0102. Definition Of Unit. ............................................................................... 1
   0103. Change Of Affiliate. ............................................................................. 1
   0104. Binding Agreement. ............................................................................. 1
   0105. Reclassification. ................................................................................ 1
   0106. Responsibilities. ................................................................................ 2
   0107. Reports. ........................................................................................... 2

*ARTICLE 2* ............................................................................................................ *3*

**Rights Of The Employer** ............................................................................... 3
   0201. Management Rights. ............................................................................ 3
   0202. Right To Make Rules. .......................................................................... 3
   0203. Assignment Of Supervisory And Management Responsibilities. ................. 3

*ARTICLE 3* ............................................................................................................ *4*

**Rights of Employees** ..................................................................................... 4
   0301. Rights Of Unit Employees. .................................................................... 4
   0302. Employee Right To Consult ................................................................... 4
   0303. Representation At Examination. ............................................................. 5
   0304. Right To Review Personnel Records. ...................................................... 5
   0305. Work Instructions And Orders. .............................................................. 6
   0306. Coverage While On TDY ...................................................................... 7
   0307. Fair And Equitable Coverage. ............................................................... 7

*ARTICLE 4* ............................................................................................................ *8*

**Voluntary AUTOMATIC Allotment Of Union Dues** ........................................... 8
   0401. Policy ............................................................................................... 8
   0402. Allotment Form ................................................................................. 8
   0403. Effective Date Of Allotment .................................................................. 8
   0404. Amount/Change Of Allotment ................................................................ 8

i

0405. Employer Termination Of Allotment. _____ 9

0406. Employee Termination Of Allotment. _____ 9

0407. Records Provided To The Council. _____ 9

0408. Privacy Act Requirement. _____ 9

**ARTICLE 5** _____ **10**

**Rights Of Council** _____ **10**

0501. Rights and Responsibility. _____ 10

0502. Presence At Formal Discussions. _____ 10

0503. New Employee Indoctrination. _____ 10

0504. Distribution Of Agreement. _____ 10

0505. Unit Employee Listings. _____ 11

0506. Council Access To Instructions/Directives. _____ 11

**ARTICLE 6** _____ **12**

**Council Representation** _____ **12**

0601. Recognition And Contact. _____ 12

0602. Notification To Employer. _____ 12

0603. Council Internal Affairs. _____ 13

0604. Functions Of Council Representatives In Processing Complaints / Grievances. _____ 13

0605. Area Of Representation For Processing Complaints/Grievances. _____ 14

0606. Determination Of Initial Representative Contact. _____ 14

0607. Conference Committee. _____ 15

0608. Permission To Leave Job Site. _____ 15

0609. Uses Of Official Time. _____ 16

0610. Space For Representation. _____ 19

0611. Council Visitors. _____ 19

0612. Sea Trials And TDY Listings. _____ 20

0613. Computer Support For The Council. _____ 20

**ARTICLE 7** _____ **22**

**Hours Of Work** _____ **22**

0701. Policy. _____ 22

0702. Standard Work Week And Standard Shift Hours. _____ 22

0703. Non-Standard Work Schedules. _____ 23

0704. Muster And Shift Turnover. _____ 23

0705. Qualifications. _____ 23

0229

0706. Assignment To Backshifts. ........................................................................... 23

0707. Working Lunch. ......................................................................................... 24

0708. Clean-up Time. ......................................................................................... 25

0709. Securing And Protecting Tools And Government Property. ............................ 25

0710. Automated Access Control System. ............................................................. 25

0711. Changes To Tours Of Duty, Night Pay And Shift Differential. ....................... 26

**ARTICLE 8** .................................................................................................... **28**

**Overtime** ................................................................................................. **28**

0801. Policy. ..................................................................................................... **28**

0802. Employee Notification. ............................................................................. **28**

0803. Employee Absence On An Overtime Day. .................................................. **28**

0804. Extended Shift. ......................................................................................... 29

0805. Minimum Overtime. ................................................................................. 29

0806. Call Back Overtime. ................................................................................. 29

0807. Relationship To Leave. ............................................................................. 29

0808. Records. .................................................................................................. 30

**ARTICLE 9** .................................................................................................... **31**

**Holiday Work** ....................................................................................... **31**

0901. Policy. ..................................................................................................... **31**

0902. Holidays. ................................................................................................. 31

**ARTICLE 10** .................................................................................................. **32**

**Environmental Differentials** .............................................................. **32**

1001. Policy. ..................................................................................................... **32**

1002. General Conditions For Environmental Differential. ................................... 32

1003. Employee Payment Schedule. .................................................................... 32

1004. Notification To/By Employee. ................................................................... 32

1005. Multiple Exposure And Back-Shift Payment. .............................................. 33

1006. Overtime Differential Payment. ................................................................. 33

1007. Application To Other Pay And Benefits. ..................................................... 33

1008. Application Of Differential Pay Categories. ................................................ 33

1009. Back Pay Adjustment. ............................................................................... 34

1010. Payment On Actual Hours Basis. ............................................................... 34

1011. Payment On An All Hours Basis. ............................................................... 34

1012. Information On Pay Categories. ................................................................. 35

iii

**0230**

1013. Information For General Schedule Employees. _____ 35

*Article 11* _____ *36*

   **Travel** _____ **36**

      1101. Policy. _____ 36

      1102. Selection And Assignment To TDY. _____ 36

      1103. Notification And Pre-Trip Brief. _____ 37

      1104. Travel Orders And Advances. _____ 37

      1105. Time Of Travel. _____ 38

      1106. Utilization Of Government Quarters. _____ 38

      1107. Rest Prior To TDY. _____ 39

      1108. Council Representatives. _____ 39

      1109. General Provision. _____ 40

*Article 12* _____ *41*

   **Duty Aboard Vessels Underway** _____ **41**

      1201. Policy. _____ 41

      1202. Additional Compensation. _____ 41

      1203. Standby Duty Status. _____ 41

      1204. Travel Orders. _____ 41

      1205. Accommodations. _____ 41

      1206. Assignment To Sea Trials. _____ 42

      1207. Sea Trial Safety Orientation. _____ 42

      1208. Records. _____ 42

*Article 13* _____ *43*

   **Annual Leave** _____ **43**

      1301. Policy. _____ 43

      1302. Reporting Unexpected Absence Due To Emergency. _____ 43

      1303. Request For Vacation. _____ 44

      1304. Curtailment Of Leave Usage By The Employer. _____ 45

      1305. Request For Other Annual Leave. _____ 45

      1306. Birthdays. _____ 45

      1307. Must Leave (Use or Lose). _____ 45

      1308. Forced Leave For Planned Shutdowns. _____ 46

      1309. Forced Leave For Unplanned Circumstances. _____ 46

      1310. Forced Leave Due To Lack Of Work. _____ 46

**0231**

1311. Family And Medical Leave Act (FMLA). _____ 47

1312. Leave For Reserve And National Guard Duties. _____ 47

## Article 14 _____ 48

### Sick Leave and Absences From Scheduled Work. _____ 48

1401. Policy. _____ 48

1402. Scheduling Appointments. _____ 48

1403. Travel Time. _____ 48

1404. Illness Occurring At Work. _____ 49

1405. Reporting Absence Due To Incapacitation. _____ 49

1406. Request For Leave Of Absence. _____ 50

1407. Return To Duty. _____ 51

1408. Light Duty. _____ 51

1409. Advance Sick Leave. _____ 51

1410. Counseling Employees On Sick Leave Usage. _____ 52

1411. Letter of Requirement. _____ 52

## Article 15 _____ 54

### Leave of Absence _____ 54

1501. Labor Relations Business. _____ 54

1502. Employee Excused Time. _____ 54

1503. National Guard/Civil Air Patrol Call Up. _____ 54

1504. Continuation Of Employee Benefits. _____ 54

## Article 16 _____ 56

### Safety and Health _____ 56

1601. Policy And Practices. _____ 56

1602. Reporting Unsafe Conditions. _____ 57

1603. Correcting Unsafe Conditions. _____ 57

1604. Stand-Up Safety And Health Meetings. _____ 57

1605. Industrial Accidents. _____ 57

1606. Tanks And Voids. _____ 58

1607. Council/Employee Participation. _____ 58

1608. Safety And Health Committees/Teams. _____ 58

1609. Accident, Injury And Death Reports. _____ 58

1610. Hazardous Materials/Processes. _____ 59

1611. Posting And Distributing Emergency Telephone Numbers. _____ 59

v

0232

*Article 17* _____ *60*

**On The Job Injury/Compensation** _____ **60**

1701. Policy. _____ 60

1702. Definitions. _____ 60

1703. Employee Responsibility for Reporting Injury. _____ 60

1704. Employee Information. _____ 60

1705. Submission Of Claim Forms. _____ 60

1706. Use of Personal Physician(s). _____ 60

1707. Continuation Of Pay (COP). _____ 61

1708. Keeping Employer Informed. _____ 61

1709. Return To Duty. _____ 62

1710. Submittal Of Claims. _____ 62

1711. Relationship To Compensation. _____ 62

1712. Buy-Back Of Leave. _____ 63

*Article 18* _____ *64*

**Employee Assistance Program** _____ **64**

1801. Program Coverage And Policy. _____ 64

1802. Employer Responsibility. _____ 64

1803. Employee Responsibility. _____ 64

1804. Shipyard Program. _____ 64

1805. Employee Security. _____ 64

1806. Training. _____ 64

*Article 19* _____ *66*

**Position And Job Descriptions** _____ **66**

1901. Employee Right To Review. _____ 66

1902. Employee Right To Copy. _____ 66

1903. Keeping Descriptions Up To Date. _____ 66

1904. Disputes Over Accuracy And Appeals. _____ 66

1905. Council Matters. _____ 67

*Article 20* _____ *68*

**Performance Standards** _____ **68**

2001. Policy. _____ 68

2002. Definitions. _____ 68

2003. Employee Participation And Council Notification. _____ 69

0233

2004. Employee Indoctrination On Performance Standards. _____ 69

2005. Rating Period. _____ 69

2006. Supervisor's Knowledge Of Performance. _____ 70

2007. Rating The Employee. _____ 71

2008. Special Progress Review. _____ 71

2009. Employees Serving A Probationary Period. _____ 72

2010. Performance Rating Appeal. _____ 72

2011. Council Access To Reports. _____ 72

**Article 21** _____ 73

   **MERIT PROMOTION** _____ 73

2101. Introduction. _____ 73

2102. Objectives. _____ 73

2103. Employee Responsibilities. _____ 73

2104. Area Of Consideration For Bargaining Unit Positions. _____ 73

2105. Method Of Locating Candidates. _____ 74

2106. Rating To Determine Basic Eligibility. _____ 75

2107. Rating The Employee. _____ 75

2108. Referral Of Candidates. _____ 76

2109. Selection And Release Of Candidates. _____ 76

**Article 22** _____ 77

   **DETAILS** _____ 77

2201. Policy. _____ 77

2202. Limits On Details. _____ 77

2203. Selection Criteria. _____ 77

2204. Notice To Employees. _____ 78

2205. Recording Of Details. _____ 78

2206 Work Assignments Outside Of Normal Trade Or Position. _____ 78

**Article 23** _____ 79

   **Temporary Promotions** _____ 79

2301. Policy. _____ 79

2302. Merit System Principles. _____ 79

2303. Selection Criteria For Unit Positions. _____ 79

2304. Council Access To Records. _____ 80

2305. Dues Allotment. _____ 80

vii

0234

2306. Pay Considerations. _____ 80

*Article 24:* _____ *81*

**EMPLOYEE DEVELOPMENT** _____ **81**

2401. Special Training And Development Policy. _____ 81

2402. Selection And Notification Of Employees. _____ 81

2403. New Functions. _____ 81

2404. Educational Leave. _____ 82

2405. Training Records. _____ 82

*Article 25* _____ *83*

**WAGE SURVEYS** _____ **83**

2501. Notification To Council. _____ 83

2502. Council Participation. _____ 83

2503. Presentation To Local Committee. _____ 83

2504. Data Collector's Expenses. _____ 83

2505. Publication Of Wage Schedule. _____ 83

*Article 26* _____ *84*

**REDUCTION IN FORCE AND RE-PROMOTION** _____ **84**

2601. Notification. _____ 84

2602. Minimizing Impact Of A Reduction In Force. _____ 84

2603. Impact Of Performance Ratings. _____ 84

2604. Re-promotion. _____ 85

2605. Council Access To Records. _____ 85

2606. Release Of Seasonal Employees. _____ 85

*Article 27* _____ *87*

**DISCIPLINARY ACTIONS** _____ **87**

2701. Definition And Policy. _____ 87

2702. Investigation And Employee Rights. _____ 87

2703. Notice Of Proposed Suspension & Employee Response. _____ 87

2704. Notice Of Decision And Appeal. _____ 87

2705. Notification To The Council. _____ 88

2706. Employee Indebtedness. _____ 88

*Article 28* _____ *89*

0235

**ADVERSE ACTIONS** _____ **89**

2801. Definition and Policy. _____ 89

2802. Investigation And Employee Rights. _____ 89

2803. Notice Of Proposed Adverse Action & Response. _____ 89

2804. Immediate Removal And Election To Appeal. _____ 90

2805. Notice to Council. _____ 90

*Article 29* _____ *91*

**EEO AND DISCRIMINATION COMPLAINTS** _____ **91**

2901. Policy. _____ 91

2902. Discrimination Complaint Definition. _____ 91

2903. Statement Of The Parties. _____ 91

2904. Employee Election For Complaint Processing. _____ 91

2905. Employee Representation. _____ 92

*Article 30* _____ *93*

**GRIEVANCE PROCEDURE** _____ **93**

3001. Purpose. _____ 93

3002. Submission Of Grievances. _____ 94

3003. Employee Grievance Procedure. _____ 95

3004. Procedures For Other Appeals. _____ 96

3005. Employee Election, Adverse Action/EEO. _____ 96

3006. Direct Adjustment Of Grievances. _____ 97

3007. Grievability And Arbitrability Disputes. _____ 97

3008. Processing Time Limits. _____ 98

3009. Access To Records. _____ 98

3010. Distribution Of Grievance Form. _____ 98

3011. Time Allowed. _____ 98

3012. Council And Employer Grievance Procedure. _____ 98

3013. Alternative Dispute Resolution. _____ 99

3014. Grievance Administration. _____ 100

*Article 31* _____ *101*

**ARBITRATION** _____ **101**

3101. Submission. _____ 101

3102. Authority To Invoke. _____ 101

3103. Selection Of An Arbitrator. _____ 101

0236

3104. Submission Statement. _____ 101

3105. Pre-arbitration Conference. _____ 102

3106. Arbitration Hearing. _____ 102

3107. Decision. _____ 102

3108. Award. _____ 102

*Article 32* _____ *104*

**PARKING** _____ **104**

3201. Policy. _____ 104

*Article 33* _____ *105*

**CIVIC RESPONSIBILITIES** _____ **105**

3301. Court Leave. _____ 105

3302. Voting. _____ 105

3303. Charities. _____ 105

3304. Search and Rescue. _____ 105

*Article 34* _____ *107*

**PUBLICITY** _____ **107**

3401. Council Bulletin Boards. _____ 107

3402. Newsletter/Bulletin Holders. _____ 107

3403. Posting and Distribution of Material by Council _____ 107

3404. Council Announcements In SALUTE. _____ 108

3405. Employer Rights. _____ 108

*Article 35* _____ *109*

**COMMITTEE ASSIGNMENTS** _____ **109**

3501. Council Participation On Committees. _____ 109

3502. Nomination And Appointment Procedure. _____ 109

3503. General Provision. _____ 109

3504. Future Committees. _____ 109

*Article 36* _____ *111*

**JURISDICTION** _____ **111**

3601. Policy. _____ 111

3602. Assignment Of Work. _____ 111

3603. Trade Assistance. _____ 111

x

**0237**

3604. Contracting Out And Reassignment Of Work. _____ 111

3605. Disputes. _____ 112

3606. Time Allowed. _____ 112

*Article 37* _____ *113*

PROVISIONS OF LAW AND REGULATIONS _____ **113**

3701. Impact Of Law Or Regulations. _____ 113

3702. Conformance To Regulations. _____ 113

*Article 38* _____ *114*

CONSULTATION AND NEGOTIATION _____ **114**

3801. Introduction. _____ 114

3802. Impact Bargaining. _____ 114

3803. Consult. _____ 115

3804. Meet And Confer. _____ 115

3805. Matters Not Requiring Notice. _____ 115

3806. Negotiation Of Issues Not Covered In This Agreement. _____ 116

3807. Application Of Existing Memoranda Of Understanding. _____ 116

*Article 39* _____ *117*

Apprentice Program _____ **117**

3901. Definition. _____ 117

*Article 40* _____ *118*

DURATION AND CHANGES _____ **118**

4001. Duration. _____ 118

4002. Reopening Provisions. _____ 118

4003. Employer And Employee Rights. _____ 118

4004. Distribution Of Amendments. _____ 118

4005. Authority To Effect Changes. _____ 119

4006. General Provisions. _____ 119

*APPENDIX I* _____ *120*

BMTC AFFILIATE ORGANIZATIONS _____ **120**

*APPENDIX II* _____ *121*

PART I _____ **121**

xi

**0238**

ENVIRONMENTAL DIFFERENTIALS _____ 121

Part I Payment For Actual Exposure. _____ 121

**PART II** _____ **124**

ENVIRONMENTAL DIFFERENTIALS _____ 124

PART II Payment On Basis Of Hours In Pay Status. _____ 124

***Appendix III*** _____ ***127***

**PART I** _____ **127**

ENVIRONMENTAL DIFFERENTIALS _____ 127

PART I Payment For Actual Exposure. _____ 127

**PART II** _____ **128**

ENVIRONMENTAL DIFFERENTIALS _____ 128

PART II Payment On Basis Of Hours In Pay Status. _____ 128

***APPENDIX IV*** _____ ***129***

**Part I** _____ **129**

HAZARDOUS PAY DIFFERENTIALS _____ 129

PART I Payment On Basis Of Hours In Pay Status. _____ 129

**0239**

# ARTICLE 8

## OVERTIME

### 0801. Policy.

Assignments to overtime shall be distributed as fairly and equitably as practicable annually under the following conditions:

a. In order to effectively and efficiently accomplish the tasks of the shipyard, the employer shall determine the numbers, job ratings, and qualifications required to meet its overtime requirements, and identify the employees who meet those requirements.

b. However, in the interest of equitable distribution, employee morale, job continuity and economy of operations, when making overtime assignments, first selection may be made from those employees currently assigned to the job on that shift. Selection shall next be made from those employees assigned to the crew, then project, then the applicable shop volunteer overtime list. Under this article, equitable shall be defined as each employee having the same opportunity to have worked the overtime and then distributed among the employees in question. Work assignments will be made, to the extent practicable, toward the fair and equitable distribution of overtime. It is the intention of both parties that non-selection shall be a rare occurrence and must be substantiated and communicated to the employee upon request.

It is the intent of the parties to reduce such imbalances to the extent practicable consistent with the provisions of this article.

The Council recognizes the employer's right to require employees to work overtime. However, upon request, an employee may be relieved from an overtime assignment provided that another employee with the desired qualifications is available and willing to work. Whenever possible and in accordance with 0701, an employee will not be required to work more than thirteen (13) consecutive days. The employer reserves the right to require employees to report for overtime work, but will reasonably accommodate an employee's request for relief of the overtime assignment for observance of their religious faith in accordance with Title VII of the Civil Rights Act of 1964.

### 0802. Employee Notification.

In the assignment of overtime the Employer will provide the Employee with as much advance notice of tentative overtime work as practical. Whenever possible, the Employer will give twenty-four (24) hours notice of overtime to be performed outside the Employee's basic workweek. However, during emergent situations, and whenever possible, confirmation of instructions to report for overtime will be given no later than mid-shift of the last scheduled shift before the overtime commences. The Council recognizes that in some cases little or no advance notice may be possible

28

because of various factors such as the relationship between the sequential nature of work operations and conflicts between crafts in the physical area required for operations. If advance notification is not possible, the Employer will give strong consideration to the Employee's personal circumstances in relieving the Employee of the overtime assignment.

## 0803. Employee Absence On An Overtime Day.

When an illness or an emergency which could not be approved in advance necessitates an Employee's absence from scheduled overtime, the Employee shall notify their supervisor or other designated personnel prior to the start of the scheduled shift or as soon thereafter as possible in accordance with Sections 1302 and 1405. The Employee is responsible for justification of absence on an overtime day upon return to work.

## 0804. Extended Shift.

When an Employee is scheduled to work an extended shift, the provisions of Sections 0704, 0707, and 0708 apply. If an Employee is working an extended shift of more than eight (8) hours a day the Employer agrees, upon request, to have a discussion with the Employee prior to assigning such work for more than six (6) consecutive days. The Council recognizes there may be unique circumstances when a discussion may be precluded under the provisions of 5 CFR 610.121. When Employees are assigned to extended shifts, the Employer will consider an Employee's request for a non-paid thirty (30) minute lunch break at the end of the first eight (8) hours, and may assist the Employee in making appropriate arrangements for food to be available at the Employee's expense. The Employer will give careful consideration to any reasons the Employee might offer for being relieved from the assignment.

## 0805. Minimum Overtime.

The Employer agrees to make a reasonable effort to provide at least four (4) hours of work to an Employee who is required to perform irregular or occasional work on an overtime basis on a nonscheduled workday. When the services of the Employee are not required for this period of time, the Employee will be paid a minimum of two (2) hours overtime pay for each "call back".

## 0806. Call Back Overtime.

The following provisions will apply to situations involving "call back" overtime:

a. An Employee will not be placed in a leave without pay status during the basic workweek solely to avoid payment of overtime.

b. An Employee may request to be placed in an annual leave status for all or any portion of the regular shift.

29

c. An Employee may request to have their shift hours changed for the following shift.

## 0807. Relationship To Leave.

An Employee's approved absences during the basic workweek shall not be considered in determining which Employee will be selected for an overtime assignment.

## 0808. Records.

The Employer agrees that each Supervisor will maintain overtime records which will reflect:

a. Days the Employee worked overtime;

b. Days the Employee was provided the opportunity to work overtime; and

c. Days the Employee failed to report for overtime.

Such records shall be made available to a Council Steward to that extent necessary for the purpose of resolving an Employee's complaint alleging inequities in overtime. Such requests by a Council Steward must specifically identify the Employee(s) involved.

0242

# ARTICLE 11

## TRAVEL

### 1101. Policy.

Travel and off-station temporary duty (hereinafter referred to as TDY) assignments are conditions of employment. Employees who are sent on travel or TDY are required to exercise care in incurring expenses and expending government time and resources in accomplishing the mission. Reimbursement of per diem and travel expenses will be at rates consistent with the provisions of the Joint Travel Regulations (JTR), Volume II.

### 1102. Selection And Assignment To TDY.

TDY assignments will be made as fairly and equitably as practical while ensuring the mission requirements of the Shipyard are met. It is agreed that the Employer will determine the trades, numbers of Employees, job ratings, qualifications, (pursuant to Article 0705) when assigning unit Employees to TDY. Selections from among Employees meeting the assignment requirements will be made on an rotational basis of the retention roster. The retention roster will be reset every eighteen months.

a. **Volunteers.** When a need for a TDY assignment occurs, qualified volunteers will be given first consideration for the assignment. If the number of qualified volunteers exceed the number of vacancies, seniority will be used in selecting volunteers. Seniority will be determined by use of the retention register, unadjusted for performance ratings. The Employer will start with the most senior qualified volunteer, and will rotate through the retention register in offering TDY assignments. Once a volunteer receives an assignment, he/she will not be eligible for consideration until a full rotation of the volunteers on the retention register has occurred. Volunteers who provide sufficient justification of a hardship as the reason for declining a TDY assignment will retain their position in the rotation for future consideration.

1. **Identification of volunteers.** Shops and codes may maintain ongoing volunteer lists. Where lists are maintained, Employees are responsible for notifying the Resource Office or applicable supervisor of their desire to be included on (or removed from) the volunteer list. Volunteer lists will be updated quarterly. Where volunteer lists are not maintained, Shops and codes will solicit among qualified Employees for volunteers when assignments arise.

b. **Non-volunteers.** If an insufficient number of volunteers are available for the TDY assignment, the Employer will start with the least senior qualified Employee, and will rotate through the retention register, unadjusted for performance ratings, in inverse order, in making the TDY assignments. Once a non-volunteer receives an assignment, he/she will not be considered for

36

a further involuntary TDY assignment until a full rotation of the retention register has occurred. Employees may be excused from an assignment if sufficient justification of a hardship is provided. In those cases, Employees will retain their position in the rotation for future consideration.

c. Exceptions and limitations. It is understood that in some limited circumstances TDY assignments may be justified without the use of seniority in order to meet the mission of the Shipyard (examples include emergent assignments or functional teams such as Battery Replacement Team, Hatch Team, Sail Team, Steam Generator Team, etc.). In addition, it will be necessary in some cases to pass over volunteers or non-volunteers who are otherwise eligible for the assignment due to such factors as the Employees' current or near-future critical job assignment.

d. Assignment. Once a unit Employee arrives at the TDY station, the Employee will remain there until the work is finished or relieved from duty. However, Employees may be relieved from duty if mitigating circumstances require the Employee to request return to the Shipyard due to unforeseen emergencies, illness, or exigencies.

e. Records. The Employer will maintain records of TDY assignments for a minimum of two years. The Council may review such records to resolve specific problems. Disclosure of records will be in accordance of Article 3009 of this Agreement.

## 1103. Notification And Pre-Trip Brief.

a. Unit Employees proposed for TDY off-station will be informally alerted as soon as practical that travel may be necessary. During this discussion, the Employee will be given as much information as is then known concerning the TDY. The Employer will have published material available for Employees reading and information.

b. When Employee(s) are selected for TDY the Employee(s) will be briefed by a representative of the Employer. Employee(s) will be given as much information as is known concerning the TDY including but not limited to travel and accommodation arrangements, duty hours, departure and return dates, applicable per diem rates, and whom to contact when questions arise about travel, etc. The Employer will advise Employees as soon as possible of any changes or modifications which may reduce the Employee's expense entitlements. Travelers will be apprised of the name of the Council Representative (if any) who is assigned. A Council Representative will be notified and may attend the briefing to monitor the information given Employees when ten (10) or more unit Employees are selected for a TDY assignment.

## 1104. Travel Orders And Advances.

a. The Employer's goal is that travel orders will be prepared and will be issued in a timely manner. Normally, a copy of the final travel orders, advanced funds (if any are authorized)

0244

and transportation tickets will be provided at least one (1) full work day prior to the scheduled departure date. The Employer may not be able to make timely delivery of the necessary documents due to circumstances. In such circumstances, the Employer will make every effort to provide for any authorized advance in time for Employees to transact related business with a financial institution. The Employer recognizes the Employee(s) concern that they have sufficient time to convert the checks or any electronic advances to cash and/or travelers checks prior to departure. If the advance has not been delivered by 1200 hours on the last normal workday prior to the scheduled departure, time allowed may be granted to accomplish this transaction at a banking facility on the Shipyard or one in the immediate area of the Shipyard (i.e., within a few blocks).

      b. Employees who perform TDY travel will normally obtain and use a government charge card for that purpose. The Employer will assist employees in obtaining such cards and will provide information regarding how they are to be used. Employees with government charge cards can obtain cash advances for TDY travel through the use of automated teller machines (ATMs) and other expenses can be paid with the card. Employees are responsible for timely payment of the charge card balance upon receipt of reimbursement for the travel expenses. If the TDY assignment is to an area where a government charge card cannot be used, Employees will be advanced 80% of the estimated per diem and 100% of out-of-pocket expenses. If an Employee does not have a government charge card, and is being required to travel with insufficient notice to obtain a government charge card, that employee will be provided an advance of 80% of the total projected per diem and 100% of out-of-pocket expenses authorized under the JTR. The Council agrees to assist the Employer by encouraging employees to obtain and properly use the government charge cards to promote efficiency and minimize the number of required exceptions to the normal process.

      c. Upon completion of a TDY, Employees are responsible for justifying the expenditure of advanced funds and for reimbursing the Shipyard for advanced funds in excess of allowed expenditures. Employees are cautioned to keep complete and accurate records.

      d. Employees returning from TDY who are entitled to a reimbursement of funds shall receive that reimbursement within twenty (20) calendar days of submission of their completed travel claim to the Employer.

## 1105. Time Of Travel.

      The Employer agrees that where practical and within the control of the Employer, Employees on official travel will perform that travel during periods for which they can be compensated. Employees will be compensated for travel in accordance with applicable laws, rules, and regulations.

## 1106. Utilization Of Government Quarters.

38

**0245**

a. Employees on TDY away from Puget Sound Naval Shipyard shall not be required to utilize government quarters whenever the quarters are deemed inadequate under Department of Navy regulations. Upon request the Employer will provide the Council a current listing of government quarters which have been determined to be inadequate.

b. Normally the Employer will determine in advance of the Employee's departure from PSNS, if adequate government quarters are available at the TDY duty station. If the Employer determines that adequate government quarters are not available, the Employee will not be required to obtain an endorsement(s) at the TDY station that such quarters are not available.

c. The Employer agrees to attempt to provide the following minimum living conditions for Employees who are required to stay in Government quarters on TDY in order to promote full performance of their assigned duties. Final authority to determine adequacy and availability of quarters rests with the Commanding Officer (or designated representative) of the activity at which the quarters are located. However, if upon arrival the government quarters are determined to not meet the adequacy standards, the Employer will take whatever action it deems necessary to provide adequate quarters for the Employees.

1. All quarters shall be clean and in good condition with bathroom facilities located in or near the room.

2. There shall be a telephone available, in working condition, for the Employees' use within or near the room in which they reside.

3. Quarters shall be reasonably free from noise and disturbance in order to allow adequate sleep and rest by the Employees.

4. Quarters shall have reasonable heating and ventilation.

5. Adequate eating and shopping facilities shall be available within a reasonable distance from the quarters.

6. Reservations will be requested prior to the Employee's departure for TDY assignment.

## 1107. Rest Prior To TDY.

Where practical and within the control of the Employer, the Employer agrees to schedule TDY so that when Employees travel outside their regularly scheduled work-shift, there shall be an interval of not less than eight (8) hours between check in at their TDY lodging and the beginning of the first work-shift.

## 1108. Council Representatives.

The Council retains the right to designate an Employee from the group to act as a steward for those Employees on the TDY assignment. The Council President will provide written notice of the name of the Council Representative or designated representative to the Employer, Code 1113.

0246

## 1109. General Provision.

The terms and provisions of this Agreement will apply to all unit Employees assigned to TDY duty stations. Complaints or grievances concerning the provisions of this Article shall be processed under the terms outlined under the Grievance Procedure of this Agreement. Grievances regarding matters which occur while on TDY must be submitted in accordance with the time frames specified in Section 3002.b.

**0247**

# ARTICLE 19

## POSITION AND JOB DESCRIPTIONS

### 1901. Employee Right To Review.

Employees have the right to an explanation of the reasoning used to classify their job/position. Upon the Employee's request the immediate supervisor will make arrangements for an appointment to provide that explanation. The Employee may request to be accompanied and assisted by a Council Representative when meeting with supervision or Human Resources Office personnel. Involved supervision and personnel specialists will consider and respond to any questions and statements from the Employee to make clear the basis of the classification decision.

### 1902. Employee Right To Copy.

A new Employee or an Employee who changed jobs within the Shipyard will, upon request, be provided a copy of their Job/Position Description within thirty (30) calendar days of the effective date of the appointment. Individual Employee requests for a current copy of the job or position description should be made to the Shop/Code via the immediate supervisor. If a description is renumbered, affected Employees will upon request, be provided a copy. The Employer's policy is that all Employees are entitled to have a copy of their description; however, the Employer's policy is not to provide personal copies of other descriptions in which an Employee may have an interest. Employees assigned to a training position or who are detailed to a job/position which is not related to their regularly assigned duties, will, upon request, be provided a copy of the target/detail description if one exists.

### 1903. Keeping Descriptions Up To Date.

Job/position descriptions will be kept up-to-date and accurate. If an adverse action(s) is proposed as a result of a position/job audit, the affected Employee(s) and the Council will be notified prior to implementation of any proposed action. Upon request the affected Employee(s) and the Council will be permitted to review the data upon which the proposed action is based.

### 1904. Disputes Over Accuracy And Appeals.

a. **Disputes over Accuracy.** When an Employee disputes the accuracy of their official job or position description as compared to the work actually being performed, they may dispute the accuracy of their official job or position description through the Negotiated Grievance Procedure, Article 30.

66

**0248**

**b. Appeals**. Upon request an Employee will be furnished specific information on appeal rights and procedures as well as addresses where appeals can be filed. An Employee may appeal the classification (grade, title, series or pay category) of their official position as follows:

**1. Position Classification**. Appeals for General Schedule Employees may be processed to the Department of Defense or to the Office of Personnel Management (OPM), via the Human Resources Service Center Northwest (HRSCNW) (Code 53).

**2. Job Grading**. Appeals for Federal Wage System Employees may be processed to the Department of Defense via the Human Resources Service Center Northwest (HRSCNW) (Code 53). Appeals for Department of Defense decisions may be processed to the Office of Personnel Management (OPM).

## 1905. Council Matters.

a. The Employer agrees to provide the Council with one copy of an official position or job description, upon request. The Council's request for description(s) shall be submitted to the Employer (Code 1113) and shall contain sufficient specifics to enable the Employer to easily locate and duplicate the description.

b. If the Employer exercises an opportunity to review and comment on a draft of proposed job grading standards, the Employer will extend an invitation to the Council to review and comment to the Employer. The Employer will consider the Council's views in developing the Shipyard's response provided the Council's response is timely, in accordance with time limits established by higher authority.

c. The Employer agrees to notify the Council when a job grading is to be changed to a lower grade level. Notification will normally be served at least thirty (30) days, but not less than one (1) pay period prior to effecting personnel actions.

**0249**