# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, | : : : |
| Plaintiffs, | : : |
| v. | :  Case No. 1:05CV02183 EGS |
| DONALD H. RUMSFELD, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, | : : : : |
| Defendants. | : |

## INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

JOSEPH GOLDBERG, Bar # 291096
Assistant General Counsel
MARK D. ROTH, Bar # 235473
General Counsel
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, N.W.
Washington, DC  20001
(202) 639-6426

SALLY M. TEDROW, Bar #938803
ROBERT MATISOFF, Bar #210294A
KEITH R. BOLEK, Bar #463129
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
(202) 362-0041

SUSAN TSUI GRUNDMANN, Bar #433437
General Counsel
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, FD-1, IAMAW, AFL-CIO
1016 16th Street, N.W.
Washington, DC  20036
(202) 862-4400

DANIEL M. SCHEMBER, Bar #237180
GAFFNEY & SCHEMBER, P.C.
1666 Connecticut Avenue, N.W.
Suite 225
Washington, DC  20009
(202) 328-2244

Attorneys for Plaintiffs

Of Counsel:

JEAN E. ZEILER
Senior Counsel
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, SEIU,
AFL-CIO
159 Burgin Parkway
Quincy, MA  02169
(617) 376-0220

JULIA AKINS CLARK, Bar #337493
General Counsel
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS, AFL-CIO
8630 Fenton Street, Suite 400
Silver Spring, MD  20910
(301) 565-9016

PATRICK J. SZYMANSKI, Bar #269654
General Counsel
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC  20001
(202) 624-6945

# INDEX

Declaration of Mark E. Gibson (and Exhibit A)............................................................................1

Declaration of Ron Ault (and Exhibits 1- 3)............................................................................165

Declaration #1 of Richard N. Brown (and Exhibits 1 - 7).........................................................250

Declaration of Jean Zeiler (and Exhibit A)................................................................................333

Declaration of Mark D. Roth (and Exhibits A - F)....................................................................338

Declaration #2 of Richard N. Brown (and Exhibits A - B) .......................................................446

Declaration of Marie Sainz-Funaro (and Exhibit A) .................................................................471

Declaration of Thomas G. Bastas (and Exhibits 1 – 9)..............................................................508

Declaration of Michael B. Filler (and Exhibits 1 - 2) ...............................................................608

Declaration of Harold A. Schaitberger (and Exhibits 1 - 4) ......................................................638

135945_1