UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT<br>EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>DEFENSE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-2183<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF PLAINTIFF NATIONAL FEDERATION OF FEDERAL EMPLOYEES BY RICHARD N. BROWN, NATIONAL PRESIDENT

1. My name is Richard N. Brown. I am over eighteen years of age. I am the National President of the National Federation of Federal Employees (NFFE). I have been NFFE National President since November 1, 1998. NFFE is a plaintiff in the above-captioned case. This declaration states matters known to NFFE.

2. Plaintiff National Federation of Federal Employees, FD-1, IAMAW, AFL-CIO (NFFE), is an unincorporated association having its headquarters at 1016 16th Street, N.W., Washington, D.C. 20036. NFFE is an exclusive bargaining representative of federal employees, including DoD employees, totaling approximately 65,000 federal employees and 37,000 DoD employees respectively. In that capacity, NFFE represents the interests of its members and bargaining units by, *inter alia*, negotiating collective bargaining agreements, arbitrating grievances under such agreements, filing unfair labor practice charges, lobbying Congress for favorable working conditions, pay and benefits, and litigating employees' collective and individual rights in federal courts.

**0250**

3. The collective bargaining agreements negotiated by NFFE, its councils and local unions govern the terms and conditions of employment for the employees covered by the agreements. These agreements include terms that were negotiated under 5 U.S.C. § 7106(b) and that establish procedures with respect to the exercise of management rights and/or appropriate arrangements governing the impact of the exercise of management rights. These agreements will be impacted if the Department of Defense implements the final regulation establishing the National Security Personnel System.

4. Attached to this declaration are true and correct copies of excerpts of collective bargaining agreements referenced above. These agreements were negotiated under 5 U.S.C. § 7114. They establish currently applicable conditions of employment, and are applicable to employees in collective bargaining units represented by NFFE, one of its councils or local unions in Massachusetts (MA), California (CA), New York (NY), New Mexico (NM), Pennsylvania (PA), Texas (TX), or Virginia (VA). The agreements establish currently applicable conditions of employment either because their original expiration dates are in the future or their original expiration dates have been extended to future dates by agreement. Most of the terms stated in the agreement excerpts are identical or similar to terms of many other agreements establishing currently applicable conditions of employment of bargaining unit employees represented by NFFE or its councils or local unions.

5. The agreement excerpts attached to this declaration have the following electronic file names, which indicate the jurisdictions in which they are applicable and which division or component of the Department of Defense to which they are applicable:

Exhibit 1, NFFE Decl, Letterkenny Army Depot Contract

Exhibit 2, NFFE Decl, U.S. Army Engineer District, New England Contract

**0251**

Exhibit 3. NFFE Decl. Vandenberg Air Force Base Contract

Exhibit 4. NFFE Decl. Watervliet Arsenal Contract

Exhibit 5. NFFE Decl. Red River Army Depot Contract

Exhibit 6. NFFE Decl. White Sands Missile Range Contract

Exhibit 7. NFFE Decl. U.S. Army Material Command, Headquarters, Contract

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *11-15-2005*

National Federation of Federal Employees
By Richard N. Brown, National President

**0252**

b.   When the Commanding Officer (or designated representative) responsible for Government quarters at the temporary duty or delay point furnishes a statement to the effect that utilization of Government quarters was impracticable; or

c.   The use of government quarters during temporary (TDY) assignments may be required under certain conditions.  Such quarters will provide for privacy and quiet which would reasonably be expected to provide for a restful sleep (in accordance with AR 210-11).  In such cases when quarters do not meet the foregoing, the travel approving official will take immediate appropriate action to correct the situation.

d.   If an employee spends 50 percent of his/her time in a travel/TDY status as part of his/her normal duties (JTR Volume 2, paragraph C1055.5).  No employee shall be made to suffer the loss of the quarters portion of the per diem allowance due to an administrative error on the part of the Employer.

e.   Complaints or questions concerning determination of the adequacy of quarters will be processed under the provisions of Article 42 (grievance procedure) of this agreement.

Section 4.   The Employer agrees that, except in cases of emergency, employees shall receive their travel orders five days prior to the start of travel to insure that necessary arrangements for obtaining transportation requests and advancement of per diem allowances can be accomplished during working hours prior to departing on TDY.  When extreme conditions occur, the Employer will make every effort to accommodate the traveler's needs as expeditiously as possible.

Section 5.   Prior to final determination of the mode of transportation for employees' required travel, the convenience of employees at the job site shall be fully considered.  In this connection, the following alternatives, when requested, will be considered, subject to prudent concern over the amount of travel time involved:

a.   Authorization to drive privately-owned vehicle (POV) for the convenience of the employee, limiting the liability of the Government to the cost and time of common carrier.  The employees will also be advised of the liability they will incur when their voucher is reconstructed to limit the liability of the Government.

b.   Authorization to drive POV for the convenience of the Government, limiting the liability of the Government to the authorized mileage for the vehicle, and per diem for the driver and authorized employee passengers in accordance with Joint Travel Regulations.

41

Exhibit **0257**
NFFE Declaration

c.  When determined to be advantageous to the Government, authorization to utilize a commercial rental car at the job site, limiting the liability of the Government to daily rental fee plus reasonable mileage to and from the job site, the nearest adequate lodging facilities, and adequate dining facilities. When the employee is required to utilize private or public transportation at the job site, reimbursement when authorized will be to the maximum extent permitted by applicable regulations.

Section 6.  When the nature and location of the work is such that suitable meals cannot be obtained at the temporary duty station, reimbursement may be authorized for the most economical round trip transportation from place of temporary duty station to the nearest place where suitable meals can be obtained, provided this additional expenditure is authorized in writing by the travel approving official.  If not specified in the travel order, but conditions require it, a statement authorizing such travel may accompany the travel voucher.

Section 7.  TDY assignments shall be rotated among employees within an organizational element, to the extent permitted by the character of the work to be performed, the skills required, and the availability of employees.  An employee selected for an assignment involving TDY may request that he/she be excused and such request will be favorably acted upon provided employees qualified to perform the specific work assignment are available and willing to substitute.

Section 8.  The Employer will select employees for temporary duty in combat areas, where civilian employees would be exposed to civil or military combatants, only from those volunteering for the assignments.

Section 9.  If an advance travel allowance exceeds the actual reimbursable amount, the traveler shall refund such excess promptly after notification of amount due.  In emergency situations, when the traveler is unable to refund the overpayment immediately, the matter will be referred to the Chief, Finance and Accounting Division for adjudication.

Section 10.  Questions having to do solely with financial computations based on the travel order will be resolved between the traveler, who may have Union representation, if desired, and the Finance and Accounting Division.  If the matter is not resolved as a result of such effort, the traveler may file a claim for settlement, as appropriate, under established claim procedures.

Section 11.  When employees are required to travel, the travel will be scheduled on duty days, during their normal duty hours when practical.  If an employee is required to travel on non-duty days or during non-duty hours, he/she will be paid at the appropriate overtime rate when applicable.

42

Exhibit I 0258
NFFE Declaration

Section 12.  The Employer agrees that no employee will be required to travel in a government aircraft or a non-scheduled commercial aircraft flight without the employees consent. (Reference JTR Vol. II, Chapter 2, paragraph C 2001 - 4b(1). Employees will not be required to travel by air if such mode of transportation is medically inadvisable.  A medically inadvisable condition is not limited to a physical condition.  If an employee has a bonafide fear or aversion to flying, to the extent that serious psychological or physical reaction would result, a medical certificate will be issued precluding travel by aircraft. The Director of Health Services will be responsible for determining the propriety of issuance of such medical certificate based on information provided by the employee's personal physician.

Section 13.  An employee on TDY can delay his/her return to his/her duty station overnight if the purpose is to avoid at least three (3) hours of travel during off-duty hours.  If travel is by POV and determined most advantageous to the government, this delay is authorized at any point between the TDY station and the employee's home.

Section 14.  TDY assignments of personnel on continuous travel (more than 50 percent of their time) will be accomplished in the following manner:

     a.  Management officials will establish tentative team schedules in advance.  A copy of each schedule reflecting employee assignments and location will be furnished to the Union for review and recommended changes, if any, prior to finalization and at least 30 days before departure.  Any suggested change by the Union will be duly considered by management officials. During its review, the Union will appoint a representative for each team shown in the schedule.

     b.  The duly recognized Union representative will be advised of personnel changes in the team schedules prior to implementation.

     c.  Teams will be furnished copies of pertinent SOP's, changes in personnel policies or procedures, the depot newspaper, and LEAD Bulletin.

     d.  Team employees on TDY in CONUS will be brought back to their homes or places of abode at least two workdays prior to Christmas if they so desire.  Employees will travel on government time and receive travel and transportation expenses.

Section 15.  The Employer agrees to schedule Saturday or Sunday travel during the Employer's regular basic tour of duty (0730-1615 hours) for employees traveling in a TDY status.

Exhibit **0259**
NFFE Declaration

Section 16.  POV driven for the convenience of the government will be so noted on the travel orders.  When the POV is authorized for the convenience of the employee, the employee will have the option of traveling by POV or common carrier.

Section 17.  The depot has been established as the "Official Duty Station" for the purpose of travel, per diem, and overtime allowances in accordance with FPM Letter 551-112, paragraphs B 1 and 2.

Section 18.  It is understood that deductions may be made from pay of employees to satisfy indebtedness due the United States as a result of an erroneous payment made to or on behalf of such employees.  The amount to be deducted for any period will be governed by the amount of the indebtedness, the employee's salary, and his/her financial condition.  Not more than two-thirds of the employee's compensation for any pay period will be withheld unless deduction of a greater amount is necessary to effect collection within the anticipated period of employment. If the indebtedness is not liquidated by date of separation, the amount due will be set off against the employee's final pay.

Section 19.  The Employer agrees that prior to overseas TDY assignments employees will receive briefings on the following:

a.  How and where they can receive medical attention because of illness or job related injury (i.e. phone numbers, points of contact, transportation authorized, authorization to return home, responsibility for filing claim forms, notification of family, etc.).

b.  Excused absence will be authorized, not to exceed four hours, after prolonged travel (16 hours), when an adverse effect on work performance, health, well-being or a safety hazard might result from working while fatigued (in accordance with CPM 990-2, 630, 511).

c.  Points of contact and phone numbers at their permanent duty station to be used if they encounter any problems while on TDY.

Section 20.  Personal telephone calls will be authorized in accordance with local regulations as negotiated with the Union.

Section 21.  Health care for employees who become ill or injured while in a TDY status will be authorized in accordance with applicable regulations.

Exhibit 1
NFFE D 0260

ARTICLE 24

SAFETY AND HEALTH

Section 1.   The Employer agrees to provide a safe and healthful work place for all employees and will comply with applicable Federal laws and regulations.   This includes responsibility to identify potentially hazardous activities and to provide operating procedures, sufficient personnel and other physical measures to reduce the hazards of such activities in accordance with established safety policies and regulations.   The Employer shall notify and train all employees concerning hazards in their workplaces in accordance with applicable laws and regulations.

Section 2.   The Employer agrees that the Union may appoint one Union member to each division and branch safety committee, who shall have full rights and privileges accorded to other members. Disagreement with safety decisions or actions may be noted on the division or branch safety meeting minutes for higher level review.

Section 3.   The Union may nominate one Union member for membership on the LEAD Commander's Consolidated Safety and Health Council, who shall have full rights and privileges accorded to other members.

Section 4.   The Employer will provide a safety program to ensure that all employees are informed of safe working habits and practices appropriate to their jobs.   Additionally, supervisors shall provide employees with job safety training prior to specific job assignments.

Section 5.   The Employer and Union shall encourage employees to work safely and to report any observed unsafe or unhealthy conditions to the employee's immediate supervisor.   Stewards and other representatives of the Union, in the course of performing their normal duties, will be alert to observe and to report unsafe practices, equipment, and conditions, as well as environmental conditions which might present health hazards.   The Employer assures that no employee will be subject to degradation or reprisal for reporting an unsafe practice or condition.   The Employer will take prompt and appropriate action to correct any unsafe or unsanitary condition that warrants immediate attention as determined by established safety and health regulations.   In this regard, employees will not suffer any loss in pay as a result of such condition.

48

Exhibit 0261
NFFE Declaration

Section 6.    Personal protective clothing and equipment necessary to perform hazardous duties will be provided by the Employer. Any employee can suggest additional or new protective clothing or equipment, or the modification of existing equipment to his/her supervisor.    The proposal will then be referred to the division chief through the line of command and, if deemed desirable, shall be forwarded to the Safety Officer who will render a decision on the matter.    Cleaning and repair of issued clothing shall be provided by the Employer.

Section 7.    The Employer agrees that employees who are temporarily unable to perform their regular assigned duties because of illness or injury, but who are capable of returning to or remaining in a duty status, may be assigned work compatible with their physical condition if such work is available. Questions on physical capabilities will be submitted to the Health Clinic for a decision.

Section 8.    Should any employee covered by this Agreement become physically or mentally handicapped to the extent he/she cannot perform his/her regular job, the Employer will make every effort to place the employee in a position that he/she is physically and mentally able to perform.    In so doing, the Employer will attempt to place the employee in a position as close as possible to his/her previous wage level.

Section 9.    Periodic safety and health inspections of work areas, buildings, equipment, and operations will be conducted by the Employer in accordance with applicable regulations.    The Employer shall notify the Union and the Union may designate a representative to accompany Department of Army and other Federal officials during inspections of work areas.

Section 10.    Employees will immediately report all injuries or illnesses which occur on the job no matter how slight.

Section 11.    An employee who becomes ill or injured on the job will be furnished transportation to a medical facility when recommended by the Post Medical Officer.    Employees who are permitted to return to work after the additional medical evaluation will be provided transportation, if requested.

Section 12.    The Safety Office will notify the Union in the event of serious work-related injury or death.

Section 13.    The Employer agrees to provide all employees with an area suitable for lunch and break periods.    When such area is determined by the Safety Office/Industrial Hygienist to be unacceptable, appropriate arrangements will be made to establish an acceptable break/lunch area.

Exhibit ¹
NFFE 0262ation

Section 14. The Employer agrees to document the medical records of all employees who have been exposed above an action level to a chemical or physical hazard in the performance of their official duties. This documentation will identify, define, and specify the nature of exposure. Medical evaluations will be provided to all identified employees, as prescribed.

Section 15. When employees are required to work in restricted/isolated areas (e.g. Ammunition) and there is not access to a telephone or a vehicle equipped with a radio, the Employer agrees that at least one portable radio will be provided that work crew. This provision will not apply if there are three (3) or more employees in this work crew with a vehicle (sedan, pickup, troop truck, etc.) available. When seasonal/unusual work situations exist, the affected division will have an SOP to monitor such operation with respect to the safety and well-being of the employees.

Section 16. If the temperature is not at the goal of 65 degrees Fahrenheit for general office space within two (2) hours and it is determined that the problem cannot be corrected within a reasonable amount of time to achieve the goal, the Employer will take one of the following actions:

    a. Move all affected employees to a work area with sufficient heat.

    b. Grant the affected employees excused leave for the remainder of the day.

Section 17. The Employer agrees to maintain a program which provides for the immunization of employees against influenza, polio, smallpox, tetanus, and others made available by the Public Health Service. The program will provide such services on a voluntary, continuing basis where appropriate or necessary at no expense to the employee.

Section 18. An employee may decline an assigned task because of a reasonable belief that, under the circumstances, the task poses an imminent risk of death or serious bodily harm coupled with a reasonable belief that there is insufficient time to seek effective redress through routine hazard reporting and abatement procedures. If there is sufficient time to seek effective redress, the employee will promptly report the situation to his/her supervisor for corrective action. If dissatisfied with the corrective action, the employee may consult with a union representative.

Exhibit 0263
NFFE Declaration

In witness whereof, the parties hereto have executed this Agreement on this 4th day of June 1992.

Letterkenny Army Depot
Chambersburg, Pennsylvania

National Federation of
Federal Employees Local 1442

ROBERT KIRKNER, Chief,
Management-Employee Relations
Branch

DEBORAH E. WITHERSPOON
Union President

RICHARD D. DELANEY
Union Negotiating Team Member

Under Authority delegated by the Secretary of the Army, this Agreement is executed for the Department of the Army.

JOSEPH W. ARBUCKLE
Colonel, U.S. Army
Commanding

Exhibit I 0264
NFFE Declaration

# Negotiated Agreement

## between the

# U.S. Army Engineer District
# New England

## and the

# National Federation of Federal Employees
# Local 1164

## Approved 6 April 1999

1

Exhibit
NFFE Declaration
0265

Arbitration

11.1  If Management and the Union fail to settle any grievance processed under the negotiated grievance procedure, such grievance, upon written request by either party within thirty (30) days after issuance of the Commander's final decision, shall be submitted to arbitration.  A request for arbitration shall be valid only if signed by the Union President or Acting President, the Commander, or his designated representative.

11.2  Approval of the employee(s) affected by, or involved in the grievance is not required before arbitration is invoked.

11.3  Within five days from the date of the request for arbitration, the parties shall jointly request the Federal Mediation and Conciliation Service to provide a list of nine impartial persons qualified to act as arbitrators.  The parties shall meet within five days after receipt of such list.  If they cannot mutually agree upon one of the listed arbitrators, then the Union and Management will strike one arbitrator's name from the list of nine and will then repeat this procedure.  The Union will strike the first name; the remaining person shall be the duly selected arbitrator.

11.4  If for any reason either party refuses to participate in the selection of an arbitrator, the Federal Mediation and Conciliation Service shall be empowered to make a direct designation of an arbitrator to hear the case.

11.5  The parties will attempt resolution over disputes as whether a matter is arbitrable to include seeking assistance from North Atlantic Division Headquarters, USACE Headquarters, and the National Office NFFE.  Disputes which the parties are unable to resolve will be referred to arbitration for a decision on arbitrability.  The arbitrator will decide on arbitrability prior to a hearing on the merits of the issue, unless, in the opinion of the arbitrator, merit and arbitrability issues are so interrelated as to preclude separate hearings.

11.6  The arbitrator's fee and the expenses of the arbitration, including travel and per diem, if any, shall be borne equally by the Union and Management.  Travel and per diem will be paid at not more than the maximum rate payable to DoD employees under Volume 2 of the Joint Travel Regulations.  The arbitration hearing will be held, if possible, on the Employer's premises during the regular day shift hours of the basic work week.  All participants in the hearing shall be in a duty status.

11.7  Unless the parties mutually agree to a different schedule, the arbitrator will be requested to render his/her decision as quickly as possible, but in any event not later than thirty (30) days after conclusion of the hearing.

11.8  If no exception to an arbitrator's award is filed during the thirty (30) day period beginning on the date of the award, the award shall be final and binding.  Management shall take the actions required by an arbitrator's final award.

Article 12

Exhibit 2
NFFE 0266 ration

Hours Of Work

12.1  The administrative work week for employees shall be from 0001 hours Sunday, to 2400 hours the following Saturday.  The basic work requirement for full time employees consists of eighty (80) hours within the bi-weekly pay period, Monday through Friday, with a minimum of eight (8) hours per day.  Employees will work flexitime as outlined in NEDER 690-1-630 as modified by this Article.

12.2  Shift Work.

    a.  When it becomes necessary for shift work, all tours of duty will be established or changed at least two (2) weeks in advance whenever possible, will continue for a period of at least two (2) pay periods, and will be announced in writing to all employees affected and a copy furnished to the Union.  Management may make exceptions to this requirement when circumstances preclude compliance; for example, where a change in shifts by a construction contractor requires an immediate corresponding change in the tours of construction inspectors.  Exceptions will not be made, however, where the change in tour is for the express purpose of creating the necessity for payment of overtime, night differential, Sunday, or holiday pay.

    b.  Shift work tours which do not provide an employee two consecutive days off during the administrative work week will be kept to a minimum.  Upon request of the affected employee, Management will investigate the feasibility of converting the tour of duty to provide for consecutive days off.

    c.  Payment to employees working on second and third shift assignments, holidays, and all other authorized additional rate periods shall be made in accordance with regulations.

12.3  Flexitime does not affect the normal lunch period.  A minimum of 1/2 hour must be taken for lunch, although employee lunches may be extended by extending hours worked on either end of the day, or by using leave, or credit hours.

12.4  Maxiflex is a flexible work schedule involving fewer than ten (10) work days in the biweekly pay period, and in which a full time employee has a basic requirement of 80 hours biweekly, but can vary the number of hours worked on a given workday or work week.  Maxiflex is considered an exception to the norm and is based on some specialized condition which could include a work situation which could be more readily accomplished by maxiflex.

    a.  When an employee requests Maxiflex, his/her supervisor must determine eligibility based on mission requirements.  Each employee requesting Maxiflex will be notified of approval or disapproval.  If Maxiflex is disapproved by the supervisor, the employee will receive a reason for the exclusion.  Final authority to approve or disapprove any employee from Maxiflex will be publicized in writing.  Employees with their supervisor's permission may have preapproved plans for working these schedules.  These preapproved plans do not constitute changing a tour of duty.

Exhibit 2
NFF**0267**ration

b. Preapproved plans may be modified or canceled any time by the supervisor prior to the start of the biweekly pay period. Plans will be modified during the pay period only when necessary to complete essential work or to avoid substantial cost increases. Supervisors will make every effort to hold meetings during work time for employees on Maxiflex schedules. Employees are expected to cooperate with Management in adjusting their schedule to attend meetings, conferences, etc., which due to special circumstances, must be held on scheduled days off.

12.5 Core hours are 0900 to 1100 and 1330 to 1530. Normal flexible hours are from 0700 to 0900 and 1530 to 1800. Employees may, however, with the approval of their supervisor, begin the work day as early as 0630 and end it as late as 1830 for the purpose of earning credit hours. Credit Hours may be earned as work is available, or on a regular schedule as in Maxiflex. Credit hours can only be earned after an individual has worked eight hours of regular time in one day.

12.6 When emergency administrative leave is authorized in accordance with the Federal Personnel Manual, because of hazardous weather or other similar emergencies, it will be based on normal, predominant, and variable patterns of arrival, each of which is explained below.

a. Normal Pattern of Arrival. Most employees tend to arrive within 5 to 10 minutes of the same time each day; therefore, the normal arrival pattern which has been established should be used as the reference point. For example, if an employee has maintained a virtually constant pattern of arrival at 0730 and because of hazardous driving conditions arrives at 0830 that morning, it would be appropriate to grant one hour of excused absence.

b. Predominant Pattern of Arrival. If an employee maintains a schedule in which one particular arrival time predominates, e.g., the employee generally arrives at 0730 four (4) out of five (5) days, this arrival time should be used in determining the amount of excused absence which should be granted (as described in Article 16).

c. Variable Pattern of Arrival. Where there is considerable variation in an employee's daily arrival time, so that there is no discernible pattern, the mathematical average of the employee's arrival time should be figured for the previous ten (10) days during which the employee worked, and this average arrival time used as the reference point in determining how much, if any, excused absence should be granted (in accordance with Article 16).

12.7 Hours worked or leave taken, will be charged in one-quarter hour increments. Employees are required on a daily basis, to annotate time of arrival, time of departure and hours worked on time sheets. Specific employees may be required to annotate such sheets at the time of arrival and at the time of departure.

12.8 There are times when it is in the best interests of NAE and an employee that some work be accomplished at home or another alternate site. Provided that certain specific conditions are met, Managers and employees ought to be allowed this flexibility when it is mutually advantageous. Work at home is considered an exception to the norm and is based on some specialized conditions, which could include a work situation which could be more readily accomplished off-

Exhibit 2
NFFI**0268**aration

site. Work at home must be fully agreeable to both the employee and his/her Supervisor. Each employee's request for off-site work will be reviewed for validity.

    a. Work at home must meet three criteria.

       (1) <u>The work is of a substantial nature.</u> This means that a clear product or service is being produced. Normally, reading publications, contemplating work issues, etc., while necessary in many jobs, do not meet the criteria of a clear product or service produced.

       (2) <u>NAE must be able to verify that the work has in fact been accomplished.</u> One way is a simple work plan which is agreed to and evaluated on a periodic basis. Another way is a clear record of products produced compared with hours paid for the products.

       (3) <u>There is a reasonable basis to justify the use of the home as a workplace.</u> This requires that there be a benefit to NAE as well as the individual for the work to be performed at home.

    b. All work-at-home requests must be approved by a Division Chief, or the Deputy Commander, and must be documented. A brief written agreement signed by the supervisor and employee, which defines the duration and estimated amount of time the work is performed, how work will be measured, and the basis for the home to be used as a workplace must be prepared and approved. Requests cannot be for more than six-month periods. Justifications for extensions must be resubmitted and approved. A copy of all approved requests is to be forwarded to the NAE CPAC.

    c. Employees may be granted authorization to use available equipment at the home site.

24

Exhibit 2
NFFE**0269**ration

Article 21
Safety

21.1  The maintenance of safe, sanitary, and healthy working conditions is the responsibility of both Management and the employees. Each employee has a personal obligation to him/herself and his/her fellow workers to adhere to safety standards. Supervisors will take all possible measures to assure proper working conditions, and to act promptly when corrective actions are necessary. Cooperation in this matter is needed, and it is important that each employee report hazardous or unsanitary conditions promptly to the supervisor. All parties are expected to maintain reasonable standards of personal hygiene.

21.2  Management has the responsibility of providing safe and healthful working conditions that meet the requirements of appropriate laws and regulations, including the Occupational Safety and Health Act (OSHA), as described in NAE's Safety and Occupational Health Program. The Union agrees to assist Management in this endeavor. Management agrees to institute actions to correct any unsafe or unhealthy condition that has been reported and/or exists. If the problem cannot be eliminated, measures shall be taken to reduce the risk of injury. If the risk remains significant, then employees will be assigned to work in a safe and healthy area, until the condition is corrected.

21.3  The Union and Management agree that no employee shall be required to perform repair work on or near moving or operating machinery, nor shall any employee be required to work in areas where conditions detrimental to health exist without proper personal protective equipment and other proper safety devices. No employee shall be required or instructed to work in surroundings or other conditions which are unsafe or dangerous in accordance with the Corps of Engineers Safety and Health Requirement Manual.

21.4  Management will provide suitable protective clothing, shoes, equipment, and safety devices to employees requiring such items; which will be replaced or updated as required.

21.5  One Union representative shall serve on the Safety and Health Committee, and have full rights as any other committee member.

21.6  Safety inspections will be conducted on an annual basis, or more frequently if required, of all occupied workspaces by Government employees in accordance with Army requirements, AR 385, and under the responsibility of the NAE Safety and Occupational Health Office. A copy of inspection reports shall be provided to the Union. Hazard notifications to employees in inspected areas shall be in compliance with stated AR 385. The Union shall be notified in advance of such inspections.

21.7  Employees will report immediately all injuries or illnesses that occur on the job to their supervisors. Management shall report immediately, via telephone, all known on-duty accidents to the Safety and Occupational Health Office in accordance with NEDER 385-1-10. Accident investigation reports shall be written in accordance with Army, New England District

Exhibit 2
NFFE**0270**ration

Headquarters, and local reporting procedures, and a copy of the final report shall be provided to the Union.

21.8  Employees temporarily unable to perform their regular assigned duties because of illness or injury, but who are capable of returning to or remaining in a duty status, may be temporarily detailed to work assignments compatible with their physical condition, or their regular assigned duties will be temporarily tailored to their physical limitations, if possible, by means of reasonable accommodations.

21.9  Employee's inclusion in the Medical Surveillance Program shall be based on hazards associated with Hazardous, Toxic, and Radiological Waste (HTRW) assigned duties and OSHA/ARMY requirements.

21.10  Vehicle operators are expected to observe safe driving practices, commensurate with existing road and weather conditions.  Trip schedules will make allowances for such conditions. Employees are not expected to operate a vehicle or other potentially hazardous equipment unless properly trained and licensed, as described in Corps of Engineers Safety Manual, EM 385-1-1.

Exhibit 2
NFFE **0271**ation

Article 26
Reduction In Force

26.1  When a Reduction-in-Force (RIF) becomes necessary within the unit, Management agrees to consult with the Union at the earliest possible time regarding the impact of the RIF upon bargaining unit members.  The parties agree that every attempt will be made to minimize the adverse impact on bargaining unit employees.  Both parties will give full consideration to the budget and mission of the organization, as well as concerns of the work force.  Appropriate options within budgetary limits and proper authority will be explored such as, but not limited to, the use of : VSIP, VERA, use of vacancies, reassignments, attrition, and positive placement efforts.  Every possible effort will be made to place employees affected by RIF, consistent with mission requirements

26.2  The Union will be briefed periodically on the progress of the RIF.  This is to ensure that the Union stays informed of current events on the RIF, and is provided with an opportunity to ask questions, express concerns, and review all data pertinent to the RIF.  Following notification of a RIF, Management shall furnish to the Union, upon request, any relevant and available documents or information concerning the RIF.  Some privacy act information may be restricted as appropriate under the law.  Prior to the RIF, Management will verify the accuracy of position descriptions, competitive level determinations, and other records impacting on rights under RIF.  Changes will not be made to competitive levels and job descriptions after specific notices are distributed, unless due to error, and will require prior notification to the Union.  Both Management and the Union will make every effort to keep the work force informed of the basis and reasons for RIF.

26.3  Management will give employees a notice period of sixty (60) days unless additional time is required by DA or DoD (which at the time of the signing of the contract is 120 days).  Management will provide all pertinent documents to the Union needed to properly advise bargaining unit members and conduct appropriate negotiations.  Management agrees to make the applicable retention registers available for the Union's review.  The Union shall have the right to review the retention registers when an issue is raised by an adversely affected unit employee.  Upon receipt of specific RIF notices, employees may access vacancy lists, classification standards, and copies of retention registers or other pertinent information available for review by employees and their representatives.  These shall be readily available for review during normal duty hours.

26.4  Every possible effort will be made to place employees affected by RIF so as to offer them continued employment.  Employees affected by RIF will be given preference in filling vacancies for which qualified through Department of the Army Placement Programs, such as the Reemployment Priority List, and the Department of Defense Stability of Civilian Employment Program.  Special repromotion consideration will be given to current employees within the area of consideration, who are receiving grade or pay retention benefits due to involuntary placement in lower grade positions for reasons such as reduction-in-force, correction of classification error, return from overseas, or declination of a functional transfer.  Special consideration will cease when the employee is no longer entitled to grade or pay retention.  Placement actions under this provision will take precedence over Priority 1, 2, 3 registrants in the DoD Priority Placement

44


Exhibit
NFFE Declaration
0272

Program (PPP). Nonselected employees may request feedback from the selecting supervisor, in accordance with Article 26.5 of this Agreement. Reduction-in-force will be carried out in full compliance with applicable laws, regulation, and this Agreement.

26.5 In accordance with applicable regulations, when Management is unable to offer an assignment, CPAC will consider waiving qualifications of employees who will be separated due to RIF for vacant positions that do not contain selective placement factors, provided that the CPAC determines the employee is available to perform the work of the position without undue interruption to the mission of the Agency and the employee meets OPM established minimum education requirements.

26.6 Employees may appeal a Furlough over thirty (30) days, a reduction in grade, or a separation under reduction-in-force to the Merit System Protection Board.

Article 27
Copies of Agreement

27.1 Management will furnish each present and future employee in the unit a copy of the basic Agreement and any supplements thereto. Management will provide access through the internet to each present and future employee.

Exhibit
NFFE 0273

**Approval of Negotiated Agreement**


In witness whereof the parties have executed this agreement this 8th day of March 1999.

Local No. 1164, National Federation
of Federal Employees

U. S. Army Corps of Engineers
New England District

<table>
<tr><td>By:</td><td>/S/</td><td>By:</td><td>/S/</td></tr>
</table>

By: _____

/S/

Robert Abbott, Chairperson
Union Negotiation Team

By: _____

LTC John L. Rovero, Chairperson
Management Negotiation Team

Team Members:
  Frank DelGuidice
  Nick Forbes

Team Members:
  Farrell McMillan
  Darrell Deleppo


Executed under authority delegated by the Chief of Engineers, Department of the Army.


/S/

By: _____

Michael W. Pratt
Colonel, Corps of Engineers
Commanding


APPROVED BY THE DEPARTMENT OF DEFENSE ON 6 APRIL 1999.

Exhibit ?
NFFE I **0274** ation

# MEMORANDUM
# OF
# AGREEMENT

**VANDENBERG**
**AIR FORCE BASE**
**CALIFORNIA**

**LOCAL 1001**
**NATIONAL FEDERATION**
**OF FEDERAL EMPLOYEES**

# 4 December 1998 - 3 December 2001

Exhibit **0275**
NFFE Declaration

# ARTICLE 8

## NEGOTIATIONS

1. **CONTROLLING PROVISIONS**. The Parties agree to negotiate on personnel policies and practices relating to conditions of employment of unit employees. The Employer agrees to offer to negotiate these matters with the Union prior to implementing any policy or change in policy, which affects unit employees. No provisions of this Agreement shall nullify or abrogate the rights of Employees, the Union, or the Employer, that have been, or are subsequently, established by law, Executive Order, or Government-wide regulation. In addition, subsequently published agency, higher headquarters, and VAFB regulations and policies addressing issues not specifically covered by the terms of this Agreement, are appropriate matters for negotiation. To the extent that new provisions of any regulations, instruction, or directive of the Employer may be in conflict with this Agreement, the provisions of this Agreement shall govern.

2. **NOTIFICATION**. The Employer will give advance notice before implementing any new or modified Agency, Command, or Base policy, or regulation that concerns matters appropriate for negotiations. Exception: in an emergency situation, the Employer may implement immediately; however, the Union will be notified of implementation as expeditiously as possible. Upon notification to the Employer by the Union that a policy has been implemented without proper notification to the Union, the policy may be suspended, accepted, or other accommodation(s) made, the Parties agree to. Notification by the Employer shall consist of a letter to the Union advising them of the bargaining matter and providing a tentative date of implementation. During a ten (10) day period after the date of the letter of notification, the Union may take one of the following actions.

   a. **REQUEST IMMEDIATE BARGAINING**. Notify the CPF LRO, in writing, of its intent to negotiate. During the subsequent seven (7) day period after notifying the Employer of their intent, the Union will provide written proposals to the CPF LRO. Negotiations will commence within seven (7) days after the date the Union proposals were postmarked, or stamped as received if hand-carried, unless a later date is mutually agreeable.

   b. **RECOMMEND INITIAL TRIAL PERIOD**. Notify the CPF LRO, in writing, that they agree to implementation for a trial period. If either Party desires to negotiate, they will forward their proposals to the other party within ten (10) days following the end of the trial period. Bargaining will commence within seven (7) days after the date proposals were postmarked, or stamped as received, unless a later date is mutually agreeable. If no bargaining is requested, implementation of the matter remains unchanged for the term of the contract. If bargaining is requested, implementation remains in effect during the bargaining process.

   c. **CONSENT TO IMPLEMENTATION**. Consent will be in writing. If written notification or proposals are not received by the Employer within the time limits specified, the Employer may implement without further discussion.

13

Exhibit **0276**
NFFE Declaration

3.   **CONTACTS**. The appropriate points of contact for this Article are the CPF LRO, or designee, for the Employer, and the Union President, or designee, for the Union.

4.   **PROCEDURES**. The following procedures will apply to negotiations conducted under the provisions of this Agreement.

  a. The Union may have the same number of negotiators from the bargaining unit on official time as the Employer.

  b. A spokesperson will be designated in writing for each negotiating team. The spokesperson of each will speak for his/her respective team. Other members may speak on the approval of the spokesperson.

  c. Names of the members on each negotiating team will be exchanged formally by the parties, in writing, no later than seven (7) days prior to the beginning of negotiations. Any changes regarding team membership will be submitted to the other party no later than one (1) day prior to the next negotiating session.

  d. For the purpose of contract negotiations, changed articles of the basic contract shall each be negotiated sequentially:

  (1) if the article is agreed to, both parties shall initial it;

  (2) if agreement of the article cannot be reached, the article will be set aside and the next article taken up;

  (3) after considering all changed articles of the basic contract, any new articles will be negotiated (the unfinished business of the prior session shall be included on the agenda for the next session);

  (4) upon agreement/review of all articles, tabled articles will be scheduled for negotiation by mutual agreement; and

  (5) upon reaching agreement on all articles, the Agreement shall be signed by the members of both negotiating teams, the Union President, and the Wing Commander.

5.   **IMPASSE**. When the parties cannot agree on a negotiable matter and an impasse has been reached, the item shall be set aside. Either or both Parties may seek the service of the FMCS. When the services of mediation do not resolve the impasse, either Party may seek the services of the FSIP.

6.   **NEGOTIABILITY DISPUTE**. When the Employer believes that a matter is non-negotiable, upon written request from the Union, it will advise the Union in writing of its rationale for such belief in accordance with applicable procedures. Failure to reply within a reasonable time is the authority for the Union to file a negotiability dispute with the FLRA.

14

Exhibit **0277**
NFFE Declaration