7. **MIDTERM NEGOTIATIONS**. The Parties agree that changing conditions may create a need for midterm negotiations. The Union may initiate negotiations over new proposals not in conflict with this Agreement. Normally, such negotiations may be initiated biannually.

8. **AGREEMENT AMENDMENTS**. This Agreement may be opened by mutual consent of the Parties. The request will be in writing and must be accompanied by the proposed amendment(s). The Parties will meet to negotiate within thirty (30) days of the request. No article(s) will be opened except those in the request. Agreed to amendment(s) will be signed, dated, approved, printed, and distributed to all bargaining unit employees. Printing and distributions of amendments will be the responsibility of the Employer.

Exhibit 0278
NFFE Declaration

## ARTICLE 24

## HEALTH AND SAFETY

1. **GENERAL POLICY**. The Employer agrees to continue an active and aggressive Safety Education program for employees.

2. **FACILITIES**. The Employer agrees that adequate and sanitary toilet facilities and washing facilities will be provided where possible. An exception to this policy will be allowed only in circumstances where remote or inaccessible work areas are involved, or other bona fide reasons exist.

3. **UNSAFE CONDITIONS**. Employees will be provided with the proper equipment and appropriate training when performing duties involving physical hazards. If the employee believes that the assigned duties endanger health or well-being, the employee shall immediately notify the supervisor. The supervisor shall promptly investigate and correct the condition, if possible. In those cases in which the employee reasonably believes there is imminent risk of death or serious bodily harm, coupled with a reasonable belief that there is insufficient time to seek effective redress through normal hazard reporting and abatement procedures, the employee may refuse to carry out the supervisor's instructions. The employee acknowledges that if subsequent investigation reveals that there was no basis for refusing to perform the duties, disciplinary action may be taken. Employee complaints relating to unsafe conditions may be grieved under the provisions of this Agreement.

4. **BASE SAFETY**.

   a. The Union may appoint a representative to the Base Safety Council. The Employer will provide the Union advance notice of the date and time of the quarterly meeting.

   b. The Base Safety office will notify the Union President when safety inspections are scheduled, to provide the Union an opportunity to appoint a Union Representative to accompany the inspection team.

5. **ON-THE-JOB INJURY - FEDERAL EMPLOYEE'S COMPENSATION ACT (FECA)**.

   a. Employees will notify their supervisor immediately if an injury occurs on the job. The employee, or someone acting on the employee's behalf, must complete the employee's portion of Form CA-1, Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation, and return it to the supervisor within two (2) working days after the injury.

   b. Supervisors are responsible for reporting traumatic injuries and occupational diseases to the CPF and 30 SW Safety Office.

44

Exhibit 0279
NFFE Declaration

    c. Either the Base Hospital or a physician of the employee's choice will complete a CA-16, Authorization for Examination and/or Treatment, authorizing treatment.

    d. If disability results from an occupational disease, employees will complete Form CA-2, 'Notice of Occupational Disease and Claim for Compensations, and supporting documentation. Supervisors will arrange an appointment with the CPF Injury Compensation Program Administrator (ICPA) for the employee to receive necessary claim Form CA-2 and documentation checklist.

    e. The CPF ICPA will process all FECA claims through the Office of Workers' Compensation Programs (OWCP) when lost time or medical expenses occur.

    f. An employee, an employee with a representative, or a representative designated in writing by the employee, may review that employee's FECA case file unless OWCP does not authorize the CPF to make it available. Copies of pertinent documents not already available to the employee may be provided upon written request. A specific list of documents with an explanation of why they are needed will be required.

    g. Instructions regarding how to file a claim when injured on the job will be posted on all Official Civilian Bulletin Boards.

6.   **EMPLOYEE SAFETY**. The Employer recognizes the valuable part the Union plays in safety at VAFB. The Union will continue to encourage all employees to work in a safe manner. It also encourages employees to promptly report on situations which appear to be unsafe or hazardous.

7.   **SMOKING POLICY**. Since the Surgeon General has determined that smoking can constitute a health hazard, the Parties are committed to providing a work environment reasonably free of contaminants. Smoking on VAFB is governed by Air Force and Major Command regulations and supplements, and VAFB regulations, supplements and policies. Employees who desire to do so will be allowed reasonable duty time to participate in a smoking cessation program established at the 30th Medical Group.

8.   **SEAT BELTS**. Employees will wear seat belts while operating, or riding in, either government or private vehicles on VAFB. Failure to wear seat belts may result in disciplinary action.

9.   **ASBESTOS ABATEMENT**. Management will abide by the Federal Personnel and Occupational Safety requirements to give physicals and provide proper equipment for any and all personnel working on any kind of asbestos abatement. At any time asbestos abatement is undertaken, affected employees will be provided, or moved to, a safe working environment until the asbestos abatement work is completed.

Exhibit 0280
NFFE Declaration

## ARTICLE 32

## CLOTHING, EQUIPMENT, AND LICENSES

1. **PROVISIONS**. The Employer shall provide any device, apparel, or equipment necessary to protect the employee from injury in accordance with the practice now prevailing. Where special tools are required for accomplishing work assignments, the Employer shall be responsible for supplying the same. Where the tools customarily used in a trade or craft are now required to be supplied by the employee, such requirement shall continue; where such tools and uniforms are presently supplied, the practice shall continue.

2. **REPLACEMENT**. In the event the Employer damages or destroys an employee's items of clothing or personal property which are necessary for the performance of work, the employee may file a claim, under applicable regulations, for reimbursement for the value of such clothing or personal property. The condition of the clothing and personal property prior to damage shall be taken into account in determining its value. The incident giving rise to such claims must be verified and cannot be due to the employee's own negligence. The Employer shall take prompt and timely action in the disposition of employees' claims for damaged personal effects.

3. **COMMERCIAL DRIVERS' LICENSE**. Employees occupying positions that require special vehicle licenses will be required to possess valid California licenses. Any costs incurred to acquire or maintain these licenses will be borne by the employee. The Employer agrees to provide any required medical exams or physicals.

4. **SAFETY SHOES**. The Employer agrees to provide safety shoes that meet ANSI Standards for the employees' safety.

   a. If required safety shoes purchased through the Government Supply sources are unacceptable for comfort to the employee, the Employer will work with the employee to provide shoes as comfortable as possible.

   b. If for documented medical reasons an employee needs safety shoes to accommodate a medical condition, the Employer will purchase the required shoes through Government Supply sources.

Exhibit 0281
NFFE Declaration

To be effective on the date of approval by the Department of Defense (DoD)
Civilian Personnel Management Service (CPMS)
Field Advisory Services Division, Labor Relations Branch

Signed this 24th day of November 1998, at Vandenberg AFB California

FOR THE EMPLOYER:                          FOR THE UNION:

(SIGNED)                                   (SIGNED)

ROOSEVELT MERCER, JR.                      LANCE E. HAINSWORTH
Colonel, USAF                              President, Local 1001
Commander                                  National Federation of
                                           Federal Employees (NFFE)

(SIGNED)                                   (SIGNED)

MELVIN G. GORDON                           KATHRYN L. JONES
Chief Negotiator                           Chief, Negotiator

(SIGNED)                                   (SIGNED)

FREDERICKA DAVIS                           GEORGE W. LEININGER, JR.
Negotiating Team Member                    Negotiating Team Member

(SIGNED)                                   (SIGNED)

DANIEL F. WENKER                           JOAQUIN L. TINKER
Negotiating Team Member                    Negotiating Team Member

APPROVED BY THE DEPARTMENT OF DEFENSE (DOD) CIVILIAN PERSONNEL MANAGEMENT SERVICE (CPMS) ON 4 DECEMBER 1998, TO BE EFFECTIVE ON 4 DECEMBER 1998

Exhibit 0282
NFFE Declaration

# NEGOTIATED AGREEMENT

# BETWEEN

# WATERVLIET ARSENAL
# WATERVLIET, NY



# AND

# NATIONAL FEDERATION
# OF FEDERAL EMPLOYEES
## LOCAL 2109



Exhibit 4
NFFE Declaration
0283

*Article 5*

# NEGOTIATIONS

Section 1

The Parties agree to negotiate in full accord with the letter and spirit of the language set forth in Chapter 71 of 5 USC. The Parties are obliged to meet at reasonable times and negotiate in good faith. The objective of such negotiations will be to reach an agreement by the diligent and serious exchange of information and views, and by avoiding unnecessary protracted negotiations.

Section 2

When proposing changes to the Labor Agreement at the expiration of the full term of the Agreement, the following procedures will apply:

a. The Party wishing to reopen negotiations on the Labor Agreement will notify the other Party no more than 105 calendar nor less than 60 calendar days prior to the expiration date of the Agreement.

b. Within 10 days following the notification, the Parties will confirm in writing the date for the commencement of negotiations and schedule of negotiating sessions.

c. The UNION negotiating team will consist of 5 members, one of which may be a representative of the national organization plus one alternate. UNION team members who are Employees of the arsenal will be on official time during actual negotiations. The names of the UNION team members plus the alternate will be given to the EMPLOYER at this time.

d. UNION team members who are Employees of the Arsenal will be entitled to 40 hours of official time, per team member, for the preparation of negotiations with the EMPLOYER.

e. The Parties will exchange proposals 10 days prior to the commencement of the negotiations.

f. All language of the existing Labor Agreement will remain in effect until the conclusion of the negotiation process including the use of the Federal Mediation & Conciliation Service and Federal Service Impasses Panel.

g. An impasse will be considered as having been reached on any item that has been tabled two times. This will allow for an item to be discussed three times. When an impasse exists, the service of the FM&CS will be requested jointly by the Parties. If the services of the FM&CS do not resolve the impasse, either Party may request the services of the FSIP.

Exhibit 4
NFFE I0284

*Article 5*

## NEGOTIATIONS (con't)

<u>Section 3</u>

There will be no midpoint negotiations, however, for proposals advanced during the term of the Agreement, the following applies:

a. On proposals effecting conditions of employment for which the EMPLOYER's duty to bargain is not limited to impact and/or implementation, the Party desiring to open the Agreement will be responsible to seek the services of the FSIP.

b. On those proposals affecting conditions of employment where the EMPLOYER's duty to bargain is limited to impact and implementation bargaining, the UNION will be responsible for initiating the request for assistance from the FSIP.

c. In those instances where the Parties are unable to agree on an item limited to impact and implementation bargaining, if after a reasonable amount of negotiations (the time required will depend on the complexity of the issue) the Parties are unable to agree, the EMPLOYER may implement the proposed change. The EMPLOYER agrees to give the UNION a 10-day advance notice of the implementation.

d. The EMPLOYER will submit its proposed change to the conditions of employment to the UNION in written form with a cover letter identifying the proposed implementation date and the EMPLOYER's representative for the subjects to be negotiated.

e. The UNION will have 10 days to respond to the EMPLOYER. The failure of the UNION to respond within the 10-day time period will indicate that the UNION has no desire to negotiate on the proposed changes.

f. Should the UNION request to negotiate as appropriate on the proposals, the UNION will submit its request to the EMPLOYER within the allotted time frame. Along with the request, the UNION will include the following:

  (1) designation of a three-member UNION negotiating team, one of which may be a representative of the national organization;

  (2) a request for official time to prepare for negotiations;

  (3) a request for any information necessary for the UNION to adequately prepare for negotiations.

<u>Section 4</u>

Any time parameters established in this article may be extended by mutual agreement.

Exhibit 4
NFFE D0285ion

*Article 13*

# HOURS OF WORK IN BASIC WORKWEEK

Section 1

The administrative workweek begins at 0001 hours on Sunday and ends at 2400 hours the following Saturday.

The basic work schedule based on the Watervliet Arsenal's compressed work schedule for full-time Employees will consist of four 9 hour days and one 8 hour day normally Monday through Friday the first week of the pay period and four 9 hour days normally Monday through Thursday the second week of the pay period, except for fire protection personnel, and all other Employees in positions, which require different/special tours of duty to accomplish the necessary functions.

Section 2

Any lunch period, during which the Employee is entirely free of duty in connection with his/her job, shall not be considered duty time.

Section 3

No change in the basic work week will occur that is not the result of negotiations, except as may be required for compliance with 5 C.F.R. Part 610 as supplemented by the Office of Personnel Management.

Section 4

When an Employee reports for work at the prescribed starting hour on a scheduled workday and is prepared for and remains capable of, but is prevented from performing his/her regularly assigned duties by circumstances beyond his/her control, Management will make a reasonable attempt to keep the Employee gainfully employed by assigning him/her to other duties.

Section 5

The EMPLOYER agrees that all official travel time as pertains to temporary duty assignments will be scheduled and paid in accordance with applicable laws and regulations. Where feasible, Management will consider Employee requests regarding their preferred travel times.

# REDUCTION IN FORCE

## Section 1

All Reduction In Force (RIF) actions will be in accordance with 5 CFR Part 351 and this Article. The provisions of this Article will be in addition to the requirements contained in 5 CFR Part 351.

## Section 2

A RIF action is defined as any action taken by the EMPLOYER to release a competing Employee from his/her competitive level by furlough of more than 30 calendar days, separation, demotion, or reassignment requiring displacement, when such action is required because of lack of work, shortage of funds, insufficient personnel ceiling, reorganization, an individual's exercise of reemployment rights or restoration rights, or reclassification due to erosion of duties when such erosion occurs within 180 calendar days of a formally announced RIF in the competitive area.

## Section 3

Specific notices to affected Employees will be issued at least 120 calendar days prior to the effective date of the RIF.

## Section 4

A cutoff date will be established for the use of performance appraisals in regard to determining an Employee's service computation date. That date will be no more than 140 calendar days before the expected issuance date of the specific RIF notices to individual Employees. Appraisals due after that will not be used when computing service computation dates.

## Section 5

The EMPLOYER will provide the UNION a copy of the computerized retention register. In the event of an actual RIF, the EMPLOYER agrees to brief three representatives of the UNION on the use of the retention register. The briefing will include how Employees bump and/or retreat, the various groupings, and how competitive levels are determined.

## Section 6

The EMPLOYER agrees to take all appropriate actions deemed necessary to minimize the adverse effects of a RIF on Unit Employees.

In the event of a RIF, existing vacancies that management has decided to fill during the RIF, will be used to the maximum extent possible to place Employees in continuing positions in order to minimize adverse actions and reduce separations during a reduction in force.

*Article 23*

## REDUCTION IN FORCE (con't)

Section 7

An Employee whose assignment to a lower grade position, or whose separation is proposed, has a right to review all of the records pertaining to the action and to see a copy of the applicable regulations pertaining to RIF. This includes the retention register for his/her competitive level and those for other positions for which he/she believes he/she is qualified down to and including those in the same or equivalent grade as the position, if any, which constitutes the best offer, or if separation is proposed, all positions equal to and below the grade of his/her current position within his/her assignment rights.

Section 8

Any career or career-conditional Employee who is separated as a result of RIF, and who has not declined placement equal in grade to the position held, will be placed on the Reemployment Priority List, and such Employee shall be given preference for reemployment in accordance with applicable regulations.

Section 9

The displacing and retreat rights of Employees affected by RIF shall be governed by applicable statutes, regulations, and directives.

Section 10

In any case where an Employee accepts a demotion in lieu of separation by a reduction in force action, the Employee must meet the established qualification requirements of the lower grade position to which he/she is to be assigned unless otherwise waived by appropriate authority. (Definition of appropriate authority is position management officer/Commander, or designee).

Section 11

RIF actions which are appealable to the Merit Systems Protection Board (MSPB) will not be subject to grievances under the negotiated grievance procedure.

Section 12

The EMPLOYER agrees to offer opportunities to Employees adversely affected by a RIF to return to employment based on and in accordance with their registration on the repromotion, reemployment priority list, and priority placement program in conjunction with the Employee meeting the qualifications of the temporary or permanent position to be filled. These offers will be made prior to opening the vacancy to other Unit Employees or outside applicants.

*Article 23*

## REDUCTION IN FORCE (con't)

Section 13

The Employer will notify all employees (Dist.E) at least 20 work days prior to the cutoff date by which the employees must have all information updated/verified in their OPF that may affect the employees placement rights. The Employer and the Union jointly recognize the importance of an accurate updated OPF for RIF purposes. The Employer agrees to offer training during non-duty time concerning supplemental experience statements and other pertinent information regarding employees' OPF for RIF purposes.

Section 14

The UNION will designate one (1) person to work with the Civilian Personnel Advisory Center Employees in the Out-Placement program for the duration of the RIF.

Section 15

Temporary positions, when offered to Watervliet Arsenal Employees displaced as a result of a RIF, will be offered to qualified Employees based on seniority in accordance with Employees' adjusted service computation date and veteran status.

*Article 26*

# SAFETY & INDUSTRIAL HYGIENE

Section 1

The EMPLOYER will exert every reasonable effort to provide and maintain safe working conditions for the Employees, using the Department of the Army regulations as a guide. The UNION will cooperate to that end and encourage all Employees to work in a safe manner. All Employees shall bring unsafe conditions to the attention of the immediate supervisor; and if satisfactory resolution is not obtained at that level, the conditions shall then be brought to the attention of the local Safety Office and the UNION for prompt investigation. The UNION will also encourage the wearing of personal protective equipment such as safety glasses, safety shoes, respirators, and hearing protectors when necessary.

Section 2

The EMPLOYER agrees that NFFE Local 2109 may have one representative on the Arsenal's Safety and Occupational Health Committee. Additionally, the Chairperson of the Employee Safety Committee will be a member of the Safety and Occupational Health Committee.

Section 3

The EMPLOYER agrees to furnish protective clothing and equipment in accordance with Department of the Army regulations. Protective clothing and equipment will be utilized on the job when such items are necessary to protect personnel from occupational disease or injury. All personnel, when entering an area that has been designated as hazardous, will wear appropriate protective items such as approved safety glasses, goggles, hearing protectors, hard hats, etc. "Approved" personal protective equipment shall be interpreted to mean equipment that meets the standards established by Department of Army regulations, the American National Standards Institute, or other recognized safety standards organizations. Safety equipment shall not be construed to mean items of apparel commonly accepted as normal items of clothing.

The UNION is encouraged to suggest additional or new protective clothing or equipment or the modification of existing equipment to the appropriate supervisors. The proposal will then be referred to the Safety Office or Health Clinic, as appropriate, for evaluation and recommendation as to its needs. Should the decision be questioned, the matter will be referred to the Safety and Occupational Health Committee.

Section 4

The EMPLOYER will continue to provide emergency medical support for Employees in accordance with the provisions of AR 40-5.

Section 5

Management will consider guidance available through the National Safety Council and/or Army regulations, when requiring employees to work alone on an assignment that would be potentially hazardous.

*Article 26*

## SAFETY & INDUSTRIAL HYGIENE (con't)

<u>Section 6</u>

All Employees are encouraged to call to the attention of the immediate supervisor and UNION, conditions in a work area which tend to become a hazard to the health or safety of the Employees. Health hazards needing further review should be promptly brought to the attention of the Health Clinic for evaluation.

<u>Section 7</u>

The EMPLOYER agrees to provide and maintain adequate and clean toilet facilities as near to the work site as reasonably possible. Employees shall make every effort to retain toilet facilities in a reasonably clean condition.

<u>Section 8</u>

The EMPLOYER agrees that a UNION official, either the President or Chief Steward, may participate in all Occupational Safety and Health Administration (OSHA) inspections.

<u>Section 9</u>

The EMPLOYER agrees to provide the log and summary of all information regarding recordable occupational injuries and illnesses (OSHA No. 200) to the UNION regarding accidents.

<u>Section 10</u>

An Employee Safety Committee consisting of four (4) Employees will be established in accordance with AMC Regulation 385-100.

In addition to the duties and requirements of that paragraph, the Committee Chairperson will forward a copy of the minutes to the Safety and Occupational Health Committee. The Chairperson will be an additional member of this Committee.

The UNION will nominate four (4) Employees for membership. CPAC will also nominate four (4) Employees. From each of these groups, the Commander will appoint two (2) to serve on the Committee for one year. The four (4) so appointed will choose one of their fellow members to be Chairperson. The Chairperson, once chosen, will appoint one of the other members to be Secretary. At least three of the four members will be Bargaining Unit Employees. The UNION nominations will include not more than two Employees from the Operations Directorate. Both the nominating and appointment process will consider individuals from all Arsenal activities. The Employee Safety Committee will hold regular meetings at least once each month. The committee will make recommendations on building and/or area inspections that it deems appropriate. All significant findings will be reported immediately to the Safety Office. Upon discovery, urgent safety problems will be reported to the first line supervisor or supervisor responsible for the area inspected. The Committee will be allowed a maximum of 42 hours per month for these meetings, inspections, or other Committee business. The assignment of these hours will be at the discretion of the Chairperson subject

*Article 40*

# SHIFT ASSIGNMENTS

Section 1

The selection and assignment of Employees to a particular shift is the responsibility of the EMPLOYER. When changing shift assignment of Employees under each supervisor (second level supervisor in the manufacturing divisions) the specific requirements of the job, as well as prior experience, shift preference, and seniority (SCD) of the Employees will be considered before a final determination is made. Exceptions to this policy, requested by Employees or first line supervisors, can be made only by a supervisor one level higher than the first line supervisor for valid reasons involving compassionate requests from the Employees or for maintaining efficient operations.

To the extent practicable, a voluntary system forms the basis for the overall shift preference policy, and no Employee shall be involuntarily assigned to a night shift for periods longer that three months. Employees desiring a specific shift, other than the one to which currently assigned, must submit their requests in writing to their immediate supervisor.

Section 2

In instances where the number of volunteers possessing the specific skills required for the job in question is less than the demand, all non-volunteer Employees identified by the supervisor, using the considerations mentioned above, will be rotated for three months according to SCD. An Employee may volunteer to satisfy the three month rotation period requirement of another Employee. However, it will not affect in any way his/her own involuntary rotation turn.

Section 3

In instances where the number of volunteers possessing the specific job skills required for night shifts exceed the demand, Employees with the most seniority (SCD) will be assigned to those jobs.

Section 4

Consistent with the above, an Employee may be displaced from a night shift by an Employee possessing the specific skills required and who possesses greater seniority status (SCD) and desires to work that shift.

An Employee who displaces another Employee on a night shift must remain on that shift for a minimum of one year, unless displaced by a senior Employee or relieved by an Employee who volunteers to serve the remaining portion of the one year. An Employee cannot be involuntarily displaced more than once in a 12-month period by means of greater seniority.