*Article 40*

## SHIFT ASSIGNMENTS (con't)

<u>Section 5</u>

Changes in shift assignments/tours of duty require at least two (2) weeks advance notification, except as may be required for compliance with 5 CFR Part 610. Notification to Employees and the UNION will be in writing. Exceptions to this requirement may be made if the Employee agrees or the Director or Manager that answers to the Command Group, or their designees, or Manager of Tenant Activities/designee approves an exception due to unusual circumstances.

Excluded from the above provisions are those jobs that require continuous 7-day coverage accomplished on a rotational basis.

Exhibit 4
NFFE De 0293 ion

*Signature Page*

In WITNESS WHEREOF, the Parties hereto have entered into this agreement this 11th day of September 2003.

Representative WVA Management                    Representative NFFE Local 2109

//signed//                                        //signed//

Donald C. Olson                                   Michael S. Bush
Col OD                                            President
Commanding

72

Exhibit 2
NFFE Declaration
0294

# AGREEMENT

BY AND BETWEEN

RED RIVER ARMY DEPOT

AND

LOCAL 2189

NATIONAL FEDERATION

OF FEDERAL EMPLOYEES

Exhibit 5
NFFE Declaration
0295

EMPLOYER
RED RIVER ARMY DEPOT
TEXARKANA, TEXAS

Fred L. Hart, Jr.
Colonel, OD
Commanding

9/20/01
DATE

UNION
NATIONAL FEDERATION OF FEDERAL EMPLOYEES
LOCAL 2189

DAVID E. SHARP
President, Local 2189
National Federation of
Federal Employees

9-20-01
DATE

The effective date of the agreement is    October 2, 2001.

*Section 9.* All Union representatives will properly report all official duty hours spent in pursuance of Union representational duties under time and attendance codes provided by the Employer.

*Section 10.* The steward will be given an opportunity to be present on matters of Employee complaints and grievances within his/her designated area. One steward will not usurp another steward's area of responsibility.

*Section 11.* The Union agrees that one steward at a time will deal with the supervisor as it relates to an Employee grievance or problem. The steward and supervisor will make a sincere effort to resolve the Employee complaint. If the complaint cannot be resolved, the steward may carry the problem or complaint to the next level. The first-step discussion will be between the shop steward, the Employee (if any), and the supervisor. When more than one management official attends, the Union President or his designee may participate at the first step. The Union President or his designated representative may participate in grievance discussions at the second step of the grievance.

*Section 12.* The Union agrees that it will not refer any complaints, grievances, appeals or problems off of the installation until the problem has been discussed with Commander or designee. It is understood that this does not preclude the Union from seeking advice from its National office or other sources.

*Section 13.* The Employer agrees to grant official time to Employees who are officially designated as Union officers or stewards, to attend Union sponsored training. Normally, official time for this purpose will not exceed 20 hours annually from 1 Jan through 31 Dec each year. A written request will be submitted at least 10 days in advance by the Union to the Directorate of Personnel.

*Section 14.* No paper, document, or communication issued by the Union will be deemed valid unless it bears the signature of the President or his/her designee.

*Section 15.* Union representatives will be invited to participate in the deliberation of the Incentive Awards Committee.

*Section 16.* Representatives of the National Organization will be permitted to meet with local officials. Representatives will abide by all security regulations. The Union will inform the Director of Personnel when representatives of the National will visit the Depot. Normally, 24 hours advance notice will be given.

## ARTICLE VII - MATTERS APPROPRIATE FOR NEGOTIATION

*Section 1.* Any negotiation of the amendments and supplements to this Agreement, as well as changes in working conditions, may be requested by the Employer or by the Union.

*Section 2.* Procedure for Bargaining. This procedure is applicable to Mid-term and Impact and Implementation Bargaining.

    a. The Employer shall notify the Union prior to the planned implementation of a proposed change to conditions of employment. Upon request, a written notice will be provided to the Union of the proposed change and the proposed effective date of the change.

    b. The Union shall have four (4) workdays from the date of notification to request bargaining. The Union will normally have eight (8) workdays to provide written proposal.

    c. If the Union does not request bargaining within the time limit, the Employer may implement the proposed change(s).

    d. Upon timely request by the Union, bargaining will commence within eight (8) working days, unless otherwise agreed upon by the Parties.

    e. The Employer shall have eight (8) working days from the date of receipt of Union initiated proposed change to conditions of employment to forward written proposals to the Union. Bargaining will commence within eight (8) working days, unless otherwise agreed upon by the parties. All bargaining will be governed by the ground rules agreed upon by the Parties.

*Section 3.* It is recognized that this Agreement is not all-inclusive. The fact that certain working conditions have not been specifically covered in the Agreement does not lessen the responsibility of either party to meet with the other for discussion and the exchange of views or to negotiate.

*Section 4.* Amendments to this Agreement may be required due to changes in applicable laws, Executive Orders and regulations or policies of appropriate authority (Government-wide rules or regulations). In such an event, the parties will meet within thirty (30) calendar days after receipt of the required change. The parties will meet to negotiate new language to satisfy the mandatory requirements.

*Section 5.* The timeframes in this article may be extended in individual situations by mutual agreement of the parties. Requests for extensions from either party must be made in advance of the deadline.

## ARTICLE VIII - VOLUNTARY ALLOTMENT OF UNION DUES

*Section 1.* Union dues will be deducted by the Employer from the Employee's biweekly pay, when an Employee voluntarily authorizes a deduction by executing SF 1187, Request for Payroll Deduction for Labor Organization Dues; and, the Union submits the form to the servicing Defense Finance and Accounting Service (DFAS) Office.

reasonable time to obtain assistance/rehabilitation on the depot. Satisfactory progress toward rehabilitation will be given favorable consideration when disciplinary/adverse actions are being considered IAW law and applicable regulations.

*Section 4.* Records created in relation to an Employee's alcohol or drug problems will be regarded as confidential. Information from these records will be released to the Employee's Union representative upon written authorization from the Employee.

*Section 5.* An Employee may seek assistance and counseling on alcohol or drug problems without jeopardizing job or promotional opportunities, as provided by statute.

## ARTICLE XVIII - SAFETY AND INDUSTRIAL HYGIENE

*Section 1.* The Employer will exert every effort to provide and maintain safe working conditions and industrial health protection for the Employees, using applicable rules, regulations and directives. The Union will cooperate to achieve that end and will encourage all Employees to work in a safe manner and to use prescribed personal protective equipment.

*Section 2.* It is agreed that comfort and aid to injured individuals will be of prime concern to the Employer and the Union. The Employer will provide proper emergency medical support (first aid) for Employees on work status at Red River Army Depot to the extent feasible.

*Section 3.* As provided in Army Safety Regulations, the Employer will investigate reported safety hazards and inform the responsible parties to initiate corrections immediately.

*Section 4.* The steward will call to the attention of the Employer, conditions in a work area that tend to become a hazard to the health or safety of the Employee.

*Section 5.* No Employee will be required to work alone at any work site that has been determined hazardous by the Safety Office and where such determination has been published in current regulations.

*Section 6.* The Employer agrees to provide suitable standard protective clothing, equipment, and safety devices for Employees when required. This includes safety glasses (screening and examinations IAW DA policies) and safety shoes or boots, as appropriate. Rain slickers will be provided for Employees whose regular duties require them to work outside. Rubber boots will be provided for Employees who must stand in water to perform their assigned duties. Required emergency facilities, such as eye wash equipment, shower facilities, and equipment boards will be available and be visually displayed per applicable safety regulations and CFR 1910. 151C.

*Section 7.* The Employer will provide First Aid training and CPR training to a reasonable number of

Employees throughout the depot.

*Section 8.* CPR Disposable Airways (2 each) will be provided to Employees who complete CPR training for use at the work-site. Supervisors will be provided one for use at the work-site.

*Section 9.* The Employer will provide safe and adequate transportation for all Employees who are required to use government vehicles.

*Section 10.* Locker space will be furnished to all Employees, by the Employer, at or reasonably near the work site. Inspections and/or searches of government property used by Employees (lockers, desk, toolbox, etc.) will be consistent with the Internal Security Practices of the Army and Law Enforcement Agencies and be based on applicable laws and regulations.

*Section 11.* Employees will not be held responsible for tools that are not locked up after the shift, if instructed by the supervisor that the oncoming shift must utilize the same tools. In addition, locker space or a suitable container will be supplied to secure tools and equipment that are signed for by the individual Employee.

*Section 12.* Clean and adequate eating facilities will be furnished by the Employer as close to the work site as possible and reasonable, for the utilization of the Employee during the lunch period and break periods. Where practicable, the Employer will provide a refrigerator, microwave oven, ice machine or access to ice, and vending services in break areas.

*Section 13.* The Employer agrees to provide adequate, clean toilet facilities as near to work sites as reasonable.

*Section 14.* Drinking water will be available, by the Employer, in all work areas.

*Section 15.* The parties recognize the temperature conditions in and around work areas can have a direct bearing on Employee comfort, morale, health and safety in determining the stress that temperature extremes may place on individual Employees. The personal comfort and the health of the Employee will be taken into consideration as well as related factors such as wind, chill factor, air flow, the work to be performed, and similar considerations. When the temperature in a particular work area or site exceeds recognized standards for the type of work being performed, the Employer will take precautionary measures to reduce the risk to the Employees exposed. Such measures will include the reduction of work being performed, increased frequency or duration of rest periods, etc. This section will apply to both heat and cold exposure situations.

*Section 16.* Whenever Employees are required to perform duties, which involve real or potential

hazards, the Employer will provide adequate training to the Employees. An Employee should not be required to work on a job or machine with which he or she is unfamiliar until the Employer has provided adequate training and instructions to safely perform the job. Such training should include instructions in the proper work methods to be used and the proper use of protective equipment.

*Section 17.* Upon request, the Union will be provided copies of SOPs and job safety breakdown sheets for jobs in the unit.

*Section 18.* When Employees are required to work in restricted/isolated areas (e.g. ammunition) and there is not access to a telephone or a vehicle equipped with a radio, the Employer agrees that at least one portable radio or cellular telephone will be provided that work crew.

*Section 19.* When there is a reasonable cause to believe an assignment would involve an unsafe working condition, the Employee may request a determination be made by the appropriate safety and/or health personnel, who will conduct an investigation. If imminent danger is detected, the situation will be corrected before the work is performed.

## ARTICLE XIX - WORKER'S COMPENSATION

*Section 1.* When an Employee suffers a work-related injury or illness, they will promptly notify their supervisor who will advise them of the right to benefits under the Federal Employees Compensation Act.

*Section 2.* The Directorate of Personnel will review the claim for completion, provide advice and assistance to supervisors and employees on claim submission, furnish specific information to employees regarding filing procedures and types of benefits available, assure prompt and timely submission of clams to OWCP, and assist with obtaining status of claims.

*Section 3.* An Employee will be permitted to review any document relating to their claim which the OWCP has authorized the Benefits Office at the Depot to make available IAW local and federal regulations. It is agreed that the Employee may be represented by the Union in any compensation case.

*Section 4.* Employees and supervisors will be informed of any changes in the Federal Employees Compensation Act.

*Section 5.* When an Employee sustains a work-related injury, they will be carried in a duty status for the remainder of that workday IAW appropriate regulations (excluding overtime).

*Section 6.* The Employer will take appropriate actions to expedite paperwork associated with Worker's Compensation claims.

*Section 12.* Applicants will be required to adhere to instructions on promotion forms.

*Section 13.* New hires/transferees selected for positions in the Unit will possess established qualification requirements for the positions to which assigned.

*Section 14.* Management is authorized to select members for promotion or placement from any approved source IAW applicable laws, rules and regulations covering selections from that source to include this agreement. Examples are: R-Program, Priority Placement Program, Special Consideration, Non-competitive re-promotions and/or promotion, Re-Employment Priority List, etc.

*Section 15.* Grievances concerning alleged violations of the Merit Promotion System must be filed at Step 3 of the Negotiated Grievance Procedure.

## ARTICLE XXVII - PLACEMENT, REHIRING AND PROMOTION OF EMPLOYEES AFFECTED BY RIF OR INTERNAL WORKFORCE ADJUSTMENT

*Section 1.* The Employer and the Union jointly recognize the desirability of maintaining employment stability. It is also recognized that occasions may arise where adjustment of the workforce may be necessary through such means as reduction-in-force.

*Section 2.* The Employer agrees to notify the Union at the first available opportunity of pending reduction-in-force actions and workforce adjustments, at which time the Union may negotiate the impact and implementation of such.

*Section 3.* The Employer agrees to undertake reasonable options to avoid or minimize a reduction-in-force by such measures as restricting recruitment and promotions, by meeting ceiling limitations through normal attrition, and by reassignment of surplus Employees to vacant positions authorized for staffing and for which they are qualified. The Employer agrees to notify the Union in advance of implementation of officially approved reductions-in-force affecting the unit. The Employer agrees to provide the Union with the following:

   a. A listing of positions within the unit that are abolished.

   b. A listing of depot vacancies authorized for staffing during a RIF or workforce adjustment.

   c. The approximate date of the action.

*Section 4.* The Employer agrees that at a time of a reduction-in-force, information of a general nature concerning Employee assignment rights will be provided Employees.

*Section 5.* The Employer agrees that an Employee affected in a workforce adjustment will be given the opportunity to meet with a representative of the local RIF Committee and review information to which they are entitled, pertaining to their placement under RIF procedures. The Union will be authorized to have a member on the RIF Committee when Employees within the Unit are to be affected.

*Section 6.* Excluding Employees of tenant activities, the competitive area for a reduction-in-force will be Red River Army Depot.

*Section 7.* Reduction-in-force notices and notice periods will be governed by appropriate regulations. Employees will be retained in a work and pay status, so far as availability of work and funds will permit.

*Section 8.* Appeals resulting from reduction-in-force actions may be filed with the MSPB within thirty (30) calendar days from the effective date of the reduction-in-force action.

*Section 9.* An Employee assigned or detailed to a different position will be provided reasonable on-the-job orientation to the new assignment.

*Section 10.* An internal workforce adjustment/alignment exists when there is one or more excess filled positions in an organization resulting in Employees being reassigned.

*Section 11.* Internal workforce adjustments will be implemented at the immediate organizational unit, as follows:

    a. Neither reduction-in-force nor adverse action procedures will be used to effect placement.

    b. Surplus Employees will be identified from lists of excess positions furnished by management. Employees will be identified in inverse seniority order without regard to performance appraisal or veterans preference. Ties will be broken according to the last four digits of their social security number.

    c. Volunteers will be solicited from the surplus Employees to determine the order of placement. When several volunteers qualify for the same position, the most senior volunteer will be placed first. If there are no volunteers, placement will be in inverse seniority order.

    d. The first effort will be to place surplus Employees into vacancies within their directorates.

    e. The Surplus Placement Committee will act for the Commander in directing the placement of surplus Employees by reviewing all vacancies and checking them against an internal stopper (surplus) list. All placements must be cleared by the committee prior to filling by other means. The Union will have a representative in this committee.

 f. Employees who have been/are physically disqualified for their positions will be given priority consideration for placement before other surplus Employees.

 g. SWCPOC will determine basic qualifications.

 h. Job engineering will be considered by the Surplus Placement Committee to accomplish placement actions.

*Section 12.* Reduction in Force (RIF).

 a. A Reduction-in-Force will be accomplished IAW applicable laws, rules and regulations.

 b. The Employer agrees to identify a projected date to issue RIF notices and to advise the Union of this date.

 c. The Employer agrees to provide the Union with the number of bargaining-unit positions it plans to abolish from the competitive area.

 d. The Employer agrees to request /Voluntary Separation Incentive Pay (VSIP) in an attempt to minimize the impact of a RIF and Voluntary Early Retirement Authority (VERA), if VSIP does not completely minimize the impact. Should authorization for VSIP/VERA be granted, the Union will be notified and given an opportunity to bargain over implementation.

 e. Subject to the provisions of 5 USC 7114(b)(4), the Employer agrees to provide the Union with copies of related economic impact studies, all EEO-related studies/analyses related to the RIF, and a copy of the initial retention register to be used to conduct the RIF, as soon as each is finalized.

 f. The Employer agrees to remind Employees at the time RIF planning is announced that their Official Personnel File should be current to assure their employment history is accurately documented.

 g. The Employer agrees that Employees will be released from their competitive level IAW applicable laws, rules, and regulations.

 h. The Employer agrees to offer reemployment/re-promotion to Employees involuntarily separated/changed-to-lower-grade IAW applicable laws, rules, and regulations.

*Section 13.* Outplacement.

 a. In the event a RIF becomes necessary, the Employer agrees to attempt to minimize involuntary separations by the implementation of an aggressive Outplacement Program. Such outplacement efforts

will be implemented as soon as practicable after the need for a RIF becomes apparent. Examples of possible outplacement efforts include the Army Career and Alumni Program (ACAP) seminars and services, a Job Fair, the Voluntary Separation Incentive Program and the Voluntary Early Retirement Authority.

b. Employees in receipt of Notices of Proposed Separation-RIF or Change to Lower Grade-RIF will be registered in all applicable OPM, DOD, and DA programs designed to assist in the placement of Employees. Applicable regulations of each of these programs will apply.

c. The Employer agrees to timely notify state and local government agencies in order to obtain all available assistance in the placement and retraining of Employees.

*Section 14.* Furloughs of more than thirty (30) consecutive days, or twenty-two (22) nonconsecutive workdays, will be implemented IAW OPM Regulations governing RIF. The Employer agrees to provide the Union with advance notification of any planned furlough.

*Section 15.* Furloughs thirty (30) consecutive days or less.

a. Furloughs thirty (30) consecutive days or less will be implemented IAW 5 CFR, Part 752. The Employer agrees to provide the Union with advance notification of any planned furlough. The Employer will identify by position, mission-essential personnel.

b. Employees identified, as "non-mission-essential" will be issued a notice for anticipated or required, furloughs of thirty (30) days or less.

c. During furloughs of thirty (30) days or less based on a sudden emergency requiring curtailment of the Employer's activities to include an absence of appropriations by Congress, the following procedures will be followed:

(1) The normal thirty- (30) day advance notice period and opportunity to answer are suspended.

(2) The Union and Employees will be notified as far in advance as practicable of such an emergency furlough.

(3) Employees, who have lost wages and/or annual leave as a result of the absence of appropriations by Congress, shall receive back pay and/or restoration of annual leave to the extent not prohibited by Law.

### ARTICLE XXVIII - TEMPORARY DUTY TRAVEL (TDY)

*Section 1.* TDY is defined as a temporary duty assignment outside the commuting area of Red River Army Depot.

*Section 2.* The Employer will assign offers of TDY on an equitable and rotational basis among Employees who are assigned to the same job number and have the necessary qualifications within the immediate organizational unit.

*Section 3.* TDY rosters will be established and maintained current by the Employer for each organizational unit, on a form mutually agreed upon by the Union and the Employer. A new roster will be established on 1 January after effective date of this contract and continue for the life of the agreement.

    a. First offering of TDY will be based on the seniority of the Employee on the roster. In the event an offer of TDY is declined, the Employee will be credited with the amount of TDY offered.

    b. Offers of TDY will be based on the number of days TDY.

    c. When it becomes necessary to go outside the immediate organizational unit to meet TDY requirements, offers of TDY will be from the TDY roster in the organization selected by the Employer to provide the additional personnel.

    d. An Employee on TDY in their regularly assigned position when another trip is offered, will be canvassed if their name is reached on the roster, and the Employee will be available when the upcoming trip departs.

    e. On TDY trips that are projected to exceed 90 days in length, the first canvass will be for the entire length of the trip. If there are insufficient volunteers, consideration will be given to the needs of the Employees, and the trip will be divided into a more manageable duration (preferably at the mid-point), so that these needs can be met.

*Section 4.* TDY rosters will be available by oral/written request made by Employee or his/her representative.

*Section 5.* Employer will inform the Union of the number of Employees to be assigned TDY, prior to canvas instructions being sent to responsible organization.

*Section 6.* An Employee can decline an offer of TDY. However, Employees that are directed to go will go unless a hardship has been concurred in by the Union and approved by the Employer. Employees who have had disciplinary actions, concerning their leave or conduct, taken against them, will not be offered trips, unless approved by the Commander.

a. Requests for hardship must be submitted in writing with justification by the Employee through the Union to the Employer. If approved, it will normally only cover a one-time 60-day period to provide time for the Employee to address and resolve the situation.

*Section 7.* When an insufficient number of Employees accept TDY offers, the Employer will direct the required number to accomplish the mission, by the least number of actual days out/worked on the roster and by utilizing employees with appropriate skills to accomplish the mission. Except in an emergency, employee will be provided at least seven (7) days notice, when directed to go TDY.

*Section 8.*

a. Normally, all Employees offered TDY trip will have the required skills to accomplish the mission at site (excluding assignments TDY for training).

b. Employees will not be directed to go TDY outside their organizational unit unless all Employees of the same job number in the organizational unit where the work is performed are on TDY (except Employees excused for a justifiable reason). The roster will be annotated to reflect the reason an Employee is by-passed or excused from going TDY.

c. When directing Employees to go TDY, Employees with the least amount of days TDY actually worked will be assigned the TDY. When directing Employees for TDY trips that are projected to exceed ninety (90) days, the trip will be divided into a manageable duration (preferable at midpoint).

*Section 9.* All Employees in a TDY status will be authorized all the benefits permitted by Law, JTR, Regulations, and policies, etc. Consideration will be given to the needs of the employee. Cost comparisons will be completed in order to assure most advantageous modes of travel are utilized.

*Section 10.* In the event a TDY trip is extended for seven (7) days or less, the personnel on site will be required to finish the trip. Trips extended for eight or more days will be considered another trip, and will be canvassed accordingly.

*Section 11.* To the extent practical and on TDY trips exceeding 30 days, an Employee designated "Team Chief" will be temporarily promoted.

*Section 12.* Employees are responsible for advising their supervisor of the types of vacancies (by series, title and grade) for which applications for promotion should be filed in their behalf while they are absent from duty. The notification can be submitted to the supervisors on a form to be included in the TDY packet that is provided to employees prior to their departure.

*Section 13.* Logistical Support Element (LSE) positions are selected trained and deployed IAW the