# AGREEMENT
# BETWEEN
# WHITE SANDS MISSILE RANGE



# AND
# NATIONAL FEDERATION OF
# FEDERAL EMPLOYEES
# LOCAL 2049

Exhibit 0308
NFFE Declaration

## ARTICLE 10
## NEGOTIATIONS

**Section 1.** Both parties to this agreement have the responsibility of conducting negotiations and other dealings in good faith, and in such manner as will further the public interest. The procedures established in this Article shall be used by the parties when negotiating on all negotiable matters required by law affecting the employees or their conditions of employment, or as applicable, on the implementation of any new policy or change in policy affecting the employees or their conditions of employment. These procedures also apply to the negotiation of supplements and amendments to the basic agreement between the parties. The Employer agrees to provide the Union with advance written notice of and an opportunity to negotiate on these negotiable matters. Management recognizes the Union's right to submit changes or additional counterproposals at the bargaining table.

**Section 2.** Upon being notified by the Employer of a proposed new policy or practice, or a proposed change to existing policy or practice, the Union shall have five (5) workdays in which to review the Employer's proposal and advise the Employer of its intentions. If the proposal is acceptable as presented by the Employer, the Union shall notify the Employer of this fact. If the Union has questions regarding the proposal, or desires clarification, the Union shall make a request to the Directorate of Human Resources to meet with the proposal's proponent in order to discuss and clarify the proposal. The Union will indicate the specific area(s) requiring clarification or discussion, and the Employer will arrange a meeting with the proponent at a mutually agreed upon time. If, after discussion with the proponent, the proposal is acceptable to the Union, the Union shall notify the Employer of this fact. If the proposal is unacceptable after discussion with the proponent, the Union shall submit a written request to negotiate the proposal to the Directorate of Human Resources within five (5) workdays after the discussion. If there are no questions, and the proposal is not acceptable, the Union shall submit a written request to negotiate the proposal to the Directorate of Human Resources within five (5) workdays after being advised of the proposal. To facilitate the negotiating process, all requests for negotiations shall be accompanied by a copy of the specific counterproposal desired by the Union. Non-response by the Union within the established time frames will be interpreted as acceptance by the Union, and the Employer may implement the proposal without further notice. Negotiations requested by the Union regarding a proposed new policy or practice or a proposed change to existing policy or practice, which would affect the working conditions of bargaining unit employees shall be conducted in accordance with the provisions set forth in Sections 3, 4, and 5 of this Article.

**Section 3.** The following procedures will be used when negotiating amendments or supplements to this agreement. Negotiation sessions may be requested in writing by either party. Such requests shall state the specific subject matter to be considered at such sessions, and shall contain written proposals for consideration by the other party.

15

Exhibit 0309
NFFE Declaration

a. The negotiating teams of each party shall consist of no more than five (5) members.

b. The chief spokesperson for each party will speak for their respective teams, but may at their discretion allow their other team members to participate in any discussion. A chief spokesperson shall be designated in writing by each party.

c. Names of the members on each negotiating team well be exchanged formally by the parties in writing no later than three (3) calendar days prior to the beginning of negotiations. Any changes regarding team membership will be submitted to the other party no later than one (1) day prior to the next negotiation session.

d. Negotiations will begin on a mutually agreed date no later than thirty (30) days from receipt of proposals. The Employer will furnish a room suitable for negotiations, and to the extent possible, room(s) that will allow both parties to caucus.

e. Union negotiators who are members of the bargaining unit for which negotiations are being conducted will be authorized official time for the negotiation sessions, during the time the Union negotiator otherwise would be in a duty status.

f. Upon reaching agreement on any supplement or amendment to the contract, the chief spokespersons shall signify agreement by initialing the agreed upon item. Upon reaching agreement on all supplements or amendments, the agreement shall be signed by the members of both negotiating committees, ratified by the Union members in a manner prescribed by the Union and, upon ratification, signed by the Union President and the Employer. It is recognized by the parties that all supplements or amendments to this agreement are subject to review for legal and regulatory compliance by the Defense Civilian Personnel Management Service. Any supplements or amendments will remain effective concurrent to the basic agreement.

g. Upon reaching agreement on a proposed new policy or practice, or a proposed change to existing policy or practice affecting the conditions of employment of bargaining unit employees, the spokespersons for the Employer and the Union shall sign the agreement reached, with a copy of the agreement provided to both parties.

**Section 4**. When the parties to the agreement cannot agree on a negotiable matter and an impasse has been reached, either or both parties may seek the services of the Federal Mediation and Conciliation Service. When the services of mediation do not resolve the impasse, either party may seek the services of the Federal Service Impasses Panel.

**Section 5**. If an issue develops over the negotiability of any item under discussion by the parties, the issue will be resolved in accordance with applicable provisions of Title VII of the CSRA and the rules and regulations of the Federal Labor Relations Authority.

Exhibit **0310**
NFFE Declaration

**Section 6**.  The Employer agrees to negotiate with the Union on all negotiable matters required by law affecting the employees or their conditions of employment or, as applicable, on the implementation of any new policy or changes in policy affecting the employees or their conditions of employment.

17

Exhibit 0311
NFFE Declaration

## ORIENTATION OF NEW BARGAINING UNIT EMPLOYEES

**Section 1**. All new employees shall be informed by the Employer that NFFE Local 2049 is the exclusive representative of employees in the bargaining units. Each new bargaining unit employee shall receive a copy of this agreement from the Employer, together with a list of the officers and representatives of the Union. The Union will provide this listing to the Employer.

**Section 2**. Representatives of the Union shall be afforded twenty (20) minutes to speak at orientation of new employees, to provide such employees with an introduction to the purposes, goals, and achievements of the Union.

**ARTICLE 16**

30

Exhibit **0312**
NFFE Declaration

# BASIC WORKWEEK AND HOURS OF DUTY

**Section 1**. The normal basic workweek will consist of five (5) consecutive workdays, Monday through Friday, with the exception of those bargaining unit employees whose services have been determined by the Employer to require a workweek other than a normal basic workweek. Hours of work for bargaining unit employees assigned as tenants to installations other than White Sands Missile Range will normally conform to the supported activity's hours of work and basic workweek as required by that activity's mission requirements. Hours of work, shifts, and tours of duty have been established by the Employer in accordance with management's retained rights under 5 U.S.C. 7106. The Employer recognizes that the impact and implementation of its decisions to change established hours of work, shifts, and tours of duty is a proper subject of bargaining.

    a. The Employer recognizes the need to notify employees of changes in the individual's normal basic workweek as far in advance as practicable, and agrees to do so at least ten (10) workdays in advance of the change when the requirement is known at least ten (10) workdays in advance.

    b. When a change in an individual's normal basic workweek is required with less than ten (10) workdays notice, the Employer will notify the employee as far in advance as practicable, normally not later than the end of the administrative workweek prior to the week in which the changed schedule is to be worked, unless the head of the agency determines that it would be seriously handicapped in carrying out its functions or that costs would be substantially increased.

**Section 2**. Bargaining unit employees who work in continuous operations will be assigned to a rotating tour of duty. Two (2) consecutive days off outside the basic workweek will be granted each employee, unless circumstances, as determined by the Employer, require a change to this practice.

**Section 3**. Subject to mission requirements, employees of the bargaining unit whose work situations as determined by their immediate supervisor meet one of the following criteria will be granted a rest period at the worksite or a designated break area not to exceed fifteen (15) minutes during each four (4) hours of continuous work:

    a. Rest periods that presently exist.

    b. Hazardous work or that which requires continual and/or considerable physical exertion and rest periods are needed for protection of employee's health.

    c. Where there is a need to reduce the accident rate by removal of fatigue potential.

31

Exhibit **0313**
NFFE Declaration

d. Where the work is in confined spaces or in areas where normal personal activities are restricted.

e. Where an increase in, or maintenance of, high quality and/or high quantity production is traceable to the rest period.

Any dispute between employees and supervisors as to the establishment of a rest break is grievable under the negotiated grievance procedure.

**Section 4.** Rest periods will not be a continuation of the lunch period, nor may they be granted immediately after the beginning of the tour of duty or immediately prior to the end of the tour of duty. If the period from the beginning of the daily tour of duty to the scheduled lunch period is less than four (4) hours, a rest period will be granted only in unusual circumstances.

**Section 5.** In those work areas where rest periods have been authorized, the immediate supervisor will determine if such rest periods are to be taken at the same time by all employees or on an individual basis at staggered times because of workload requirements. The Union recognizes that when there are work requirements of an urgent nature to be met, the immediate supervisor may determine that an otherwise authorized rest period will not be granted to an employee or group of employees.

**Section 6.** Subject to mission requirements, employees of the bargaining unit whose work situations as determined by their immediate supervisor meet one of the criteria described in Section 3 of this Article will be granted a rest period not to exceed fifteen (15) minutes during the middle of each consecutive four (4) hour period of overtime worked.

**Section 7.**

a. Thirty (30) minutes duty free non-paid lunch periods normally will be granted.

b. When the Employer requires work in lieu of a scheduled (thirty) 30 minute duty free non-paid lunch period, the employee will be compensated appropriately.

c. The Union recognizes that mission support requirements of the Employer may necessitate an employee's remaining at his/her worksite during the lunch period. When such is the case, a lunch period of not more than twenty (20) minutes shall be granted and shall be considered time worked for which compensation shall be allowed. When this on-the-job lunch period is in effect, bargaining unit employees must spend the lunch period time in close proximity to their work stations so as to be immediately available to perform their assigned duties.

**Section 8.** Bargaining unit employees in General Schedule (GS) positions who perform regularly scheduled work between the hours of 1800 and 0600 will be paid night differential in accordance with applicable law and regulations. Night differential will also be paid to these GS employees for

32

Exhibit **0314**

NFFE Declaration

all regularly scheduled overtime work performed between the hours of 1800 and 0600. For bargaining unit employees in Wage Grade (WG) positions a night shift differential of seven and one-half percent (7 1/2%) will be paid for the entire shift when a majority of the WG employee's regularly scheduled non-overtime hours of work occur between 1500 and 2400. A night shift differential of ten percent (10%) will be paid for the entire shift when a majority of the WG employee's regularly scheduled non-overtime hours occur between 2300 and 0800

**Section 9.** The basic workweek for bargaining unit employees assigned to the variable tour normally will consist of eight (8) work hours per day, Monday through Friday, with the exception of those bargaining unit employees whose services have been determined by the Employer to require a workweek other than the normal variable tour basic workweek in order to meet mission requirements. The first eight (8) hours of work of each daily tour of duty will constitute the basic tour although the starting and completion times for each daily tour may vary from day to day.

a. The variable tour tentative daily work schedule will be updated at daily intervals based on the T minus three (3) day range schedule and confirmed no less than twenty-four (24) hours before the daily tour is to be worked. The Union recognizes that X-rays, cancellations, and emergencies may require that less than twenty-four (24) hours notice of a change in the scheduled daily tour be given to variable tour employees. However, the Employer agrees to minimize to the extent practicable such changes in daily tour with less than twenty-four (24) hours notice, being mindful of hardship to the employee.

b. Bargaining unit employees assigned to the variable tour will not be scheduled to be in a duty status in excess of sixteen (16) hours during a twenty-four (24) -hour period, and there will be a turnaround time between daily hours of duty of not less than ten (10) hours; exceptions may be made as determined by the Commander or his authorized representative. Extension beyond sixteen (16) hours and call back overtime will be used sparingly due to the inconvenience to the employee.

c. If the rules governing variable tours should be changed through legislation or regulation during the life of this contract, the Employer and the Union agree to implement these changes.

**Section 10.** Bargaining unit employees normally will be assigned to a standard tour of duty (0745-1615) while on leave and while attending on-post training.

**Section 11.** A bargaining unit employee working on a shift when daylight savings time goes into effect is considered on duty for the normal number of hours of that shift, provided the hour lost is charged to annual leave (or sick leave, if applicable). If no charge is made to leave, pay may be allowed only for the actual number of hours worked. When a change to standard time goes into effect, bargaining unit employees working shifts during the change will be paid one (1) hour overtime if they work the full shift, or will be paid for the actual number of hours worked.

33

Exhibit **0315**
NFFE Declaration

**Section 12**.  An employee whose personal religious beliefs require that he or she be absent from work during scheduled work periods may elect, with the prior approval of his/her Employer, to engage in overtime work for time lost as the result of meeting those religious requirements.  Any employee who elects such work with the approval of the Employer shall be granted equal compensatory time off from his/her scheduled tour of duty in lieu of overtime pay for such religious reasons or requirements.

34

Exhibit **0316**
NFFE Declaration

## ARTICLE 25
## SAFETY AND HEALTH

**Section 1.**  General.  The Employer shall provide safe and sanitary working conditions and equipment in consonance with the standards promulgated under the Occupational Safety and Health Act of 1970 (OSHA) and applicable Department of Defense and Department of Army regulations.  In consonance with Chapter XVII Title 29, Department of Labor Rules and Regulations, the Employer shall post and keep posted a notice or notices informing employees of the protections and obligations provided for in the Occupational Safety and Health Act. When Union officers and stewards are involved in representation duties, negotiations, or discussions pursuant to this Article they shall be on official time if otherwise in an active duty status.

**Section 2.**  The Employer agrees that the Union shall have one primary and one alternate representative on the White Sands Safety and Occupational Health Council.  The alternate representative shall act for the primary representative in his/her absence.  The Union representative will serve as a full participating member in the deliberations and activities of the Safety and Occupational Health Council.

**Section 3.**  Safety Inspections.  Appropriate personnel as determined by the Employer will inspect all work places at least annually, and upon request of a Union official, to insure compliance with Department of the Army Occupational Safety and Health guidance.  A Union representative shall have the right to participate in the inspections on official time.  The Union will be provided a copy of these safety inspection reports, consistent with Privacy Act requirements.

**Section 4.**  The Employer will provide suitable protective clothing, equipment, and safety devices for employees engaged in activities requiring same in consonance with standards promulgated under OSHA and applicable Department of Defense and Department of Army regulations.  Repair of issued safety and environmental clothing will be provided by the Employer.  Protective clothing and equipment issued to an employee which is in need of repair shall immediately be reported to the employee's supervisor.

**Section 5.**  The Employer will make every effort in accordance with law and regulation to insure that employees shall not be required to work in an environment which the Occupational Health Office has determined to be unsafe to the continued health of the employees affected.

**Section 6.**  The Employer will exert efforts to see that employees work safely, and employees will report any observed unsafe or unhealthy conditions to the employee's immediate supervisor. Stewards and other representatives of the Union, in the course of performing their normally assigned responsibilities, are encouraged to observe and report unsafe practices, equipment, and conditions, as well as environmental conditions in their immediate areas which may represent health hazards.  The Employer will assure that no restraint, interference, coercion, discrimination,

54

Exhibit 0317
NFFE Declaration

or reprisal will be practiced as a result of an employee's reporting of an unsafe practice or condition.

**Section 7.** The Employer shall make every effort in accordance with law and regulation to insure that no employee shall be required to perform any work on a machine or in an area where conditions exist that are unsafe or detrimental to health as determined by either the Safety Division or the Occupational Health Office. The Employer also will make every effort in accordance with law and regulation to insure that no employee shall be required to work alone or without a co-worker in any area which has been identified by the Safety Division as an area in which it is dangerous to work alone.

**Section 8.** Employees will promptly report conditions which may be detrimental to their health and safety. If there is any doubt regarding the safety of existing working conditions, the problem will be referred to the appropriate Safety or Occupational Health official for a ruling. When it is not possible to obtain Employer concurrence beforehand, an employee may decline to perform his or her assigned task because of a reasonable belief that under the circumstances the task poses an imminent risk of death or serious bodily harm coupled with reasonable belief that there is insufficient time to seek effective redress through normal hazard reporting and abatement procedures. In such case the employee will notify the Employer as soon as possible. The employee may grieve the decision of the Safety Division or the Occupational Health Office within fifteen (15) days of the decision, or if no decision has been rendered, within thirty (30) days of the incident, at Step 3 of the negotiated grievance procedure.

**Section 9.** When a health and safety hazard is identified, appropriate disposition of identified hazards will be accomplished in accordance with OSHA, 29 C.F.R 1910 and 1960, and Department of Army regulations. Posting of notices of hazard will be accomplished in accordance with 29 C.F.R. 1910 and 1960.

**Section 10.** On-the-job Injury or Illness. Employees will report to their supervisor as soon as possible regarding all injuries or illnesses which occur on the job. If the employee is physically unable to do so, this may be accomplished by a Union representative or personal representative.

a. In case of serious on-the-job injury or illness or death of an employee, the employee's supervisor shall notify the appropriate Union steward as soon as practicable.

b. Upon becoming aware that an employee under his/her supervision has suffered an on-the-job injury, the supervisor will insure that the employee receives prompt medical treatment as required. The employee then will be counseled by his/her supervisor on the procedures for filing claims for benefits under the Federal Employees' Compensation Act. The supervisor will insure to the extent possible that forms are properly completed. A Union steward may be in attendance for this counseling. Additional counseling will be provided by a representative of the Directorate of Human Resources if the employee desires to make an appointment for this purpose.

55

Exhibit **0318**
NFFE Declaration

c. The Employer and the Union agree that bargaining unit employees and their supervisors should cooperate in promptly and correctly completing appropriate report forms and any other necessary documents, and will forward them to the Directorate of Human Resources. The Employer shall process and promptly forward to the Officer of Workers' Compensation Programs employee and Employer documentation required when an employee sustains an on-the-job injury or contracts an occupational disease and elects to file a claim.

d. Every reasonable effort will be made by the Employer to provide work assignments to employees who have been injured on the job or otherwise disabled, when it has been determined by the Employer's medical authority that they are *able* to resume work. The Employer agrees that where differences of medical opinion occur, necessary consultation between the Employer's and employee's medical authorities will be undertaken, to include consultation with medical specialists as required.

**Section 11.** Health Services and Preventive Medicine. The Employer agrees to provide immunization against communicable diseases to all employees requesting it where it is authorized by the Health Clinic Commander. As required by proper medical authority, complete physical checkups will be provided for employees engaged in work that is considered to be hazardous to their health or safety. The extent and frequency of the exams will be determined by the appropriate medical authority. Employees are authorized all available services and benefits provided for in applicable law and regulation.

**Section 12.** Training. Although employees are basically qualified to perform their duties, the Employer recognizes the need for specific training and update training to promote employee safety and a minimum loss of staff hours due to preventable injuries. The Employer agrees to consider training as a means to insure that all bargaining unit employees are informed of safe working habits and practices appropriate to their jobs. Additionally, supervisors shall instruct employees in safe working habits, practices, and procedures with regard to specific job assignments and shall insure that manuals and regulations relating to safety and health are available to all employees

**Section 13.** In the event that the parties agree that a particular work situation may warrant hazard pay differential, but is not covered by an existing hazard pay category established by the Office of Personnel Management, action will be taken to request establishment of an additional category.

Exhibit **0319**
NFFE Declaration

## ARTICLE 33
## SECURITY GUARDS

**Section 1**. The Employer agrees to continue to provide Security Guards with uniform allowances in accordance with the amounts authorized by AR 670-10. The Employer further agrees to continue payment of uniform allowances in accordance with any future changes authorized by AR 670-10 during the life of this agreement.

**Section 2**. All Security Guard uniform articles, regardless of where purchased, will meet the standards and specifications cited in AR 670-10 and will be worn in the manner prescribed. The Employer agrees that in the event that uniforms meeting the requirements of AR 670-10 can be found by employees at a lower cost than is presently being paid, employees will be allowed to purchase said uniforms.

    a. Long sleeve shirts may be worn throughout the entire year by Security Guards. Short sleeve shirts may be worn during the year except for the months established by the Employer for winter uniform.

    b. The Employer agrees to provide Security Guards with weapons, ammunition, and portable radios as required to perform assigned duties. The Employer also will issue flashlights; nylon gun belts; holsters, and keepers; and handcuffs and case.

**Section 3**. Vehicles assigned for use by Security Guards shall be maintained in a safe operating condition by the Employer. Security Guards assigned to operate such vehicles shall report to their supervisors any safety deficiencies noted, and supervisors will take necessary action to correct deficiencies through established procedures.

**Section 4**. The tours of duty for the Security Guard shifts are: Shift 1: 2345 to 0815; Shift 2: 0745 to 1615; and Shift 3: 1545 to 0015. A Security Guard will not be required by the Employer to sign for his/her assigned weapons without due compensation. Weapons normally will be turned in at the end of each shift starting at five (5) minutes past the hour unless the Employer has other duties to be assigned or weapons are required to be turned in at an earlier or later time. All Security Guards are required to attend guard mount. Security Guards assigned to post 11 and M1 patrol who are relieved from their assignments by Security Guards from the oncoming shift will be provided overtime compensation if they are unable to return to the station prior to the scheduled end of shift. When such irregular or occasional overtime work is performed, minutes worked will be rounded up or rounded down to the nearest fifteen (15) minute interval to credit the overtime work. The Employer agrees that Security Guards will be assigned to one of the three (3) shifts upon successful completion of training. To the extent feasible, the Employer will endeavor to schedule days off on a rotating progressive basis for each Security Guard on a particular shift. The Employer agrees to be fair and equitable in its efforts to schedule days off. The Employer also agrees to allow Security Guards to trade days off in accordance with Section 9

68

Exhibit **0320**
NFFE Declaration

of this article. The Union recognizes that due to the trading of days off by Security guards, the goal of rotating progressive days off may not be met by the Employer.

**Section 5.** Grooming standards for Security Guards will be in accordance with the requirements of AR 670-10.

**Section 6.**

a. When the Guard schedule for the following workday has been made and the number of guards assigned to duty is in excess of that required to fully meet security commitments for the next workday, excess personnel may, at the discretion of the supervisor, be granted annual leave if so requested. As far as practicable, distribution of such annual leave shall be made on a fair and equitable basis.

b. When a Security Guard is called back to perform overtime work, but after reporting is advised by the Employer that his/her services are no longer required for such reasons as cancellation of a security commitment, he/she will be authorized callback overtime pay in accordance with applicable law and regulation and will be released from duty by the Employer. If the Employer concludes that there are other security functions or commitments which need to be performed in lieu of the commitment for which the Security Guard had originally been scheduled to perform in an overtime status, the Employer may instruct the Security Guard to remain in an overtime status to perform these other necessary duties.

**Section 7.** Subject to the approval of the shift supervisors, Security Guards may trade shifts provided another qualified Security Guard is willing to trade. However, Security Guards on night shift will be required to report on day shift for such reasons as completing annual physical examinations and mandatory training conducted only during the day shift. When two (2) Security Guards are authorized to trade shifts, they also will be required to trade days off for the entire shift.

**Section 8.** Subject to the approval of the shift supervisors, Security Guards may trade posts and patrols. Such request must be made to the supervisor at least ten (10) minutes prior to guard mount. Personnel trading posts/patrols will be credited with the post or patrol actually worked.

**Section 9.** Subject to the approval of the shift supervisors, Security Guards in the same shift may trade days off provided another qualified Security Guard is willing to trade. Requests for approval to trade days off will be made at least three (3) days in advance of the first day off to be traded. Trades will not be approved if this would conflict with scheduled training or annual physicals.

**Section 10.**

Exhibit **0321**
NFFE Declaration

a. Every reasonable attempt shall be made by the Employer to grant Security Guards two (2) consecutive weeks of annual leave for vacations, if they so desire. Scheduling of such requests for annual leave shall be made during the month of January of each year, and shall be made on a calendar week (Sunday through Saturday) basis.

b. Security Guards shall be allowed to schedule up to two (2) weeks of annual leave during the first scheduling rotation, up to two (2) weeks of annual leave during the second scheduling rotation, and any remaining annual leave during the third scheduling rotation.

**Section 11**. Consistent with mission requirements, the Employer agrees to consider avoiding assigning Security Guards to work more than six (6) consecutive days, unless requested by the employee and approved by the supervisor.

**Section 12**.

a. A Security Guard shall be compensated for every minute of regular overtime work (i.e., overtime work that is part of an employee's regularly scheduled administrative workweek).

b. When irregular or occasional overtime work (i.e., overtime work that is not part of an employee's regularly scheduled administrative workweek) is performed by a Security Guard for less than fifteen (15) minutes, odd minutes shall be rounded up or rounded down to the nearest fifteen (15) minute interval to credit the overtime work.

**Section 13**. Except in emergencies or situations requiring immediate correction of security breaches, the Employer agrees that instructions and directives normally will be routed to Security Guards through the established chain of command for their shift.

70

Exhibit 6
**0322**
NFFE Declaration

The parties hereto have executed this agreement this __12th__ day of __April__ 1996.

FOR THE UNION:

JAMES W. HAWKES
President, Local 2049
National Federation of Federal Employees

FOR THE EMPLOYER:

JERRY L. LAWS
Brigadier General, USA
Commanding General

JEFFREY C. NEWMAN
Director, Site Operations - WSMR
ARL Operations Directorate

EMERY G. WOODARD
Director, TMDE Support
Region 3

MARK E. McCLARY
LTC, DE
Commanding
Dental Clinic - White Sands

J. MARK KIRK
LTC(P), MC
Commanding
McAfee U.S. Army Health Clinic

★U.S. GOVERNMENT PRINTING OFFICE: 1997-374-290/65018

Exhibit 0323
NFFE Declaration

THIS NEGOTIATED AGREEMENT

BETWEEN

HEADQUARTERS U.S. ARMY MATERIEL COMMAND

AND

THE NATIONAL FEDERATION OF FEDERAL EMPLOYEES

LOCAL 1332

Is dedicated in memory of our friends

" Lil"

Ms. Margaret L. Shaw

and

"Bill"
Mr. William H. Ferron

Exhibit 0324
NFFE Declaration

SECTION D.  PUBLICITY.  Management shall post its written policy on troubled employees, news about the program, and assurances or confidentiality for participants on official bulletin boards.  Management shall undertake a publicity effort within the Activity to eliminate any stigma associated with such matters.

SECTION E.  UNSATISFACTORY PERFORMANCE.  Continued unsatisfactory work performance or conduct due to alcoholism or abuse of legal drugs in cases where the employee refuses rehabilitation assistance for his/her condition, or fails to achieve satisfactory results in rehabilitation, will be handled in accordance with the regulatory procedures which govern unsatisfactory work performance or conduct.  Employees who continue to use illegal drugs and refuse counseling or rehabilitation will be removed from the Federal service in accordance with E.O. 12564.

SECTION F.  COUNSELING SERVICE.  The purpose or the Counseling Service is to assist employees to correct or prevent their unacceptable conduct or performance.

SECTION G.  RECOVERY EXPECTATIONS.  Supervisors will consider the professional opinion of the program staff in establishing reasonable expectations for recovery.  Prior to any disciplinary action to an employee enrolled in the program with the knowledge or the supervisor, the supervisor will consult with the program staff.

SECTION H.  ELIGIBILITY AND COSTS.  Eligibility requirements and costs of community rehabilitation agencies will be explored by the Counseling Service for interested employees.

## PART TWO
## HOURS OF WORK

### ARTICLE 13
### HOURS OF WORK

SECTION A.  BASIC WORK WEEK.  The basic work week will consist of five (5) days of eight (8) working hours plus at least a half hour lunch period normally Monday through Friday, except for those employees whose services are determined by the employer to warrant other basic work weeks.  Understanding that employees are professional and dedicated, sign out boards will be used solely to indicate other duty sites (meetings, conferences, etc.), rather that to track breaks such as bathroom, coffee, smoking, or other absences of short duration.  A change in an employee's hours of work shall not be used as a disciplinary action.

SECTION B. COMMAND LOGISTICS OPERATIONS CENTER (CLOC).  During the periods when the CLOC requires staffing over and above the basic work week (Monday through Friday) and the basic eight (8) hour day, the employer will make an effort to preserve eight (8) hours shifts except where it can be demonstrated that work requirements dictate otherwise.

Exhibit **0325**
NFFE Declaration

requirements applicable to the employee for requesting and gaining approval for the use of leave. These requirements may not exceed a period of six (6) months, unless extended or renewed. If the supervisor determines that the employee's record has improved and the aforementioned requirements are no longer necessary, the employee shall be so informed in writing and the copy of the original notice destroyed.

SECTION F. LEAVE CATEGORIES. All other leave categories (listed below, but not all inclusive) will be administered in accordance with applicable law, regulation, or directive:

1. Military leave.

2. Excused Absence.

3. Leave Without Pay (LWOP).

4. Court Leave.

5. Holidays.

6. Leave Transfer Program.

SECTION G. EXCUSED ABSENCE. 1. Management may authorize an excused absence in accordance with applicable regulations to allow for employee participate in activities such as blood donations, civil defense drills, registering to vote, voting, and participation in conferences and conventions where it is in the best interest of the government.

2. Supervisors shall have the option to excuse infrequent absences and tardiness of less than an hour on the part of employees.

SECTION H. FAMILY LEAVE. Employees, in accordance with applicable regulations, may request leave in appropriate categories to care for family members. Family members are those as defined in the rules and regulations of the Family Medical Leave Act (FMLA), and the Family Friendly Leave Act (FFLA).

SECTION I. VOLUNTARY LEAVE TRANSFER PROGRAM. Recognizing that some employees may have use or lose annual leave that may be subject to forfeiture, the Employer agrees to publish a listing of approved voluntary leave transfer program recipients so that employees with use or lose leave may, if they so choose, donate leave to a recipient of their choice.

ARTICLE 18
HAZARDOUS WEATHER CONDITIONS

SECTION A. ESSENTIAL EMPLOYEES. The Employer agrees to maintain a list of positions, which must be manned under all weather conditions. A principal and an alternate will be designated for each such position. Each employee so designated will be notified of the designation and that he/she will be required to report for duty when radio announcements state that only essential employees should report. He/she will also be notified that he/she will be required to remain on duty in the event early release of personnel is authorized due to hazardous weather conditions.

Exhibit 0326
NFFE Declaration

SECTION B. TARDINESS. Under unusually severe weather conditions supervisors may excuse tardiness they consider reasonably unavoidable, up to two hours.

SECTION C. ANNUAL LEAVE. Supervisors should be liberal in granting annual leave to employees who request it during hazardous weather conditions.

## PART THREE
## PERFORMANCE

### ARTICLE 19
### JOB DESCRIPTIONS

SECTION A. POSITION CLASSIFICATION. The Position Classification Program shall be conducted in accordance with Title 5, USC and the Office of Personnel Management (OPM), Department of Defense and Department of the Army regulations. At minimum, at the time performance appraisals are signed, supervisors and managers should review the position description and confirm its accuracy or report needed changes to the Civilian Personnel Advisory Center.

SECTION B. JOB DESCRIPTION. Each employee shall be furnished a copy of the current job description when officially assigned to a position. Likewise, a new or revised job description will be developed and reclassified in the event of significant change(s).

SECTION C. JOB DESCRIPTION MODIFICATION. Whenever management determines that a job description is to be significantly modified to the extent that a bargaining unit employee would lose pay or grade, a copy of the change shall be given to the Union. The Union shall be given an opportunity to negotiate the adverse impact the change has on the unit employee at least thirty (30) calendar days prior to scheduled effective date of implementation. If negotiations on the adverse impact are not completed prior to the scheduled effective date of the personnel action, Management may take the action while negotiations on the impact continue.

SECTION D. DUTIES OUTSIDE SCOPE. Any employee in the bargaining unit who feels that he/she is performing duties outside the scope of the job description or that the job description is inaccurate may request resolution of the matter by the immediate supervisor. The employee may request, and be granted, an audit to resolve specific questions concerning his or her official job description when a complaint regarding the accuracy of the job description, including the propriety of title, series, pay category or grade, exists. The employee is entitled to have a Union representative present during audits, subject to the following:

1. The Civilian Personnel Officer or his or her representative must believe that the resolution of the questions may affect the pay category, title, series, or grade of the position.

2. The accuracy of the official job description must have been specifically questioned by the employee.

3. The employee must specifically request the presence of a Union representative.

Exhibit 7**0327**
NFFE Declaration

## ARTICLE 37
### PROMPTNESS IN PERSONNEL ACTIONS

Individual personnel actions that affect an individual's career, such as, performance appraisals, career program entries, applications for vacancies, allotment entries and similar actions, will be processed in an expeditious manner.

## ARTICLE 38
### DISCIPLINARY ACTION

SECTION A. Disciplinary actions covered by this article include Formal Written Reprimands and suspensions of fourteen (14) days or less. Suspensions of longer than fourteen (14) days, removals, reduction-in-force actions, reduction in grade actions and furloughs of thirty (30) days or less are not covered by this article, but are appealable to the Merit Systems Protection Board.

SECTION B. EMPLOYEE RIGHTS. In the event an employee is issued a notice of proposed suspension, that employee must be afforded and made aware of all his/her rights and privileges. The Employer shall provide the employee concerned two copies of all notices of proposed suspension and formal written reprimands, one copy for the employee and the other for the Union if the employee so desire. The employee and/or representative shall be given the opportunity to review all written records relied upon by the proposing official. Replies to notices of proposed suspension shall be presented within seven (7) work days after the notice is received by the employee.

SECTION C. UNFAVORABLE DECISION. Employees shall be advised of the right to grieve the issuance of a formal written reprimand, or the imposition of a suspension of fourteen (14) days or less under the negotiated grievance procedure.

## PART SIX
### WORK AREA/FACILITIES

## ARTICLE 39
### SAFETY AND HEALTH

SECTION A. GENERAL. The Employer and the Union seek to provide and maintain a work environment conducive to the safety and well being of all employees. The Employer agrees to consider all recommendations of the Union relative to basic policy on safety and health.

SECTION B. EMPLOYEE. It is recognized that each employee has a primary responsibility for his/her own safety and an obligation to know and observe safety rules and practices as a measure of protection for himself/herself and others. The Employer will periodically advise the employees of safety rules and practices to be observed.

Exhibit 7
**0328**
NFFE Declaration

SECTION C.  INSPECTION.  An annual safety and health inspection will be conducted for all areas of the HQ, USAMC facility occupied by USAMC employees. Inspections will be performed in accordance with current regulations. The Union will be offered the opportunity to participate in scheduled inspections by the Safety Office. Management agrees to allow the Union to review records of safety inspection and accident reports relative to HQ USAMC on file in the Safety Office and further agrees to furnish the Union a copy of reports of safety inspections, accident investigations, and safety and health violations in HQ USAMC after their completion subject to the statutes governing the release of information.

SECTION D.  CLIMATIC CONDITIONS.  In areas where climatic conditions reach levels which adversely affect health, safety, comfort, and efficiency as prescribed in appropriate regulations, employees will be granted excused leave when such conditions exist or will be temporarily assigned duties within the building where such conditions are not adverse.

SECTION E.  CLEAN AIR.  Employee complaints concerning the air quality may be made directly to the DOD Building manager.

SECTION F.  REPORTING.  The employer and the Union shall encourage employees to work safely and to report any observed unsafe or unhealthy conditions to the employee's immediate supervisor. All employees in the course of performing their normally assigned responsibilities are encouraged to observe and report unsafe practices, equipment, and conditions, as well as environmental conditions in their immediate areas, which may represent health hazards. Each supervisor or other representative designated by the Employer will take prompt and appropriate action to seek correction of any unsafe or unhealthy condition or action which is reported or observed. Procedures for reporting are contained in AMC-M 385-1. The Employer assures that no degradation or reprisal will be practiced as a result of an employee's reporting an unsafe practice or condition.

SECTION G.  WORKING CONDITIONS.  1. When an employee feels that he or she is subject to conditions so severe that even a short-term exposure to such conditions would be detrimental to health or safety, he or she should report the circumstances to the immediate supervisor and Union Steward. The supervisor and Steward shall inspect the work area to ensure that it is safe before requiring the employee to carry out the work assignment. If any doubt regarding the safety of existing conditions is raised by either the supervisor or Steward, a report shall be made to the appropriate Deputy Chief of Staff and/or Separate Staff Office Chief who will cause a determination to be made by competent authority (Safety Officer) who shall render a report on his/her determination and findings, a copy of which will be provided to the Union and the employee involved. The Union or an employee or group of employees who believes that work is being required under conditions which are unsafe or unhealthy beyond the normal hazards inherent in the operation in question may request a ruling from the Safety Officer prior to filing a grievance. An employee who has a reasonable belief that he/she is in imminent risk of death or serious bodily harm from a work assignment and who does not have sufficient time to seek redress through normal abatement procedures may decline to perform the assignment at his or her own risk of an appropriate disciplinary action.

2. Employees should immediately report to their supervisor all on-the-job injuries or job-related illnesses no matter how slight. For injuries on the Job, employees will be advised of their right to file a claim with the Department of Labor, Office of Workers' Compensation.

3. Management will attempt to give employees who are temporarily unable to perform their regularly assigned duties because of illness or injury but who are capable of returning to or remaining in a duty status, as determined by competent medical authority, work assignments compatible with their physical condition.

Exhibit **0329**
NFFE Declaration

4. As soon as practical after official notification to the nearest of kin, the Employer shall notify the Union President of any serious on-the-job injury involving dismemberment or death of an employee in the unit so that the Union may extend Union benefits to which the employee and/or the employee's family may be entitled.

5. In consonance with the provisions of AR 385-40, on-the-job accident and illness records shall be maintained and reported. A copy of all such records shall be available to the Union subject to the statutes governing release of information.

SECTION H. INSECT CONTROL. It is agreed that the use of toxic materiel for the active control of insects in the HQ, AMC building is undesirable. In lieu of the active approach, a passive approach, such as insect bait that is not harmful to humans and produce no harmful vapors that may pollute the air should be used.

SECTION I. SMOKING. Smoking is not permitted in HQ AMC controlled space. The Employer agrees to provide one (1) outdoors smoking shelter (e.g., Harrison Equipment Company, Model Number 98A746, or equivalent), with the possibility of a second shelter if needed, or a suitable alternative means of protecting smokers from the elements.

## ARTICLE 40
## PHYSICAL MOVES AND INTERNAL CONSTRUCTION OF OFFICES IN HQ AMC

SECTION A. NOTIFICATION. 1. In accordance with Article 33, Mid Term Bargaining, the Employer agrees to provide the Union notification of any anticipated physical moves or internal construction in HQ AMC. The Union shall be invited to attend all planning meetings concerning physical moves of bargaining unit members; relocation of bargaining unit member work stations; or internal construction within the work environment.

2. The Employer agrees to provide to the Union notification ten (10) working days prior to the placement of any contract employees if the placement displaces bargaining unit members.

3. For the purposes of this agreement notification shall include, detail floor plans, schedules, procedures, and any data necessary to the understanding of the anticipated action as appropriate.

4. For the purposes of this agreement construction shall be construed to mean any physical change (construction, appearance, alterations, modifications or demolition) within the HQ AMC work environment.

5. In accordance with Article 33, Mid Term Bargaining, failure of the Employer to provide adequate notification will delay action until the notification requirement is met.

SECTION B. FIRST CHOICE. Employees will be treated as equally as possible regarding the utilization of space, equipment and furniture in accordance with appropriate regulations and subject to space limitations and mission requirements. In this regard, as a result of a directed move or reorganization, regardless of the number of employees, choice of physical location will be given to the senior employees. Certain employees may require placement based upon their function regardless of seniority (e.g., secretary in close proximity to the

53

Exhibit 7
0330
NFFE Declaration

supervisor). However, the physical location of action officers is generally immaterial to the efficient functioning of the work place. In that contractor personnel are not in the bargaining unit, they have no claim to seniority with Federal employee workspace. Seniority will be based on the grade of the employee. Seniority within a grade will be based on the service computation date not adjusted by performance appraisals.

SECTION C. HANDICAPPED. Maximum consideration will be given to those employees with medically documented handicaps, allergies, or other health related problems that require locations near elevators, windows, air vents, etc.

SECTION D. SAFETY AND TRAFFIC. Employees will be situated in a manner, which will cause them the least distraction from traffic as feasible. The Employer agrees to cover or protect telephone and electrical outlets, wires, etc., as far as practical, so that they will not present a safety hazard to employees. Pursuant to Article 39, Section F of negotiated agreement, any unsafe working condition should be reported to the employee's supervisor or other appropriate official for prompt and appropriate action.

SECTION E. MOVING GOVERNMENT EQUIPMENT. Moving office furniture and equipment should be accomplished by the appropriate activity responsible for such work. However, this does not prohibit the Employer from assigning the moving of office furniture and equipment to bargaining unit employees, subject to the provisions of Article 39, Safety and Health (see Section G, Article 39).

## ARTICLE 41
## ALTERNATE WORK SITE

In accordance with governing regulations, the employer may designate an employee's home or personal office as his/her official work place; either full or part time, when it affords mutual benefits provided there is no additional cost to the employer. The supervisor may require the mandatory presence of such employees during specific time(s) to accommodate work coordination and special situations such as meetings, conferences and training.

## ARTICLE 42
## CHILD CARE

The employer agrees to survey the bargaining unit population to determine if there is a sufficient demand for child care services, as per a determination similar to that used on a typical Army installation. If it is determined that the demand is sufficient, the employer agrees to open mid-term bargaining in accordance with Article 33.

## PART SEVEN
## AGREEMENT SECTION

## ARTICLE 43
## DURATION OF AGREEMENT

SECTION A. IN FORCE FOR THREE YEARS. This agreement will remain in full force and effect for three years from the effective date. The effective date of this agreement is July 2, 1999.

Exhibit 7
0331
NFFE Declaration

1 submissions. Do not include previous statements in subsequent steps. Use white bond 8 1/2 X 11 papers, one side only. This format will be used for Steps 2 and 3 in the grievance procedure. A separate memo will be used for each side only. On all subsequent pages enter the subject at the top of each page and page number at the bottom.

**FOR THE UNION:**                                    **FOR THE EMPLOYER:**


GERALD F. BIRCH                                      PATRICIA A. HARRISON
2nd Vice President                                   Chief Negotiator
NFFE, Local 1332                                     HQ AMC



KAREN J. KAY                                         LINDA B.R. MILLS
Chief Steward                                        Office of Command Counsel
NFFE, Local 1332                                     HQ AMC



KOLLEEN I. MCGRATH                                   JOSEPH B. DEELY
Secretary                                            Civilian Personnel Officer
NFFE, Local 1332                                     HQ AMC


APPROVED:  2 July 1999


ROBERT L. CAPECI                                     NORMAN E. WILLIAMS
President                                            Major General, USA
NFFE, Local 1332                                     Chief of Staff
                                                     HQ AMC

Exhibit 7
NFFE Declaration
**0332**