

EXHIBIT

A

# Collective Bargaining Agreement

between

## Overseas Federation of Teachers, AFT, AFL-CIO

and

## Department of Defense Dependent Schools

0473

# ARTICLE 1
# RECOGNITION AND UNIT DESIGNATION

*Section 1.* **Unit Definition.** The Overseas Federation of Teachers, AFT, AFL-CIO is the certified exclusive representative for all unit employees assigned to DoDDS schools located in the Azores (Portugal), Spain, Italy, Greece, Turkey, and Bahrain. This unit includes all nonsupervisory professional school-level personnel employed by the Department of Defense Dependents Schools; excluding all nonprofessional employees, substitute teachers, management officials, supervisors and employees described in Section 7112(b) (2), (3), (4), (6), and (7) of the Statute.

*Section 2.* **Exclusions.** Local National and Third Country National employees are not covered by this Agreement as provided by Section 7103 (a) (2) of the Statute.

# ARTICLE 2
# RIGHTS OF EMPLOYEES

*Section 1.* **Statutory Rights.** By Title 5, U.S. Code 7102, employees of the bargaining unit are afforded the following rights:

"7102. Employees' Rights.

"Each employee shall have the right to form, join, or assist any labor organization, or to refrain from such activity, freely and without fear of penalty or reprisal, and each employee shall be protected in the exercise of such right. Except as otherwise provided under this chapter, such right includes the right -

"(1) to act for a labor organization in the capacity of a representative and the right, in that capacity, to present the views of the labor organization to heads of agencies and other officials of the executive branch of the Government, the Congress, or other appropriate authorities, and

"(2) to engage in collective bargaining with respect to conditions of employment through representatives chosen by employees under this chapter.''

*Section 2.* **Policy.**

a. Any employee in the bargaining unit has the right to bring matters of concern to the attention of appropriate management officials, freely and without fear of penalty or reprisal.

b. Employees have the right to report incidents of fraud, waste, abuse or danger to public health or safety without fear of penalty or reprisals. Before reporting health and safety hazards to officials outside of the local school, the principal shall be notified and provided with a reasonable amount of time to seek corrective action.

c. Aggrieved employees and their designated representatives are entitled to reasonable privacy when discussing matters of personal concern.

*Section 3.* **Right to Representation.**

a. The employee has the right to be represented by the Union during any examination by a representative of the Agency in connection with an investigation if:

(1) the employee reasonably believes that the examination or meeting may result in disciplinary action against him/her, and s/he requests representation.

(2) DoDDS representatives such as Air Force Office of Special Investigations (OSI), Naval Investigative Services (NIS), Army Criminal Investigations Division (CID), etc. must respect the Weingarten rights of employees as stated in *Section 3.a* (1) above.

b. The Employer will inform employees of their right to request and receive representation before any disciplinary

0474

and / or adverse action is imposed or an investigation, examination or review is conducted which they have reason to believe could lead to disciplinary or adverse action. The Employer will inform the employee of this right during orientation week of each school year. In addition this information will be given to individual employees in writing twice each school year, once in September and again in January. This information will also be included in the school's faculty handbook, if one is produced at the school. This notice will also be posted permanently on the school bulletin board.

c. (1) If the requested representation is not available, the meeting will be postponed for a reasonable amount of time until representation is available.

(2) The Agency and the Union will make every reasonable effort to provide another Union representative if a local union representative (LUR) or designee is not available.

**Section 4. Official Records.**

a. Only documents authorized by the Office of Personnel Management (OPM) regulation shall be retained in the employee's Official Personnel File (OPF). All other documents shall be removed. The employee has the right to review his/her OPF and to have all unauthorized material removed. This purging will take place upon proper notification to the Civilian Personnel Office (CPO).

b. Employees will have access to, and are authorized to make copies of documents in their employee file(s) maintained by their supervisors.

**Section 5. Personal Information.** Personal information will be made available to authorized persons only for official use as provided by law, rule, or regulation.

**Section 6. Access to Regulations - at the School Site.** Employees will have access to any regulation affecting personnel policies and practices and working conditions as well as curricular materials pertinent to their teaching assignment which are normally maintained at the local school. Upon request, employees will be provided with a copy of each appropriate document or excerpts thereof.

**Section 7. Warrants or Subpoenas.** If an employee is to be served with a warrant or subpoena while at school during the normal duty day and Management knows in advance, it will make every effort to assure that it will be done in private without the knowledge of other employees or students.

**Section 8. Investigations.** Cross-reference to Article 35. Investigations.

**Section 9. Military Grade Equivalency.**

a. When an equivalent military grade is used for establishing entitlement to housing, travel, accommodations, etc., such grade level determination shall be made in accordance with the following:

| Schedule C,D,E, and F Unit Employees | Equivalent Grade |
| --- | --- |
| Steps 1-10 | 0-3 (GS-11) |
| Steps 11 and above | 0-4 (GS-12) |

b. If the Military Departments place a grade equivalent on unit employee identification cards, the above military equivalent grades shall be used.

**Section 10. Probationary Employees.**

a. In accordance with Public Law 101-376, Civil Service Due Process Amendment, a probationary employee is defined as any DoDDS excepted service employee, other than preference eligible, who has not completed two (2) years of continuous service in a nontemporary appointment.

b. The trial period for temporary employees, who are reappointed or converted to permanent positions, will begin at

12

## ARTICLE 3
## UNION RIGHTS

**Section 1. Statutory Rights.** By Title 5, U.S. Code 7114 (a) (1) and (2) (A) the Union is afforded the following statutory rights:

a. "7114. Representation rights and duties

"(a) (1) A labor organization which has been accorded exclusive recognition is the exclusive representative of the employees in the unit it represents and is entitled to act for and negotiate collective bargaining agreements covering, all employees in the unit. An exclusive representative is responsible for representing the interests of all employees in the unit it represents without discrimination and without regard to labor organization membership.

"(2) An exclusive representative of an appropriate unit in an agency shall be given the opportunity to be represented at:

"(A) any formal discussion between one or more representatives of the agency and one or more employees in the unit or their representatives concerning any grievance or any personnel policy or practices or other general condition of employment."

b. The Union has the right to designate all of its representatives. These representatives may designate someone to act on their behalf. Prior to conducting any formal meeting involving resolutions of grievances and discussions of personnel policies, practices and working conditions, the Union shall be notified.

c. The union shall have the right to present its views, orally or in writing to any Agency, part of the executive branch of government, or to the Congress of the United States.

**Section 2. Committees.** If the Employer at the school or Regional level, establishes a committee to advise on developing or implementing personnel policies and practices, the Union at the appropriate level will be authorized to appoint a representative to said committee.

**Section 3. Personnel Manual.** As the Employer revises the DoDDS Manual on Personnel Policies and Procedures, it will obtain Union input and will submit a draft of the revision to the Union for additional recommendations.

**Section 4. Inter Service Support Agreements.** The Agency will provide two copies of current servicing agreements between DoDDS and the servicing agents.

**Section 5. Meetings.** Each faculty will normally have time reserved for one Union meeting per month held after the duty day during which no other general meeting of the faculty is scheduled. This day will be mutually agreed upon locally by the Employer and the Union.

**Section 6. Rights of Union Representative in Investigations and Examinations.** See Article 35. Investigations.

**Section 7. Authority of Contract.** The provisions of this contract shall have the weight and authority of Agency regulations. Where there is a conflict between this contract and Agency regulations, the contract language will be controlling.

**Section 8. Access to regulations.** If the Union needs access to regulations normally available at the servicing civilian personnel offices of the Military Departments, the Union shall have access to these regulations from the servicing civilian personnel offices of the Military Departments (as provided in the Inter Service Support Agreements with the Military Departments). Access to regulations by the Union will be in accordance with procedures established in this Agreement.

## ARTICLE 4
## RIGHTS OF THE EMPLOYER

**Section 1. Statutory Rights.** By Title 5, U.S. Code 7106, the Employer is afforded the following statutory rights:

13

0476

14

"7106. Management Rights

"a. Subject to subsection (b) of this section, nothing in this chapter shall affect the authority of any management official of any agency—

"(1) to determine the mission, budget, organization, number of employees, and internal security practices of the agency; and

"(2) in accordance with applicable laws—

"(a) to hire, assign, direct, lay-off, and retain employees in the agency, or to suspend, remove, reduce in grade or pay, or take other disciplinary action against such employees;

"(b) to assign work, to make determinations with respect to contracting out, and to determine the personnel by which agency operations shall be conducted;

"(c) with respect to filling positions, to make selections for appointments from—

"(I) among properly ranked and certified candidates for promotion; or

"(II) any other appropriate source; and

"(d) to take whatever actions may be necessary to carry out the agency mission during emergencies.

"b. Nothing in this section shall preclude any agency and any labor organization from negotiating—

"(1) at the election of the agency, on the numbers, types, and grades of employees or positions assigned to any organizational subdivision, work project, or tour of duty, or on the technology, methods, and means of performing work;

"(2) procedures which management officials of the agency will observe in exercising any authority under this section; or

"(3) appropriate arrangements for employees adversely affected by the exercise of any authority under this section by such management officials.''

## ARTICLE 5
## UNION RESPONSIBILITIES

*Section 1.* **Representation.** The Union recognizes its responsibility to represent all employees in the Unit without discrimination and without regard to Union membership.

*Section 2.* **Strikes, Work Stoppages, Slowdowns and Picketing.**

a. The Union recognizes that to call, or participate in a strike, work stoppage, or slowdown or to condone such activity, or picketing of the Employer in a labor management dispute if such picketing interferes with the Employer's operations is illegal under Title 5, U.S. Code, Chapter 71.

b. Informational picketing is defined as picketing which is conducted on non-duty time in a manner which does not interfere with the Employer's operations. Consistent with this subsection the Employer affirms the right of the Union to engage in informational picketing.

## ARTICLE 6
## EMPLOYEE RESPONSIBILITIES

*Section 1.* **Employee Responsibilities.** The Parties recognize the standard applied to professionals and the obligations of employees employed overseas on military installations. An employee's responsibilities include, but are not limited to:

a. reporting to work ready, willing and able to perform his/her professional duties.

b. exercising of self determination in such things as personal appearance, personal beliefs and practices, social and private behavior so long as exercise of this right shows respect for the students, parents, community members whom they serve, and the host nation.

c. familiarizing himself/herself with host nation and servicing military regulations and so conducting himself/herself in accordance with these laws and/or regulations.

15

0477

Section 2. **Outside Employment.** Outside employment shall not adversely impact on the employee's duties.

## ARTICLE 7
## EMPLOYER RESPONSIBILITIES

Section 1. **Information.** The Employer agrees that it will inform employees where to obtain information on such matters as: transportation rights, housing allowances, health and safety procedures, leave procedures, promotion opportunities, Federal Employees' Compensation Act, Standards of Conduct, Incentive Awards, retirement benefits, and Employee Assistance Program.

By August 1 of each school year, the Agency shall provide the Union with a list of CONUS recruits and transferees including work address and assignment. The Agency shall also provide the Union with the names, work addresses and assignments of any new employees including local hires as they become known.

Section 2. **Introduction of Representative.** The Employer will introduce to employees the Local Union Representative during orientation week and thereafter to each new bargaining unit employee assigned to the school.

Section 3. **Agencies Servicing DoDDS.** When the Agency and the Union agree that an error was made or misinformation was given to employee(s), or to the Union, by the Agency or its servicing offices which resulted in employee loss of funds, rights or benefits, the Parties shall jointly request that the employee be made whole by the appropriate authority, normally the Government Accounting Office. This shall apply when there was no indication of fraud, fault or lack of good faith on the part of the employee. This course of action would preclude further grievance arbitration processing.

Section 4. **Orientation Program.** The Employer will develop an orientation program at each school that may include infor-

mation on the Federal Employees' Compensation Act (FECA), housing, hold baggage and household goods, government furniture and appliances, dental and medical facilities, transportation, commissary and exchange facilities, banking, POV registration procedures, local culture, climate, Red Cross, community service organizations, host nation laws, Status of Forces Agreements (SOFA), military regulations, and civilian personnel related matters, etc. The Union may suggest items for orientation of employees related to employment.

Section 5. **School Year Calendar.**

a. The Employer will establish a school year calendar in accordance with DoD Directive 1400.13 and provide it to the Union for comments.

b. Employees are entitled to all holidays as prescribed by Federal law, that may be added by Federal law, and that may be designated by Executive Order. Holidays will be observed in accordance with applicable regulations. Whenever an employee whose regular work schedule requires him / her to work on Sundays or U.S. holidays, s/he shall be paid premium pay in accordance with applicable regulations.

Section 6. **Matters Appropriate for Negotiations.**

a. In exercising the right to make rules and regulations related to conditions of employment, the Employer shall give due regard to, and abide by, the obligations imposed by this Agreement and Title 5 U.S. Code Chapter 71.

b. Conditions of employment means personnel policies, practices, and matters affecting working conditions of employees within the unit. The employer will give timely notice to the Union of changes thereto. Prior to implementation, the Employer will negotiate any newly formulated or proposed change to established personnel policies, practices, and matters involving or impacting on working conditions including reorganization.

16

17

licences, identification and privilege cards, vehicle registrations, authorization for rationed items, and permits unique to the country (i.e. Italian Soggiorno). These forms of support will continue to be provided by the Military Departments and local authorities of the host nation.

(2) Employees will obtain assistance, when necessary (i.e. certification of employee's entitlement to the support), from DoDDS personnel representatives located in the region or the DoDDS Personnel Center.

## ARTICLE 8
## MUTUAL RESPONSIBILITIES

*Section 1.* **Policy.** The parties agree to strive to improve communications between employees and Agency, to promote efficiency and fair treatment of employees, and improve the morale and working conditions of employees. Such efforts will be focused on the goal of making DoDDS a better place for teachers to teach and for students to learn.

*Section 2.* **Transition Assistance.** The parties agree to make every effort to ensure that new and newly assigned employees will have a smooth transition into the school and community.

*Section 3.* **Provisions of Law and Regulations.** In the administration of all matters covered by the Agreement, the Parties are governed by existing and future laws and the regulations of appropriate authorities, including policies set forth in the Federal Personnel Manual; by published agency policies and regulations in existence at the time the Agreement is approved; by applicable policies and regulations of servicing military agencies; and by subsequently published policies and regulations required by law or by the regulations of appropriate authorities.

*Section 4.* **Benefits and Obligations of Law and Regulation.** Benefits granted or obligations imposed upon employees by applicable laws and/or regulations will not be denied or abrogated because of exclusion from this Agreement.

20

## ARTICLE 9
## UNION REPRESENTATION

*Section 1.* **Conduct of Representational Business.**

a. Policy. In the furtherance of good labor-management relations, as provided for in The Civil Service Reform Act, it is understood that officially recognized Union representatives have the responsibility of carrying out representational duties; therefore, Union officials will be granted duty time for the purpose of conducting representational duties.

b. Conduct of Activities. Representational activities may be conducted during times that employees are not instructing students, such as before and after instructional day, during recess, lunch and preparation periods. All representatives recognizing their responsibility as government employees, shall conduct representational business with as much dispatch as possible.

*Section 2.* **Recognition of Representatives.**

a. Listing of Union Officials. The Union will provide the agency with a list of Union officials and representatives including designated Local Union Representatives (LURs) as soon as possible after the beginning of the school year. There will be no more than one LUR per faculty who shall act as the official spokesperson for the Union in that school. The Union has the right to appoint any person to represent it at any school in the Unit, but first will make an effort to appoint an LUR from the faculty of the school s/he represents.

b. OFT officials covered by the agreement may designate another person to act in their behalf. Written advance notice of the designation will be provided to the management official concerned. Any business by the designee and management officials will have the full force and effect as business conducted by the designating OFT official.

c. The union will designate two (2) representatives for the

21

24

quest will be approved by the principal absent compelling circumstances.

**b. Regional Level.** Upon written request prior to the beginning of the school year, two (2) employees, selected by the Union will be released from duty to perform full-time representational tasks as Regional Representatives. As determined by the Union, one full-time employee will be granted full-time official time with the employer paying full compensation for the aforesaid employee and all benefits to which the employee is entitled to as a full-time employee, consistent with law and regulations. The second full-time employee, designated by the Union will be authorized one-half official time, one-half LWOP with the employer paying one-half the compensation for the aforesaid employee and all benefits to which the employee is entitled as a full-time employee, consistent with law and regulations. At the conclusion of their term of office, these representatives will be authorized to return to their former positions at the school to which currently assigned.

**c.** In the event that, at any one school or at the Regional level, the number of formal third party proceedings (arbitrations, ULP hearings, etc.) exceeds the cumulative time under this section, additional time may be granted by the Labor Relations representative(s) for the region.

**d.** Union officials designated to prepare Department of Labor reports, Internal Revenue reports, and other officially required reports will receive not more than one day per year to accomplish this duty.

*Section 4.* **Non-Employee Union Representatives.**

**a.** Designated representatives of the Union, who are not employees of the Employer, may be admitted to the Employer's schools if eligible with military authorities for the following purposes:

(1) Meetings with officials of the Employer

(2) Contract Negotiations

(3) Representation of an employee at any administrative or legal proceeding (i.e., Arbitration, MSPB, EEO, ULP, etc.)

(4) Any other activities specifically authorized by the terms and conditions of this agreement.

**b.** The Union shall provide the Employer with written notification, as far in advance as practicable with the visitor's name, purpose of the visit, expected length of visit, expected time of arrival and departure, and other required information.

*Section 5.* **Permissive Travel Orders.** Upon request, the Employer may provide Union Representatives who are employees of DoDDS with appropriate permissive government travel orders for transportation for the purpose of conducting representational business.

ARTICLE 10

JOINT LABOR MANAGEMENT COMMITTEE MEETINGS

*Section 1.* **Local Level.** The parties agree that at the school level matters appropriate for discussion (personnel policies/practices and working conditions) are best resolved on an informal basis. The Local Union Representative and the principal, or his designated representative, shall meet and confer at reasonable times. Either the Local Union Representative or the Principal may require that there be formal meetings between the principal and such administrator or administrators (but not to exceed three including the Principal) and the Local Union Representative and such other Union representative or representatives (but not to exceed three Union representatives or representatives, including the Local Union Representative) once each month, provided, however, that not more than seven (7) such meetings be required during any school year.

*Section 2.* **Regional Level.**

**a. Policy.** At the Regional Level, the parties recognize that

25

many matters appropriate for consultation and/or negotiation are best resolved informally. To this end the Union and the Agency agree to meet at reasonable times, informally, to resolve day to day concerns. To facilitate planning, a regular set time may be established by mutual agreement. Official time is authorized for these meetings.

**b. Scheduled Meetings.** To facilitate impact bargaining and provide the means whereby the Union may present employee concerns to the Agency formally, scheduled meetings will be held, commencing with the first year this agreement is in effect or earlier upon mutual agreement. These meetings will be scheduled prior to the beginning of the school year; however, by mutual agreement the sites and times may be adjusted to reduce travel costs or facilitate travel.

(1) **Joint Labor Rengagement Committee Meetings.** The Union may nominate five (5) representatives who will be on official time to attend each of the five (5) scheduled meetings. Travel and per diem will be authorized for two (2) Union representatives per meeting except for the meeting held at the duty site of the full-time Representative. One representative attending the meeting at the site of the full-time Union Representative shall be authorized surface travel and per diem. An additional two (2) representatives will also receive a travel day to facilitate attendance.

(2) **Impact and Implementation Meetings.** The Union's full-time representatives or their designees will be on official time to attend the two (2) scheduled Impact and Implementation meetings. Travel and per diem will be authorized to the Union representatives not assigned to the meeting site.

**c. Proposed Changes.** Matters appropriate for consultation or negotiation at the Regional level are personnel policies and practices relating to conditions of employment which are within the discretion of the employer. If the Union wishes to negotiate concerning the implementation or impact on employees of any Management or Union initiated

change, the Union must declare its intent by submitting written proposals to the Agency's representative within a reasonable period after notification of the proposed change.

**d. Agendas and Minutes.** The parties agree to notify each other of the tentative agenda items for each meeting at least fifteen (15) calendar days in advance. Each party will be responsible for keeping its own minutes of the meeting.

**e. Sites of Meetings.**

(1) Joint Labor Management Committee Meetings. The meetings will be rotated among Spain, Italy and Greece/Turkey. One (1) meeting will be held in Spain, three (3) in Italy, and one (1) in Greece/Turkey. One of these meetings will be held at the duty site of one of the full-time union representatives. Only the full-time Union Representative or his/her designee may attend from outside the hosting country. The exceptions to this are (1) for the meeting in Spain one representative from the Azores may attend, and, (2) for the meeting in Greece/Turkey a representative from Bahrain may attend.

(2) Impact and Implementation Meetings. Two (2) meetings will be held in conjunction with the regional meetings. The two I & I meetings held in the region shall be scheduled at a mutually agreed upon time but no later than two weeks following a scheduled JLMC. The site of the I & I will be at the duty site of one of the full-time representatives.

**f. Additional Meetings.** One additional JLMC meeting a year may be scheduled at the request of the Union; however, any travel or per diem will be at the Union's expense.

**Section 3. Permissive TDY Orders.** Unfunded permissive TDY orders will be provided for one JLMC meeting attendee not assigned to the site of the meeting. These orders will cover travel to and from the meeting and the duration of the meeting. The attendee on permissive orders shall be on release time for travel to and from the meeting and while at the meeting.

0481

two-way communications with the appropriate OFT Regional Union Representative.

(2) The OFT Regional Union Representatives will be authorized two-way communications with each other, the DoDDS Personnel Center, the Regional Office, and their Local Union Representatives.

(3) At the Union's request, the OFT Regional Union Representatives will be authorized two-way communications with each other, the DoDDS Personnel Center, the Regional Office and its Local Union Representatives from the two OFT Regional Union Representatives' designated offices if the OFT funds and maintains the necessary remote access hardware and software.

(4) The communications may be used only for representational purposes.

(5) The electronic mail may be routed to school and office "mail boxes" for distribution to individuals. It is understood that the electronic mail messages are accessible for management and technical reasons; however, Privacy Act requirements must be recognized.

*Section 5.* **Faculty Meetings.**

**a.** After the formal close of any faculty meeting, Management shall announce that the Union will be granted at least five (5) minutes time for the purpose of making general announcements. The Agency's representative shall not be present unless requested by the Union. Employees will not be required to remain.

**b.** Any written agenda of the faculty meeting shall include a statement that the Union will be granted 5 minutes after the close of the meeting.

*Section 6.* **School Equipment.** The Union is authorized reasonable use of school duplication, photocopiers, audio visual equipment, computers and word processors, with the approval of the Agency. Use of other school facilities or services not specifically provided by this Article is not authorized.

32

*Section 7.* **Mail Service.** OFT officials may use available mail services at their schools. The Union may add to mail destined for other offices and send the total package in franked envelopes (or its equivalent). The Union will be authorized the use of available mail drops.

*Section 8.* **Reference Section.** The Union is authorized to place reference materials which it provides to its unit members in the unit schools. Professional journals, magazines, books, and other periodicals and publications will be locally selected and procured depending upon current department interests, needs and available funding. The location of these materials shall be decided by mutual agreement between the school principal and the Local Union Representative.

## ARTICLE 13
## INFORMATION TO THE UNION

*Section 1.* **Request for Information.** Normally: (1) Oral requests for appropriate information from the Employer shall be responded to with oral replies; (2) Local Union Representatives will request information from principals; (3) the Regional Union Representatives will request information from the Regional Office; and (4) requests for information from the Regional Office will be addressed through the Management Employee Relations Branch by the Union.

*Section 2.* **Union Access to Regulations.** The Employer agrees that the Union will have access to regulations relating to personnel policies, practices, and matters affecting working conditions maintained at the school level or the Regional level. It is understood that for the purposes of this section, regulations include official directives, pamphlets, instructions, and manuals. Upon request, the Union will be provided a copy of any regulation or appropriate portions thereof, if available, at the school or regional level.

33

0482

**b. Definition.** A vacancy, for the purpose of this Agreement, is defined as any unfilled funded position for which recruitment is intended.

**c.** Prior to submission of a vacancy to outside recruitment, the principal will review applications from unit employees who wish to be reassigned to known or anticipated within school or school complex vacancies. Unit Employees who are fully qualified may request reassignment within the school or school complex and be given consideration for any vacancies that occur.

**d.** Upon receipt, vacancy announcements from other regions will be posted until their closing dates. Copies of vacancy announcements shall be provided to the Union officials at Local and Regional level.

**e.** Applicants not selected under Inter Regional Transfer Program (IRTP), who have indicated placement interest within DoDDS, will have their names added to the list of voluntary reassignment candidates for DoDDS locations listed on their IRTP application. Persons who want consideration for positions or locations not listed on the IRTP application, may request such consideration by submitting a letter to the Regional Director.

*Section 3.* **Temporary Promotions.** A unit employee who is temporarily assigned to a position classified at a higher pay rate shall be given a temporary promotion on the thirty-first (31st) calendar day of the assignment, provided that the unit employee meets qualification requirements for the position.

*Section 4.* **Review Rights.** Upon request, the Union may review applications, listings of vacancies identified by the Employer for recruitment, and listings of the manner in which vacancies were filled, including names.

*Section 5.* **New positions.** Whenever new positions are established within the Bargaining Unit (i.e.: Instructional (Peer)

Coach, TST Trainers, Computer Coordinators), the Union will be informed of:

(1) the establishment of the position
(2) the position description
(3) the qualifications for the position
(4) the responsibilities of the position
(5) the selection procedures to include the ranking factors.

## ARTICLE 15
## REASSIGNMENTS

*Section 1.* **Policy.** The Union and the Employer agree that the reassignment process will be governed by law and regulation. The impact and implementation of any changes in eligibility requirements and reassignment procedures will be negotiated with the Union.

*Section 2.* **Definition.** A reassignment is the change of the assignment of an employee from one position to another position without promotion or demotion (that is no increase or decrease in the pay of the position).

*Section 3.* **Annual Survey of Intent.**

**a.** Each school year the Agency will survey employee interests for the following school year.

**b.** The Agency will provide the Union a copy of the survey results upon request.

*Section 4.* **Reassignment Options.** Employees may request reassignment anywhere within DoDDS for any reason.

*Section 5.* **Acceptance of reassignment.** An applicant may withdraw from the program without penalty if Agency receives the withdrawal from the unit employee or the Union prior to the beginning of that transfer round.

0483