*Section 6.* **Compassionate Reassignments.** Employees may request special consideration for reassignment for personal reasons / conditions. The request should include supportive documentation. Requests will be reviewed by the Employer on a case by case basis. Upon request, Agency and a Union Representative and/or the employee will meet to discuss the merits of a compassionate transfer.

*Section 7.* **Requirement for Transportation Agreement.** Employees may request reassignment within DoDDS regardless of completion of a current Transportation Agreement, however, when reassigned, employees must sign a new Transportation Agreement for the location to which assigned.

*Section 8.* **Information to the Union.** Upon request, the Agency will provide the Union the following information:

a. A list of employees who have requested reassignment within DoDDS that includes: name, present teaching assignment and location, if spouse reassignment is a condition, school and country requested and positions for which certified.

b. A list of vacancies reported to DoDDS for the Transfer Program and CONUS recruitment.

c. A listing of unfilled positions as of 1 June.

d. Upon request, DoDDS will provide the Union with a copy of all known and anticipated openings.

*Section 9.* **Transfer Program.**

a. Management will make every reasonable effort to notify employees who have been declared surplus or excess in time to participate in the DODDS transfer program.

b. If the Agency changes the criterion of the World-Wide Transfer Program from Service Computation Date (SCD) to a point system or any other system, the Agency will notify the Union.

c. Transfer applications will be distributed to employees by the Agency.

38

---

d. When available, the Union will be provided a listing of positions that were offered and accepted or declined and a list of positions which remain unfilled.

e. A subsequent list of transferees in and out of the Region as well as Stateside hires will be provided to the Union at the start of each new school year and at the end of each fiscal year.

f. A Union Representative shall be provided with the opportunity to be present at all transfer meetings/rounds involving the placement of employees through the transfer program. The Union will be notified by the Agency as to when the program will be held.

*Section 10.* **Involuntary reassignments.**

a. While involuntary reassignments shall be kept to a minimum, pursuant to the Employer's education mission, it may become necessary to involuntarily reassign a unit employee either from one school location to another school location or from one assignment in one grade/subject area to another grade/subject area with different qualification standards from the grade/subject area currently being taught. Normally, the Employer shall accomplish such reassignments through the use of qualified volunteers who shall have two duty days in which to respond. Whenever qualified volunteers are not available, an individual may be selected for involuntary reassignment with as much advance notice as circumstances warrant. The written notice of involuntary reassignment will contain the following as a minimum:

(1) reason(s) for the reassignment;
(2) why the unit employee was selected;
(3) an opportunity for the individual to give reasons why he/she should not be reassigned. In this statement, the individual should include any extenuating circumstances of a personal nature which he/she feels should be taken into consideration.
(4) that the employee has not less than three duty days in which to respond as per 12.b(3).

39

**b. Rights of involuntarily reassigned excessed employees prior to Permanent Change of Station (PCS).** When an employee has been involuntarily reassigned to a position that he/she did not request and another position becomes available for which the employee is qualified, the displaced employee shall be given the opportunity to accept the new position provided a permanent change of station has not taken place.

**Section 11. Drawdown Procedures - Within School Complex.** Nothing in this article shall prevent unit employees from participating in the World-Wide Transfer Program.

a. In the event of a staff drawdown / realignment necessitated by declining enrollment, or changes in the program, DODDS management first shall notify the faculty of the situation immediately. The staff should be briefed on the following:

  (1) actual staffing requirements
  (2) actual staffing reductions
  (3) procedures for local placement of teachers
  (4) procedures for Regional placement of teachers

b. Teachers who are identified as SURPLUS (EXCESS) will be placed as follows:

  (1) reassignment within the school/school complex, in accordance with this Article on Reassignments,
  (2) reassignment within the district, utilizing the same procedures as outlined in Section 12 of this Article on school closures.

c. A Reassignment Questionnaire (with an identification of school/ school complex, and areas within the Region as available for preferences) will be used by all excess / surplus teachers.

d. Unit employees who volunteer will receive consideration as described in b. above, in accordance with the following criteria:

  (1) earliest Service Computation Date (SCD)
  (2) length of service at current location

40

---

The Union will designate a representative who will be given the opportunity to be present during the placement process.

e. Surplus / excess unit employees who cannot be placed within the District will be identified to the DoDDS Personnel Division for reassignment assistance world-wide, in accordance with Section 12 on school closures.

**Section 12. Drawdown Procedures - School Closures, etc.** Nothing in this article shall prevent unit employees from participating in the World-Wide Transfer Program.

a. Policy. The procedures of this section will be used for eligible unit employees within a school that closes, reduces in size, or consolidates, and for eligible unit employees who are identified as SURPLUS / EXCESS in a school undergoing staff reduction and who cannot be placed under Section 11 of this Article.

b. The Agency will notify the OFT of planned closure and / or manpower surplus at an affected school(s). The notification will include the name of the school, the positions affected, and staff members affected, including copies of manpower authorization documents.

c. Designated representatives of the OFT and DoDDS may jointly meet with affected employees. At this meeting, the affected employees shall be advised of their rights and obligations resulting from the school closure and / or drawdown, and will be provided with an application (see Appendix A), that must be submitted to their school principal within five (5) workdays of receipt. DoDDS will forward copies of all applications to the two full-time OFT representatives.

  (1) The Agency will provide the OFT full-time representatives with a list of NTE positions which exist within DoDDS at the time the applications are being distributed. Manpower vouchers for the current School Years (SY) as well as subsequent School Years, when finalized, will be given to the OFT full-time representatives.

41

0485

42

(2) When placements are to be made, NTE and other available positions will be listed by the category numbers used in the transfer program. Vacancies at the secondary level shall be listed by half-time teaching assignment, if applicable, so as to permit filling of vacancies by combining any two half-time assignments.

(3) In order to insure that the maximum number of vacancies are available for placement purposes, local recruitment in DoDDS may be frozen in those locations indicated by affected employees as their preferences.

(4) Each applicant and the principal shall jointly verify the teaching categories for which the applicant is qualified. Any disputes shall be submitted to the DoDDS Personnel Staff for determination. The OFT full-time representatives, or their designees, are authorized to participate in reviewing the employee's qualifications and provide input.

(5) Applicants shall be deemed to be qualified for any position for which they are currently certified.

(6) By means of the Reassignment Questionnaire, unit employees shall be given the opportunity to apply for vacancies by School. Consideration for priority placement shall be given to applicants who request special circumstances on the Reassignment Questionnaire. Applicants will be processed beginning with unit employees having the earliest Service Computation Date (SCD). In the event two or more qualified unit members have the same SCD, the following tie-breaking criteria apply:

  (a) length of service at current location
  (b) credits earned toward qualification for position

(7) Two teachers who are members of the same household / family, shall be able to apply separately with each using their own SCD or they can average their SCD. In both cases, reasonable efforts will be made to place such applicants at the same school or within a reasonable commuting distance.

d. Unit employees reassigned pursuant to these procedures shall not lose accumulated transfer points.

e. Unit employees reassigned pursuant to these procedures who are completing one year of a two year transportation agreement shall be entitled to a Permanent Change of Station (PCS) move to their new duty station. In accordance with JTR, Volume II, C4164, 2.b, the first school year of service at their new location will complete the second consecutive school year of service required under their two year transportation agreement.

f. If no offer can be made (based on the unit employee's preferences as identified in the application) the affected teacher shall be given priority consideration to any vacancy that becomes available in any of the unit employee's preference school/areas until May 1st of the affected SY. In the event an employee has not been placed within his/her preference areas by May 1st of the affected SY, the two (2) alternate school/area preferences will be considered (refer to Appendix A: Reassignment Questionnaire). If an offer cannot be made by June 1st of the affected SY, within the employee's preference, taking into consideration the two alternate areas of preference, the employee may be reassigned to a vacancy anywhere in the region. If the employee cannot be assigned within the region, the employee will be referred to the World-Wide Transfer Program as excess, if the employee cannot, the employee will be issued a Reduction In Force (RIF) notice and placement will be in accordance with Article 29 of this Collective Bargaining Agreement. Any separation action will be effective no earlier than the last duty day of the affected SY.

g. Acceptance or rejection of assignment must be provided by the employee, in writing, to the school principal, within five (5) working days absent circumstances beyond the employee's control. The unit member must present the school principal with a request, in writing, for an exten-

43

sion of time to reply. Failure to either accept / reject or to contact the school principal for extension will result in withdrawal of the offer.

**b.** The OFT full-time representatives, or their designees, will be notified of, and given an opportunity to attend and monitor all placement efforts within DoDDS. It is anticipated that management will attempt to provide the union this opportunity once each week until all applications are processed. When, and if, additional vacancies exist at the time the OFT full-time representatives, or their designees, will be given to them. The Agency will normally process these applications as they are received and the Union will visit the DoDDS Regional Office, a copy of the vacancies be given an opportunity to observe.

## ARTICLE 16
## TEMPORARY - NOT TO EXCEED (NTE)
## Full and Part Time Appointments

**Section 1. Conversion Policy.**

**a.** Employees appointed in an overseas area to positions will be in accordance with DoD Directive 1400.13. Upon satisfactory completion of a cumulative period of eight (8) calendar months during one or more school years in a part or full-time position with the DoD Overseas Dependents Schools System, the employee may be converted to an Excepted Appointment-Conditional at the end of the current school year.

**b.** A fully qualified employee appointed in the United States or one who has previously served at least eight (8) calendar months in a part or full-time position with the DoD Overseas Dependents Schools System will, upon appointment to a continuing part or full-time position, be given

44

an Excepted Appointment-Conditional, unless eligible for an Excepted Appointment without condition.

**Section 2.** NTE's (full or part-time) are eligible to sponsor extra curricular activities and attend DoDDS workshops.

## ARTICLE 17
## COMPENSATION AND BENEFITS

**Section 1. Teacher Salary.** In accordance with the Statute (PL 86-91 as amended by PL 89-391) the basis of teacher salary will be fixed at rates equal to the average of the range of basic compensation for similar positions of a comparable level of duties and responsibilities in urban school jurisdictions in the United States of 100,000 or more population. Upon receipt of salary schedules, the Employer will furnish the Union a copy. Employees shall be given the option of receiving their yearly salary on the basis of 21 pay periods (over ten months) or 26 pay periods (over twelve months).

**Section 2. Housing Allowances and Differentials.**

**a.** In accordance with DOD Directive 1400.13, entitlement of employees to quarters, quarters allowances, cost of living allowances, and post differentials shall be determined in accordance with Standardized Regulations (Government Civilians, Foreign Areas) issued by the Department of State, April 1961, as amended, and other appropriate regulations, except that other provisions as described in this article shall apply.

**b.** Eligibility for transportation benefits shall be determined in accordance with the Joint Travel Regulations, Volume II, and other appropriate regulations.

**Section 3. Temporary Living Allowance and Living Quarters Allowance for Newly Arrived Employees.**

45

0487

(3) Identify the critical elements of the employee's position for which performance is unacceptable.

(4) Inform the employee where the material relied upon for the proposed action may be reviewed.

(5) Inform the employee of the right to reply orally or in writing, or both within fifteen (15) calendar days after receipt of the notice of proposed action.

i. The notice of proposed action shall be based upon the employee's performance during the rating period.

j. If otherwise in a duty status, an employee against whom a notice of proposed action has been issued and his/her representative shall be entitled to two (2) days of official time to prepare a response.

*Section 6.* **Selection and Change of Evaluator.** Where more than one evaluator is available to supervise employees, the employee may request a change in evaluator.

## ARTICLE 29
## REDUCTION IN FORCE

*Section 1.* **Definition.**

a. **Reduction-In-Force.** In accordance with FPM 351, a Reduction-in-Force is when an employee is released from his/her competitive level by separation, demotion, furlough for more than thirty days, or reassignment requiring displacement, when lack of work or funds, reorganization, reclassification due to a change of duties, or the need to make a place for a person exercising re-employment from LWOP, ARR or Sabbatical Leave requires the release of the employee.

b. **Transfer of Function.** In accordance with 5 CFR 351, a transfer of function means the transfer of the performance of a continuing function from one competitive area and its addition to one or more other competitive areas or the movement of the competitive area in which the function is performed to another commuting area.

c. **Reorganization.** In accordance with 5 CFR 351, reorganization means the planned elimination, addition or redistribution of functions or duties in an organization.

d. **Competitive Area.** In accordance with FPM 351, the standard for a competitive area is that it include all or part of any agency in which employees are assigned under a single administrative authority. Described geographically or organizationally, or both, the competitive area outlines the boundaries of Reduction-In-Force competition. For the purposes of the Agreement, the competitive area is established as the District Superintendent Level.

e. **Competitive Level.**

(1) In accordance with FPM 351, each Agency shall establish competitive levels consisting of all positions in a competitive area and in the same grade or occupational level which are sufficiently alike in qualification requirements, duties, responsibilities, pay schedules, and working conditions, so that an Agency readily may assign the incumbent of any one position to any of the other positions without changing the terms of his appointment or unduly interrupting the work program.

(2) When DODDS considers the effect of qualifications on the composition of a competitive level, the concern is not with the qualifications a unit employee possesses but with the qualifications required by the duties and responsibilities of the position as stated in the official position description.

f. **Retention Register.** In accordance with FPM 351, all competing employees officially assigned to positions in a competitive level are listed on a retention register for that level, including those on paid and unpaid leave, or as otherwise prescribed by FPM. The relative retention standing of

competing employees on retention registers is established in the following descending order:

(1) By groups, the order is Group I (career employees); Group II (career-conditional employees and those serving a trial period); and Group III (temporary or indefinite appointments).

(2) Within each group the order is subgroup AD (preference eligible employee who has a service connected disability of 30% or more); subgroup A (preference eligible employees); and subgroup B (nonpreference eligible employees).

(3) Within each subgroup, retention standing begins with the employees having the earliest service date.

Section 2. **Notice to the Union**. The Employer shall normally inform the Union upon determination that a Reduction-In-Force will occur at least fifteen (15) days prior to official notification to employees. The Employer will provide the Union with reason(s) for the Reduction-In-Force, the number of positions to be eliminated and the proposed effective date. Agency will also provide to the Union a copy of:

a. an initial register, when available

b. information and / or communication between various levels of the Agency regarding changes to, or abolishment of, positions

c. the official manning authorization pertaining to civilian employees in the bargaining unit

d. directives in the possession of the Agency from higher authorities requiring an official reduction-in-force.

Section 3. **Negotiation on RIF Procedures**. Upon receipt of preliminary written notification of anticipated reduction-in-force affecting bargaining unit employee(s), the Union shall have the option of negotiating the implementing procedures to be used during the anticipated reduction-in-force of bargaining unit employees.

94

Section 4. **Notice to Employees**. Every reasonable effort will be made to provide notification of RIF, so that affected employees will have an opportunity to participate in the Inter Regional Transfer Program.

Section 5. **Reduction-In-Force Procedures**.

a. The Agency agrees the Reduction-In-Force (RIF) actions shall be carried out in compliance with provisions of 5 CFR 351.

b. An employee receiving a Reduction-In-Force notice shall be entitled to a copy of the applicable retention register upon request. An employee in the unit may, if s/he so requests, be accompanied by a Union representative. The Employer will provide the union with a copy of applicable retention registers of affected employees.

c. The Employer will notify the affected employee of the negotiated grievance procedure available to him/her in the notice to release him/her from the competitive level.

Section 6. **Employee Counseling**.

a. The Parties both agree to provide counseling and assistance to employees who are identified for separation through a Reduction-In-Force.

b. Affected employees will be provided information concerning retirement, severance pay, health and life insurance, return transportation, and other entitlements from the servicing civilian personnel office.

c. The Employer will notify ODS and other regions of the names and qualifications of employees released from their competitive level and request assistance in placing such employees. Such employees will be given first priority consideration for vacancies for which they qualify in the Region. When employees are equally qualified, the service computation date shall be used to determine who is selected.

d. To the maximum extent allowable under law and appropriate regulations, acceptance of a temporary position

95

0489

by an employee on the reemployment priority list will not affect his/her status on the list for his/her eligibility for reemployment in a permanent position.

e. Any employee involved in a RIF shall be permitted upon request to have his/her health benefits and life insurance plans converted in accordance with the provisions of the Federal Personnel Manual and applicable statutes.

*Section 7.* **Minimum Impact.** The Agency will conduct meaningful negotiations with the Union concerning efforts to minimize the adverse effects of a RIF on employees. The Agency will consider reasonable alternatives to Reduction-In-Force in an attempt to minimize impact on employees, which include: that certain vacancies not be filled by recruitment; that regular employees may displace temporary (NTE) employees in any field for which they are qualified and the latter will be separated; that no conversions of employees (who are temporary) to regular appointments will be made at the end of the school year; that employee requests for retirement be expedited.

*Section 8.* **Acceptance of Reassignment.** Employees will be given five (5) workdays in which to accept or reject a reassignment.

*Section 9.* **Repromotion Consideration.** Employees, such as counselors and psychologists, who are reduced in grade or salary through Reduction-in-Force, will be given priority for consideration in vacancies to which they qualify at their former grade for a period of two (2) calendar years from the effective date of the employee's reduction in grade.

*Section 10.* **Re-employment Consideration.** For those employees who are separated through Reduction-in-Force, the Employer will establish a re-employment priority list. Such employees will be considered prior to filling the position from other sources.

# ARTICLE 30
# DISCIPLINE AND ADVERSE ACTION

*Section 1.* **Policy.** The Employer will exercise reasonable judgement to ensure the discipline is in proportion to the nature of the offense consistent with the concept of progressive discipline.

a. Considerations.

**(1) Guidelines.** There are many disciplinary situations and a wide varity of penalties. In deciding what action to take, careful judgement must be used so that the penalty is not out of proportion to the character of the offense, especially a first offense, and to assure that the penalty is imposed with consistency and equity. Factors which may affect the selection of the appropriate penalty include those established by Douglas v. Veteran's Administration, 5 MSPB 313 (1981), commonly referred to as the "Douglas Factors." These factors are listed in Section 10 of this Article.

**(2) Schedule of offenses and penalties.** DS Regulation 5751.9 provides guidance on the selection of appropriate disciplinary action for typical offenses. Normally, a progression of disciplinary measures applies in an effort to correct an employee's conduct.

**(3) Mitigating, unusual, or aggravating circumstances** shall be considered in determining a proper disciplinary action. Disciplinary actions or adverse actions are to be taken without prejudice. Such considerations as, but not limited to, the employee's position, length of service, prior disciplinary actions, state of health, state of family and, personal conditions, shall be taken into consideration prior to proposing any disciplinary action.

b. **Explanation Required.** The employee shall have an opportunity to explain the events before the Agency initiates a disciplinary or adverse action.

c. **Stay of Removal Action.** If the decision to remove an employee is grieved, the action taken will be in accordance

0490

with Article 33, Arbitrations, Section 3.b. The removal will be stayed pending the completion of the grievance and the arbitration process.

*Section 2.* **Definitions (in alphabetical order).**

**a. Adverse action.** Action taken against an employee which either affects continued employment, grade, or pay or establishes a record of disciplinary action in the employee's Official Personnel Folder. Adverse actions may be taken against an employee only for such cause as will promote the efficiency of the service. Just cause is necessary as a basis for an adverse action, and the action must be determined on the merits of each individual case. Adverse actions are suspensions for more than fourteen (14) days, reduction in grade or pay, furloughs for thirty (30) days or less, and removals, which may be grieved under the negotiated procedures or appealed to the Merit Systems Protection Board.

**b. Counseling.** Communication from the Employer to the employee concerning deficiencies in conduct, attitude, or performance. As utilized in the Article, counseling shall encompass any form of corrective or directive communications, written or oral. Written counseling or notation of oral counseling will not be made a part of the employee's Official Personnel Folder.

**c. Day.** Calendar day.

**d. Deciding Official.** The supervisor or manager who decides what action to take on proposed disciplinary or adverse actions.

**e. Disciplinary Actions.** A disciplinary action is normally initiated by the immediate supervisor or manager of the employee being disciplined. An oral admonishment is a discussion between a supervisor and employee as a result of an offense which does not, by itself, warrant a reprimand. The employee shall have the right to make a written rebuttal for the record. Disciplinary actions consist of oral admonishments, letters of caution, letters of reprimand, and

suspensions of 14 days or less. For suspensions of 14 days or less, the action consists of two-steps, with a proposing official and a deciding official. The deciding official may uphold, mitigate, or fail to uphold a proposed action.

**f. Letter of Caution.** A written warning by an appropriate official that continued improper conduct may lead to formal disciplinary action. Letters of caution are not formal disciplinary actions. A letter of caution may not be kept in the employee's OPF. It may be kept in the teacher's file for not more than one calendar year.

**g. Letter of Reprimand.** A formal written disciplinary remedy by an appropriate official for an employee's improper conduct.

**h. Oral Warning.** The oral warning by an appropriate official that continued improper conduct may lead to formal disciplinary action. Oral warnings are informal and called minor corrective actions. The supervisor has the option of making an informal record of date of discussion and subjects covered and provides it to the employee within five (5) duty days of date when the discussion occurred. Such notation will be kept in the school file only.

*Section 3.* **Discipline and Adverse Action.**

**a. Discipline shall be corrective.** The primary emphasis of disciplinary action is correction, development, and rehabilitation.

**b. Pre-Action Investigation.**
[Cross reference to Article 35. Investigations]

**c. Investigative Interview.**
[Cross reference to Article 35. Investigations]

**d. Designation of Representative.** When an employee designates the Union to be his/her representative in a disciplinary or adverse action, the employee will furnish, in writing to the supervisor or appropriate management official, the name and address of said representative. Copies of all correspondence sent by the employer to the employee will be

98

99

furnished to his/her union representative. In addition, copies of all material relied upon to support the disciplinary or adverse action will be made available to the union representative.

**e. Employee Rights.** Employees have the right to grieve any action described in this Article. [Cross reference to Removal Actions of Article 33, Arbitration]

**f. Equitable Discipline.** All discipline shall be for just cause and consistent with applicable laws and regulations. The Employer recognizes the principle of progressive discipline.

**g. Response Authorized.** A reasonable time, to answer orally and in writing and to furnish affidavits and other documentary evidence in support of the answer.

*Section 4.* **Documents and Information.**
If disciplinary action is initiated, the Employer will provide the employee and/or the Union any information relied upon in proposing disciplinary action. Upon request and in accordance with applicable law, the Employer will provide the Union any material gathered in the investigation but not relied upon. Where information is retained by other investigative agencies such as OSI, CID, and NIS and not in the possession of the Employer, the Employer will make a good faith effort to obtain the information for the Union.

*Section 5.* **Specific Actions.**

**a. Proposal Letter.** In the proposal letter for the action, the following is adhered to:

(1) The notice of proposed action is clearly identified as a "proposal" and not a final decision.

(2) The necessary degree of specificity has been included in the narrative statement of offense to ensure employee understanding of the reasons for the proposal.

(3) The notice of proposal provides copies to the employee of all documentary evidence used to support the proposed action.

100

(4) The notice of proposal provides the employee with a reasonable period of time to respond to the notice, both orally and in writing, and to furnish affidavits and other documentary evidence in support of such reply.

(5) The notice of proposal provides a specific statement that the employee will remain in a normal duty status pending decision.

(6) The notice of proposal advises the employee of the right to designate an attorney or other individual as a representative. This designation should be made in writing, and provided to the deciding official.

(7) The notice of proposal identifies the deciding official, by name, address, and telephone number, as the individual to whom any oral and/or written reply must be made. In cases where the deciding official is located outside the employee's commuting area, oral responses shall be in compliance with this Article.

(8) The notice of proposal identifies any past disciplinary actions which were considered in proposing the action.

(9) The notice of proposal states that an extension to the reply period may be granted for justifiable reasons. Upon request, giving justifiable reasons, the Agency will grant an extension of a reasonable amount of time. A request for extension must be submitted in writing to the deciding official prior to the expiration of the reply period.

**b. Deciding Official.** A Deciding Official shall:

(1) Consider only the charges and reasons for the proposed action specified in the notice of proposal. This may include a review of all information relied upon and referred to in the notice of proposal. A deciding official also may conduct a personal investigation if necessary.

(2) The deciding official will endorse the concepts described in Section 3, f.

101

0492

(3) Give full consideration to any oral and/or written reply received from the employee or his/her representative.

(4) In deciding whether or not the proposed action is warranted, give full consideration to any aggravating or mitigating factors.

**c. Decision Letter.** A final decision letter must include at least:

(1) A statement that a reply was received from the employee and that the reply was considered, or, in the alternative, a statement that no reply was received from the employee.

(2) A specific statement that the proposed action is sustained, not sustained, or reduced/modified, and the reason for the decision. If the proposed action is sustained, the final decision letter shall include mention of any aggravating or mitigating factors which were considered by the deciding official. These should include any applicable factors listed at Section 10 of this Article.

(3) A statement of the effective date of any action arising from the final decision.

(4) A statement of the employee's appropriate grievance/appeal rights.

**d. Letter of Reprimand.**

(1) Before issuance of Letter of Reprimand. Prior to initiating a letter of reprimand, the supervisor will normally meet with the employee to investigate and explore all circumstances concerning the alleged misconduct. The supervisor should:

(a) Inform the employee of his/her right to have a Union representative present and must afford the employee the opportunity to be accompanied by a Union representative.

(b) Attempt to ascertain all facts involved in the matter being investigated.

(c) Determine any mitigating circumstances and allow the employee the opportunity to explain fully the act being investigated.

(d) Based on an analysis of all information gathered, the supervisor must decide if a letter of reprimand is warranted.

(2) Issuance of Letter of Reprimand. A letter of reprimand will contain the following:

(a) The offense is described in sufficient detail to facilitate a reasonable understanding of the basis for issuance. This should include at least a narrative description of the circumstances involved in the incident(s) giving rise to the letter, including times, locations, dates of events, and any witnesses who provided statements.

(b) If pertinent to the incident(s) contained in the letter, a delineation of past counseling of other attempts to correct the employee's behavior may be included, but only if they occurred within the time limits described in this Article.

(c) A warning that any recurrence of the misconduct may result in more severe disciplinary action.

(d) A statement providing the maximum period of time that the letter will remain in the employee's Official Personnel Folder from one to three years. Nothing in this Article prevents management from removing this prior to the expiration date.

(e) If appropriate, the availability of remedial resources to assist the employee in preventing recurrences.

(f) A statement advising the employee of his or her grievance rights relative to a letter of reprimand.

**e. Suspension for fourteen (14) days or less.**

(1) An advance written notice will be issued which states:

0493

(a) the specific reasons for the proposed action,

(b) the name, title, address, and telephone number of the individual designated to receive an oral and/or written reply,

(c) the amount of time the employee has to reply, but not less than ten (10) duty days, this time limit shall not commence until the employee and/or representative have received the material described in sub-section (d) below, and

(d) the right of the employee or the employee's representative to receive a copy of the material which is relied upon to support the reasons given in the notice.

(2) Right to Representation.

(a) If otherwise in a duty status, an employee against whom this disciplinary action is proposed and his/her representative shall be entitled to one-half (1/2) day of official time to prepare a response.

(b) The employee shall have the right to make an oral and / or a written response.

(c) Responses Authorized. A reasonable time, to answer orally and in writing and to furnish affidavits and other documentary evidence in support of the answer.

(3) A written decision notice will be issued which:

(a) specifies which of the reasons identified in the advance written notice have been supported and the reasons therefore,

(b) is made after consideration of any reply made on behalf of the employee or lack of reply,

(c) is signed by an official in a higher position than the official who signed the proposed notice,

(d) specifies the employee's right to file a grievance under the negotiated grievance procedure, and

104

(e) is delivered to the employee and his/her representative before the effective date of the action.

f. Suspension for more than 14 days, reduction in grade or pay, furlough for 30 days or less, and removal.

(1) An employee is entitled to 30 calendar days advance written notice.

(2) The advance written notice will include:

(a) the specific reasons for the proposed action,

(b) the name, title, address, and telephone number of the individual designated to receive an oral and/or written reply,

(c) the amount of time the employee has to reply, but not less than ten (10) duty days, this time limit shall not commence until the employee and/or representative have received the material described in sub-section (d) below,

(d) the right of the employee or the employee's representative to receive a copy of the material which is relied upon to support the reasons given in the notice, and

(e) upon request, giving justifiable reasons, the Agency will grant an extension of a reasonable amount of time.

(3) (a) In addition to the above, the employee is entitled to be represented by an attorney or other representative. If otherwise in a duty status, an employee against whom this disciplinary action is proposed and his/her representative shall be entitled to two (2) days of official time to prepare a response.

(b) Responses Authorized. A reasonable time, to answer orally and in writing and to furnish affidavits and other documentary evidence in support of the answer.

(4) The written decision notice will contain the same

105

0494