106

elements discussed for suspensions of 14 days or less (see Section 5.c. of this Article) with the exception that it will specify the employee's right of appeal to the Merit Systems Protection Board (MSPB) or to file a grievance under a negotiated grievance procedure, but not both. The decision notice will also provide the time limits for filing an appeal to MSPB, the address of the appropriate office, a copy of MSPB regulations, and a copy of the MSPB appeals form, if applicable.

*Section 6.* **Employee's Choice of Representative.** An employee's designation of representative must be made in writing.

*Section 7.* **Past Offenses.** In considering past offenses in determining a remedy, the following limitations must be observed:

**a.** Oral warnings or letters of caution may not be counted as a prior offense for the purposes of determining the appropriate range of remedies. While an oral warning or letter of caution may not be counted as a prior offense, it may be used in determining the severity of the discipline for a subsequent offense of a similar nature.

**b.** A Letter of Reprimand may be counted as a prior offense provided the Letter of Reprimand is still in effect on the date of the proposed notice of adverse action in which it is cited.

*Section 8.* **Summary Reports of Adverse Actions.** If generated, the Agency shall provide the Union with an annual summary of disciplinary and adverse actions taken against unit employees and all other employees of the agency during the school year, within the confines of the Privacy Act. The Union retains the right to request any additional information under the Statute (5 USC 7114 (b)(4)).

*Section 9.* **Grievance and Appeal Rights.**

**a.** Counseling and Disciplinary actions of this Article are grievable only under the negotiated grievance procedure.

**b.** Adverse actions of this Article are grievable under the negotiated grievance procedure or appealable to the Merit Systems Protection Board, but not both. An employee will have constituted an election by either filing a timely written grievance or filing a timely written appeal, whichever occurs first.

*Section 10.* **Factors to be Considered in Assessing Penalties: "The Douglas Factors."**

**a.** Once a supervisor or manager establishes some form of wrongdoing, he or she has the responsibility for determining the penalty, from reprimand to removal. In order to ensure that a disciplinary action represents the least severe penalty which would deter the employee from future infractions, and that the disciplinary action is taken for just cause, i.e., to improve the efficiency of the service, certain factors should be taken into account.

**b.** In the case of Douglas v. Veterans Administration, 5 MSPB 313 (1981), the Merit Systems Protection Board enumerated twelve factors which it considered relevant when determining the reasonableness of a disciplinary action. These factors, commonly referred to as the "Douglas Factors," are widely accepted, and their use assures not only that actions taken are fair and equitable, but additionally that the action can withstand the scrutiny of a third party, such as an administrative judge or an arbitrator.

**c.** Any of the relevant factors listed below shall be taken into consideration prior to taking formal disciplinary action.

(1) The nature and seriousness of the offense, and its relation to the employee's duties, position and responsibilities, including whether the offense was intentional or technical or inadvertent, or was committed maliciously or for gain, or was frequently repeated.

(2) The employee's job level and type of employment, including supervisory or fiduciary role, contacts with the public, and prominence of the position.

107

108

(3) The employee's past disciplinary record.

(4) The employee's past work record.

(5) The effect of the offense upon the employee's ability to perform at a satisfactory level.

(6) Consistency of the penalty with those imposed upon other employee(s) for the same or similar offense in like or similar circumstances.

(7) Consistency of the penalty with any applicable agency table of penalties.

(8) The notoriety of the offense or its impact upon the reputation of the agency.

(9) The clarity with which the employee was on notice of any rules that were violated in committing the offense.

(10) Potential for the employee's rehabilitation.

(11) Mitigating circumstances surrounding the offense.

(12) The adequacy and effectiveness of alternative sanctions to deter such conduct in the future by the employee or others.

## ARTICLE 31
## EMPLOYEE GRIEVANCE PROCEDURE

### Part I. General Information.

*Section 1.* **Purpose.** The purpose of this article is to establish a procedure whereby employees may secure at the lowest level possible, equitable and expeditious solutions to their grievances. This negotiated procedure shall be the exclusive procedure available to employees for settlement of grievances.

*Section 2.* **General.** A grievance is defined as a request by an employee, or by a group of employees acting as individuals for relief in a matter of concern or dissatisfaction. In the event either party should declare a grievance non-grievable or non-arbitrable, the original grievance shall be considered amended to in-

clude this issue. The Agency agrees to raise any question of grievability or arbitrability of a grievance within three (3) duty days of notification by the Union of which cases shall be taken to arbitration. Management agrees that a procedural issue not raised in the Step 3 response will not be raised at the arbitration level. A substantive issue may be raised at any time during the grievance and arbitration process. All disputes of grievability or arbitrability shall be referred to arbitration as a threshold issue. The Agency will deal with the merits of the grievance even when they claim it is not grievable, lacks timeliness, has procedural defects, etc.

*Section 3.* **Matters Covered.** This grievance procedure will be used to process any matter of concern or dissatisfaction to an employee or group of employees, to include adverse action against temporary employees, and excluding those matters identified in Section 4 of this article. These matters will include all matters that are determined to be appropriate under the Civil Service Reform Act of 1978 (PL 96-454, Title VII, Section 7121).

*Section 4.* **Exclusions.** Those matters excluded from the negotiated grievance procedure are:

a. Violations relating to political activities (as revised by the 1993 legislation).

b. Retirement, life insurance or health benefits.

c. A suspension or removal for national security.

d. Any examination, certification or appointment.

e. The classification of any position which does not result in the reduction in grade or pay of an employee.

f. Separation of employees during their probationary period.

g. Termination of NTE appointments unrelated to an adverse action.

h. A matter which comes under the administrative or legal jurisdiction of a military department.

109

0496

*Section 5.* **Exercising Option.** An aggrieved employee may raise the following matters under statutory procedures (Merit Systems Protection Board [MSPB], Equal Employment Opportunity [EEO]) or negotiated grievance procedures but not both. For the purpose of this article an employee shall be deemed to have exercised his/her option to grieve or appeal only when the employee files a written, timely notice of appeal under the appellate procedure or files a timely written grievance under the negotiated grievance procedure. Consulting with an EEO counselor does not result in the loss of the employee's right to grieve.

a. **Adverse Actions:** Removals, Suspensions for more than 14 days, Reduction in grade or pay and furlough for 30 days or less.

b. **Unacceptable Performance:** Demotions, removals.

c. **An Equal Employment Opportunity (EEO) Complaint:** An allegation of discrimination based upon race, color, religion, sex, age, national origin, marital status, political affiliation or a physical handicap. If an employee appeals to MSPB, s/he cannot file a grievance under the Agreement or EEO complaint except for Mixed Cases.

*Section 6.* **Merit Systems Protection Board.** An employee may file an appeal to the Merit Systems Protection Board at any time after notice of adverse action but not later than twenty (20) calendar days after the effective date of the adverse action. If an employee appeals to MSPB, s/he cannot file a grievance under the Agreement or EEO complaint except for Mixed Cases.

*Section 7.* **Investigation.** See Article 35, Investigations.

*Section 8.* **Identical Grievances.** When a group of employees has an identical grievance, it will be considered as an individual complaint of one employee and will be processed as a single grievance in the name of one employee designated by the others to act for them. All employees joining in the grievance must be identified and must sign the grievance at the stage it is in

110

writing. There will be only one representative for the group. The final grievance decision will apply to all members of the group.

*Section 9.* **Union Oversight.** Any employee or group of employees in the unit may present grievances to the Employer and have them adjusted as long as the adjustment is not inconsistent with the terms of the contract and the Union has been given opportunity to be present at the adjustment or has been informed of the final decision in writing.

*Section 10.* **Representational Rights of Employee.** No employee shall be required to meet with any administrator or supervisor at any step of the grievance procedure without representation.

*Section 11.* **Time Limits.**

a. All grievances must be initiated within fifteen (15) calendar days after the grievant knew or with reasonable diligence should have known, of the occurrence of the matter out of which the grievance arose.

b. Grievances will be processed through the formal step (step 2) of the procedure with the exception of review of disciplinary actions which will be initiated at the appeal step (step 3).

c. All time limits set forth in the procedure may be extended by mutual consent, but if not so extended, they must be strictly observed.

d. (1) **School Level.** Time limits will begin from the receipt of an oral or written grievance (Step 1) or of a written grievance (Step 2) by the Employer and the receipt of the decision by the employee(s).

(2) **Regional Level.** For a written submission, time limits will begin from date of postmark. For a written response, time limits will begin from the date of receipt of the grievance decision by the Union.

e. A grievance will automatically be terminated on request of an employee or upon the death of the employee or resig-

111

0497

112

nation or separation for reasons not connected with the grievance, provided there is no question of pay involved or other relief that could be granted to the employee or his/her estate.

**f.** If the last day of the time limit falls on a Saturday, Sunday, federal holiday or any other non-work day, the last day of the time limit shall be the next employee duty day.

*Section 12.* **Employee Protection.** The fact that a grievance is raised by an employee shall not be recorded in the employee's personnel file or in any file or record utilized in the promotion process; nor shall such fact be used in any recommendation for job placements. An employee shall not be placed in jeopardy or be subject to reprisal, restraint, coercion, or discrimination for having followed this grievance procedure.

*Section 13.* **Official Time.** In conjunction with employee grievance and appeals, official time will be granted to Union representative and aggrieved employees for preparing the grievance and/or appeals and for meetings with the Activity. All meetings dealing with grievances will be held on duty time. Commensurate with the gravity and/or complexity of the grievance a reasonable amount of official time is authorized.

*Section 14.* **Non-Meritorious Grievances.** Nothing in this contract shall be so interpreted as to require the Union to represent an employee in processing a grievance or to continue to represent him/her, if the Union considers the grievance to be invalid or without merit.

*Section 15.* **Access to Information.**

**a.** The Employer will provide the employee and / or the Union any information relied upon in processing the grievance. Upon request and in accordance with applicable law, the Employer will provide the Union any material gathered in any investigation or research but not relied upon. Where information is retained by other investigative agencies such as OSI, CID, and NIS, and not in the possession

of the Employer, the Employer will make a good faith effort to obtain the information for the Union.

**b.** The Union may request that they be given the opportunity to interview witnesses who have been interviewed by management. DoDDS will request that those witnesses, not under their jurisdiction, cooperate with the Union.

**c.** The act of invoking arbitration on any grievance shall constitute a request under 5 U.S.C. 7114(b)(4) for all of the data relied upon in rendering the final agency decision on a grievance. This data will be sent to the Union by the most expeditious means. If the data is not immediately available, the Union will be notified as to when this data will be available.

*Section 16.* **Grievance File.** When an employee grievance is processed under this Article, the Agency will establish a file containing all documents described below. This file becomes the official grievance file. It will contain original documents whenever possible, or true copies. This file will contain:

**a.** The written grievance, with all documents submitted by the grievant,

**b.** and the written decision rendered at each step.

A copy of this file will be given to the grievant and the Regional Union Representatives.

*Section 17.* **Work Week / Timeliness.** For the purposes of this article, schools that use a different work week, (for example, in Bahrain, the Islamic workweek of Saturday to Wednesday is used) the non-work days used by that school will count as the Saturday and Sunday in computing timeliness.

*Section 18.* **Grievance Listing.** The Employer agrees to provide the Union with periodic updates of the Step 3 Appeal grievances that they have received.

113

**Part II. Grievance Procedures.**

*Section 1.* **In the case of disciplinary and adverse actions.** In the case of disciplinary or adverse actions, the employee shall initiate their grievance at the appeal step (Step 3) within fifteen (15) calendar days of receipt of the decision on the disciplinary or adverse action. The employee has the option of submitting their grievance directly to the regional director for review or submits their appeal to the principal. If the employee submits their appeal to the principal, the appeal will be forwarded to the regional director within two (2) working days following receipt of the grievance. A copy of the transmittal letter will be provided to the employee.

*Section 2.* **Normal Grievance Procedure.**

**a. Step 1 - Informal Step.** Informal resolution is acknowledged to be the most constructive means of resolving grievances. Therefore, employees are encouraged to meet with the administrator informally without reducing the grievance to writing. The same time limits apply and the employee may be accompanied by his/her representative. The principal will communicate his/her decision orally or in writing within ten (10) calendar days of the discussion.

**b. Step 2 - Formal Step.** Grievances must be submitted in writing at this step within the fifteen (15) calendar days' time limit detailed in Section 11. If the employee presented his/her grievance under Step 1, the grievance must be submitted within ten (10) calendar days after the Step 1 decision has been received. Grievances must be signed by the employee(s) or the employee's representative and contain the following information: employee's name; date filed; address and telephone number; name of representative, if any; statement of grievance to include Article and Section of the Agreement, regulation or policy allegedly violated, detailed circumstances concerning the grievance and resolution desired. The principal or his designated representative will meet, if Step 1 was not used, with the grievant(s), who may be accompanied by a representative, for the purpose of dis-

cussing or clarifying the grievance. A written decision will be issued to the employee with ten (10) calendar days.

**c. Step 3 - Appeal.** If the grievance is not settled at Step 2, the grievant may submit the grievance in writing to the Regional Director within ten (10) calendar days after the receipt of the Step 2 decision or the expiration of the period of time for a written decision. The Union, the Regional Director / designee, or the grievant, if not represented by the Union, may request a meeting as part of this step. Such meeting may be conducted in person at the work site of the grievant. A final decision will be issued to the grievant and the Regional Union Representative within twenty-five (25) calendar days of receipt of the Step 3 grievance. The Employer will establish a file containing all documents pertinent to the case including but not limited to summaries and transcripts, findings, documentary evidence considered in resolving the grievance and the written decision rendered at each step. A copy of this file will be given to the Regional Union Representative.

**d. Step 4 - Arbitration.** If the Employer and the Union fail to settle any grievance arising under this section, such grievance upon written notice invoking arbitration shall be submitted by the Regional Union Representative or des'g-nee to the Director or designee within thirty (30) calendar days after the receipt of the final decision. The provisions of Article 33 will apply at this step. The Union may invoke arbitration when the time limit for the Step 3 Appeal has been exceeded.

ARTICLE 32
POLICY GRIEVANCE PROCEDURE

*Section 1.* **Policy.**

**a.** The purpose of this article is to provide for the satisfactory settlement of grievances involving the application, administration and/or interpretation of this Agreement or

personnel policies or practices, regulations, policies having an effect on the working conditions of the employee or the Union. Grievances under the Article may be initiated by either party.

b. Questions which cannot be resolved by the Parties as to whether or not a matter is subject to the provisions of this procedure shall be referred to arbitration for decision.

## ARTICLE 33
## ARBITRATION

*Section 1.* **Policy.** Binding Arbitration shall be the procedure used for any grievance not satisfactorily settled under the negotiated grievance procedures. Both parties agree that good faith resolution of all grievances shall be attempted through settlement and Grievance - Mediation procedures.

*Section 2.* **Arbitration Panel.**

a. The Parties will jointly request from the Federal Mediation and Conciliation Service a listing of fifty (50) arbitrators. Such listing shall be arbitrators from the New York, Boston, Philadelphia, and Washington, D.C. areas. Any fee charged for this service shall be shared equally by the parties. Upon receipt of the list, the Parties will each have an initial unilateral strike of names, with ten (10) for the Agency and (10) for the Union. The first ten (10) strikes

*Section 2.* **Procedures.** Informal resolution will be attempted on issues as appropriate in Section 1.a. If the issue is not resolved informally to the satisfaction of both Parties, either Party may file a grievance in writing. A written response will be issued within twenty-five (25) calendar days after the grievance was received. Either party may invoke arbitration if the time limit for the response is exceeded. Either Party may invoke arbitration procedures of this contract within thirty (30) calendar days after receipt of the written response.

for each party shall be done alternately, first strike determined by a flip of the coin. From the remaining names each party shall unilaterally select two (2) arbitrators for inclusion on an arbitration panel. There shall be four (4) arbitrators on the panel. Such selections shall be alternating with the flip of a coin. In addition to the two arbitrators for each party, the parties shall continue to select additional arbitrators, with five (5) for the Agency and five (5) for the Union. The names of these arbitrators will be held in reserve. These arbitrators shall be appointed when a vacancy occurs in the order of their nomination. The arbitrators will be selected and in place within six (6) months after the effective date of the contract but the current panel shall remain active during the six (6) month interim period. If the new panel is in place in less than six (6) months, the current panel will be terminated. If for any reason, either party refuses to participate in the selection of the panel, the Federal Mediation and Conciliation Service shall be empowered to make a direct designation of the names to be used for that party's selections.

b. The Parties shall jointly notify the selected arbitrators requesting their acceptance of selection. Those declining shall be replaced by an alternate choice of the party selecting them. If the selecting party replaces the declining arbitrator with an arbitrator from the reserve list, the selecting party may select a new arbitrator for the reserve list with identical placement on the list as the previous arbitrator. The Parties authorize no retainer fee for service on the panel.

c. The panel will consist of four (4) members. Arbitrators shall serve for a period of three (3) years from appointment. At the end of the three (3) years of appointment, either party may choose to retain both of its previous selections to the panel. If a party chooses not to retain its panel selections, the party may replace their panel members with any arbitrator selected by that party for the reserve list. If the party replaces its panel members with arbitrators from the reserve list, the remaining arbitrators on the list shall move for-

0500

118

ward in placement on the list. The arbitrators removed from the reserve list may not be replaced. If the reserve list is depleted to the extent that these procedures can no longer be applied, the procedures in *Section 2.a* will be followed; however, the other party shall continue to have the right to retain both of its previous selections for the new panel.

**d.** Either party may unilaterally remove one arbitrator from the panel at any time during the first three years of the term of the panel. By mutual agreement, the Parties may remove anyone or all members of the panel. Those arbitrators resigning from the panel during their appointment or whose appointments are revoked will be replaced. When a vacancy occurs, *Section 2.a* provides for filling vacancies on the panel.

**e.** The panel of arbitrators will be listed in order of selection for assignment of grievances.

**f.** This panel will be used for all grievance - arbitrations, grievance - mediations, and interest - arbitrations (with prior FSIP approval) occurring during the term of the agreement.

*Section 3.* **Invocation of Arbitration.**

**a.** If the Union and the Agency fail to settle any grievance arising under Article 31 or Article 32, such grievance, upon written notice of invoking arbitration, shall be submitted by a Regional Union Representative or designee to the other within thirty (30) calendar days after receipt of the final decision.

**b.** **Special Procedure for Removal Actions.** When the Agency has decided upon a removal action, the employee will be suspended without pay until the arbitrator has rendered a final decision. Removal cases will advance to the top of the list of arbitration cases. If an arbitration round is scheduled within 60 to 90 days of the decision letter, another round will be held not earlier than 60 days from the date

of the decision letter. The arbitrator scheduled for the next regularly scheduled round will be requested to set aside time to hear this case. If this arbitrator is unavailable, the parties will move down the list of approved arbitrators in the order in which they were selected for the panel until an arbitrator accepts this appointment. In order to reduce costs, the parties will engage in grievance - mediation of no more than three (3) pending grievance - arbitration cases. This grievance - mediation will take place on the day following the end of the hearing and the procedures will be IAW Section 13 of this Article. To expedite this procedure, the parties will submit their post - hearing briefs not more than 15 calendar days after the close of the arbitration hearing. The arbitrator will be directed to issue a decision within 15 calendar days of receipt of the post hearing briefs. A telephone call from the arbitrator to the parties shall be adequate notice, to be followed by a written decision. If the arbitrator affirms the Agency removal action, the employee will be separated immediately. If the arbitrator overturns the removal action, the Agency will implement the arbitrator's decision immediately.

**c.** Grievances will be arbitrated in the order in which arbitration was invoked. If both parties invoke arbitration for their respective grievances and there is disagreement on which party was first to invoke arbitration, so as to determine which party's grievance shall be heard in the upcoming arbitration round, the disagreement shall be resolved by the flip of a coin. The party winning the coin toss will be entitled to arbitrate its grievance in the upcoming arbitration round. The party losing the coin toss will be entitled to arbitrate its grievance in the next round.

**d.** In assignment of grievances for hearing:

(1) Normally, no more than three (3) grievances may be assigned to one arbitrator at a time except under special procedures for removal actions (Section 3.b).

(a) If fewer than three (3) cases are scheduled for the October round or for the January/February

119

0501

round, those rounds shall be cancelled and pending cases moved to the May round.

(b) The last scheduled round for the school year shall not be cancelled if any case is still pending.

(2) Nothing shall prevent use of the arbitrators in Grievance Mediation (Section 13) in addition to his/her scheduled set of three (3) grievances for hearing.

(3) The Parties shall ask the panel of arbitrators to reserve dates throughout the school year in which to hear grievances.

(4) For the first year this Agreement is in effect, one arbitrator shall be asked to reserve dates for the first round to be scheduled in October of a given school year, the next arbitrator for the second round to be scheduled in January / February of a given school year, the next arbitrator for the third round to be scheduled in May of a given school year, and, for the Extraordinary Round to be scheduled (as per Section 3.d.(6)) with the arbitrator of the third round assuming authority over the Extraordinary Round.

(5) In subsequent years, arbitrators shall rotate with the next arbitrator in rotation assigned to the date for the first arbitration round of the new school year and so on. Arbitrators shall be used in regular rotation.

(6) Extraordinary Round. If there are eight (8) or more cases pending for which arbitration had been invoked for one calendar year or more by the end of third arbitration round, an Extraordinary Round will be held. It is the intent of the Parties that no grievance - arbitrations shall be pending more than one calendar year from the date arbitration was invoked. Up to three (3) cases will be heard at the Extraordinary Round.

(a) This round shall be conducted no earlier than thirty (30) calendar days after the first reporting day for students at the beginning of the school year, and before, but not in conjunction with the regularly

scheduled first round of grievance-arbitrations.

(b) One (1) week shall be scheduled for hearing grievance cases eligible for the Extraordinary Round.

*Section 4.* **Settlements.** The Parties agree that a key aspect of the arbitration process is settlement. With this in mind, the Parties recognize their responsibilities in engaging in good faith settlement discussions of all grievances; however, the Parties recognize that not all grievances may be settled by the Parties and will require a third party to arbitrate the grievance.

*Section 5.* **Selection and Notification of Cases to be Arbitrated.**

a. The cases that an arbitrator will hear will be identified not less than thirty (30) calendar days prior to the first day of the scheduled hearing. If this day falls on a unit employee's non-duty day, the next duty day will be considered the last day of this thirty day limit.

b. Except for the Special Procedure of Removal Actions, if a grievance is identified to be arbitrated in an arbitration round, all grievances that were invoked for arbitration on dates prior to the date of invocation for this grievance, and have not been selected to be arbitrated in an arbitration round, will no longer be entitled to be arbitrated.

*Section 6.* **Record of Hearing.** Either party may request a record of an arbitration hearing. If one party obtains a record at its own cost, the second party will not be entitled to receive or obtain said record or a copy thereof unless it is provided to the arbitrator. Such copy will be at no cost to the second party and will be provided to the second party upon receipt by the first party. The first Party will give the second Party a twenty-five (25) calendar day notice of its intent to record the proceedings and whether or not they will provide a copy to the arbitrator. Failure to notify the second Party prior to the twenty-five (25) day notice period will nullify the right to record the proceedings.

0502

*Section 7.* **Arbitrator fees.**

**a.** The fees and expenses of arbitration will be shared equally by the Parties. Travel and per diem costs of the arbitrator shall not exceed the applicable rates authorized for U.S. Government employees in accordance with the JTR. Normally, the arbitrator will receive compensation for no more than two preparation/research days regardless of the length of the proceedings.

**b.** **Cancellation Fees.** Terms and conditions for cancellation of a round shall be as follows:

(1) When an arbitrator is given at least thirty (30) days notice that an arbitration round has been cancelled, no fee shall be imposed on the Parties.

(2) When an arbitration is given at least fifteen (15) days notice that an arbitration round has been cancelled, 50% of the normal fee may be imposed on the Parties. The fee shall be shared equally by both Parties.

(3) When an arbitrator is given less than fifteen (15) days notice that an arbitration round has been cancelled, a full fee may be imposed on the Parties. The fee shall be shared equally by the Parties.

*Section 8.* **Arbitrator's Decision / Authority.**

**a.** **Arbitrator's Decision.** The arbitrator's decision is binding, but exceptions may be taken in accordance with the provisions of Title 5, U.S.C. 7122 and 7123.

**b.** **Arbitrator's Authority.**

(1) If the Parties are unable to agree on matters concerning the implementation of this Article, then, upon request of either Party, the arbitrator selected to hear the cases has the authority to resolve procedural disputes. The arbitrator has the authority to make procedural rulings which will effectuate proper and efficient labor management relations.

(2) In rendering a decision / award, the arbitrator has authority to:

(a) Resolve questions of arbitrability.

(b) Interpret and define the terms of this Agreement.

(c) Rule on the application of law and regulation to the Agreement and the Parties' obligations and responsibilities thereunder.

(3) The arbitrator shall have no authority to alter, amend, add to or subtract from the negotiated Agreement. S/he shall be bound by and must comply with all terms of the Agreement.

(4) The arbitrator shall not be bound by formal rules of evidence.

(5) In accordance with 5 U.S.C. 5596 (b) and 5 U.S.C. 7701 (g) and in compliance with standards established by the Merit Systems Protection Board in administering 5 U.S.C. 7701 (g), the arbitrator may award reasonable attorney fees incurred by the employee, if the arbitrator determines that payment by the Agency is warranted in the interest of justice.

*Section 9.* **Expedited Arbitration Procedures.**

**a.** The Parties may establish alternatives to a full hearing. Two such options are:

(1) A bench decision whereby the Parties waive briefs and transcript. The arbitrator's written decision need not be long but must contain the arbitrator's rationale for the award.

(2) An argument of the issue of the grievance on written brief only, without hearing.

**b.** The Grievance - Mediation Procedures outlined in Section 13 of this Article for good faith attempts at resolution will be used.

0503

*Section 10.* **Witnesses, Grievants, and Representatives.**

**a.** Witnesses who are employees shall suffer no loss of pay or leave for so serving, if otherwise in a duty status. These witnesses shall receive reasonable amounts of release time for preparation and sufficient release time to present their testimony.

**b.** The grievant(s) shall be granted a reasonable amount of preparation time and be on release time for the entire length of the hearing.

**c.** A local representative named by the Union, will be granted a reasonable amount of preparation time and release time to attend the entire hearing when only one full-time union representative is at the hearing site to present the case. When both full-time union representatives are present at the hearing the said representative will have the option to use LWOP or APL to attend the hearing.

**d.** Witnesses, grievants and representatives who are DoDDS unit employees and do not reside at the hearing site will be authorized release time, transportation to the hearing site and per diem at the Agency's expense. When witnesses are outside the country the Parties will attempt to obtain testimony without requiring them to travel.

**e.** The parties shall exchange witness lists by FACSIMILE (FAX) at least fifteen (15) calendar days prior to the date of the arbitration round. The Parties shall have opportunity to challenge witnesses. If there is a dispute over relevance of testimony of witnesses, the arbitrator will make a ruling over the dispute. In addition, in the event that witnesses are added to the list after the 15 day deadline, the other party shall be informed immediately.

*Section 11.* **Reducing Costs.** The Parties will strive to reduce the costs of arbitration.

*Section 12.* **Hearing Site.** An arbitration hearing will be held at the site giving rise to the grievance; however, to reduce costs and in the interest of efficiency, the hearing site will be changed by mutual consent. If mutual consent can not be reached the arbitrator may be requested to determine the hearing site.

*Section 13.* **Grievance - Mediation Procedures / Process.**

**a.** The purpose of Grievance - Mediation is to reduce the number of instances of litigation, reduce cost and achieve timely and satisfactory resolution to grievances.

**b. Procedures.**

(1) The Union will notify the Agency thirty (30) days prior to the arbitration round of which cases they wish to attempt resolution through this informal mediation process. The Union will send the grievant's file to the arbitrator prior to the scheduled hearing.

(2) The parties shall use the arbitrators from the panel.

(3) Each arbitrator shall set aside at least one day, while conducting arbitrations, to act as a grievance mediator.

(4) No more than three (3) grievances in sequence following the grievances being heard at a given arbitration round, shall be presented by the parties for grievance - mediation. The presentations will normally fall on the day between the first and second grievance arbitrations or the day between the second and third arbitrations. The Parties shall not limit themselves to these days if the opportunity arises on the same day a grievance arbitration is conducted. The presentation shall not include the grievant or witnesses. Only the Parties designated representatives are authorized to make a presentation. Each party has thirty (30) minutes per grievance to make a presentation. Proceedings before the mediator (arbitrator) shall be informal, the rules of evidence will not apply and no record of the mediation conference shall be made. The mediator (arbitrator) will have the authority to meet separately with any person or persons. After each side has made their presentation or presentations, there will be a joint discussion of no longer than thirty (30) minutes on that grievance. Time limits for presentations and discussions will be strictly followed unless the Parties mutually agree to extend the time limits.

0504

(5) At or after each joint discussion segment, the arbitrator will mediate or render an oral advisory decision immediately upon conclusion of the joint discussion. The arbitrator will not have the authority to compel the resolution of a grievance.

**c. Limitations.**

(1) Normally, the arbitrator will not arbitrate the same grievance heard at grievance - mediation.

(2) If no settlement is reached at mediation, the parties are free to arbitrate. None of the mediation or settlement attempts, with regards to offers or concessions made, can be used if a case goes to arbitration. In this regard, nothing said or done by the mediator may be referred to at arbitration, and nothing said or done by either party at mediation may be used at arbitrations.

(3) The arbitrator scheduled to conduct any given set of grievance - mediations will have full authority to resolve any dispute with regards to procedures set out in this grievance - mediation process.

(4) The parties recognize that during an arbitration round, the intervening days between individual grievance - arbitrations may be needed to be utilized for travel to the next arbitration site for the Union or Agency representative or the arbitrator. In addition, these days may be needed for additional preparation for a grievance - arbitration if there are two or more grievance - arbitrations to be conducted at one duty location. A variety of extenuating circumstances may prevent either Party's representative from participating in the informal grievance - mediation process. Therefore, either Party may not be available to participate in a grievance - mediation at every arbitration round; however, both Parties recognize the importance of settlement and will make good faith efforts to participate. In view of the above, the Parties will make every good faith effort to mediate up to three (3) grievances per round unless mutually agreed to do otherwise.

(5) Both Parties agree that this procedure will only be utilized during the arbitration round. If the arbitration round is bypassed, the grievance - mediation process will not be utilized until the next arbitration round is conducted. The Parties agree that informal settlement discussions will continue during the intervening time between arbitration rounds.

(6) Both Parties agree that this procedure will not be utilized if any additional costs will be incurred, beyond the normal and expected costs incurred for the arbitration round.

(7) This procedure will begin with the first round of arbitration after this Agreement goes into effect.

**d. Trial Period.** Either Party will have the option to reopen negotiations on the grievance - mediation procedure / process described in Section 13 of this article. These negotiations will not take place prior to the implementation of this section for one continuous school year. Written notification by either Party must be served on the other Party within thirty (30) calendar days after the last teacher duty day of said school year. If notification is not made this section will become a permanent part of the collective bargaining agreement.

ARTICLE 34
**VOLUNTARY ALLOTMENT OF UNION DUES**

*Section 1.* **Coverage.** Dues withholding privileges will be extended to employees of the bargaining unit throughout the period of the Agreement, subject to applicable laws, rules and regulations. SF 1187 forms which are in effect on the date of this Collective Bargaining Agreement shall continue in full force. Those unit employees who have already authorized dues withholding under currently negotiated Dues Withholding agreements will not need to execute new SF 1187 forms.

0505

130

dues withholdings is authorized the use of all communications media from within the Region that is provided for by this contract.

*Section 5.* **Effective Dates.** The effective dates for actions under this Article are as follows:

**Action**

a. Starting dues withholding

**Effective Date**

1. Beginning with the fourth pay period after the reporting date of employees and of receipt of properly executed and certified Standard Form 1187.

2. If an employee submits a Standard Form 1187 in time for deductions to begin with the sixth pay period dues shall be withheld for sixteen pay periods beginning with the sixth pay period.

3. Subsequently, dues withholding will begin with the pay period following the receipt of a Standard Form 1187.

b. Change in Amount

Beginning of first full pay period after receipt of certification in finance office.

c. Revocation by employee

Beginning with the fourth period following the reporting date for employees in the unit. Revocation must be received by the finance office prior to that pay period.

## ARTICLE 35
## INVESTIGATIONS

*Section 1.* **Rights of Employees.**

**a. Representational Rights of Employee.** The Employer will inform employees of their right to request and receive representation before any disciplinary and/or adverse action is imposed or an investigation, examination or review is conducted which they have reason to believe could lead to disciplinary or adverse action, in accordance with Article 2, Section 3.b.

**b. Informing the Employee.** Once an employee has been informed that they are subject to an investigation by the host nation authorities, the Employer shall inform the employee that she/he may have certain rights under the Status of Forces Agreement (SOFA). The Employer will inform any United States military or equivalent civilian agency of the rights of educators to have representatives present when being interviewed, questioned, or investigated.

**c. Allegations of Child Abuse.** In cases of Child Abuse allegations: see Article 20, Section 14, on Educational Environment.

*Section 2.* **Pre-Action Investigation.** This applies only to investigations conducted by the Employer. A Pre-Action Investigation is the gathering of facts and information pertaining to an employee's conduct prior to taking any disciplinary action. Usually referred to as a pre-action investigation, this process will vary in complexity and formality. The pre-action investigation provides the basis for determining if any action should be taken or proposed. The investigation itself is not a corrective action. Once investigated, a given set of circumstances may warrant a different response or remedy than originally anticipated. Upon request, the employee and/or witnesses, who are unit employees, shall have the right to representation by the Union.

131

*Section 3.* **Investigation Interview.** If the Employer conducts an investigative interview or requests an outside agency to conduct the investigation, such as the CID, OSI or NIS, upon the employee's request, the Union shall be notified and be given an opportunity to be present at any interview with the employee. If the employee requests a Union Representative, a reasonable amount of time will be provided to secure a representative.

*Section 4.* **Right to Information.** Cross reference to Article 30, Section 4. Documents and Information.

*Section 5.* **Confidentiality.** The Agency will hold all information, relative to a proposed disciplinary or adverse action, in accordance with the provisions of the Privacy Act.

*Section 6.* **Designation of Representative.** When an employee designates the Union to be his/her representative in a disciplinary or adverse action, the employee will furnish, in writing to the supervisor or appropriate Management official, the name and address of said representative. If no one is designated the LUR shall be entitled to represent the interest of the bargaining unit during this process. Copies of all correspondence sent by the Employer to the employee will be furnished to his/her Union representative. In addition, copies of all material relied upon to support the disciplinary or adverse action will be made available to the Union representative. If the employee does not wish to have a representative, she/he shall so state this to the appropriate Management official.

*Section 7.* **Rights of Union Representatives in Investigations and Examinations.** The rights of the Union Representative include but are not limited to the following:

a. advising the employee who is responding,

b. clarifying questions and answers,

c. assisting the employee in presenting evidence,

d. suggesting other employees who have knowledge of relevant facts.

132

*Section 8.* **Official Time.** In conjunction with an investigation the employee and Union representative will receive a reasonable amount of official time as appropriate.

## ARTICLE 36

## DURATION OF CONTRACT AND JOINT TRAINING

*Section 1.* The effective date of this Agreement shall be the date the Agreement is approved by the Director, DoDDS. The agreement shall remain in effect for three (3) years from the date of such approval subject to Section 2 hereof.

*Section 2.* The Agreement will be forwarded to higher authority to determine compliance with applicable published laws, regulations, and policies. Where violation of laws, regulations or published policies of higher echelon are found, higher echelon will advise the Director of the specific violation. The Parties wil meet and negotiate the required changes in the Agreement. The Agreement will be distributed to all bargaining unit employees promptly after the Agreement is printed. Expense for printing shall be borne equally by the parties.

*Section 3.* The present CBA shall remain in full force and effect until such time as a new Contract is effective.

*Section 4.* If any provision is declared non-negotiable, the Parties will resume negotiations within thirty (30) calendar days of the negotiability decision, and ground rules of the current contract negotiations will apply.

*Section 5.* A copy of the CBA will be distributed by the Agency to each new employee in subsequent years.

*Section 6.* The CBA will contain an index which has multiple listings, similar to the index in the current CBA and shall include Article, Section and page number for each listing.

133

**0507**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF GOVERNMENT )
EMPLOYEES, AFL-CIO, *et al.*,             )
                                          )
            Plaintiffs,                   )
                                          )
        v.                                )        Civ. A. No. 05-02183 (EGS)
                                          )
DONALD H. RUMSFELD, SECRETARY,            )
UNITED STATES DEPARTMENT OF               )
DEFENSE, *et al.*,                        )
                                          )
            Defendants.                   )
                                          )

## DECLARATION OF PLAINTIFF ASSOCIATION OF CIVILIAN TECHNICIANS, INC. BY THOMAS G. BASTAS, NATIONAL PRESIDENT

1.  My name is Thomas G. Bastas. I am over eighteen years of age. I am the National President of the Association of Civilian Technicians, Inc. (ACT). I have been ACT National President since January 1, 2001. ACT is a plaintiff in the above-captioned case. This declaration states matters known to ACT.

2.  ACT is a non-profit corporation having its headquarters at 12620 Lake Ridge Drive, Lake Ridge, Virginia 22192. ACT and its councils and local chapters are, under the provisions of chapter 71 of title 5 of the United States Code, the exclusive bargaining representatives of certified federal employee bargaining units in over forty jurisdictions. These units include a nationwide majority of United States Department of Defense (DoD) employees who are National Guard technicians employed under 32 U.S.C. § 709. As exclusive bargaining representatives of certified federal employee bargaining units, ACT and its councils and local chapters represent the interests of their members and bargaining units by, *inter alia*, negotiating collective bargaining agreements, arbitrating grievances under such agreements, filing unfair labor practice

**0508**

charges, lobbying Congress for favorable working conditions, pay and benefits, and litigating employees' collective and individual rights in federal courts—all in accordance with the provisions of chapter 71 of title 5 of the United States Code.

3. The collective bargaining agreements negotiated by ACT and its councils and local chapters govern the terms and conditions of employment for the employees covered by the agreements. These agreements include terms that were negotiated under 5 U.S.C. § 7106(b) and that establish procedures with respect to the exercise of management rights and/or appropriate arrangements governing the impact of the exercise of management rights. These agreements will be impacted if the Department of Defense implements the final regulation establishing the National Security Personnel System.

4. Attached to this declaration are true and correct copies of excerpts of collective bargaining agreements referenced above. These agreements were negotiated under 5 U.S.C. § 7114. They establish currently applicable conditions of employment, and are applicable to employees in collective bargaining units represented by ACT or one of its chapters or state councils in Alabama (AL), Georgia (GA), Massachusetts (MA), North Carolina (NC), New Hampshire (NH), New York (NY), Pennsylvania (PA), Virgin Islands (VI), or Washington (WA). The agreements establish currently applicable conditions of employment either because their original expiration dates are in the future or their original expiration dates have been extended to future dates by agreement. Most of the terms stated in the agreement excerpts are identical or similar to terms of many other agreements establishing currently applicable conditions of employment of bargaining unit employees represented by ACT or its chapters or state councils.

**0509**

5. The agreement excerpts attached to this declaration have the following electronic file names, which indicate the jurisdictions in which they are applicable and whether they apply to Army National Guard employees, Air National Guard employees or both:

Exhibit 1, ACT Decl, AL Army Contract

Exhibit 2, ACT Decl, GA Army and Air Contract

Exhibit 3, ACT Decl, MA Air Contract

Exhibit 4, ACT Decl, NC Army Contract

Exhibit 5, ACT Decl, NH Army and Air Contract

Exhibit 6, ACT Decl, NY Army and Air Contract

Exhibit 7, ACT Decl, PA Army and Air Contract

Exhibit 8, ACT Decl, VI Army Contract

Exhibit 9, ACT Decl, WA Army and Air Contract

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____*November 18, 2005*_____

_____

Association of Civilian Technicians, Inc.
By Thomas G. Bastas, National President

3

**0510**



EXHIBIT

I

# THE ALABAMA ARMY NATIONAL GUARD
# TECHNICIAN PROGRAM





AGREEMENT
BETWEEN

THE
ADJUTANT GENERAL
OF ALABAMA

AND

THE NORTH AND SOUTH
ALABAMA ARMY CHAPTERS
ASSOCIATION OF
CIVILIAN TECHNICIANS

**2003**
ALL PREVIOUS EDITIONS OBSOLETE

needs of the individual concerned. Examples of extended periods of leave without pay are:

    (1) Education, which would result in increased job proficiency and ability.

    (2) Recovery from illness or disability not of a permanent or disqualifying nature when immediate return of the technician to duty would impair the employee's health or jeopardize the health of other technicians.

    (3) To provide the retention of a qualified technician on the employed rolls pending final action on claim for employment connected disability or disability retirement.

    (4) To assume office as a Union official.

    b. Leave without pay in excess of one year may not be granted except in unusual circumstances or in the furtherance of a program of interest to the Government. Leave without pay will be charged in multiples of one hour. Leave without pay of less than 30 days may be approved by the technician's supervisor; however, the Human Resources Office (HRO) must be advised of all leave without pay, regardless of length. Leave without pay in excess of 30 days must be approved by the Employer.

## 8-6  Absences for Firefighter and Ambulance Crews

    a.  When an employee performs volunteer duties as a certified firefighter or ambulance crew member, emergency annual leave or administrative leave, at the supervisor's discretion, may be authorized, not to exceed one day per incident, providing:

    (1)  The emergency incident began prior to the beginning of the employee's normal work day.

    (2)  The actual hours of volunteer service are certified, in writing, by the individual in charge at the emergency incident, if requested by the supervisor.

    b.  When the emergency incident is found to be under control and the employee's continued presence is no longer needed, an additional one hour time period, plus commuting time, will be authorized prior to reporting to the workplace. The employee will, through another family member or co-worker, make every reasonable attempt to inform the employee's supervisor of any such participation in an emergency incident.

    c.  If an emergency incident occurs during normal duty hours, an employee may, subject to supervisory approval, depart from the workplace to assist in the emergency. Any such approved departure will be in an approved chargeable leave status, i.e., annual, compensatory, LWOP, or administrative leave at the supervisor's discretion.

    d. In the event that too many technicians in any one shop belong to a fire company or ambulance crew, the supervisor of each shop may limit the number of personnel

0512

allowed to respond to the emergency, so as not to disrupt operations. In no case will it exceed more than four (4) individuals per facility or activity.

e.    Technicians who are either certified volunteer firefighters or ambulance crewmembers must inform their supervisor of the technician's volunteer status. This will be submitted as a roster consisting of the technician's name, emergency unit designation name, position held in the unit, and expiration date of membership. It will be recertified on an annual basis as of 1 January to be received not later than 31 January.

## 8-7  Absence Without Leave (AWOL)

AWOL is an absence from duty that has not been authorized or approved. In such cases, pay will be denied for the entire period of absence. If it is administratively determined that the absence without prior authority is excusable because of the conditions which rendered prior approval impracticable, the charge to AWOL may be changed. Indiscriminate changes from a non-pay to a pay status will not be condoned. Incidents of unauthorized absences may be made a basis for disciplinary action. Any personal notes placed in the supervisory work folder will be removed after a six-month period without further evidence of such absences.

## 8-8  Holidays

a.  Listed below are the legal Federal holidays.

New Year's Day, 1 January

King's Birthday, the third Monday in January

Washington's Birthday, the third Monday in February

Memorial Day, the last Monday in May

Independence Day, 4 July

Labor Day, the first Monday in September

Columbus Day, the second Monday in October

Veterans Day, 11 November

Thanksgiving Day, the fourth Thursday in November

Christmas Day, 25 December

b.  Any other day designated as a holiday by Federal statute or executive order.

0513

# ARTICLE 14

## Other Duties as Assigned

### 14-1  General

The term "other duties as assigned," as part of the position description, is defined to mean reasonably related duties to the job/position, and which do not jeopardize the classification of the job/position.  This does not preclude management from assigning additional, though unrelated, duties.  If unrelated duties are assigned on a regular and recurring basis, the PD should be amended to include such duties.  Work assignments shall not be in violation of prohibited personnel practices nor any relevant law, rule, regulation, or this agreement.

### 14-2  Additional Duties and Details

a.  The parties acknowledge that there are vacancies that exist from time to time that are not, or cannot, be filled due to management decisions.  These duties may be equitably distributed among the remaining work force within the area of concern on a fair and equitable basis.

b.  The Employer will exercise its efforts in good faith, subject to requirements of efficient operations, to avoid establishing additional duty requirements that would create unnecessary hardships, potential health hazards or discrimination against any employee or group of employees.

### 14-3  Housekeeping

Assignment of general cleanup and grounds maintenance duties to a skilled technician would normally be unacceptable and such assignments should be avoided where possible; however, when such assignments are necessary in keeping with organizational standards and personnel resources and capabilities, such duties will be assigned on a fair and equitable basis.

0514

## ARTICLE 26
## Environmental Differential Pay /Hazardous Duty Pay

### 26-1  General

Environmental Differential Pay (EDP) is additional compensation paid to a technician who is exposed to a hazard, physical hardship or working condition of an unusually severe nature identified in 5 CFR 532, Subpart E, Appendix A.  It is agreed that the agency objective should be to eliminate or reduce such working conditions; however, when this is not possible EDP must be considered.  Further, it is agreed that TAG will develop an Environmental Differential Pay Plan.  TAG will provide the Union an opportunity to make recommendations for the EDP Plan.  All requests for EDP will be processed in accordance with the EDP/HDP Plan.

### 26-2  EDP/HDP Committee

a.  It is agreed that an EDP/HDP Committee will be appointed.  The Committee will consist of a representative from the Human Resources Office, Surface Maintenance Directorate, State Army Aviation Office, United States property and Fiscal Office, State Safety and Occupational Health Office, a Medical Service Officer, and three technician representatives of the Union.  This committee will review all requests for EDP/HDP.  In questionable cases the Committee will submit its findings to the appropriate authority for a determination on propriety of paying EDP/HDP.

b.  Minutes of all EDP/HDP Committee meetings will be taken and a copy furnished to the Adjutant General and the Union.

c.  Union representatives being members of the committee will conduct impact and implementation bargaining during the committee proceedings.

### 26-3  Identification of Hazards

When the Union or technician identifies a condition that may warrant coverage under appropriate categories of EDP/HDP, it will notify the EDP/HDP Committee of the location and nature of the hazard, in accordance with the EDP/HDP Plan the notification will discuss possibility of including the hazard in the EDP/HDP Plan. Within fifteen (15) work days of receipt of a request for EDP/HDP, the Chairman of the EDP/HDP Committee shall convene the Committee for consideration of the request.

### 26-4  Notification Procedures

When the Employer determines or proposes that a local work situation is such that it should be included or excluded from coverage under payable categories of EDP/HDP, it will notify the Union of the title, location and nature of the hazard.  Within the time frame of Section 26-3, the EDP/HDP Committee will meet for the purpose of reviewing the issue.

0515

d. Parking for AL ARNG technicians, who must leave automobiles parked overnight at work area, shall be permitted inside a fenced area near the location, if available and subject to security restrictions.

## 33-4  Office Space

It is the intent of the Employer to provide each Chapter President with office space during official duty hours. However, if that space is not available, joint use space will be provided. Other Officers and Stewards will be provided joint-use office space during official duty hours on an as needed basis. Upon request, these spaces will have restricted access while these officers and stewards are conducting Union activities requiring privacy. The office spaces will be environmentally supported in the same manner as the rest of the building. The Union will be afforded the opportunity to use available furniture, to include a filing cabinet and book shelves. The Union will be allowed to use the available telephone service at no expense to the agency.

## 33-5  Mechanic's Tools

The Employer agrees to provide mechanic's tools as listed in official authorization documents for each mechanic/worker with such requirements. Bargaining Unit technicians will not be required to expend personal funds for the purchase of tools required in the performance of their duties.

## 33-6  Carbon Monoxide Devices

Carbon monoxide detection devices will be installed in all maintenance and warehouse facilities. They will be inspected semi-annually and calibrated at least annually by authorized calibration personnel in accordance with appropriate safety codes.

## 33-7  Weapons

Management and the Union agree to abide by the currently established policy concerning the prohibition of privately owned weapons in the workplace.

## 33-8  Lockers

Management will make every effort practicable to provide lockers in close proximity to work areas with priority to technicians who work in maintenance facilities.

0516

IN WITNESS WHEREOF, the parties hereto have executed this agreement on 10 December 2002

MICHAEL H. SUMRALL
Major General (AL), AL ARNG
The Adjutant General:

FOR THE LABOR ORGANIZATION:

GEORGE A. LEE
COL, GS, AL ARNG
Chief Negotiator

TERRY GARNETT
National Field Rep. ACT
Chief Negotiator

JAMES C. SUTTLE
COL, AL ARNG
Negotiator

GERALD D. REYNOLDS
North Chapter President
Negotiator

DONNIE R. DAVIS
Lt Col, AL ANG
Negotiator

JAMES H. BEASLEY
South Chapter President
Negotiator

JOSEPH A. PRICE
LTC, AL ARNG
Negotiator

ROGER REIMANN
Negotiator

RICHARD D. COLE, II
LTC, AL ARNG
Negotiator

TOMMY BALDWIN
Negotiator

This agreement was approved by DOD FAS letter, dated 9 January 2003, and effective 9 January 2003, minus those provisions that were disapproved. The remaining provisions were revised and later approved by DOD FAS letter, dated, 5 June 2003.

0517