

EXHIBIT

2

# LABOR - MANAGEMENT AGREEMENT

*BETWEEN*

THE ADJUTANT GENERAL, GEORGIA ARMY & AIR NATIONAL GUARD

*AND*

THE GEORGIA ASSOCIATION OF CIVILIAN TECHNICIANS (ACT), INC.









## Approved:

## 8 August 2000



DUTY..DIGNITY.. DEDICATION

*Terry Garnett*
*National Field Representative SE.*
*1319 Yellow Jacket Court*
*Jacksonville, FL 32218*

## ARTICLE 2
## PURPOSE

### SECTION 2.1 PURPOSE OF AGREEMENT:

The purpose of this agreement is to identify the parties to this agreement and define their responsibilities under the agreement, and to state the personnel policies and practices and matters affecting conditions of employment as provided by this agreement and applicable laws and regulations. It is intended this agreement will meet the following purposes:

a.  To promote fair, equitable and reasonable working conditions.

b.  To promote programs designated to assist the employer and Technicians in achieving their acknowledged and recognized objectives.

c.  To promote the highest degree of efficiency, morale, and responsibility to the Georgia Army and Air National Guard.

d.  To provide for the prompt adjustment of any differences arising between the parties on matters covered by this agreement.

e.  To promote harmonious Labor-Management relations between the Employer and its Technicians.

f.  To promote and provide a safe and healthful work environment consistent with mission requirements.

0519

# ARTICLE 11
# ENVIRONMENT

## SECTION 11.1  EMPLOYER PROVIDES BEST POSSIBLE ENVIRONMENT:

The Employer shall provide the best possible environment for the safety and well being of the Technician. Current conditions will always be considered in the assignment of duties.

## SECTION 11.2  ENVIRONMENTAL DIFFERENTIAL PAY (EDP):

Wage Grade Technicians who, in the performance of their duties, are exposed to various degrees of hazard, physical hardship, and working conditions of an unusual nature may be authorized EDP in accordance with 5 CFR Sec. 532, and GA HRR 532. Any supervisor or Technician may submit a request for determination of eligibility for EDP in connection with the performance of his/her duties. Such requests will be in writing and submitted through supervisory channels to the Employer for determination of environmental differential pay in accordance with 5 CFR Sec. 532 and other applicable laws and regulations.

## SECTION 11.3  HAZARDOUS DUTY PAY:

5 CFR Sec. 550 and GA HRR 550 govern payment of hazard differential for General Schedule Technicians.   Hazard differential shall be paid only for a duty included in the Office of Personnel Management schedule of irregular or intermittent hazardous duties involving physical hardship published in 5 CFR Sec. 550. However, a differential may not be paid a Technician for a duty listed when the duty has been credited in the classification of the Technician's position. Requests for hazardous duty pay will be submitted through supervisory channels to HRO for approval.

## SECTION 11.4  EXTREME COLD:

The employer recognizes the hazards of working outside for extended periods in extremely cold temperatures. The employer acknowledges the responsibility to insure the adequacy of cold weather gear worn and availability of all such protective equipment prior to venturing out into extreme temperatures for an extended period of time.  The employer will furnish authorized cold weather protective gear at no cost to the employees and monitor working conditions.

a.  Management acknowledges that there are certain cold factors beyond which employees are incapable of performing sustained work.

b.  It is realized that tolerance between individuals differ and that the type of outside work being accomplished affects the body heat generated by a worker, therefore, common sense and the following chart must be applied when considering maximum exposure time.

*(chill chart on next page)*

25

**0520**

*(chill chart continued)*

| Chill Chart (I/A/W AFI 91-213/AFP 91-215 & FM 21-10 | |
|---|---|
| Chill Factor Temperature (°F) | Time Limit for Exposure (Hrs & Min) |
| -20° | 0:45 |
| -15° | 1:00 |
| -10° | 1:15 |
| -05° | 1:30 |
| -0° | 1:45 |
| +10° | 2:00 |

## SECTION 11.5 EXTREME HEAT:

a. The Employer recognizes the potential hazards of working outside for extended periods in extremely hot temperatures. Individual tolerance to temperature extremes varies and may be affected by the type of sustained outside activity (light, moderate, or heavy) being accomplished and, therefore, common sense must be applied.

b. In accordance with AFOSH/OSHA standards, AFI 91-213, AFP 91-215, and FM 21-10, risk assessment principals will be utilized to maximize operational capabilities while minimizing risks during periods of extremely hot temperatures when sustained outside work is required.

c. In accordance with AFOSH/OSHA Standards, the Employer will monitor weather conditions and determine when extremely hot temperatures are a work factor.

d. Mission-essential work will be performed to meet requirements. If the outside temperature becomes extremely hot and the Employer determines it is a work factor, the Employer will institute appropriate work control measures such as rest periods in cool areas, cool drinking water, etc., to reduce the risks involved in sustained mission-essential outside work in accordance with the chart contained in section 11.6.

e. If the outside temperature becomes extremely hot and the Employer determines it is a work factor, the Employer will make every reasonable effort to minimize sustained non-mission essential outside work. The Employer will determine what appropriate work control measures will be instituted to reduce risks involved in sustained non-mission essential outside work.

f. The Employer will make every effort to train supervisors and employees on the effects of heat and sun exposure.

g. The employer will make sunscreen and any other PPE required by regulation, available for use by those employees whose duties involve routine and sustained exposure to the sun.

h. The employer will provide access to the laws, regulations, and instructions applicable to this article.

26

## SECTION 11.6  HEAT FACTOR CHART:

When determining that extreme heat is a work factor, the employer will use AFOSH/OSHA Standards, AFI 91-213/AFP 91-215 & FM 21-10 and the following heat chart.

| Heat Chart | | | | |
|---|---|---|---|---|
| Category | Heat Condition | WGBT Index | Water Intake (qt/hr) | Hourly Work/Rest Cycle |
| I | * | Below 82 | 0.5 pint | 50/10 |
| II | Green | 82-84 | 0.5-1.5 pints | 50/10 |
| III | Yellow | 85-87 | 1.0-1.5 pints | 45/15 |
| IV | Red | 88-89 | 1.5-2.0 pints | 30/30 |
| V | Black** | 90-Above | More than 2.0 pints | 20/40 |

* At heat conditions below green, intense physical activity may cause heat injuries - use care!

** Suspend physical training and strenuous activity.  If mission requires strenuous activity, enforce water intake to minimize expected heat injuries.

27

(3) Placement in vacant positions at lower grade levels or pay.

    (a) Competition for occupied positions at lower grade levels or pay.

e.  Some positions in the same occupational series should be in different competitive levels because of major differences in functions and qualifications.

f.  There is no limit on the number of positions that may be assigned to a particular competitive level. The competitive level may consist of only one position if it is too unique to be grouped with other positions.

g.  The position to which the Technician is permanently and officially assigned will be used to established competitive levels (the position to which the Technician is temporarily promoted, temporarily reassigned, or detailed will not be used).

h.  Tenure groups are the categories in which Technicians are grouped based on length of employment and completion of probationary/trial periods.

    (1) Tenure Group I.   Permanent, competitive service Technicians with career status, who have successfully completed their probationary period, and permanent, excepted service Technicians who have successfully completed a trial period.

    (2) Tenure Group II.   Permanent Technicians who are serving a trial or probationary period.   This category includes competitive service Technicians with career-conditional status and excepted service Technicians who have not completed their trial period.   Competitive service Technicians under career appointments who must serve a probationary period are also in tenure II.

    (3) Tenure Group III.   Technicians who serve under indefinite appointment in the excepted service.

i.  A retention register is a record that lists Technicians in descending order, within their competitive levels, and tenure group, starting with the Technician with the highest score first.

    (1) A Technician retention standing will be computed using the average score of the last three official performance appraisals.   For example, a Technician may have received a performance rating score of -3-(1998), -3-(1999), -2-(2000).   Divide the total score of all three appraisals (8) by 3 which equates to 2.66.   The Technician score of 2.66 will then be placed on the retention register.

    (2) The following table as established by, and subject to change by, the Employer in GA HRR 351 provides the numerical score equated to the performance rating:

| | | |
|---|---|---|
| Outstanding | - | 5 points |
| Excellent | - | 4 points |
| Acceptable | - | 3 points |
| Marginal | - | 2 points |
| Unacceptable | - | 1 point |

    (3) Technicians who do not have three (3) current appraisals on file will be credited with a fully acceptable (3) rating for any missing appraisals.

    (4) The Technician Service Date (TSD) will be used as a tiebreaker when two or more Technicians in the same tenure group have the same retention score.   The service computation date (SCD) will be used as a further tiebreaker if required.

42

0523

itness whereof, the parties hereto have executed this agreement on the 16th day of May 2000.

| For the Employer: | For the Labor Organization: |
|---|---|
| _signature_ | _signature_ William C. Brown |
| The Adjutant General | ACT Natl. Rep-Chief Negotiator |
| _signature_ Daniel | _signature_ |
| Chief Negotiator | Assistant Chief Negotiator |
| _signature_ | _signature_ |
| Assistant Chief Negotiator | Negotiator |
| _signature_ | _signature_ |
| Negotiator | Negotiator |
| _signature_ | _signature_ |
| Negotiator | Negotiator |
| _signature_ | _signature_ |
| Negotiator | Negotiator |
| _signature_ Larry Mauldin | _signature_ |
| Negotiator | Alternate |
| _signature_ | _signature_ |
| Alternate | Alternate |

0524

EXHIBIT

3

# 104th Fighter Group

## Massachusetts Air National Guard

### Barnes Air National Guard Base
### Westfield, Massachusetts 01085-1385





ASSOCIATION OF

act

CIVILIAN TECHNICIANS

Duty...Dedication...and Dignity

Agreement Between
## The Adjutant General

of

# *MASSACHUSETTS*

and
Western Massachusetts Chapter
Association of Civilian Technicians
Local 39

ARTICLE 4

BASIC WORK WEEK

SECTION 1.

a. The basic work schedule will normally consist of (9) work days within a pay period comprised of eight (8) 9 hour days and one (1) eight hour day, referred to as 5-4-9 work schedule. Mission essential adjustments may be made with Air Commander approval.

b. The EMPLOYER agrees to consult with the ASSOCIATION prior to implementing any major changes to the tour of duty, as described in Section 1a above.

c. Supervisors will insure that all employees are afforded a continuous 30-minute lunch/dinner period as normally scheduled or as near to the regular schedule as possible in light of ongoing operational requirements. Overlapping lunch periods are authorized to provide continuous coverage of all areas during the workday. When a supervisor determines that time off for lunch is not possible, a lunch period of 20 minutes or less may be counted as work time for which compensation is allowed. Where such an on-the-job lunch period is in effect, technicians must spend the time in close proximity to their work area and be available for work. Employees will not leave the work area prior to the end of the official workday without the supervisor's approval.

SECTION 2.

Work schedules will be posted by the EMPLOYER not less than one week in advance unless such scheduling would handicap the unit from meeting mission requirements or that costs would be substantially increased. Work schedules may be of two (2) to four (4) pay period durations. Technicians will be scheduled equitably for Saturday or afternoon shiftwork. Technicians may be allowed to swap shifts with other technicians whom MANAGEMENT considers to be qualified in that area. Such swaps may be made based on mission requirements and MANAGEMENT discretion and must be coordinated and approved prior to the posting of the work schedule. The EMPLOYER agrees to consider requests from any employee to temporarily adjust his or her work schedule because of personal and/or family problems (i.e., single parents, sickness in the immediate family).

SECTION 3.

The EMPLOYER agrees to permit each employee short rest periods in each daily tour of duty. Rest periods will not exceed 15 minutes during each 4 hours of continuous work. Supervisors will schedule rest periods to allow continuous coverage and to meet operational requirements in their area of responsibility.

SECTION 4.

All shift differential, holiday pay, and Sunday premium pay will be paid in accordance with law, regulation or the Federal Personnel Manual.

-7-

**0526**

ARTICLE 5

LEAVE ADMINISTRATION

SECTION 1.  Annual Leave

Annual Leave will be administered in accordance with existing laws, rules and regulations.  Every reasonable attempt consistent with the workload will be made to satisfy the desires of the employees with respect to the approval of Annual Leave.

a.  Any dispute between employees within the same functional area desiring the same time will be resolved by granting leave time to the employee with the earliest receipted SF-71.

b.  Every reasonable effort will be made consistent with mission requirements, to grant upon request, two (2) consecutive weeks of Annual Leave to eligible employees.  All efforts will be made to grant leave periods of longer duration upon specific request of eligible employees. The EMPLOYER agrees that if leave cannot be scheduled to suit the desires of an employee an alternate period will be scheduled through consultation with the employee.

c.  The EMPLOYER will assure that all employees are given the opportunity for a reasonable vacation period for using all leave which cannot be carried forward to the next leave year.

d.  Employees dissatisfied with the administration of their Annual Leave may have the matter resolved under the grievance procedures established in this Agreement.

e.  The EMPLOYER agrees to allow short periods of Annual Leave.  Employees are expected to submit requests for periods of more than one day of Annual Leave at least three (3) workdays in advance, if possible.  When an employee submits a request for short periods of Annual Leave for other than an emergency reason, his/her first level supervisor will attempt to inform the employee of acceptance or denial within four hours.  Annual Leave may be granted for miscellaneous reasons in hourly increments to permit employees to discharge minor personal obligations that cannot be accomplished during nonworking hours.

f.  Normally, request for unscheduled Annual Leave will be made to the first line supervisor not later than 1/2 hour after the start of the scheduled work shift.  When the first line supervisor cannot be reached the request will be made to the person (non-bargaining unit member) designated by the first line supervisor to act on his/her behalf.

g.  Annual Leave may be advanced, not to exceed the amount of leave that a technician can accrue in the current leave year, by written request to the first line supervisor.  Such requests shall normally be submitted at least 30 days in advance of the period requested.

h.  A technician may cancel previously requested and approved leave at any time.

-9-

ARTICLE 5

LEAVE ADMINISTRATION

SECTION 2.  Sick Leave

a. Sick leave is authorized to be used for dental, optical and doctor appointments including reasonable travel time as necessary for both local and non-local appointments.  Sick leave for these purposes should be requested as far in advance as possible.  It may be authorized verbally or may require acceptable evidence.  It is the responsibility of the immediate supervisor to determine whether absences are properly chargeable to sick leave.  Medical certificates may be required under the following conditions:

(1)  For absences in excess of three (3) workdays.

(2)  For absences of short periods at frequent intervals whenever there is reason to believe that the sick leave privilege is being abused. In such cases the technician will be advised in writing that medical certificates will be required to support any future grant of sick leave regardless of duration.

(3)  When a sufficiently large number of personnel report as sick in one day so as to interfere with mission requirements.

b. Employees not reporting for work because of reasons falling within the scope of sick leave will advise their first line supervisor not later than 1/2 hour after the start of the scheduled work shift. When the first line supervisor cannot be reached, the request will be made to the person (non-bargaining unit member) designated by the first line supervisor to act on his/her behalf. If both individuals are not available, then the request will be made to the second line supervisor. If unable to notify his/her supervisor within the 1/2 hour because of extenuating circumstances, the employee shall give notice as soon as possible, normally not later than the close of the workday.

c. It is agreed that the EMPLOYER may require a medical certificate for an employee's fitness for work if he/she has suffered a disabling injury or illness and if he/she has been on extended sick leave.

d. Limited sick leave may be granted to an employee by the EMPLOYER when a death in the immediate family causes the individual to be incapacitated due to illness that is caused by grief and bereavement. A medical certificate from a physician will be required by the EMPLOYER to verify the need for such sick leave.

SECTION 3.  Compensatory Time

Compensatory time will be documented and utilized in accord with current directives.

-10-

0528

# ARTICLE 7

## OVERTIME WORK

**SECTION 1.**

It is agreed that overtime work will only be scheduled for essential mission requirements and emergencies and not normally on a regular basis.

a. Irregular or occasional overtime is overtime performed on an intermittent or occasional basis, even though planned or scheduled in advance of the performance.

b. Regular overtime is overtime which is scheduled in advance for specific periods of stated days and which will continue for an extended period (at least one pay period).

**SECTION 2.**

Should work be required during any period other than an employee's normal work schedule or any normally compensated holiday, it will be assigned fairly and equitably among only those having the skill necessary, as determined by MANAGEMENT, to complete the required mission.

**SECTION 3.**

The EMPLOYER will normally notify an employee three (3) days in advance of scheduling an overtime assignment but will not schedule overtime with less than four (4) hours notification unless unforeseen circumstances occur. If an employee is scheduled for overtime and the overtime assignment is not required, the employee may receive compensatory work for no less than one (1) hour if the assignment is canceled with less than one (1) hour's notice. When necessary to schedule work outside the normally scheduled workday, such work shall be implemented with consideration of the following factors:

a. Voluntary assignments.

b. Seniority.

c. All employees will participate on an equal basis predicated on required skills.

d. An employee, upon request, may be released from an overtime assignment if the employee identifies a qualified replacement acceptable to MANAGEMENT.

**SECTION 4.**

An employee recalled to work will receive compensatory time for no less than two (2) hours.

-15-

**0529**

ARTICLE 9

SAFETY, HEALTH AND WELFARE

SECTION 1.

The EMPLOYER will make every effort to provide safe and healthful working conditions in accordance with the Occupational Safety and Health Act of 1970, as implemented by Executive Order for Federal Employees, Part 1960. The EMPLOYER and the ASSOCIATION agree that they have a mutual responsibility in the field of personnel safety.

SECTION 2.

The EMPLOYER is responsible for providing and maintaining safe and healthy working conditions and for providing required protective equipment (as prescribed by AFOSH standards) including but not limited to the following:

a. Safety glasses, with side shield, prescription or otherwise, where wearing is required by regulations. Safety glasses with side shield will only be provided when adequate face shields or goggles are not available.

b. Permanent or portable eyewash, shower and ventilation as required by AFOSH standards in those areas where employees are exposed to fuel, acid or other hazardous contaminants. In the event that the supply of potable water is lost to these areas, no maintenance or other tasks will be performed that requires employees to be exposed to a hazardous/chemical condition for the duration of the outage. If no water is available to support the use of sanitation facilities, work will be relocated. In the event that electricity to an area is lost, disabling computer systems, fire alarm and detection systems, etc. the AIR COMMANDER will make every reasonable effort to relocate employees where work can safely and effectively be performed. In either event, if water or power cannot be restored within a reasonable amount of time, the Air Commander may relocate affected individuals as needed or request Administrative leave from the EMPLOYER after notifying the ASSOCIATION.

c. First aid kit, fire extinguisher, fire blankets and stretchers will be provided as required by safety regulations. Adhesive strips (Band-Aids) will be provided in all first-aid kits, and re-supplied through the base Medical Squadron.

d. Employees will be required to use protective equipment when a hazardous condition requires its use. This requirement becomes part of work performance and a condition of employment.

SECTION 3.

Employees required to perform work under hazardous conditions, lift items or operate machinery/equipment will do so in accordance with OSHA standards.

-23-

**0530**

ARTICLE 9

SAFETY, HEALTH AND WELFARE

SECTION 1.

The EMPLOYER will make every effort to provide safe and healthful working conditions in accordance with the Occupational Safety and Health Act of 1970, as implemented by Executive Order for Federal Employees, Part 1960. The EMPLOYER and the ASSOCIATION agree that they have a mutual responsibility in the field of personnel safety.

SECTION 2.

The EMPLOYER is responsible for providing and maintaining safe and healthy working conditions and for providing required protective equipment (as prescribed by AFOSH standards) including but not limited to the following:

   a. Safety glasses, with side shield, prescription or otherwise, where wearing is required by regulations. Safety glasses with side shield will only be provided when adequate face shields or goggles are not available.

   b. Permanent or portable eyewash, shower and ventilation as required by AFOSH standards in those areas where employees are exposed to fuel, acid or other hazardous contaminants. In the event that the supply of potable water is lost to these areas, no maintenance or other tasks will be performed that requires employees to be exposed to a hazardous/chemical condition for the duration of the outage. If no water is available to support the use of sanitation facilities, work will be relocated. In the event that electricity to an area is lost, disabling computer systems, fire alarm and detection systems, etc. the AIR COMMANDER will make every reasonable effort to relocate employees where work can safely and effectively be performed. In either event, if water or power cannot be restored within a reasonable amount of time, the Air Commander may relocate affected individuals as needed or request Administrative leave from the EMPLOYER after notifying the ASSOCIATION.

   c. First aid kit, fire extinguisher, fire blankets and stretchers will be provided as required by safety regulations. Adhesive strips (Band-Aids) will be provided in all first-aid kits, and re-supplied through the base Medical Squadron.

   d. Employees will be required to use protective equipment when a hazardous condition requires its use. This requirement becomes part of work performance and a condition of employment.

SECTION 3.

Employees required to perform work under hazardous conditions, lift items or operate machinery/equipment will do so in accordance with OSHA standards.

-23-

0531

ARTICLE 9

SAFETY, HEALTH AND WELFARE

SECTION 4.

When an employee feels that he/she is subject to conditions so severe that a short term exposure to such conditions would be detrimental to his/her health and safety, the EMPLOYER, if he concurs, shall grant the employee immediate relief from such unsafe or unhealthful conditions pending the permanent resolution of the problem. When immediate relief from such unsafe or unhealthful conditions is not possible, the employee or the ASSOCIATION shall file a hazard report (HR). An employee, or group of employees, who believe that they are being required to work under conditions that are unsafe or unhealthy beyond the normal circumstances inherent to the operation, will report such conditions to the appropriate supervisor immediately. If the employee has a reasonable belief that his or her assigned task poses an imminent risk of death or serious bodily harm coupled with a reasonable belief that there is insufficient time to seek effective redress through normal hazard reporting and abatement procedures established in accordance with the applicable base safety regulations, they may decline to perform the assignment.

SECTION 5.

The ASSOCIATION representatives recognize that they have a responsibility for being alert to observe unsafe conditions or practices, equipment and conditions as well as environmental conditions in their immediate areas that may pose a health hazard. Employees are responsible for observing all pertinent safety regulations and report any observed unsafe or unhealthy condition or acts to their immediate supervisor.

SECTION 6.

Each branch shall have applicable safety manuals, directives, regulations and a list of all hazardous agents used on the job available to all employees.

SECTION 7.

To the extent possible, the EMPLOYER agrees to provide an adequate lunch/coffee break area that does not conflict with other normal activities/work areas. The EMPLOYER agrees to assure the cleanliness of the provided lunch/coffee facility. The ASSOCIATION agrees to encourage efforts among employees of the need for maintaining the cleanliness of the break area.

SECTION 8.

The EMPLOYER agrees to maintain published guidance on obtaining necessary emergency treatment for employees injured while performing official duties.

-24-

0532

ARTICLE 9

SAFETY, HEALTH AND WELFARE

SECTION 9.

Employees shall immediately report job connected injuries or occupational illnesses to their supervisor. Employees and supervisors shall insure that necessary forms are completed in accordance with the Federal Employees Compensation Act. Treatment will be arranged as required at either a military or civilian medical facility. Initial transportation will be arranged if necessary. An injured employee may be accompanied by another technician when necessary without charge to leave while being transported. Employees will be duly advised of their rights and options under the Federal Employees Compensation Act. Failure of an employee to file a report of an injury or accident may serve to nullify any future claim for compensation or treatment of that injury.

SECTION 10.

It is acknowledged that certain tasks necessarily performed involve a degree of hazard. Employees who are required to perform duties of a hazardous nature, or handle, use or are potentially exposed to hazardous materials in the course of official duties will receive training on the specific hazards in their work area.

a. The EMPLOYER and the ASSOCIATION mutually recognize the hazards of working in extremely cold temperatures while, at the same time, acknowledge the necessity for accomplishing certain tasks to varying extents even in the most extreme temperatures. The ASSOCIATION acknowledges that it is the responsibility of each employee to insure the adequacy of cold weather gear worn and to make full and proper use of all such protective equipment prior to venturing out into extreme temperatures.

b. MANAGEMENT acknowledges that there are certain cold or hot factors beyond which employees are incapable of performing sustained work. In such instances the commander will take actions in accordance with the applicable base instructions.

SECTION 11.

The ASSOCIATION agrees to designate a representative as a participating member of the Base Occupational Safety and Health Committee. The designated ASSOCIATION representative will be familiar with Base Regulation 127-1, which outlines the policy and objectives of the EMPLOYER'S Occupational Safety and Health Program.

SECTION 12.

Employees who suffer on-the-job injuries or occupational illnesses that result in time off from the job will be counseled by the EMPLOYER on Workmen's Compensation and other options available. The EMPLOYER will make every effort to expedite the required paper work.

-25-

ARTICLE 9

SAFETY, HEALTH AND WELFARE

SECTION 13.

a. The EMPLOYER will maintain a smoke free work environment in all enclosed buildings and work areas.

b. The EMPLOYER will make a reasonable effort to sponsor programs that will encourage technicians to discontinue use of tobacco products.

-26-

**0534**

ARTICLE 12

POSITION DESCRIPTION AND CLASSIFICATION

SECTION 1.

a. Technician duties will be assigned in accordance with the Technician Position Description of the assigned position.

b. The term "other duties as assigned", as used in the position description, means: duties reasonably related to the functional area and will, to the maximum extent possible, be at the same level that the individual is currently graded. For those additional duties assigned (not detailed) appropriate training will be provided as required and available. Exceptions such as fire fighting, security, deployment augmentee, and snow removal are not included.

c. It is understood that there are vacancies that exist from time to time that cannot be filled due to manning/budgetary limitations. These duties may be equitably distributed among the remaining work force within the functional area.

d. It is also understood that these provisions do not interfere or restrict MANAGEMENT'S right to assign work in accord with the statute.

SECTION 2.

Copies of present and new position descriptions will be made available to employees concerned and to the ASSOCIATION upon written request.

SECTION 3.

a. A classification appeal is a written petition made by a technician or a group of technicians for a change in the classification of the position to which assigned. A technician may appeal:

(1) The grade, title or series of the position he/she officially occupies.

(2) The coverage of his/her position under the Federal Wage System or the General Schedule.

b. A technician may not appeal:

(1) A dispute with the supervisor concerning the description of duties.

(2) The contention that the classification of a technician's position is inconsistent with that of another position.

(3) A final classification assigned by the Office of Personnel Management (OPM).

(4) Official position classification standards.

-29-

**0535**

ARTICLE 13

DETAIL OF EMPLOYEE

SECTION 1.

It is understood that the EMPLOYER has the authority to detail or temporarily assign personnel to a different established position or to a pending one for a specified period of time, with the technician returning to his/her regular assignment at the conclusion of the detail.

SECTION 2.

The EMPLOYER can detail or temporarily assign an employee for a period of time not to exceed 120 days. The SF-52 will be prepared for detail of National Guard Technicians in accordance with current regulations.

    a. Recording Details.

        (1) All details in excess of 30 working days, excluding details to cover work of technicians who are on normal vacation periods and on Annual Active Duty for Training tours, will be reported on SF-52 and maintained as a permanent record in the Official Personnel Folders.

        (2) This report is not required for the detail of Career- Conditional technicians who are being assigned to perform duties of a position that is either an identical additional position or a position of the same grade, series code and basic duties as the position to which he/she is regularly assigned.

        (3) The agency is responsible for controlling the duration of the details and assuring that the details do not compromise the open, competitive principles of the Merit Placement Plan or the principles of job evaluation.

    b. Details to Higher Grade Position.

        (1) Except for brief periods, a technician should not be detailed to perform work of a higher grade unless there are compelling reasons to do so.

        (2) If a detail for more than 120 days is made to a higher graded position, or for more than 120 days to a position within the bargaining unit with known promotional potential, it must be made under competitive promotion procedures as set forth in the Merit Placement Plan. No details of bargaining unit personnel will be made to supervisory or managerial positions unless made under competitive promotion procedures as set forth in the Merit Placement Plan, unless otherwise mutually agreed by the EMPLOYER and the ASSOCIATION.

-31-

**0536**

ARTICLE 13

DETAIL OF EMPLOYEE

c. Temporary Promotion.

(1) Normally, a technician should be given a temporary promotion to the higher grade when a detail would exceed 120 days.

(2) Temporary promotions will be made in accordance with the Merit Placement Plan.

d. Details and/or temporary promotion to higher grade positions will not be used for training or evaluating a technician in the higher grade position. It may not be used, for example, to give a technician a trial period before permanent promotion to decide among candidates for permanent promotion, or to train a technician in higher duties. The EMPLOYER will provide the Association with a copy of the SF 50 effecting the temporary promotion of bargaining unit employees to supervisory/non-bargaining unit positions.

**0537**

ARTICLE 15

ATTIRE

SECTION 1.

In order not to breach the statutory duty of fair representation to all bargaining unit employees, the parties agree that:

    a. ASSOCIATION officers and stewards may wear civilian attire that would be acceptable to conduct business in an office environment when performing the following functions:

        (1) Representing the union during representational proceedings, arbitration, FLRA and other third party proceedings, collective bargaining, on committees or boards established by the agency where union representation is authorized.

        (2) Processing grievances under the provisions of the negotiated procedure at Step 3 and above, or appeals under TPR 752.

        (3) Appearing as a witness, grievant, or appellant before the FLRA, arbitration and other third party proceedings.

        (4) As an observer in collective bargaining.

    b. Reasonable time will be allowed officers, stewards and employees to change in and out of the military uniform under the circumstances stated in a. above.

SECTION 2.

Reopening. Should it be determined during the term of this agreement that the wearing of civilian attire by technicians is a matter requiring mandatory negotiation, the EMPLOYER agrees to commence such negotiation within sixty (60) calendar days of receipt of the written negotiability determination and provided further, such negotiation is requested by the ASSOCIATION.

SECTION 3.

The EMPLOYER will provide, at no cost to the employee, a total of seven (7) sets of uniforms, in any combination the employee deems necessary to perform his/her assigned duties. In the case of mechanic positions, the EMPLOYER also agrees to provide, again at no cost to the employee, one pair of insulated coveralls.

SECTION 4.

The EMPLOYER agrees to allow and provide for the direct exchange of worn or otherwise unserviceable items issued to the employee in Section 3 of this article.

**0538**

ARTICLE 21

GENERAL

SECTION 1.

The EMPLOYER agrees to furnish the ASSOCIATION, semiannually upon request from the date the contract is signed, the following information: List of Names, Titles, and Grades of all unit employees.

SECTION 2.

The EMPLOYER will furnish to the ASSOCIATION one (1) copy of each Support Personnel Information Bulletin (SPIB) published by the EMPLOYER.

SECTION 3.

Each employee, or his/her representative designated in writing shall, upon request, be permitted to examine his Official Personnel File (OPF), which is maintained by the HRO in accordance with current regulations and applicable laws.

SECTION 4.

The EMPLOYER agrees to permit employees to play personal radios in work areas provided that employees in adjacent areas do not object to the sound.  Use of earphones is prohibited.

SECTION 5.

The EMPLOYER agrees to make available to the ASSOCIATION all pertinent Technician personnel Regulations and additional policies and directives of the agencies (NBG, DoD, OPM) during normal duty hours.

SECTION 6.

The EMPLOYER agrees to permit a representative of the ASSOCIATION, if requested by the local wage survey committee through the EMPLOYER, to participate in accordance with current regulations and applicable law in the FWS Wage Surveys.  Time required to perform required duties will be in accordance with duty status.

SECTION 7.

The ASSOCIATION shall be given the opportunity to be represented at:

    a.  At any discussion or actions regarding working conditions or other conditions of employment,  affecting bargaining unit employees; or

-55-

**0539**

ARTICLE 22

ENVIRONMENTAL PROTECTION

SECTION 1.

EDP will be paid in accordance with Department of the Air Force and NGB policies.

SECTION 2.

When the ASSOCIATION determines that a local work situation warrants coverage under payable categories of EDP, Code of Federal Regulations it will notify the EMPLOYER of the title, location and nature of the hazard to justify payment of EDP. Within thirty (30) days of receipt of the position the parties shall meet to review the proposals on the issue. Such meetings on EDP are to be limited to no more than once each calendar quarter unless agreed otherwise by the parties.

SECTION 3.

When the EMPLOYER determines that a local work situation should be included or excluded from coverage under payable categories of, Code of Federal Regulations. The ASSOCIATION will be notified of the title, location, and nature of the hazard to justify the EMPLOYER's position. Within thirty (30) days of receipt of the EMPLOYER's position, the parties shall meet to discuss the issue.

SECTION 4.

If technical assistance is needed to resolve an issue, such assistance may be requested individually or jointly from the Directorate of Aerospace Safety, Norton AFB CA.

SECTION 5.

When the ASSOCIATION determines that a local situation is not covered by one of the defined categories but is considered to be unusual in nature so as to warrant payment of an environmental differential, a differential may not be paid, but action may be individually or jointly initiated to request the OPM to consider authorizing the payment of an environmental differential.

SECTION 6.

The EMPLOYER may allow necessary time immediately preceding the lunch period and at the end of each work day to permit those employees engaged in work involving excessively dirty, toxic or hazardous substances time for personal clean-up. Such time should not normally exceed ten (10) minutes in the same day.

SECTION 7.

All hazardous duty pay (HDP) will be paid in accordance with pertinent regulations.

-57-

ARTICLE 23

TRAINING

SECTION 1.

The EMPLOYER and the ASSOCIATION agree that training and career development of all employees is of continuing importance and in the best interests of all concerned. Training of all employees in technical and administrative skills connected with the job is an ongoing requirement of all supervisors. Additional training, based on availability of resources and consistent with mission requirements, will be provided in areas involving new equipment, mission change, personnel reassignments or reduction-in-force (RIF), or any other area deemed necessary by the Employer.

SECTION 2.

It is further agreed that the EMPLOYER is responsible for establishing and maintaining an orientation-training program for newly assigned technicians. This orientation is designed to assist new personnel in adapting to their work environment and to become familiar with policies and procedures of the EMPLOYER. This orientation will normally be conducted within 10 working days of the official start date of the employee with a locally devised checklist used to insure completeness and standardization.

SECTION 3.

In the event of a reduction-in-force, which results in the termination of a bargaining unit member, the EMPLOYER will determine from the appropriate State Employment Service whether any of the affected employees may be eligible for training at Government expense and, if so, will inform employees how to apply for training. Employees affected by a reduction-in-force or a major equipment change, and who are then assigned to a position totally unrelated to their former position, will be given the opportunity to either attend a technical training course if one is available or given on-the-job training. If the duties of a technician change to the extent that without additional training the technician is not fully qualified for the position, the technician will be provided an opportunity to attend the appropriate training school if one is available or given on-the-job training.

SECTION 4.

In accordance with TAGMA PAM 690 and this AGREEMENT, the performance evaluation process- including ongoing discussion between the supervisor and the technician- may result in the identification of specific training needs. Recommendations for training should not be limited to the less than fully acceptable performer but to help any technician achieve a higher level of job performance and proficiency. Thus, recommended training may be remedial or developmental in nature. Technicians will be given every reasonable opportunity to obtain training to help upgrade their performance.

-58-

**0541**

ARTICLE 23

TRAINING

SECTION 5.

It shall be a matter of concern and interest of both EMPLOYER and ASSOCIATION that appropriate training courses, seminars, conferences and meetings be scheduled during working hours to allow technicians the opportunity to gain information, education and training in their respective positions.

SECTION 6.

On account of the mutual interest of the ASSOCIATION and the EMPLOYER in providing appropriate training to employees, the EMPLOYER agrees to consider the recommendations of the ASSOCIATION concerning the establishment and design of local training programs. The ASSOCIATION recognizes that such recommendations are in no way binding upon the EMPLOYER and that decision-making concerning whether to establish a training program, its design, scheduling, and conduct is reserved exclusively to the EMPLOYER.

SECTION 7.

The EMPLOYER and the ASSOCIATION understand that cross training of employees serves the parties mutual interests in career development for employees and upward mobility. The EMPLOYER may exercise the right to make temporary assignments, in furtherance of cross training objectives, and will give due consideration to overall training needs, mission requirements, and the individual career potential and career goals.

SECTION 8.

When the physician's report shows that the employee is no longer totally disabled, he or she is required to accept any reasonable offer of suitable light or limited duty. Such an offer may be made by telephone but must be confirmed in writing within 48 hours to be valid. The offer should include a description of the duties and requirements of the offered position. If a personnel action is involved, the employee must be furnished with a copy of it prior to the effective date. Continuation of Pay (COP) will be administered IAW CA 810.

EXHIBIT

4



# Labor-Management Agreement

Between the

*Office of the Adjutant General*

*North Carolina Army National Guard*

*and*

*Old Hickory Chapter*

*Association of Civilian Technicians*

*Effective: 18 July 2002*

ASSOCIATION OF CIVILIAN TECHNICIANS
Terry Garnett
National Field Representative, Southeast
2042 New-Bern Road
Jacksonville, FL 32218

# ARTICLE III - ATTENDANCE AND LEAVE

## SECTION 3-1 - General:

a. It is agreed that attendance and leave policies for all NCARNG unit members shall be administered in accordance with this Agreement, current or future laws and applicable regulations.

b. This agreement covers procedures for authorizing Annual Leave, Sick Leave, Leave Without Pay, Administrative Leave, Compensatory Leave, Holiday Leave, Law Enforcement Leave, Court Leave, Military Leave, Holiday Pay, Premium Pay, absences for maternity reasons, and implementation of the Family and Medical Leave Act (FMLA) and Family Friendly Leave Act (FFLA).

c. Under emergency situations, the Adjutant General or his designated representative may authorize excused absence of affected technicians. In the event of unavailability of the Adjutant General or designee, the facility commander/activity head may authorize excused absence for affected technicians.

d. Unless otherwise amended here, leave policies will be administered per OTAGNC Pam 690-1 is modified, Labor Organization Officials will be afforded the opportunity to negotiate changes, as they would effect Impact and Implementation.

## SECTION 3-3 - Adverse Weather:

a. All employees of the North Carolina National Guard will comply with OTAGNC Policy concerning Leave and Administrative Dismissal of Full-Time Support Personnel During Periods of Inclement Weather.

b. Normally all NCNG offices and activities will conduct business as usual during each regular workday; therefore, it is expected that all technicians will report for duty as previously scheduled at their individual workdates during each regular workday unless inclement weather conditions prevail.

c. Full-Time technicians who are unable to get to work because of what they perceive to be local hazardous driving conditions will make every reasonable effort to notify their immediate supervisor within two hours after the start of the normal workday. Under these circumstances, employees will be informed of their leave status, if it is known at that time, for the particular day.

d. In the event local hazardous driving conditions develop during the workday, technicians who anticipate special problems in transportation because of weather conditions will, upon their request

10

and consistent with mission requirements, obtain permission from their immediate supervisor to leave work early in a leave status, unless other technicians at the same time by order of the Adjutant General or his designated representative.

e. In the event an installation is declared closed and technicians are placed on excused absence, only those technicians in a pay status and available for the work will be granted the excused absence.

## SECTION 3-3 - Charging of Annual Leave:

Unless established otherwise, the minimum charge for leave is one hour.

## SECTION 3-4 - Annual Leave:

a. Accrual of annual leave is computed on the basis of a technician's number of years of service, both military and civilian. The rate of accumulation for full time technicians is as follows:

| Years of Federal Service | Annual Leave Bi-weekly | Accumulated Per year |
|---|---|---|
| Less than 3 | 4 hours | 13 days |
| 3 to 15 | 6 hours | 20 days |
| 15 or more | 8 hours | 26 days |

b. An individual has the right to use available Annual Leave at his discretion. The taking of annual leave is an absolute right of the employee, subject to the right of the head of the activity concerned to fix the time at which leave may be taken. Supervisors will schedule the use of annual leave of technicians to allow for adequate yearly vacation periods. If annual leave is disapproved, a reason must be given for disapproval. The supervisor must initiate action to reschedule the leave.

c. The supervisor will endeavor, consistent with mission requirements, to grant leave in the amount requested by each technician at the time he/she considers conveniently desirable. In the event of a conflict two (2) or more employees requesting annual leave at the same time, leaving a shop or section unmanned, the supervisor agrees to consider the date of request first, and/or request, the employee having the most seniority based on technician service computation date will be granted the leave. Changes in an approved annual leave schedule will not be allowed by the supervisor provided another technician's selection is not disturbed and the change is not detrimental to the mission both employees may be given leave off at the same period.

d. Employees agree to maintain a liberal leave policy and will not unreasonably restrict employees from taking short periods of annual leave. Employees will submit requests for more then forty consecutive hours of Annual leave reasonably in advance of the desired time. When an employee submits a request for a short period of annual leave for non-emergency reasons, the first level supervisors will inform the employee of acceptance or denial by the end of the work day. If after mid-day first level supervisor or next higher supervisor must give response during the following work day. The technician's designated time and attendance supervisor will be authorized to approve requests for unscheduled annual leave.

11

Reasonable technician travel expense incurred by the representative will be handled IAW Volume II or JTR.

## SECTION 12-6 - Conduct of Safety and Health Inspections:

An authorized Labor Organization representative shall be given the opportunity to accompany any Safety and Health Inspector or organic safety representative when conducting announced or unannounced safety inspections of work areas. At the conclusion of any inspection the inspector shall confer with the official in charge and Labor Organization official to advise them of inspection findings. A copy of any Notice of Unsafe or Unhealthful Working Conditions and/or inspection report will be sent to the Labor Organization at the same time of notification to the work place. Every effort will be made to have a representative present during safety inspections. Copies of abatement plans will also be provided to the Labor Organization representative.

## SECTION 12-7 - Hazardous Material Communication Training:

a. Hazardous material information and training will be made available in accordance with applicable regulations and public law.

b. All personnel will receive the training required by the directives and standards detailing the hazards associated with chemical used in their respective workplace. Employees who handle, use, or are potentially exposed to hazardous materials in the course of official duties will receive training on the specific hazards in their work area. This training will be conducted upon initial work area assignment and whenever a new hazard is identified or introduced into a work area. This initial training will be provided whenever possible before employees are exposed to hazardous material.

c. On an annual basis, management will review chemical hazards common to the workplace and present the known and predicted health hazards associated with that chemical, protective measures, and symptoms of over exposure to the employees. All training documentation will be maintained in the technician's permanent records.

d. Manufacture Safety Data Sheets (MSDS) will be on file in a known location and accessible to all technicians working with the chemical hazard. In the event of an employee being involved in an accident involving a hazardous chemical, the appropriate MSDS will accompany the employee to the medical facility.

## SECTION 12-8 - Extreme Weather Hazards:

a. Cold - The Employer and the Labor Organization mutually recognize the hazards of working in extremely cold temperatures. It is acknowledged that it is the responsibility of each employee to insure the adequacy of cold weather gear worn and to make full and proper use of all such protective equipment prior to venturing out into extreme temperatures. It is also realized that tolerance between individuals differ and that common sense must be applied by both technicians and mangers. The employer agrees that all outside activities will cease at -20 F chill factor unless special cold weather equipment rated for Arctic use is provided. This will not include emergency

59

related mission requirements or aircraft cross country arrivals or departures. The official temperature and wind velocity will be obtained, if available, from the local airport tower or national weather service.

b. Heat - The hazards of working in extreme heat are also recognized by the Employer and the Labor Organization. It is acknowledged that it is the responsibility of the Employer to ensure that adequate supplies of potable water is available to employees required to work in high heat conditions. It is the responsibility of the technician to ensure adequate protective measures are followed and that wearing of military issue (bush hat, sunscreen, and gloves) hot weather protective equipment is used when available. The facility head may authorize by SOP the minimum dress code. However, protective headgear, eyewear and safety boots will be required when a hazard is identified.

## SECTION 12-9 - Emergency Medical Assistance and Data Sheet:

Management will provide medical services to injured employees where required by regulation and law. Each activity will develop an emergency medical assistance plan that will enable immediate evacuation to the closest EMT activity. This plan will be posted in all appropriate work areas. Employer will provide and encourage employees to use the OTAGNC Form 690-1-R Emergency Data Record; however, the use of the form by the employee will be strictly on a voluntary basis.

## SECTION 12-10 - Special Tools and Equipment:

a. The employer will furnish at no cost to the technicians, safety eyeglasses to include prescription lenses to technicians who are required by medical prescription to wear glasses. All issued safety glasses broken on the job will be replaced at no cost to the technician. The individual may select either plain or tinted lenses. Prescription lenses will only be provided in non-tinted shades.

b. All protective clothing and equipment authorized by applicable regulations will be provided by the employer and cleaned at no cost to any technician.

c. Any special tools and safety equipment required by TM or applicable regulation, necessary to safely and properly accomplish an employee's duties, will be made available with no expense to the employees.

d. Protective clothing will be furnished to unit members engaged in hazardous work.

60

0546

COMPETITIVE SERVICE

Includes technicians serving under career conditional appointments, and career employees serving initial appointment probation.

TENURE GROUP III

EXCEPTED SERVICE

Includes technicians whose tenure is indefinite; that is, without specific time limitations, but not actually or potentially permanent, or with a specific time limitation of more than one year; also, technicians who, though currently under appointments limited to one (1) year or less, complete one year of current continuous employment.

COMPETITIVE SERVICE

Includes indefinite technicians, technicians under temporary appointments pending establishment of registers, technicians under term appointments, technicians in status quo, and technicians under any other nonstatus/nontemporary appointments.

c. Retention standing within each tenure group is established by using the following criteria:

 (1) Employees are listed in descending order, within their competitive levels, starting with the employee with the most points. They shall be classified on a retention register on the basis of their performance, tenure of technician employment, length of service, in descending order as follows:

(a) By tenure group I, group II, group III, and

(b) Within each group by performance, tenure of technician service beginning with the earliest Technician Service Date.

(2) An employee's performance rating score shall be based on the employee's three most recent annual performance ratings. Performance rating scores are as follows:

| | |
|---|---|
| Exceeds | 10 points |
| Meets | 8 points |
| Does Not Meet | 0 points . |

(3) The North Carolina National Guard Technician Service date will be used as a tiebreaker if two or more technicians in the same tenure group have the same retention score.

(4) Technician Service Date (TSD) will only be used as a second tie-breaker in the event that two or more technicians have the same retention standing and service computation date.

92

0547