installation billeting office determines that quarters are not available, a certificate of nonavailability will be provided. Where adequate government quarters are not available, the Employer is responsible to provide transportation between the duty station and quarters when required for accomplishment of the mission. Per diem may be authorized and will be provided consistent with the JTR.

b. Upon return to home station, after completion of a TDY tour, if a technician alleges that quarters were severely inadequate and not in accordance with established regulations, the supervisor will investigate the complaint. The results of this investigation/inquiry will be given to the technician and the Labor Organization, as required. If the Labor Organization finds it necessary, a complaint letter will be forwarded to HRO for future consideration for reimbursement for quarters at that facility.

**SECTION 21-4 - Work Performance:**



At least two (2) technicians will be assigned to travel together when tasks or travel to be performed cannot reasonably and safely be accomplished by a single technician.

**SECTION 21-5 - Credit Cards (Government Charge Card Program):**

The issuance of credit cards to bargaining unit members will be consistent with the provision of applicable regulations. The Employer will maintain the ability to provide an alternate method.

**SECTION 21-6 - Orders:**

a. TDY/travel orders will be issued for duty performed away from the individual's normal duty station when the duty day is expected to exceed ten (10) hours.

b. When reimbursement for miscellaneous expenses is required, SF 1164 may be utilized in lieu of DD Form 1610 or computer generated orders.

c. Routine travel orders will normally be generated and given to the individuals a minimum of five (5) working days prior to departure date.

d. Verbal orders will be utilized in unusual situations. Technicians should have a copy of orders prior to departure for TDY location.

**SECTION 21-7 - Travel Options:**

a. Technicians have the option of selecting their mode of transportation for Employer directed travel. If travel is scheduled by common carrier and the technician elects to provide his/her own transportation, reimbursement will be made in accordance with Volume II, JTR. If travel is furnished by government vehicle, aircraft, auto, bus, etc., the technician is not entitled to reimbursement. Official travel time for technicians providing their own transportation will be

0548

IN WITNESS THEREOF, the Parties hereto affix their signatures in concern with this agreement
on this 18th Day of JUNE, 2002.

FOR MANAGEMENT:

WILLIAM E. INGRAM, JR.
Major General (NC), NCARNG
Adjutant General

ANDREW W. GOODWIN III
Chief Negotiator
COL, NCARNG
AGAV

EDWARD M. TOLER
LTC, NCARNG
USPFO

RODNEY L. THOMAS
LTC, NCARNG
USPFO

CHARLES E. JACKSON
LTC, NCARNG
Troop Command

JOSEPH M. SEARS
MSG, NCARNG
AASF 1

FOR THE LABOR
ORGANIZATION:

MR. TERRY W. GARNETT
National Field Representative
Chief Negotiator
Association of Civilian Technicians

JOHN R. EDGE
Alternate Chief Negotiator
President, Old Hickory Chapter
Association of Civilian Technicians

WILLIAM T. WALKER
Executive Vice-President,
Old Hickory Chapter
Association of Civilian Technicians

JOSEPH E. HARRELL
Vice-President, Old Hickory Chapter
Association of Civilian Technicians

KEVIN J. DANKAR
Vice-President, Old Hickory Chapter
Association of Civilian Technicians

117

**0549**



EXHIBIT
5

# LABOR MANAGEMENT RELATIONS AGREEMENT

BETWEEN

**The Adjutant General of New Hampshire
and
The White Mountain/Granite State Air
Association of Civilian Technicians**

**February 1, 2000
Concord, NH**

[page 7]

# ARTICLE II
# WORK WEEK AND HOURS OF WORK

### Section 2.1 - Basic Workweek:

a.  NHNG TPR 630-10 entitled, Alternate Work Schedule, will be the accepted work schedule for the duration of the agreement.

b.  Uncommon tours of duty that do not afford a civilian technician two consecutive days off between normal work weeks will be kept to the minimum possible.  Employees who have not received notice of a work schedule change and report to work in accordance with the original schedule will be granted a minimum of two (2) hours work credit and released as soon as possible.  Every effort will be made to prevent employees from working two (2) consecutive holidays.  Civilian technicians may be required to work two (2) consecutive holidays if adequate numbers of qualified non-supervisory civilian technicians are not available within the sections to fulfill the mission requirements.

c.  Each civilian technician is authorized one-half (1/2) hour of uninterrupted, duty free time for a lunch break each day.  The lunch period will normally be scheduled between 1100 and 1330 to be determined at the request of the technician and at the discretion of the supervisor.  Employees scheduled to work through their normally scheduled lunch period will have the option to reschedule the lunch period or take a lunch break of twenty (20) minutes or less with in close proximity to their work and be available for work.   The employee will be released from work 30 minutes before the end of the normal duty day or receive appropriate compensation.

d.  When an employee will be required to work a shift that starts prior to 0600 or terminates after 1800, he/she will be notified by the posting of a written work schedule no later than seven (7) days prior to the start of the work week.  Notification of requirements to work other than the normal tour of duty during the 0600-1800 hour time frame, and the exact working hours for those on a rescheduled shift, shall be posted not later than Thursday three (3) days prior to the start of the work week except where the Employer learns of the change in work which case posting will be immediate.  Changes to the posted schedules will only be made in case of emergency and/or essential operational commitments.  At such time, the employee and ACT will be notified.

### Section 2.2 - Cleanup Time:

Civilian technicians engaged in work involving dirty, toxic or hazardous materials shall be allowed a ten (10) minute period immediately preceding lunch and fifteen (15) minutes at the end of each work day for personal clean-up and changing of clothes.  When it becomes necessary, a supervisor may assign tasks requiring civilian technicians to perform needed work during cleanup periods.  Personnel cannot leave the work place prior to completion of their work shift.

**0551**

[page 8]

**Section 2.3 - Differential Pay:**

Civilian technicians assigned to a regularly scheduled night shift or early morning shift will receive the shift differential in accordance with applicable directives. Employees will be granted Environmental Differential Pay (EDP) in accordance with NHNG TPR 532.

**Section 2.4 - Overtime:**

a. Civilian technicians in the unit shall not be required to perform any work or duty before or after scheduled work hours, without compensating the civilian technicians for all such work or duty. In accordance with existing regulations, such civilian technicians shall be granted an amount of compensatory time off from their scheduled tour of duty equal to the amount of time spent by them in irregular or overtime work before or after scheduled work hours. It is further understood that when a technician is required by the Employer to report at a designated location at a specified time, prior or subsequent to regular shift hours, such time shall be considered compensable in accordance with existing regulations.

b. Overtime work will be kept to a minimum, consistent with good mission management, as determined by the senior technician present at the work location. A civilian technician assigned to overtime may be relieved from his assignment, providing he has a valid reason and a civilian technician is available who is capable of performing in his place. In normal situations, supervisors will notify civilian technicians 48 hours in advance of all overtime assignments. Overtime hours shall be assigned fairly and without discrimination among employees of similar skills and capabilities.

c. Any recall that caused any civilian technician to return to work will be compensated for at the rate of no less than two hours.

d. In work areas where overtime has a high experience factor, the supervisor will maintain an overtime roster to ensure that overtime is equally distributed. This roster will be posted to indicate when and by whom this overtime was worked and will be kept current. If a civilian technician requests excusal from an overtime assignment for reasons other than stated earlier, he shall be considered for overtime again the next time a requirement exists. A technician who is on approved sick leave, annual leave, holiday leave, leave without pay, absent without leave, court leave or administrative leave, at the time overtime work is required, shall not be considered as available for overtime work, but shall retain his standing on the overtime roster for the next scheduled overtime assignment.

e. The Employer agrees that any full-time technician within the unit, who is not required to work on a Sunday as part of his basic scheduled workweek, is entitled to pay at his rate of basic pay plus premium pay. Such premium pay will be at a rate as established by existing regulations for each hour of Sunday work which is not overtime work and which is not in excess of eight hours for each regularly scheduled tour of duty which begins or ends on Sunday. Part-time civilian technicians are not eligible for premium pay.

**0552**

[page 33]

# ARTICLE XI

# HEALTH AND SAFETY

## SECTION 11.1 - General:

a. The Employer, to the full extent of its authority, will make every effort to provide safe and healthful working conditions in accordance with Occupational Safety and Health Act of 1970, as implemented by executive Order for Federal Employees, Part 1960. Appropriate supplies, equipment, and services will be furnished by the Employer at no cost to the civilian technician to achieve this purpose.

b. The Employer agrees to provide federally approved personal protective equipment and approved safety equipment. Civilian technicians are required to use such items provided.

c. Foot gear. Where the job requires it, a civilian technician will utilize the Employer issued standard safety shoe. If a civilian technician requires a specialized safety shoe, and the need is certified by the Employer, they will be supplied by the Employer at no cost to the technician. The technician is responsible for obtaining a doctor's certificate to indicate why the civilian technician cannot wear the standard safety shoe supplied by the Employer.

d. Safety Glasses. When and where required, safety glasses, to include the replacement of broken or damaged ones, will be provided by the Employer consistent with governing regulations.

e. CPR training will be provided annually to all employees who require it IAW applicable regulations.

f. Resources permitting, the employer will maintain bathroom areas using custodial personnel or contracts. Should a temporary resource shortfall occur, management and ACT will work together to insure that sanitation standards are maintained. Question of adequacy and maintenance will be resolved jointly by management and ACT.

## Section 11.2 - Local Safety Committees:

a. Local safety individual(s) will be designated to assist the supervisor in the area of safety.

b. The names of personnel will be published and posted on appropriate bulletin boards.

**0553**

[page 34]

**Section 11.3- Work Situations:**

a.  Applicable safety directives will not be violated in the performance of a civilian technician's duties.  Assigned duties that violate safety directives will be brought to the attention of the immediate supervisor at once.

b.  An employee has the right to decline to perform his or her assigned task because of reasonable belief, that under the circumstances the task poses an imminent risk of death or serious bodily harm, coupled with a reasonable belief that there is insufficient time to seek effective redress through normal hazard reporting and abatement procedures.  Such refusal will not subject the civilian technician to punitive or disciplinary action.

c.  A civilian technician may refuse to perform a task when both of the following criteria are met:

(1)  There is a reasonable belief that there exists an imminent risk of life or of serious bodily harm; and

(2)  There is insufficient time for the individual to have the situation resolved by any method other than refusing to perform the task.

d.  Imminent danger is defined as any conditions where there is reasonable certainty that a danger exists that can be expected to cause death or serious physical harm immediately or before the danger can be eliminated by redress through normal hazard reporting and abatement procedures.

e.  A civilian technician assigned emergency duties related to safety will be provided any protective equipment normally prescribed for such emergency conditions at the time the civilian technician is assigned the duty.

f.  Areas in which handicapped employees are working will be identified so as to insure their safety in an emergency situation.

g.  The Employer will take action immediately upon notification of an imminent danger to personnel in a work area to:

(1)  Evacuate all endangered civilian technicians from the affected area (situation requiring).  Areas in which handicapped employees are located will be given priority consideration.

(2)  Eliminate the condition.

(3)  Notify the local safety committee of the situation (by the supervisor in charge).

(4)  Notify the shop steward when the situation has been rectified (by the supervisor in charge).

0554

[page 35]

h.  When a civilian technician is attending training pertaining to health or safety, such as CPR, first aid, fire fighting, the group facilitator or instructor will determine start time, breaks, and dismissal time.  If a civilian technician is released from the training program by the instructor, he will be expected to return to the duty station if there is productive time remaining in the normal workday.

### Section 11.4 - Safety Publications:

The Employer agrees to request from the originating agency those publications required in the administration of the technician health and safety program.  Upon receipt, the Employer will make available those publications to the appropriate activity and make known to the local safety committee their availability so as to provide access to them by civilian technicians.

### Section 11.5 - Safety Inspections and Accident Investigations:

When Safety Inspections of civilian technician work areas are to be conducted, an official of the Labor Organization who represents that area will be given the opportunity to accompany the OSHA or State Safety Inspector.  The Employer will notify the Labor Organization when advised that an outside agency is scheduled to conduct a safety survey, inspection or accident investigation within a specified technician work area.

In certain types of accident investigations the Labor Organization may be precluded by higher agency regulations from actual participation in the investigation, but in such cases, will never the less be advised of its progress and eventual results.

### Section 11.6 - Medical Surveillance Program

a.  The Employer agrees to establish a medical surveillance program for the express purpose of monitoring the health of civilian technicians whose occupation exposes them to toxic agents and/or other accumulative hazardous working conditions.

b.  Medical surveillance records are for official use only and will not be released to any third party, unless:

(1)  The third party request is based on an official need-to-know; and

(2)  There is a civilian technician-generated Privacy Act release form on file.

### Section 11.7 - Health Benefits:

During the annual open season period, the Employer, where possible, will have representative of the major insurance plans available to explain benefits and variations of each plan.  Dates and places will be established by the Employer and the insurance carrier.

[page 36]

**Section 11.8 - Emergency Data Record:**

a. Each employee will be afforded the opportunity (on a voluntary basis) to complete a voluntary Emergency Data Record. (See last page of this article). Each work site will keep this record in an accessible central location, as determined by the activity supervisor, in case the emergency data is needed. These records will not leave the work site, nor are they to be placed in the civilian technician supervisor's work folder.

b. Employees shall immediately report job connected injuries or illnesses to their supervisor. Management shall insure that Form CA-1 (Employee Notice of Injury) or Form CA-2 (Occupational Disease) are completed. When an employee is incapacitated and unable to notify his/her supervisor of injury or illness, it shall be management's responsibility to obtain the information required to complete necessary forms for Federal Employees Compensation. For prolonged confinement, the Employer agrees to assign a coordinator to assist the employee in matters pertaining to Federal Employees Compensation. Employees will be fully advised by the HRO of their rights and options under the Employees Federal Compensation Act.

c. An injured employee is entitled to first aid and medical care for an injury to include hospital care when needed. The medical care is to be provided by a qualified physician or hospital of the employee's choice within 50 miles. Where travel is necessary to receive medical care, the injured employee will be furnished transportation. Any seriously injured employee may be accompanied by another employee if necessary while being transported. There will be no charge to leave for either employee.

**Section 11.9 - Smoking Policy:**

The Employer and Labor Organization agree that smoking of any legal tobacco product is a choice of the civilian technician. The Employer will make every reasonable effort to provide a smoke free work area for those civilian technicians who request it. The employer will designate a smoking area at each facility. Smoking will not be permitted:

a. in any classroom, work area, or building designated as "Smoke Free", or

b. in military vehicles, GSA vehicles, and military aircraft; or

c. in any area where it is prohibited by law, fire, or safety regulations.

**0556**

[page 37]

**Section 11.10 Extreme Cold:**

The employer and the labor organization mutually recognize the hazards of working in extremely cold temperatures, while at the same time, acknowledge the necessity for accomplishing certain tasks to varying extents even in the most extreme temperatures. It is acknowledged that it is the responsibility of each employee to ensure the adequacy of cold weather gear worn and to make full and proper use of all such protective equipment prior to venturing out into extreme temperatures. Authorized foul/cold weather protective gear will be furnished by the employer at no cost to the employee.

a. Management acknowledges that there are certain cold factors beyond which employees are incapable of performing sustained work. Supervisors are responsible for briefing employees when EDP conditions exist.

b. Therefore, the following chill factor table indicating the duration of outside work that may be performed without rotation to inside work for a fifteen (15) minute warm-up is hereby agreed to:

| CHILL FACTOR TEMPERATURE (F): | TIME LIMIT FOR EXPOSURE HOURS/MINUTES |
|---|---|
| -45 and under | :05 |
| -40 | :10 |
| -35 | :20 |
| -30 | :30 |
| -25 | :45 |
| -20 | 1:00 |
| -15 | 1:15 |
| -10 | 1:30 |
| -05 | 1:45 |
| -0 | 2:00 |

c. It is realized that tolerance between individuals differ and that the type of outside work being accomplished affects the body heat generated by a worker, therefore, common sense must be applied along with the above indicated maximum exposure time.

d. The employer agrees that all outside activities will cease at -40 chill factor. This will not include emergency related mission requirements, outside aircraft preparation for flights that are scheduled to support a mission that is reliant on the planned fuel off load and aircraft cross country arrivals or departures.

e. ARMY: The official temperature and wind velocity will be obtained from the local airport.

[page 38]

AIR:  Chill factor temperature will be computed by the Employer.  The responsibility for the dissemination of the condition will be designated in writing.  The chill factor will be determined by temperature and wind speed obtained from official base observation.  Announcement of wind chill factors reaching levels warranting the payment of EDP, will be made to all sections of the Wing by the appropriate responsible official utilizing available communication methods to include radio, telephone, public address system, and "E" mail.

f.  When a heating system failure causes shop/office temperatures to fall below 55 degrees (f), and this condition is anticipated to continue for a period exceeding 30 minutes, occupants of the shop/office area will be relocated to an alternative work area not affected by the condition.  If alternative work areas are not available the employees will be released on Administrative Leave.

## Section 11.11 - TDY Safety

When civilian technicians are sent to repair equipment out of commission at other than home station, full consideration will be given by the employer to the method, the means, and the appropriate number of personnel by which such repair should be accomplished, to ensure both expeditious job accomplishment and safety of personnel.

## Section 11.12 - Physical Fitness:

Excepted civilian technicians are authorized three (3) hours per week of official time to participate in the physical program in accordance with the established policy of the employer.

[page 41]

# ARTICLE XIII

## POSITION DESCRIPTION AND CLASSIFICATION

## Section 13.1 - Scope of Employment:

Upon appointment, a technician will be assigned to duties in accordance with the technician position description.  Each technician will be provided with a copy of the position description for the position to which assigned.  The technician position description prescribes the work relationships, scope, principal duties, qualifications required, related experience and training requirements, and training standards.  Civilian technicians will not be required to perform non-mission related duties on a recurring basis when such duties could adversely affect the civilian technician's grade or when detailing would be appropriate.

a.  The term "Other duties as assigned", as part of the position description, is defined to mean reasonably related duties to the job/position, and should be of the same level and classification that the individual is currently graded.  This does not preclude management from assigning additional, though unrelated, duties.  If unrelated duties are assigned on a routine

basis, the position description should be amended to include such duties. Work assignments shall not be in violation of prohibited personnel practices nor any relevant law, rule, regulation or this agreement.

b. For additional duties and details, it is acknowledged that there are vacancies that exist from time to time that are not or cannot be filled due to management decisions; these duties may be equitably distributed among the remaining work force in the area of concern on a fair and equitable basis. When additional duties are impacting a bargaining unit member's ability to perform his/her assigned duties, the employer will either reassign the additional duty to another position description or attempt to fill a vacant position.

## Section 13.2 - Change in Position Description:

Changes in a position description will be made available to, and discussed with, the technician concerned. Supervisors will explain to civilian technicians the basis of classifications of their positions and give each technician an opportunity to resolve questions as to adequacy and accuracy of duties and responsibilities in his position. The civilian technician will be notified in advance when an action is to be taken which will have an adverse effect on his pay or status.

[page 42]

## Section 13.3 - Appeals:

A civilian technician has the right to appeal the classification of the position to which he is officially assigned. A civilian technician desiring to file a classification appeal shall first discuss the matter with his supervisor. A Labor Organization representative may be present at the meeting if the technician so desires. The civilian technician may present the classification appeal or may select a representative of his own choosing to assist in preparing the written appeal. The Human Relations Office (HRO) shall advise and assist civilian technicians on procedural aspects of filing classification appeals.

## Section 13.4 - Review of Position Descriptions:

a. The Employer and the Labor Organization will encourage civilian technicians to periodically review their position description for the position they occupy and to report significant changes in responsibilities and duties to their supervisor. A technician's official position description will be reviewed every year. Changes to an official position description may be initiated by the technician in coordination with the supervisor or by the supervisor. The proposed changes must be forwarded to the HRO for review and approval. The HRO will respond in writing to all requests for local changes to position descriptions. Situations which cannot be resolved at the local level will be forwarded to the HRO/NGB for settlement. The Labor Organization will be involved in the process, consistent with Federal statutes.

b. The Employer agrees to conduct appropriate arrangement when there are significant changes in the organizational structure which affects the technician work force. Subject bargaining will provide the opportunity for the Labor Organization to review the procedures followed by the Agency and will also provide an opportunity to review the revised position descriptions, when appropriate.

c. OPM or NGB grading standards, as appropriate, will be provided to the Labor Organization upon request.

**Section 13.5 - Position Classification:**

a. The Labor Organization may make recommendations and present supporting evidence concerning the adequacy and equity of a standardized position description or position classification of positions held by civilian technicians in the bargaining unit. The Employer agrees to review the presentation and advise the Labor Organization of the results of its review.

b. The Employer agrees to inform the Labor Organization as soon as possible when significant changes will be made in the duties and responsibilities of positions held by civilian technicians in the bargaining unit due to reorganization or when changes in position classification standards result in classification changes or when changes will be made in position classification standards which could result in classification changes.

[page 65]

# ARTICLE XVIII

## CONTRACTING OUT

**Section 18.1 - General:**

Office of Management and Budget (OMB) Circular No A-76, requires that agencies periodically compare the overall cost of continuing to perform certain what could be termed "commercial activities" using civil service personnel. The Agency will notify the Labor Organization of its intent to contract out work which is traditionally performed by civilian technicians and could result in a reduction in force, transfer, or loss of function affecting employees in the bargaining unit. The Agency will take all possible actions to minimize the impact on affected civilian technicians.

**Section 18.2 - Appropriate Arrangements (AA):**

When the Agency determines that certain services/activities are to be accomplished by contracting out to outside agencies, the Labor Organization will be provided the opportunity to participate in AA bargaining.

**Section 18.3 - Third Party Intervention:**

The Labor Organization will be provided the opportunity to conduct AA in accordance with PL 95-454. In event the Labor Organization files a grievance over actions arising from the decision to contract out, the Agency and the Labor Organization agree to use an accelerated grievance procedure. The Agency will forestall awarding the contract pending the outcome of the grievance, unless the delay would seriously interfere with management's right to contract out.

**0560**

[page 68]

# ARTICLE XX

TRAVEL AND TEMPORARY DUTY (TDY)

**Section 20.1 - Per Diem:**

a. Travel and per-diem will be authorized in accordance with Department of Defense (DOD) Joint Travel Regulations (JTR) Volume II. Civilian technicians will not be directed to perform official travel at their own expense or at rates of allowances or reimbursement inconsistent with the provisions contained in Volume II of the JTR.

b. Technician travel orders will be issued when civilian technicians are given work assignments at locations where the combination of actual hours of work and travel time exceeds 10 hours.

c. Government credit cards will be made available for individuals needing advance travel funds.

**Section 20.2 - Travel Notification:**

Prior to a planned TDY in a civilian technician status away from home station, affected personnel should be briefed by appropriate management representatives no later than five days prior to the civilian technician's departure. The briefing should include, but not limited to, areas concerning pay, allowances, types of travel, types of quarters, types of leave used, use of credit cards and acceptance of them at the TDY location, and the names of supervisors in charge of all aspects of the duty. Under conditions of an operational emergency requiring TDY, whenever possible, civilian technicians will be afforded a 72-hour advance notice. Volunteers will be requested and considered in all such operations.

[page 69]

**Section 20.6 - Travel Options:**

a. Civilian technicians have the option of selecting their choice of transportation for Employer directed travel. If travel is scheduled by common carrier and the technician elects to provide his own transportation, reimbursement will be made in accordance with applicable JTR's. If travel is furnished by government vehicle, aircraft, auto, bus, etc., the civilian technicians is not entitled to reimbursement. Official travel time for civilian technicians providing their own transportation will be the required time of the scheduled common carrier or the government furnished transportation.

b. Compensatory time may be granted when a civilian technician(s) is traveling from a TDY station to permanent duty station and a transportation delay occurs causing arrival at home station after normal duty hours.



## PREAMBLE

Pursuant to the policy set forth in Public Law 95-454 and subject to currently applicable statutes and controlling regulations. The following Articles constitute an Agreement by and between the Adjutant General of New York, Division of Military and Naval Affairs, hereinafter referred to as DMNA, and the State Chairman, Association of Civilian Technicians, Inc. New York, hereinafter referred to as ACT.

[page 24, Article 9]

### Section 14.  Uniforms

The employer will provide the appropriate military uniform required to be worn in each functional area to all bargaining unit employees in accordance with current regulations. The employer will provide an exchange program for worn, torn, or clothing soiled too badly to be rendered clean and presentable in the performance of day to day duties. Employees will wear the uniform as provided by the employer.

[page 25, Article 9]

### Section 18.  Lockers

DMNA will provide a locker at or near the facility for employees commensurate with space and funding availability.

[page 29, Article 12]

### Section 3.  Cleanup Period

DMNA agrees that a reasonable amount of time will be allowed prior to the lunch period and at the close of the shift for the purpose of personal clean-up, returning tools and securing machinery to the satisfaction of the supervisor.

[page 29, Article 12]

### Section 5.  Overtime Work/Premium Pay

Overtime work should be kept to a minimum, consistent with good mission management. It is agreed that overtime work will normally be scheduled for mission essential requirements. An employee, upon request, will be considered for release from an overtime assignment if a qualified replacement, as determined and approved by management, is available and capable of performing overtime work. In normal situations, supervisors will notify employees 48 hours in advance of all overtime assignments, and in emergency situations, will attempt to schedule overtime with no less than 1 hour of notification.

a. In the event no volunteers are forthcoming, then management will distribute overtime in a fair and equitable manner to qualified individual(s) who most recently have not performed overtime work. An employee who is in a leave status at the time the overtime work is required, will not be considered as available for that overtime work assignment, however the employee is subject to future overtime work assignments.

[page 30, Article 12]

## Section 5.  Overtime Work/Premium Pay Continued

b. The Employer agrees that any full-time employee within the unit, who is required to work on a Sunday, nights, or a holiday as part of the basic scheduled workweek, is entitled to premium pay in accordance with Title 5 CFR 550.

c. If possible, when required to work overtime, and upon request of the employees, management will schedule a thirty minute non-duty period between the technician's normal ending shift and the start of the overtime work period.  The designated thirty minute meal period is not counted as time worked.  If scheduled for four (4) or more hours of overtime, and time off between the normal ending shift and the start of the overtime work is not possible, a meal period of twenty minutes or less may be counted as time worked for which compensation is allowed. Where such an on-the-job meal period is in effect, employees must spend the time in close proximity to their work stations and must be available for work.

[page 31]

# ARTICLE 13

# LEAVE

## Section 1.  Leave Article Definitions

**Supervisor** – An individual employed by the employer in the interest of the agency to hire, direct, assign, promote, reward, transfer, furlough, layoff, recall, suspend, discipline, or remove employees, to adjust grievances, approve/disapprove annual leave, sick leave, etc., or to effectively recommend such action.

**Management Official** – An individual employed by an agency in a position the duties and responsibilities of which require or authorize the individual to formulate, determine, or influence the policies of the Agency.

## Section 2.  Use of Leave

Employees shall earn annual leave in accordance with applicable statutes.  A employee's request to take annual leave shall be granted when they have given their supervisor reasonable notice, subject to the requirements of management per section 3 & 4 of this article.  When a request for annual leave has been submitted on a Standard Form (SF) 71 by the employee and

denied by management, the employee will be advised of the reason by management completing the remark section of the SF 71.

Note:  The above definitions of Supervisor and Management Official pertains to Leave only.

## Section 3.  Submitting Leave Requests

DMNA agrees to provide an opportunity for each employee to have at least two consecutive weeks of annual leave during the period of 1 June through 31 August insofar as mission requirements permit.  Requests for leave during this period shall be submitted not later than 15 April.  Leave that is requested between 1 September and 31 May can be requested by the employee at anytime subject to the restrictions of section 4.  All leave will be scheduled in accordance with the seniority list.  The seniority list will be made available upon request at each installation.  Seniority will be based on the service computation date.

## Section 4.  Requests for Annual Leave

Requests for annual leave of three days or more will be submitted at least 24 hours in advance, except in an emergency.  Upon request for leave, DMNA Agrees to notify the employee immediately of approval or disapproval, advising the employee of the reason, if denied, by completing the remark section of the SF 71.  Upon advance request, the employee will be granted annual leave for a work day which occurs on a religious holiday unless such request causes a severe work interruption.

## Section 5.  Emergency Leave

Requests for emergency leave will be considered on an individual basis.  Employees will contact their supervisor within one hour after the beginning of their workshift for approval of emergency leave, stating the reason for the request and the approximate time they expect to be absent from work.  Leave granted under these conditions cannot exceed four (4) weeks except for extraordinary circumstances.  In the event the leave is denied, the supervisor will advise the employee of the specific reason.

[page 33, Article 13]

## Section 13.  Use of Compensatory Time

Compensatory time will be taken on an as-earned basis and must be utilized within twenty-six (26) pay periods from the pay period in which it was earned.  An employee's request to take compensatory time shall be granted when they have given their supervisor reasonable notice, subject to the requirements of management.  When a request for compensatory time has been submitted on a Standard Form (SF 71) by the employee and denied by management, the employee will be advised of the reason by management completing the remark section of the SF 71.  Compensatory time must be scheduled for use by the employee within twenty-six (26) pay periods from the pay period in which it is earned.  If the employee fails to schedule their compensatory time within twenty six (26) pay periods, the supervisor must schedule its use within the twenty six (26) pay period limit.  The provisions for restoration of lost compensatory time has been eliminated.

[page 37]

## Article 16

## Environment

### Section 1.  Working in Extreme Temperatures

DMNA and ACT mutually recognize the hazards of working in extreme temperatures while, at the same time, acknowledge the necessity for accomplishing certain tasks to varying extents even in the most extreme temperatures.  It is the responsibility of each employee to ensure the adequacy of cold weather gear worn and to make full and proper use of all such protective equipment prior to venturing out into extreme temperatures.

### Section 2.  Severe Weather Work Restrictions

No local outside routine work will be performed when the temperature is below -25 degrees Fahrenheit or equivalent wind-chill temperature is below -40 degrees Fahrenheit.  Mission Essential/Emergency requirements will be performed without regard to the temperature or wind-chill factor and management will ensure exposure is for only brief periods of time.  EDP/HDP will be paid per DMNA Regulation 690-11 when personnel are exposed to these conditions.

### Section 3.  Exposure Time

It is realized that tolerances among individuals differ and that the type of outside work being accomplished affects the body heat generated by a worker.  Therefore, common sense must be applied with regard to maximum exposure time.

### Section 4.  Facility Environment

If heating or cooling problems of an extreme nature occur, management will make every effort to relocate employees to an environment suitable for work.  Employees dismissed, by reason of management's inability to re-locate employees to suitable environments for work, will be given administrative leave.  If extreme heating/cooling problems cannot be resolved by local management officials by relocating the employees to a suitable work location or fixing the heating/cooling problem, the HRO will be immediately notified of the situation.  In situations where the HRO cannot immediately resolve the problem by authorizing administrative leave for the affected employees or relocating the employees to a suitable work location, the immediate supervisors will authorize liberal annual leave/compensatory time.  The approval of annual leave will be dependent on mission essential/emergency requirements.  In the event employees take annual leave or compensatory time, and at a later time administrative leave is approved, employees will be charged only the time they took prior to approval of the administrative leave.

**0565**

[page 38]

## ARTICLE 17

## HEALTH AND SAFETY

### Section 1. Working Conditions, General

a.      DMNA will make every effort to provide safe and healthful working conditions in accordance with OSHA Standards and 29 CFR Part 1910.  ACT will cooperate in these efforts and encourage employees to work in a safe manner and to obey established safety practices and directives.

b.      The employer agrees to provide federally approved personal protective equipment and safety equipment as required by applicable regulations and manuals.  Employees are required to use personal protective and safety equipment provided by the employer. Equipment may include, but is not limited to:

1.  Safety glasses, when and where required, safety glasses, with side shields to include the replacement of broken or damaged ones, will be provided by the employer consistent with governing regulations.

2.  Permanent or portable eye wash, shower and ventilation as required by applicable safety regulations in those areas where employees are exposed to fuel, acid or other hazardous contaminants.

3.  First aid kit, fire extinguisher, fire blankets and stretchers will be provided as required.

### Section 2. Emergencies

a.      29 CFR 1960.46(a) requires the Employer to respect "the right of an employee to decline to perform his or her assigned task because of a reasonable belief that, under the circumstances the task poses an imminent risk of death or serious bodily harm coupled with a reasonable belief that there is insufficient time to seek effective redress through normal hazard and abatement procedures."  In the event an emergency situation requires such an action, the supervisor concerned will forward through applicable Safety Officers to the Chairman, DMNA Safety Council, a report of the actions taken to include the rationale for the action and any recommendations to preclude a recurrence of the situation.  This report will be submitted within 10 working days from date of occurrence.   A copy of the report will be provided to the Union representative at the installation.

b.      ACT has the right to submit any contrary opinions as to the validity of the emergency, through ACT's appropriate channels, to include the reasons for their decision to the Chairman, DMNA Safety Council.

c.    An employee who feels that the actions required constituted an emergency, which was not declared by the supervisor, has the right to submit a grievance. The proof of such a position is incumbent on the employee concerned.

d.    Where an employee is working without immediate Supervision and a situation develops where it's not possible to obtain a decision as to the nature of the action required, the procedures of paragraph (a) above will be followed.

e.    If an employee is subjected to a violation of health and safety regulations or standing operating procedures, the employee can ask for an immediate evaluation by the designated safety representative. All employees are responsible for the prompt reporting to their supervisor [page 39] of observed unsafe conditions. Once notification of an unsafe condition has been made to management, it will then be management's responsibility to correct the situation, and/or to report the condition to the appropriate safety personnel.

[page 39, Article 17]

### Section 7.  Assistant Driver

In those instances where the round trip travel will be in excess of eight (8) hours within the same day, an assistant driver will be provided wherever possible.

[page 40, Article 17]

### Section 12.  Cardiopulmonary Resuscitation (CPR)

DMNA and ACT agree that the availability of a person trained in the use of cardiopulmonary resuscitation (CPR) techniques and general First Aid is a valid safety precaution. It is agreed that every reasonable effort will be made to certify at least one person, at each work location, in CPR and First Aid procedures. Also, every reasonable effort will be made to provide equipment needed to ensure their skills could be used to the maximum benefit of all concerned. It is further agreed that management will select any personnel to be trained; and any administrative costs of initial training of personnel, and their subsequent recertification, will be borne by, and scheduled by DMNA.

### Section 13.  Occupational  Health

The employer agrees to establish a medical surveillance program in accordance with current occupational medicine protocols. The medical records generated from this program are confidential in nature, and will not be released to any third party unless there is an employee generated Privacy Act release form on file.

[page 43]

## ARTICLE 20

## Position Description and Classification

**Section 1.  Employee Duties**

A.  Employee duties will be assigned in accordance with the employee position description of the assigned position.

B.  The duties of vacant positions may be distributed among the remaining workforce within the functional area in a fair and equitable manner.

C.  It is also understood that these provisions do not interfere with or restrict management's right to assign work.

## Section 2.  Position Descriptions

Copies of present and new position descriptions will be made available to employees concerned and to ACT upon written request.

[page 44, Article 20]

**Section 4.  Position Description Changes**

A request for the redescription of a position description may be submitted at any time an employee believes that the major duties and responsibilities in the job description do not accurately describe the duties they actually perform or when the duties assigned to the position on a regular recurring basis are inconsistent with the position held by the employee.

**Section 5.  Other Duties as Assigned**

When mission requirement allow, the phrase "other duties as assigned" will not be used regularly to assign work to an employee that is not reasonably related to their basic position description.

[page 57]

## ARTICLE 24

## DETAIL OF EMPLOYEES

**Section 1.  Temporary Assignments**

The employer may detail employees for any legitimate management purpose, for example, to handle unexpected workloads or fill in during another employee's absence, or while awaiting a pending security clearance, or emergencies.  Such details will be for the shortest practical period.  Furthermore details will only be used to ensure mission accomplishment.  When possible, candidates possessing the necessary skills for the position will be rotated through the position.  Details will not be used to train possible candidates prior to the filling of a permanent position.

**0568**

## Section 2.  Detail Documentation

a.  All details, regardless of duration, must be reported on a SF52 and maintained as a temporary record in the Official Personnel Folder.  Any detail in excess of thirty (30) days must be maintained as a permanent record in the Official Personnel Folder.

b.  In case of emergency, details where there is insufficient time to furnish a SF52, it will be accomplished by verbal authorization and followed by a SF52.  The immediate supervisor will be responsible for forwarding this SF52 to HRO within five (5) working days.

## Section 3.  Detail to Higher Graded Positions

Employees detailed to a higher grade position in excess of thirty (30) days shall be temporarily promoted to a higher grade.  If the period is to exceed 120 days, the position will be filled temporarily using merit promotion procedures.

[page 58]

# ARTICLE 25

# Training

## Section 1.  Training Programs

a.  It is agreed that DMNA is responsible for installing and maintaining a training program, including orientation of new employees, specific training in the application of skills and techniques, and the development of employees for maximum utilization.

b.  Although it is expected that personnel are basically qualified to perform their duties as a prerequisite to employment, DMNA and ACT recognize the possible need for additional training or retraining.

## Section 2.  Training Procedures

Procedures relating to attendance at military service schools in a technician status will be governed by provisions of National Guard Regulation TPR 400.  Employees may attend military service schools in a technician status with the approval of The Adjutant General or within the provisions outlined in TPR 400.  Employees will attend training in technician status when training more closely related to the employee duties than their military duties.  If the training is AFSC (Air Guard) or MOS (Army Guard) awarding or is required by regulation in the employee's "military duty assignment," attendance will be in a military status supported with "school" funding, or using the unit's annual or special training workday program.

## Section 3.  Scheduling of Training

It shall be a matter of concern and interest to both DMNA and ACT that appropriate training courses, seminars, conferences and meetings be scheduled during working hours to allow employees the opportunity to gain information, education and training in their respective

positions. When schools hours are outside the employee's regular scheduled workweek, the employee will be compensated in accordance with CFR 551.423.

[page 59]

# ARTICLE 26

## TRAVEL

### Section 1. Travel and Transportation

Travel and transportation at government expense will be directed only when officially justified and by those means which meet mission requirements consistent with good management practices.

### Section 2. Travel Expense and Orders

a. Employees will not be directed to perform official travel at their own expense or at rates of allowances and amounts of reimbursement inconsistent with the provisions of Volume 2, Joint Travel Regulation and applicable regulations.

b. Employee travel orders will be issued prior to employees being given work assignments at locations where the combination of actual hours of work and travel time exceeds ten (10) hours.

### Section 3. Limit of Travel Funds

Limitations of available travel funds will not be a basis for denying reimbursement for official travel, reducing allowances or not authorizing entitlement provided for in regulations.

### Section 4. Travel Official Business

It is agreed that employees traveling on official business will exercise the same care in incurring expenses and accomplishing a mission that a prudent person would exercise if traveling on personal business. Excess costs, circuitous routes and luxury accommodations unnecessary or unjustified in the performance of a mission are not considered as exercising prudence.

### Section 5. Travel Compensation

Travel will normally be scheduled within an employee's regularly scheduled work week. When travel is required outside the regularly scheduled work week, the employee will be compensated in accordance with appropriate regulations.

### Section 6. Travel Notification

Employees required to travel will be advised at least three (3) days in advance, except in cases of emergency.

### Section 7. Fear of Flying

An employee who indicates a fear of flying shall be required to submit to an examination to determine the validity of their feelings.

### Section 8. Travel/Per Diem and Financial Hardship

a. Travel and per diem, including advance per diem, will be authorized in accordance with applicable current regulations and policies.

b. If advance money for travel and per diem is not available to the employee prior to being required to perform the travel, an employee, upon written request to immediate supervisor, may be released from the travel assignment, if a financial hardship will be caused by the lack of advance per diem.

[page 60]

### Section 9. Joint Travel Regulations

Prior to issuance of travel orders, DMNA will counsel, advise, and afford all employees, upon their request, their rights under the applicable Joint travel Regulations, regardless of their employee position.

### Section 10. Exceptions From a Travel Assignment

An employee selected for assignment involving travel may request to be excused and such requests will be given bona fide consideration, providing such a request is submitted within a reasonable amount of time prior to the scheduled travel. In cases of denial, the reasons for denial will be explained to the employee.

[page 69]

# ARTICLE 31

# GENERAL

### Section 1. Custodial Duties

In facilities where no state employees are employed to perform custodial duties, assigned personnel may be required to perform these duties on a fair and equitable basis. Management will make every effort to obtain authorization for employees for these particular tasks.

### Section 2. Flight Physical Failure

When an employee fails a flight physical and is otherwise physically qualified for military service, management will initiate appropriate action in accordance with TPR 715 dated 23 February 1987.

### Section 3. Contracting Out

Both parties understand that "Contracting Out" is a management right. However, management agrees that, to the extent possible, no employee will lose employment due to contracting out. Further, management will make every reasonable effort to reassign each of these employees.

EXHIBIT

7

[Labor Management Relations Agreement executed 15 May 2001 by the Adjutant General of Pennsylvania and the Pennsylvania State Council, Association of Civilian Technicians, Inc., in effect until 31 May 2006 and applicable to all bargaining unit technicians in the Pennsylvania Army and Air National Guard]

[page 1]

# Article 1
## General Provisions

* * *

### Section 1.2 -- Coverage:

      a.    It is hereby certified that the Association has been designated and selected by a majority of the bargaining unit technicians of the Pennsylvania National Guard as their representative for purposes of exclusive recognition, and that pursuant to Public Law 95-454, the said organization is the exclusive representative of all the technicians in such unit:

      **INCLUDED:** All Pennsylvania Army and Air National Guard wage grade and general schedule technicians employed in the State of Pennsylvania, except those excluded below.

      **EXCLUDED:** All managerial, supervisory, confidential, and professional technicians who meet the criteria of PL 95-454.

      b.    This agreement is applicable to all bargaining unit technicians in the Pennsylvania Army and Air National Guard.

      c.    It is agreed that for the purpose of this agreement, reference to the word "technician" is intended to include both men and women, unless otherwise specifically addressed therein.

      d.    The Adjutant General of Pennsylvania, a State appointed official, enters into this agreement under the provisions of Public Law 90-486, which provides the statutory function of employing and administering technicians as Federal employees. This agreement is solely for the purpose defined in Section 1.3 below and in no way encumbers or places any liability on the Commonwealth of Pennsylvania.

[page 7]

# Article 2
## Workweek and Hours of Work

### Section 2.1 -- Basic Workweek:

      a.    The basic workweek is designated as Monday through Friday, 0800 to 1630 hours, with one-half hour for lunch. The employer agrees to consider the use of the 9/5/4 form of Alternate Work Schedule (AWS) when consistent with mission and organizational needs. The parties acknowledge the Adjutant General's right to establish tours of duty (hours of duty) provided for in Public Law 90-486, as codified in section 709 Title 32 USC. However, in all instances when deemed necessary, management reserves the right to schedule technicians in such a manner as to provide seven days per week coverage

**0573**

and adjust the hours of duty to meet local mission requirements. Personnel determined by the Employer to be required to work other than the basic workweek will be kept to a number necessary to support the requirements of the work to be accomplished. Technicians required to work on schedules other than the basic workweek may be scheduled for such work on a rotational basis. The desires of the technicians involved will be considered before assigning them to the work schedule. Changes to the basic workweek are subject to impact and implementation (I&I) bargaining with the appropriate association representative.

     b.     Supervisors will make a reasonable attempt to develop adjusted work schedules for individual technicians who have a conflict with transportation schedules (car pools, van pools, or public transportation). Such adjusted schedules must have the concurrence of the senior supervisor at the Air base/installation or at the Army installation/facility.

     c.     Technicians who are required to work after 1800 hours and prior to 0600 hours are entitled to differential pay, which will be paid in accordance with existing rules and regulations.

## Section 2.2 -- Administrative Workweek and Hours of Work:

     a.     An administrative workweek means a period of seven consecutive calendar days during which the technician's workdays are designated in advance. The basic workweek is established at a minimum of 40 hours.

     b.     A basic workday is established as a period of eight hours.

     c.     A minimum of 80 hours is prescribed for each pay period.

     d.     Normally, work schedules shall be established so that all technicians will benefit from a maximum of consecutive days off.

## Section 2.3 -- Change of Duty Tour:

In any instances where a known requirement exists for a technician to be scheduled for duty other than as originally scheduled, it will be indicated by the publication of a change of workdays. Shop stewards will be notified of all such changes prior to performance of the duty concerned, except in [page 8] emergency situations.

## Section 2.4 -- Irregular and Emergency Tours:

When it becomes necessary to schedule work outside the normally scheduled workday, such work shall be implemented with consideration of the following factors:

     a.  Need

     b.  All technicians within the affected areas will participate on an equal basis with due regard to their particular skills and voluntary assignments.

     c.  In those cases where use of a regular tour of duty would seriously handicap the performance of a function, irregular tours may be established. The necessity for an irregular tour will be I&I bargained with the association before explaining it to the technician affected. If possible, the technician's views should be obtained as to the exact tours to be established. In emergency situations the senior supervisor at the work

location shall have the right to establish tours of duty, without prior notice, and to continue those tours of duty until the emergency situation is ended, IAW 5 CFR 610.121 as applicable.

    d.    The Association will be informed of any emergency situations as soon as possible upon discovery of the incident. The Association will be provided the specific circumstances surrounding the emergency, to include the actions taken by management and the expected duration.

## Section 2.5 -- Cleanup Time:

The Employer will provide a reasonable amount of time consistent with the nature of work performed, for employees engaged in work involving toxic or hazardous substances, for clean up prior to the lunch period and at the end of the workday. In the same manner, a reasonable amount of time will be allowed for employees for the storage, clean up and protrection of property, equipment and tools prior to the end of the workday.

## Section 2.6 -- Differential Pay:

Technicians assigned to a regularly scheduled night shift or early morning shift will receive the shift differential in accordance with applicable directives.

## Section 2.7 -- Overtime:

    a.    Technicians in the bargaining unit shall not be required to perform any work or duty before or after scheduled work hours, without compensating the technicians for all such work or duty. In accordance with existing regulations, such technicians shall be granted an amount of compensatory time off from their scheduled tour of duty equal to the amount of time spent by them in irregular or overtime work before or after scheduled work hours. It is further understood that when a technician is required by the Employer to report at a designated location at a specified time, prior or subsequent to regular shift hours, such time shall be considered compensable in accordance with existing regulations.

    b.    Overtime work will be kept to a minimum, consistent with good mission management, as determined by the senior supervisor present at the work location. A technician may [page 9] be relieved from assigned overtime for a valid reason, provided another technician is available and capable of performing the overtime work. In normal situations, supervisors will notify technicians 72 hours in advance of all overtime assignments.

[page 44]

# Article 12
# Health Safety

## Section 12.1 -- General:

    a.    The Employer, to the full extent of its authority, will make every effort to provide safe and healthful working conditions in accordance with Occupational Safety and Health Act of 1970, as implemented by Executive Order for Federal Employees, Part 1960. Appropriate supplies, equipment, and services will be furnished by the Employer at no cost to the technician to achieve this purpose.

b.    The Employer agrees to provide federally approved personal protective equipment and approved safety equipment, to include specialized equipment and clothing for heat and cold extremes. Technicians are required to use such items provided.

c.    **Footgear.** When and where required by a safety standard, a technician will utilize the Employer issued standard safety shoe. If a technician requires a specialized safety shoe, and the need is certified by the Employer, they will be supplied by the Employer at no cost to the technician. The technician is responsible for obtaining a doctor's certificate to indicate why the technician cannot wear the standard safety shoe supplied by the Employer.

d.    **Safety glasses.** When and where required by a safety standard, prescription safety glasses, to include the replacement of broken or damaged ones, will be provided by the Employer consistent with governing regulations. Technicians are authorized to procure their own prescription safety glasses through private sources, up to the maximum amount paid under the current GSA contract. Procurement must be initiated in advance using established local purchase procedures.

e.    **Extreme Cold.** The employer agrees to provide protective cold weather equipment. In the the event funding is not immediately available, a Risk Assessment Code (RAC) priority will be assigned for future funding. In the interim, should cold weather equipment be awaiting funding, management will take reasonable efforts to ameliorate the effects of cold weather and still accomplish the mission. The cold tolerance between individuals differ and the type of work being accomplished needs to be considered when assigning such work.

[page 45]

**Section 12.4 -- Work Situations:**

a.    Applicable safety directives will not be violated in the performance of a technician's duties. Assigned duties that violate safety directives will be brought to the attention of the immediate supervisor at once.

b.    When it is determined that an imminent danger exists, technicians will not be required to subject themselves to such danger. The technician may refuse to work if imminent danger exists and this refusal will not subject the technician to punitive or disciplinary action, unless the refusal can be conclusively proven to have been made under false pretenses.

c.    A technician may refuse to perform a task when both of the following criteria are met:

(1) There is a reasonable belief that there exists an imminent risk of life or of serious bodily harm; and

(2) There is insufficient time for the individual to have the situation resolved by any method other than refusing to perform the task.

d.    Imminent danger is defined as any conditions where there is reasonable certainty that a danger exists that can be expected to cause death or serious physical harm immediately or before the danger can be eliminated through normal hazard reporting and abatement procedures.

e.    A technician assigned emergency additional duties related to safety will receive, from the Employer, appropriate training in carrying out these responsibilities. Any protective equipment normally

prescribed in combating the condition will be provided at the time the [page 46] technician is engaged in the duty.

f.    Areas in which handicapped employees are working will be identified so as to insure their safety in an emergency situation.

g.    The Employer will take action immediately upon notification of an imminent danger to personnel in a work area to:

(1) Evacuate all endangered technicians from the affected area (situation requiring). Areas in which handicapped employees are located will be given priority consideration.

(2) Eliminate the condition; or provide personal protective equipment when appropriate to eliminate the dangerous situation.

(3) Notify the local safety committee of the situation (by the supervisor in charge); and

(4) Notify the shop steward when the situation has been rectified (by the supervisor in charge).

h.    When a technician is attending training pertaining to health or safety, such as CPR, first aid, firefighting, the group facilitator will determine start time, breaks, and dismissal time. If released from the training program by the instructor, the technician will be expected to return to the duty station if there is productive time remaining in the normal workday.

### Section 12.5 -- Safety Publications:

The Employer agrees to request from the originating agency those publications required in the administration of the technician health and safety program. Upon receipt, the Employer will distribute those publications to the appropriate activity and make known to the local safety committee their availability so as to provide access to them by technicians.

### Section 12.6 -- Safety Inspections and Accident Investigations:

a.    Whenever there is a safety inspection or accident investigation of a technician work area, an official of the Association who represents that area will be given the opportunity to accompany the inspector/investigator during the inspection or investigation. The Employer will notify the Association when advised that an outside agency is scheduled to conduct a survey or inspection within a specified technician work area.

b.    The Employer agrees that facility safety violations will be given priority for repairs as to eliminate unsafe or unhealthful working conditions. When immediate funds are unavailable for abatement of the unsafe or unhealthful working condition the Employer will continue appropriate and aggressive action for abatement to include obtaining of funding.

### Section 12.7 -- Medical Surveillance Program:

a.    The Employer agrees to establish a medical surveillance program for the express purpose of monitoring the health of technicians whose occupation exposes them to toxic agents or other hazardous working conditions.

[page 47]

    b.      Medical surveillance records are for official use only and will not be released to any third party, unless:

        (1)      The third party request is based on an official need-to-know; and

        (2)      There is a technician-generated Privacy Act release form on file.

* * *

**Section 12.10 -- Smoking Policy:**

The Employer and the Association agree that an Agency prepared smoking policy is required to insure that technicians are not exposed to the harmful effects of another individual's smoking habit. The Agency smoking policy will be implemented throughout the technician work force, but may be modified to fit local situations. Implementation of the Agency developed smoking policy is subject to I&I bargaining at the state level. In as much as the application of this policy will result in a change in working conditions, supervisors are required to meet and discuss the local implementation of the program. The smoking policy will be consistent with, but not limited to, the following guidelines:

    a.      Smoking may be permitted only to the extent that it does not endanger life or property and does not subject nonsmokers to passive smoke inhalation;

    b.      Smoking will not be permitted in unventilated or congested areas shared by smokers and nonsmokers.

    c.      Smoking areas may be established consistent with established policy.

    d.      The Employer and the Association agree that smokers and nonsmokers will not be treated disparately. However, smokers will not be given additional breaks not provided to nonsmokers.

[page 49]

**Article 13**
**Environmental Differential Pay (EDP)**
**Hazardous Duty Pay (HDP)**

**Section 13.1 -- Policy:**

The Employer and the Association have as their objective the elimination or reduction to the lowest level possible all hazards, physical hardships, and working conditions of an unusually severe nature. When the Employer' s action does not overcome the unusually severe nature of the hazard, physical hardship, or working condition, an environmental or hazardous differential may be warranted. TAGPA TPR 550 (HDP/EDP Plan) outlines specific issues for the Pennsylvania National Guard, as permitted by 5 CFR Part 532.511 and Part 550.901.

**0578**

**Section 13.2 -- Coverage:**

a.    Environmental differential pay (EDP) is applicable to wage technicians. Hazardous duty pay (HDP) is applicable to general schedule technicians.

b.    Both EDP and HDP are defined by and subject to restrictions outlined in public law and applicable OPM and NGB regulations.

c.    When it is determined by the senior supervisor that an administrative dismissal is to be granted, the technician whose services are required and must remain at the work location will be authorized EDP/HDP consistent with the appropriate regulations and duties actually performed.

d.    The supervisor will brief the employees annually of EDP/HDP situations at their work site(s).

**Section 13.3 -- Establishment of Environmental Differentials:**

a.    The Employer will publish an Environmental Differential Pay (EDP) and Hazardous Duty Pay (HDP) Plan which will identify approved categories of situations for which EDP and HDP is authorized.

b.    The plan will define payment procedures and various degrees of hazards, physical hardships, and working conditions, each of an unusually severe nature, for which the differentials are payable.

c.    Amendments to categories outlined in the plan in the form of additions, changes, or deletions may be made by the Employer on its own motion, by the Association through the Employer, and by individuals or groups of technicians by recommendations through supervisory channels to the Employer for consideration. The Association may assist a technician in presenting a proposed amendment to the Employer. All recommendations will be considered by the Employer and, if appropriate, will be forwarded to the National Guard Bureau for a determination.

[page 50]

d.    The Association and the Employer acknowledge the individual's right to seek review of National Guard Bureau decisions concerning EDP/HDP matters.

**Section 13.4 -- Identifying New Work Situations:**

a.    A proposal that a local work situation be identified for inclusion under environmental or hazardous differential will be described in writing to the immediate supervisor at that work location.

b.    The format for a situation currently in the plan may be used as a guide in describing the proposed situation. As a minimum, information identifying the work location and the hazard or physical hardship for which differential is proposed will be included in the request.

c.    The supervisor who received a proposal for inclusion in environmental or hazard differential will provide, if appropriate, any additional information or comments and forward the proposal through supervisory channels to the HRO. The HRO will process the request as provided for in section 13.3, above.

**0579**