d.    The Association will be afforded the opportunity to review hazardous and environmental incident reports pertaining to working conditions.

e.    When an EDP/HDP situation is to be removed from the EDP/HDP Plan, the Association will be consulted prior to its removal.

## Section 13.5 -- Payment of Environmental Differential:

a.    An environmental or hazard differential is paid to a technician in accordance with procedures outlined in appropriate regulations.

b.    Supervisors will certify pay differential for payment to the servicing payroll office.

c.    When an EDP/HDP situation exists where the employee requests payment and the supervisor disapproves the request, the employee may submit the request for reconsideration to the next higher level supervisor.

d.    When determining EDP/HDP payments, supervisors will advise the supporting payroll office to insure that payment is made in accordance with the most current EDP/HDP directives

## Section 13.6 -- EDP/HDP Committee:

An EDP/HDP committee, to include the committee chairperson, will be appointed by the Adjutant General. The committee will consist of membership from the HRO, CSMS East and West, SSM, AASF's, 171st ARWg, 193rd SOWg, 111th FWg, PaANG GSU's, State Safety Office, and the Association of Civilian Technicians (ACT). The purpose of the committee will be to establish situations, physical hardships or working conditions of an unusually severe nature, certification/decertification of work situations, and a review of the annual expenditures to EDP/HDP. The committee will meet at the discretion of TAGPA or as required by the committee chairperson.  Meetings will be planned at least 90 days prior and the Employer will notify all committee members so as to allow for time for any pending EDP/HDP situations to be submitted [page 51] for review.

[page 52]

# Article 14
# Position Description and Classification

## Section 14.1 -- Scope of Employment:

Upon appointment, a technician will be assigned to duties in accordance with the technician position description. Each technician will be provided with a copy of the position description for the position to which assigned. The technician position description prescribes work relationships, scope, principle duties, qualifications required, related experience and training requirements, and training standards. Technicians may, from time to time, be required to perform duties other than those reflected as principal duties of the position description. Consequently, each position description contains the statement, "Performs other duties as assigned." Generally, such tasks are related to the technician position requirements and qualifications, and are of an incidental nature. Technicians may be required to perform other duties, which might not be reasonably related to a technician position. As an example, these duties may include, but are not necessarily limited to: work during emergency situations; work to support the unit mission; work

when temporarily assigned to a remote duty site; or when work specified in the position description is not available.

## Section 14.2 -- Change in Position Description:

Changes in a position description will be made available to and discussed with the technician concerned. Supervisors will assist technicians in obtaining an explanation as to the basis of classifications of their positions and give each technician an opportunity to resolve questions as to adequacy and accuracy of duties and responsibilities of the position. The technician will be notified in advance when an action is to be taken which will have an adverse effect on pay or status.

## Section 14.3 -- Appeals:

A technician has the right to appeal the classification of the position to which officially assigned. A technician desiring to file a classification appeal shall first discuss the matter with the first-line supervisor. An Association representative may be present at the meeting if the technician so desires. The technician may present the classification appeal or may select a representative to assist in preparing the written appeal. The Human Resources Office (HRO) shall advise and assist technicians on procedural aspects of filing classification appeals, as outlined in Code of Federal Regulations (CFR), Part 511, Subpart F, for general schedule positions; and CFR, Part 532, Subpart C, for prevailing rate system (wage grade) positions.

## Section 14.4 -- Review of Position Descriptions:

a.    The Employer and the Association will encourage technicians to periodically review their position description for the position they occupy and to report significant changes in responsibilities and duties to their supervisor. As a minimum, a technician's official position description will be reviewed every other year, as prescribed by the appropriately bargained TPR 312, and be annotated on the technician's NGB Form 904-1 Changes to an official position [page 53] description may be initiated by the technician in coordination with the supervisor or by the supervisor. The proposed changes must be forwarded to the HRO for review and approval. The HRO will respond in writing to all requests for local changes to position descriptions. Situations, which cannot be resolved at the local level, will be forwarded to the HRO for assistance. The Association will be involved in the process, consistent with Federal statutes.

b.    OPM grading standards will be provided to the Association upon request.

## Section 14.5 -- Position Classification:

a.    The Association may make recommendations and present supporting evidence concerning the adequacy and equity of a standardized position description or position classification standard of positions held by technicians in the bargaining unit. The Employer agrees to review the presentation and advise the Association of the results of its review.

b.    The Employer agrees to inform the Association as soon as possible when significant changes will be made in technician duties and responsibilities such as:

(        (1)    Position description changes;

(        (2)    Reorganizations; or

**0581**

(3)    Revised classification standards.

[page 75]

# Article 19
# Contracting Out

**Section 19.1 -- General:**

Office of Management and Budget (0MB), 0MB Circular No. A-76, requires that agencies periodically compare the overall cost of continuing to perform certain what could be termed "commercial activities" using civil service personnel. The employer will notify the Association of its intent to contract out work which is traditionally performed by technicians and could result in a potential impact on official position description, reduction in force, transfer, or loss of function affecting employees in the bargaining unit. The employer will take all possible actions to minimize the impact on affected technicians.

**Section 19.2 -- Impact and Implementation (I&I) Bargaining:**

When the employer determines or is directed by a higher authority, that certain services/activities are to be accomplished by contracting out to outside agencies, the Association will be provided the opportunity to participate in I&I bargaining the issue.

**Section 19.3 -- Third Party Intervention:**

The Association will be provided the opportunity to conduct appropriate I&I bargaining in accordance with PL 95-454. In the event the Association files a grievance over actions arising from the decision to contract out, the Employer and the Association agree to use an accelerated grievance procedure (fourth step). The employer will forestall awarding the contract pending the outcome of the grievance, unless the delay would seriously interfere with management's right to contract out.

**Section 19.4 – Employer Responsibility**

If an employee is effected as a result of an employer's option to contract out, the employer will make every attempt to reclassify or reassign the employee for a job that he/she qualifies for, at the same grade.

**0582**

EXHIBIT

8

# LABOR MANAGEMENT RELATIONS AGREEMENT

### between



*The Adjutant General of the Virgin Islands*

*Virgin Islands Army National Guard*

*and the*

*Virgin Islands Chapter*

*Association of Civilian Technicians*

0583

# Article I

# GENERAL PROVISIONS

**Section 1.1 - Preamble:**

This agreement is entered under the provisions of Public Law 95-454, by and between the Adjutant General of the Virgin Islands, hereinafter referred to as "Employer," and the Virgin Islands Chapter of the Association of Civilian Technicians, hereinafter referred to as "Association."

**Section 1.2 - Purpose of this Agreement:**

This agreement sets forth the respective roles and responsibilities of the parties; procedures and methods that govern the working relationships between the parties; and indicates the nature of the subject matter of proper mutual concern. The Employer and the Association agree that the parties have a full and fair opportunity to bargain on all aspects of all the topics contained in this agreement and that this contract represents the parties full, final, and complete agreement on all aspects of the topics included in the agreement for the life of the contract. The purpose of the parties entering into this agreement is to, but not limited to:

a. Promote and improve the efficient administration of the Virgin Islands Army National Guard.

b. Insure technician participation in the formulation of personnel policies and procedures through Impact and Implementation (I&I) Bargaining by the Association.

c. Establish a basic understanding of personnel policy, practices, procedures and matters affecting other conditions of employment within the jurisdiction of the Adjutant General.

d. Promote systematic labor-management cooperation.

e. Provide means of amicable discussions and adjustment to matters of mutual interest to facilitate the adjustment of grievances and disputes to fair and equitable solution.

**Section 1.3 - Exclusive Recognition and Bargaining Unit Determination**

a. It is hereby certified that the Association of Civilian Technicians (ACT) has been designated and selected by a majority of the technicians of the Virgin Islands Army National Guard as their representative for purposes of exclusive recognition. Pursuant to Public Law 95-454, the said organization is the exclusive representative of all the technicians in such unit:

INCLUDED: All Virgin Islands Army National Guard wage grade and general schedule technicians employed in the Territory of the U.S. Virgin Islands.

1

bargaining unit at the time of initial employment. The Association will be furnished 12 copies of this agreement and the Employer will provide all necessary copies required for third party proceedings

b. The Employer will maintain an organizational chart in the Human Resources Office which will show all technician positions. The chart will be updated on an annual basis. At major work areas the Employer will maintain an organizational chart showing all technician positions at that installation.

c .The Employer agrees to furnish annually to the Association during the month of May of each calendar year, for its internal use only, a schedule of authorized bargaining unit positions as well as the names of technicians, their grades, and position titles.

d. The Employer agrees to notify the association, prior to implementation of any changes of personnel policies, practices, and matters affecting working conditions.

## Section 1.9 - Association Obligations:

a. The Association agrees to furnish the Employer, and maintain on a current basis, a complete list of all Association officers and stewards to include information on the work area that each steward represents and the steward's phone number. Personnel not appointed by the Association as officers or stewards will not be allowed to perform official representational functions, nor will they be allowed the use of official time. The Association may appoint bargaining unit representative telephonically with the appointment to be accomplished in writing within five (5) working days. No technician will be recognized by the Employer as an officer or steward unless his/her name and assignment appears on the most recent listing.

b. Any Association official may receive complaints and grievances. Although anyone who is an Association official is authorized to receive complaints and grievances, initially only one Association official at a time will be granted authorization to leave his work area to receive and investigate a grievance. When it is necessary to leave the work area, the representative will obtain permission from his supervisor to leave his work area. The representative and his supervisor will document this action on VING Form entitled Official Time Request. If permission cannot be immediately given, because of the mission being performed, then the technician will be released immediately following its completion. The Association official will notify his supervisor upon return to his work area. Association officials are allowed reasonable official time for the investigation of complaints and grievances.

c. The Association agrees to support the Employer in its efforts to eliminate waste, combat absenteeism, conserve materials and supplies, insure timely completion of work, improve the quality of workmanship, encourage the submission of improvements and cost reduction ideas, prevent accidents, and promote the development of good will.

6

**0585**

## Section 2.4. - Compressed Work Week:

a. The goal of mission accomplishment may best be met by a compressed work schedule. If mutually agreed by Management and the Association and approved by NGB, the compressed work week may be instituted in work areas. A compressed work week schedule shall be implemented with consideration of the following factors:

(1) It will not interfere with mission requirements, and

(2) It will not compromise safety regulations or practices, and

(3) It will promote economy and efficiency in the Employer's operations, and

(4) It can be implemented in an equitable manner and will be in the best interests of all concerned.

(5) Adequate supervision will be available.

b. When necessary to schedule hours of. work or tours of duty other than the basic workweek, Management and the Association will negotiate the hours prior to any changes in established hours of work or tours of duty.

## Section 2.5. - Irregular and Emergency Tours:

When it becomes necessary to schedule work outside the normally scheduled workday, such work shall be implemented with consideration of the following factors:

a. Need;

b. Consider volunteers first who have the skills to perform the assignment within the affected areas.

c. If sufficient volunteers are not available, then assign technicians on an equal basis with regards. to their particular skills for the assignments in the affected area;

d. In those cases where use of a regular tour of duty would seriously handicap the performance of a function, other tours may be canceled. The necessity for an irregular tour will be explained to the technician affected. If possible, the technician's views should be obtained as to the exact tours to be established. In emergency situations the senior technician at the work location shall have the right to establish tours of duty, without prior notice, and to continue those tours of duty until the emergency situation is ended.

e. The Association will be informed of any emergency situations as soon as possible upon discovery of the incident. The Association will be provided the specific circumstances releasable by law surrounding the emergency, to include the actions taken by management and the expected duration.

9

**Section 2.6 - Cleanup Time:** *10-15 minutes prior to break/lunch/end of day*

Supervisors will allow a reasonable amount of time for technicians to cleanup immediate work areas and put away equipment. When it becomes necessary, a supervisor may assign tasks requiring technicians to perform needed work during cleanup periods.

**Section 2.7 - Differential Pay:**

Technicians assigned to a regularly scheduled night shift will receive the shift differential pay in accordance with applicable directives.

**Section 2.8 - Overtime:**

a. The payment of compensation for overtime worked is prohibited in accordance with TPR 990-2. However, technicians in the unit shall not be required to perform any work or duty before or after scheduled work hours, without compensating the technicians for all such work or duty. In accordance with existing regulations, technicians shall be granted an amount of compensatory time off from their scheduled tour of duty equal to the amount of time spent by them for irregular or overtime work before or after scheduled work hours. It is understood that when a technician is required by the Employer to report at a designated location at a specified time, prior to subsequent regular shift hours, such time shall be considered for compensation in accordance with existing regulations.

b. Overtime work will be kept to a minimum, consistent with good mission management as determined by the senior technician present at the work location. A technician assigned to overtime may be relieved from his assignment, provided he has a valid reason and a technician is available who is capable of performing in his place. In normal situations, supervisors will notify technicians at least four (4) hours in advance of all overtime assignments.

c. An employee recalled to work will be compensated for no less than two (2) hours provided he/she works for two (2) hours. If recalled, the Employer guarantees at least two (2) hours of work will be provided.

d. In work areas where overtime has a high experience factor, the supervisor will maintain an overtime roster to ensure that overtime is equally distributed. This roster will be posted to indicate when and by whom this overtime was worked and will be kept current. If a technician requests to be excused from an overtime assignment for reasons other than stated earlier, he shall be considered for overtime again the next time a requirement exists. A technician who is on an approved sick leave, annual leave, holiday leave, leave without pay, absent without leave, court leave or administrative leave, at the time overtime work is required, shall not be considered as available for overtime work, but shall retain his standing on the overtime roster for the next scheduled overtime assignment.

**Section 2.9 - Rest Periods:**

a. Rest periods granted in accordance with these provisions are considered duty time and

10

**0587**

included in the daily tour of duty. Rest periods, other than those provided herein, may not be considered a part of the daily tour of duty; such periods must be charged to the appropriate type of leave.

(1) The rest period may not exceed 15 minutes during each four hours of continuous work.

(2) If the period from the beginning of the daily luncheon period is less than four hours, a rest period should be granted only in unusual circumstances.

(3) The rest period may not be a continuation of the lunch period.

b. Short periods during the daily tour may be permitted when such periods are beneficial and/or necessary. Criteria for determining rest periods are as follows:

(1) Protection of a technician's health by relief from hazardous work or from that which requires continual and/or considerable physical exertion.

(2) Reduction of accident rate by removal of fatigue potential.

(3) Working in confined spaces or in areas where normal personnel activities are restricted.

(4) Increase in or maintenance of higher quality and/or quantity production traceable to the rest period.

c. A rest period may not be granted where none of the criteria stated above is applicable.

## Section 2.10 - Lunch Periods:

a. It is understood management has the right to assign work during this period of time. However, lunch period normally is free of duty in connection with the job. Lunch period may not be considered duty time and must be scheduled inside the hours established for the daily tour of duty. Where one or two shifts are in operation, the supervisor will generally schedule time for lunch apart from the hours of duty.

b. Duty free lunch periods during periods of overtime work are not compensable time. Where three 8-hour shifts are in operation and an overlapping of shifts to permit time off for lunch is not possible, a lunch period of 20 minutes or less may be counted as time worked for which compensation is allowed. Where on-the-job lunch period is in effect, technicians must spend the time in close proximity to their work stations and be available for work. When the lunch period is free time, or is longer than 20 minutes, the periods may not be included as part of the daily schedule of work hours so that payment for the lunch period would result.

11

**0588**

# ARTICLE III

## ATTENDANCE AND LEAVE

**Section 3.1 - General:**

It is agreed that attendance and leave policy for bargaining unit members shall be administered in accordance with this agreement and applicable laws, rules and regulations.

**Section 3.2 - Administrative Dismissal:**

a. The Employer shall make every reasonable effort to ensure the health, safety and well being of technicians. Under emergency conditions which result in the loss of air conditioning, water, power, etc., administrative dismissals of technicians will be as directed by the senior designated supervisor at the affected facility who will be designated by the Adjutant General. Those designated supervisors, or if appropriate, their alternate(s), will have the authority to grant administrative leave, with pay, when conditions warrant. The designated supervisor will keep the Association shop steward responsible for the work site advised of the actions taken or contemplated in response to the emergency.

b. Local Standard Operating Procedures (SOP) developed by separate facility supervisors, implementing the Adjutant General's plan for administrative dismissal, will be subject to I&I bargaining.

c. When administrative dismissal is granted because of inclement weather, emergencies or acts of nature, technicians who are scheduled for work whose services are not otherwise required will be given administrative leave by the Employer.

## ARTICLE XII

## HEALTH AND SAFETY

### Section 12.1 - General:

a. The Employer, to the full extent of its authority, will make every effort to provide safe and healthful working conditions in accordance with Occupational Safety and Health Act of 1970, as implemented by Executive Order for Federal Employees, Part l960. Appropriate supplies, equipment, and services will be furnished by the Employer at no cost to the technician to achieve this purpose LAW CFR 1910.

b. The Employer agrees to provide federally approved personal protective equipment and approved safety equipment. Technicians are required to use such items provided.

c. Footgear. Where the Job requires it, a technician will utilize the Employer issued standard safety shoe. If a technician requires a specialized safety shoe, and the need is certified by the Employer, they will be supplied by the employer at no cost to the technician. The technician is responsible for obtaining a doctor's certificate to indicate why the technician cannot wear the standard safety shoe supplied by the Employer.

d. Safety glasses. When and where required, safety glasses, to include the replacement of broken or damaged ones, will be provided by the Employer consistent with governing regulations. Technicians are authorized to procure their own prescription safety glasses through private sources, up to the maximum amount paid under the current GSA contract. Procurement must be initiated in advance using established local purchase procedures.

### Section 12.2 - State Safety Committee:

a. The Association will nominate 4 members for appointment by the Employer for membership on the committee.

b. The purpose of this committee is to assist and advise the Employer, in accordance with applicable safety directives, on matters affecting occupational health and safety.

c. This committee shall meet at least once each quarter or upon of the chairperson. Minutes of all meetings will be recorded and copies furnished to the Employer and the Association.

### Section 12.3 - Local Safety Committees:

a. Local safety committees will be established. Where the number of technicians employed at a particular location is limited, an individual(s) may be designated to assist the supervisor in the area of safety.

b. The Association will nominate, for appointment by the Employer, at least two technicians from within the bargaining unit to serve as members of each local safety committee, when one is established..

43

**0590**

c. Names of personnel serving on local safety committees will be published and posted on appropriate bulletin boards.

d. Association members of safety committees will be notified as to the availability of safety schools and, when such schools become available, will be allotted equal spaces for attendance with management members of the safety committee.

## Section 12.4 - Work Situations:

a. Applicable safety directives will not be violated in the performance of technician's duties. Assigned duties that violate safety directives will be brought to the attention of the immediate supervisor at once.

b. When it is determined that an imminent danger exists, technicians will not be required to subject themselves to such danger. The technician may refuse to work if imminent danger exists and this refusal will not subject the technician to punitive or disciplinary action, unless the refusal can be conclusively proven to have been made under false pretenses.

c. A technician may refuse to perform a task when both the following criteria are met:

(1) There is a reasonable belief that there exists imminent risk of life or of serious bodily harm; and

(2) There is insufficient time for the individual to have the situation resolved by any method other than refusing to perform the task.

d. Imminent danger is defined as any condition where there is reasonably certainty that a danger exists that can be expected to cause death or serious physical harm immediately or before the danger can be eliminated by redress through normal hazard reporting and abatement procedures.

e. A technician assigned emergency additional duties related to safety will receive, from the employer, appropriate training in carrying out these responsibilities. Any protective equipment normally prescribed in combating the condition will be provided at the time the technician is engaged in the duty.

f. Areas in which handicapped employees are working will be identified so as to insure their safety in an emergency situation.

g. The Employer will take action immediately upon notification of an imminent danger action to personnel work area to:

(1) Evacuate all endangered technicians from the affected areas (situation requiring). Areas on which handicapped employees are located will be given priority consideration.

(2) Eliminate the condition;

(3) Notify the local safety committee of the situation.

44

**0591**

(4) Notify the shop steward when the situation has been rectified (by the supervisor in charge.)

h. When a technician is attending training pertaining to health or safety, such as CPR, first aid or firefighting, the group facilitator will determine start time, breaks, and dismissal time. If a technician is released from the training program by the instructor, he will be expected to return to the duty station if there is productive time remaining in the normal workday.

## Section 12. 5 - Safety Publications:

The Employer agrees to request from the originating agency those publications required in the administration of the technician health and safety program. Upon receipt, the Employer will distribute those publications to the appropriate activity and make known to the local safety committee their availability so as to provide access to them by technicians.

## Section 12.6 - Safety Inspections and Accident Investigations:

Whenever there is a safety inspection and/or accident investigation of a technician work area, a representative of the Association who represents that area will be given the opportunity to accompany the inspector/investigator during the inspection or investigation. The Employer will notify the Association when advised that an outside agency is scheduled to conduct a survey or inspection within a specified technician work area.

## Section 12.7 - Medical Surveillance Program:

a. The Employer agrees to establish a medical health surveillance program for the express purpose of monitoring the health of technician whose occupation exposes them to toxic agents and/or other accumulative hazardous working conditions.

b. Medical surveillance records are for official use only and will not be released to any third party, unless:

(1) The third party request is based on an official need to know; and

(2) There is a technician-generated Privacy Act Release Form on file.

## Section 12.8 - Health Benefits:

During the annual open season period, the Employer, where possible, will have representative of the major insurance plans available, to explain benefits and variations of each plan. Dates and places will be established by the Employer and the insurance carrier.

## Section 12. 9 - Emergency Record:

Each employee will be afforded the opportunity (on a voluntary basis) to complete an Emergency Data Record, VING Form XX (see attachment 12a.) Each work site will keep this record in an accessible central location, as determined by the activity supervisor, in case the

45

**0592**

emergency data is needed. These records will not leave the work site, nor are they to be placed in the technician Supervisor's work folder.

## Section 12.10 - Smoking Policy:

The Employer and the Association agree that an Agency prepared smoking policy is required to insure that technicians are not exposed to the harmful effects of another individual's smoking habit. The Agency smoking policy will be implemented through the technician work force, but may be modified to fit local situations. Implementation of the Agency developed smoking policy is subject to I&I bargaining at the state level. In as much as the application of this policy will result in a change in working conditions, Management and the Association are required to meet and confer on the local implementation of the program. The smoking policy will be consistent with, but not limited to, the following guidelines:

a. Smoking may be permitted only to the extent that it does not endanger life or property and does not subject nonsmokers to passive smoke inhalation;

b. Smoking will not be permitted in unventilated or congested areas shared by smokers and nonsmokers.

c. Smoking areas may be established consistent with established policy.

## Section 12.11 - Heat Extremes:

The Agency and the Association recognize that technicians are required to be exposed to extreme weather conditions performance of their duties. The Agency will provide the clothing and equipment necessary to accomplish those duties reducing the risk to exposed technicians, in accordance with NGB & OSHA Regulations.

46

**0593**

# ARTICLE XIII

## ENVIRONMENTAL DIFFERENTIAL PAY (EDP)
## HAZARDOUS DUTY PAY (HDP)

**Section 13.1 - Policy:**

The Employer and the Association have as their objective the elimination or reduction to the lowest levels possible all hazards, physical hardships and working conditions of an unusually severe nature. When the Employer's action does not overcome the unusually severe nature of the hazard, physical hardship or working condition, an environmental or hazardous differential may be warranted.

**Section 13.2 - Coverage:**

a. Environmental differential pay (EDP) is applicable to wage technicians. Hazardous duty pay (HDP) is applicable to general schedule technicians.

b. Both EDP and HDP are defined by and subject to restrictions outlined in public law and applicable OPM and NGB regulations.

c. When it is determined by the senior supervisor that an administrative dismissal is to be granted, the technician whose services are required and must remain at the work location will be authorized EDP/HOP pay consistent with the appropriate regulations and duties actually performed.

**Section 13.3 - Establishment of Environmental Differentials:**

a. The Employer will publish an Environmental Differential Pay (EDP) and Hazardous Duty Pay (HDP) Plan which will identify approved categories of situations for which EDP and HDP is authorized. This plan may be subject to prior approval by the National Guard Bureau.

b. The plan will define payment procedures and various degrees of hazards, physical hardships, and working conditions, each of an unusually severe nature, for which the differentials are payable.

c. Amendments to categories outlined in the plan in the form of additions, changes or deletions may be made by the Employer on its own motion, by the Association through the Employer, and by individuals or groups of technicians by recommendations through supervisory channels to the Employer for consideration. The Association may assist a technician in presenting a proposed amendment to the Employer. All recommendations will be considered by the Employer and, if appropriate, will be forwarded to the National Guard Bureau for a determination.

47

**0594**

## Section 13.4 - Identifying New Work Situations:

a. A proposal that a local work situation be identified for inclusion under environmental or hazardous differential will be described in writing to the immediate supervisor at that work location.

b. The format for a situation currently in the plan may be used as a guide in describing the proposed situation. As a minimum, information identifying the work location and the hazard or physical hardship for which differential is proposed will be included in the request.

c. The supervisor who received a proposal for inclusion in environmental or hazard differential will provide, if appropriate, any additional information or comments and forward the proposal through supervisory channels to the HRO. The HRO will process the request as provided for in Section 13.3, above.

d. The Association will be afforded the opportunity to review hazardous and environmental incident reports pertaining to working conditions.

e. When an EDP/HDP situation is to be removed from the EDP/HDP Plan, the Association will be consulted prior to its removal.

## Section 13.5 - Payment of Environmental Differential:

a. An environmental or hazard differential is paid to a technician in accordance with procedures outlined in appropriate regulations.

b. Supervisors will certify pay differential on the Time and Attendance Card for payment to the payroll office.

c. When an EDP/HDP situation exists where the employee requests payment and the supervisor disapproves the request, the employee may submit the request for reconsideration to the next higher level supervisor.

d. When determining EDP/HDP payments, supervisors will advise the supporting payroll office to insure that payment is made in accordance with the most current EDP/HDP directives.

## Section 13.6 – EDP/HDP Committee:

The Employer will establish an EDP/HDP committee which will meet on a semiannual basis, or at the discretion of The Adjutant General and as required by the Chairman. The purpose of the committee will be to conduct a review of the State EDP/HDP Plan in order to determine the adequacy of the plan, to review the annual expenditures for EDP/HDP, and to review proposals and additions to list of schedule of differentials. The Adjutant General will appoint the committee, and Association representation will comprise 40% of the committee.

48

## ARTICLE XVIII

## REDUCTION IN FORCE

### Section 18.1 - General:

a. A reduction in force occurs when a technician is released from his or her competitive level by separation, change to lower grade, furlough for more than 30 days, or reassignment involving displacement of another technician. Such action may be due to lack of work or funds, reorganization, transfer of functions, or the need to place a technician exercising restoration rights.

b. The following actions do not constitute a RIF:

(1) Separation of technicians who fail to accompany a transfer of function.

(2) Management reassignment of a technician to a vacancy at the same grade or representative rate.

(3) Termination of temporary technicians.

(4) Down grades as a result of reclassification.

(5) Termination of temporary promotions.

(6) Elimination of technicians through disciplinary/adverse action procedures.

(7) Furlough of 30 days or less.

### Section 18.2 - Policy:

a. A Reduction in force (RIF) will be accomplished in accordance with the procedures outlined in TPR 351 and the specific terms of this article.

b. The Employer will designate the specific area for RIF after consultation with the Association.

c. The Employer agrees to consider all reasonable actions to avoid or minimize the impact of a RIF. Consideration will be given to curtailing recruitment or promotion in the geographical or specialty area affected by the RIF. Existing vacancies will be considered to retain qualified technicians who would otherwise be separated. Every effort will be made, within budgetary restraints, to retain technicians affected by a RIF to prevent separation.

64

**0596**

d. Excepted technicians (those who require military membership) will not be placed in the same competitive level as competitive technicians (those who do not require military membership).

e. Supervisory position will not be placed in the same competitive level as non supervisory positions.

**Section 18.6 - Establishment of Retention Registers:**

a. The Employer will establish a retention register before releasing technicians from their competitive level. The register will show competing technicians in descending order starting with the highest score first. The retention register documents any action being taken and is maintained for every RIF action, even when the released technician occupies the only position in the competitive level.

b. When a retention register is established, it will list all competing technicians in descending order by tenure groups I, II, and III. The technician's correct tenure group is shown in Item 7, SF 50. Tenure groups are defined as follows:

### TENURE GROUP I

Permanent, competitive service technicians with career status, who have successfully completed their probationary period, and permanent, excepted service technician who have successfully completed a trial period.

### TENURE GROUP II

Permanent technicians who are serving a trial or probationary period. This category includes competitive service technicians with career-conditional status and excepted service technicians who have completed their trial period. Competitive service technicians under career appointments who must serve a probationary period are also in Tenure II.

### TENURE GROUP III

c. Retention standing within each tenure group is established by using the following criteria:

(1) Technicians performing appraisal score (0 to 100 points) Technicians with an overall performing appraisal of unacceptable will be placed at the bottom of retention after tenure groups I and II are listed, regardless of the number of points they have.

 (2) Service computation date (SCD) for ties. 

(3) Technician service date as an additional tie breaker, if needed.

66

**0597**

LABOR MANAGEMENT RELATIONS AGREEMENT

BETWEEN

THE ADJUTANT GENERAL, TERRITORY OF THE U.S. VIRGIN ISLANDS

VIRGIN ISLANDS ARMY NATIONAL GUARD

AND THE

VIRGIN ISLANDS CHAPTER

ASSOCIATIONS OF CIVILIAN TECHNICIANS

In witness whereof, the parties hereto have executed this agreement on the 4th day of March 1999.

**FOR VING MANAGEMENT**
of the Territory of the Virgin Islands

EDDY L. CHARLES, COL, VIARNG
Management Chief Negotiator

MARION Y. PETERSEN, LTC, VIARNG
Alternate Chief Negotiator

MORRIS D. MOOREHEAD, LTC, VIARNG
Management Negotiator

DEBORAH HOWELL, LTC, VIARNG
Management Negotiator

**FOR THE VI ASSOCIATION**
of Civilian Technicians:

EMIL A. JAMES
VI ACT President

JESSICA CORNELIUS
VI ACT Vice-President

ELROY STOUT
Negotiator

MILTON FRANCIS
Health & Safety Coordinator

JEAN A. ROMNEY
Major General , VING
The Adjutant General

Approved by the Department of Defense on _____

**0598**



EXHIBIT
9

[Current Collective Bargaining Agreement applicable to Washington Air or Army National Guard bargaining unit employees represented by the Association of Civilian Technicians]

## ARTICLE 3 - IMPACT & IMPLEMENTATION (I&I) BARGAINING

**3-1. APPLICABILITY**: The Employer acknowledges that where actions, decisions, or changes are made which are nonnegotiable as an Employer right, the Employer nevertheless has the obligation to negotiate the appropriate arrangements and procedures to the extent they impact conditions of employment of bargaining unit employees as defined by 5 USC 7103(a)(14).

*NOTE*: Employer officials should contact HRO for guidance on what may or may not be an impact or change in working conditions.

**3-2. NOTIFICATION**: The Employer shall notify the appropriate Labor Organization representative, of Employer-directed actions, including changes to regulations, policies, and practices, which impact bargaining unit employee working conditions, prior to implementation of such actions. The Employer will put oral notifications in writing upon request by a Labor Organization representative. The Employer will also delay announcement of such actions or changes until notification and bargaining has occurred.

**3-3. PROCESS**: The Labor Organization shall, within five (5) work-days after a verified receipt of such notice, notify the Employer as to whether the Labor Organization desires to bargain the impact and implementation of such actions or changes. If the Labor Organization elects to bargain, they will provide a list of proposals, upon request, within seven (7) workdays after notifying the Employer of their intent to bargain, or seven (7) workdays after receipt of any requested data/information, under 5 USC 7114 (b)(4), from the Employer.

 **A.** These proposals will form the basis of bargaining. Other proposals may be introduced that are relevant to the matter, by mutual consent. The parties acknowledge the obligation to bargain in a timely and expeditious manner. If the Labor Organization elects not to bargain, or has not responded in the allotted timeframes, the Employer is free to implement.

 **B.** I&I bargaining teams will have an equal number of members, with the number being established by mutual agreement. Ground rules will be used upon request by either party. The terms of the ground rules will be expeditiously decided by mutual agreement.

 **C.** The parties acknowledge that mission requirements and deployments may affect the established time limits and agree to extend any time limitations in situations where the mission, deployments or military obligations would prevent the party from meeting the established time limits.

**3-4. EXCEPTIONS**: The Labor Organization acknowledges that there may be limited occasions where implementation and/or announcement of actions or changes may be accomplished by the Employer prior to, or without, notification of bargaining limited to the situations where a critical need or emergency situation exists.

**0599**

**3-5. ACKNOWLEDGMENTS**: The Employer acknowledges its obligation to bargain changes addressed by this article. The Labor Organization acknowledges that the Employer may not be required to bargain in the limited instances where there is no direct, immediate, or reasonably foreseeable impact on bargaining unit employee working conditions, or where such impact or effect is so inconsequential as to be considered "de minimus".

\* \* \*

**12-6. SHIFT CHANGE NOTIFICATION**:

**A.** *Notice/Posting*: Bargaining unit employees will be notified no less than seven (7) days in advance of a shift change. Work schedules will be posted, in each work area, no less than seven (7) days in advance.

**B.** *Notice/Positing exemptions*: When the Employer determines that the agency would be seriously handicapped in carrying out its functions or that costs would be substantially increased, the Employer is exempt from the seven (7) day notice requirement. When mission requires a change in reporting time the Employer agrees to seek qualified volunteers prior to assigning non-volunteers to avoid disruption or a hardship in the employees personal life, whenever practicable.

**C.** *Individual shift change exemption requests*: When the Employer requires an employee to change shifts and the change adversely affects the employee because of personal situations and/or family problems (e.g. to attend educational classes, single parents, illness in the family), the employee may request not to change shifts. Upon receiving the information relative to the request the Employer will consider the merits of the request. The employee may request the Labor Organization to present their request to the Employer.

**D.** *Established shift I&I exemption*: Shift assignments and shift changes that have already been established do not require additional Article 3 impact and implementation bargaining.

**E.** *Established shift I&I exemption exception*: Established shifts unique to an organization will not be implemented at another organization without impact and implementation bargaining.

\* \* \*

## ARTICLE 17 - POSITION DESCRIPTION AND DETAILS

**17-1. POSITION DESCRIPTION**: It is recognized by the parties that position descriptions are established for the purpose of determining the title, series and grade of positions and to describe major duties and responsibilities. When a new or revised Position Description (PD) is implemented, HRO will provide the Labor Organization and the affected bargaining unit employee(s) with a copy. Bargaining unit employees may appeal their title, series and grade IAW applicable regulations (CFR and TPR). Bargaining unit employees may obtain information relative to classification appeals and regulatory procedures from the Human Resource Office.

**0600**

**17-2. OTHER DUTIES AS ASSIGNED**: Employer agrees that when such terms as "other duties as assigned" are used in bargaining unit employees' position descriptions, these terms are reasonably related to the duties of the positions but are also incidental as to not be controlling of the positions' series and grade. If additional duties are assigned on a routine basis, the PD should be amended to include such duties. When a bargaining unit employee believes that the other duties and responsibilities performed are significantly different from the position description the bargaining unit employee may request through the Employer a review of the position description for title, series, and grade. If an employee is assigned a duty they are unfamiliar with, necessary training will be provided.

**17-3. ADDITIONAL DUTIES**: It is acknowledged that there are additional duties determined by mission requirements and vacancies. The Employer will distribute these additional duties among the full-time workforce as necessary on a fair and equitable basis.

**17-4. DETAILS**: Details will be accomplished as required for mission requirements. A detail is an official personnel action temporarily assigning a bargaining unit employee to a different established position for a specified period of time, with the bargaining unit employee returning to the original position at the conclusion of the detail per regulation. Details are intended to meet temporary workload situations.

**17-5. DETAIL PROCEDURES**:

**A.** Details of bargaining unit employees are at the discretion of the Employer, but should be limited to the extent necessary to accomplish the mission. The Employer will determine qualifications of prospective personnel to be detailed.

**B.** Of those personnel, volunteers for details will be considered before non-volunteers are assigned. Selection of qualified non-volunteers over qualified volunteers will be made only for mission-related reasons.

**C.** When an inadequate number of bargaining unit employees volunteer for a detail, the Employer agrees to consider rotating assignments among the qualified individuals.

**D.** When practicable, the Employer will attempt to fill bargaining unit employee position vacancies that may impact bargaining unit members, rather than using details.

**E.** Official details will be recorded on an SF Form 50 at the time the action occurs.

**F.** SF 50 information relative to details will be permanently recorded on the bargaining unit employee's NGB Form 904-1.

* * *

## ARTICLE 20 - TDY and TRAVEL

**20-1. GENERAL**: The Employer will determine what qualifications are needed for the TDY based on the mission requirements. Bargaining unit employees are responsible for responding to temporary duty assignments in the same manner as to duties at their permanent duty station. The Employer recognizes that TDY assignments may create hardships to employees and agrees to attempt to minimize any adverse impact on bargaining unit employees. Information on the assignment will be made known on a continuing basis to the affected bargaining unit employees, as it becomes available.

\* \* \*

## 20-3. ASSIGNMENT OF QUALIFIED BARGAINING UNIT EMPLOYEES:

**A.** *TDY Schedule Announcement*: TDY Schedules will be announced at least fifteen (15) days in advance of required travel if information on the TDY is available.

**B.** *Short-notice/Emergency Situations*: If a specific TDY, or an emergency situation, arises where the above time line cannot be met, the information will be made available to the affected bargaining unit employee(s) as soon as possible.

**C.** *Selection of Personnel for TDY*: Sending bargaining unit employees TDY is at the discretion of the Employer, but should be limited to the extent necessary to accomplish the mission. The Employer will determine qualifications of prospective personnel for a given TDY. Of those personnel, volunteers for the TDY will be considered before non-volunteers are assigned. Selection of qualified non-volunteers over qualified volunteers will be made only for mission-related reasons.

\* \* \*

**20-7. WORK SCHEDULES**: A proposed work schedule and schedule of events for the TDY will be posted a minimum of seven (7) days in advance if the information is available. Bargaining unit employee work schedules should reflect known work requirements of the TDY.

\* \* \*

**20-9. PRUDENCE IN TRAVEL/ORDERS:**

\* \* \*

**B.** The Employer is responsible to ensure that bargaining unit employees who are required to perform duties under this article will have appropriate orders prior to departure, except if prevented by situations identified in section 3b of this article.

**0602**

## ARTICLE 22 - HEALTH, SAFETY AND WELFARE

### 22-1. GENERAL:

**A.** The Employer will make every reasonable effort to provide and maintain safe working conditions and industrial health protection for all bargaining unit employees. The Employer acknowledges responsibility to provide safety training. The Employer welcomes suggestions, which offer practical ways of improving safety conditions.

**B.** The Labor Organization also plays an integral part in safety and agrees to make a reasonable effort to encourage all bargaining unit employees to work in a safe manner.

**C.** Bargaining Unit employees share responsibility for their own safety. They have an obligation to know and observe safety rules and practices so they do not jeopardize the safety of themselves or others.

**D.** Employer agrees to provide custodial and sanitary services within available resources. When such services cannot be made available, the Labor Organization supports the concept that bargaining unit employees may be used on a required basis to assist in maintaining custodial and sanitary services in the building and areas utilized by bargaining unit employees. Before implementing such services the area supervisor and the Labor Organization representative will discuss the matter. Management will assign these duties on a fair and equitable basis.

\* \* \*

### 22-4. COLD WEATHER CONSIDERATIONS:

**A.** *Responsibilities*: The Employer and the Labor Organization acknowledge there are certain hazards associated with outdoor operations. It is a joint responsibility of the Employer, and bargaining unit employees to ensure outdoor work is performed in a safe manner, particularly in cold weather.

**B.** *Wind Chill*: The Employer will monitor outdoor working conditions for bargaining unit employees exposed to wind chill effects of 0 degrees or lower. Wind chill will determine using the chart in Appendix D.

**C.** *Procedures*:

**1.** Bargaining unit employees will not work in outdoor areas where the wind chill is at or below - 40 degrees Fahrenheit except for essential mission requirements (e.g. launch and recovery of aircraft as well as movement or maintenance of track and other vehicles).

**2.** The Employer will use a work/rest cycle. The Employer agrees that work will be distributed equally among bargaining unit employees. Work/rest cycle will be determined in accordance with work/rest cycle maintained in the appropriate unit safety office.

**0603**

**D.** *Emergency Conditions*:

**1.** An emergency condition may prevent employees from reporting for work or may require the closing of selected National Guard facilities in total or in part. Significant emergency situations may induce the declaration of emergency or disaster by appropriate state authority, in which the Washington National Guard may be ordered into state active duty.

**2.** Employer officials and bargaining unit employees are to presume, unless otherwise notified, that their office or activity will be open each regular workday. However, emergency situations occasionally arise that may be beyond the control of the Employer or employees. These emergencies may prevent employees from arriving at work on time, or at all, or create a necessity to dismiss employees during the workday. Employer officials are expected to be proactive whether from home or the workplace, to obtain and pass on guidance in accordance with the severity of the emergency condition.

**E.** *Essential Operations*: It may be necessary for certain employees to remain at work or report for work during an emergency situation.

**F.** *Emergency Assessment*: The actions taken by the Washington National Guard during emergency situations are not necessarily related to or correspond with the actions taken by Fort Lewis, McChord AFB, or other state locations with federal and state employees. In certain instances, a specific location in the state may be adversely affected. For example, the Employer, after consideration of weather advisories for travel conditions or road closures allowing only emergency vehicular travel issued by state officials (i.e. Washington State Patrol), determines whether to place employees in that geographical location on telephone standby until determined safe for normal traffic to travel. Should this occur during the duty day, the Employer will determine when a release from duty is appropriate. Either of the above conditions, when determined to constitute a safety hazard to the employee(s) or other persons, or property, or impediment to the state, such release will be in an administrative leave status. Station commanders/Employer officials will provide their chain of command/supervision with recommendations to dismiss, close stations, remain open, or use their best judgment in accordance with State warnings and this article.

**1.** During non-working hours, notification will flow from Employer officials at each level of supervision. Employer officials, in turn, will inform the employees under their control; or employees may call their supervisors to obtain guidance. Primary means of notification will be by telephone. The Employer must establish an emergency telephone notification procedure to satisfy the requirements of this paragraph. The Employer will disseminate information on facility closings or early dismissal to local radio and television stations.

**2.** During work hours, notification of dismissal will flow from Employer officials at each level of supervision. Employer officials, in turn, will inform the employees under their control.

**3.** In the event of severe weather and/or road conditions, caused by unavoidable delays, short periods of tardiness (two hours or less) normally will be excused absence without charge to

**0604**

leave or loss of pay; i.e., administrative leave. Employees should notify their Employer supervisor if they will report late to work. Tardiness of longer periods may also be excused without charge to loss of pay in cases that are reviewed and approved by the second level Employer supervisor. Prudent judgments in relation to safe driving conditions are key factors when making this decision.

4. When a National Guard activity or station must be closed early, or for the entire day, employees will be excused without charge to leave or loss of pay; i.e. administrative leave.

## 22-5. HAZARDOUS MATERIAL TRAINING PROGRAM:

A. The Hazardous Material Training Program will be administered according to Army or Air Force directives and gaining command guidance, and other DOD directives, as applicable.

B. All personnel will receive the training required by the directives and standard detailing the hazards associated with chemical used in their respective shops. As soon as practicable, formal training will be completed where required by applicable law or regulation. Employees will not handle, use, or be exposed to hazardous materials without appropriate training and/or proper supervision. All required training will be properly documented.

C. Manufacturer Safety Data Sheets (MSDS) will be available to all supervisors, bargaining unit employees and labor organizations. The MSDS will be on file in a known location and readily accessible.

## 22-6. PERSONAL PROTECTIVE EQUIPMENT (PPE):

A. *General PPE Considerations*: Authorized PPE will be provided by the Employer to those employees whose work requires these safety measures. Employees will use the authorized safety clothing and equipment that is provided by the Employer when performing work in these situations. At a minimum, Employees will wear protective clothing and equipment listed in the MSDS particular task or work environment. The Employer may direct the wear of additional PPE as deemed necessary for operational risk management mitigation

B. *Specific PPE Considerations - Safety Glasses:*

1. *Policy*: Employees will wear authorized safety glasses when performing work requiring eye protection; one (1) set of safety glasses will be authorized and issued by the Employer.

2. *Issue*: Initial issue of safety glasses and replacement of safety glasses broken on the job will be provided at no cost to the employee. Employees will be authorized corrective lenses when required by medical prescription at no cost to the employee. In addition, employees will be authorized tinted safety glasses in the following situations:

**a.** When an employee is diagnosed with an eye condition which requires tinted lenses and the Employer is provided with a medical prescription indicating such a requirement, or,

**b.** When an employee notifies the Employer of a working condition requiring tinted lenses and the Employer determines –

**(1)** the request is for the primary benefit of the Government, and

**(2)** tinted glasses are not a personal item that should be furnished by the employee.

### C. *Specific PPE Considerations - Cleaning and Disposal:*

**1.** *Cleaning/Storage*: PPE that is reused will be cleaned before storage.

**2.** *Exposure/Disposal*: If PPE has been exposed to materials in such quantities or duration that the employee believes the PPE has become hazardous waste making cleaning unsafe, the employee will immediately contact a supervisor, identify the situation and recommend disposal.

**3.** *Cleaning Provisions*: Cleaning provisions for PPE or work clothing (e.g. BDUs), when worn in lieu of PPE, (including coveralls) contaminated by a hazardous substance, as defined in Army, Air Force directives or other DOD Directives, will be provided by the Employer at no cost to the employee. Each facility will establish a program to ensure cleaning of contaminated work clothing or PPE is accomplished.

**D.** *Safety Footgear*: Each employee will receive safety footgear (summer and/or winter) as determined by the local work centers. Determinations to supplement or not supplement initial issue at the local unit/organization level will be based on safety, health, or environmental factors, and unit/organizational funding, and will not set precedence for other units/organizations. The Employer agrees to allow employees who are required to wear safety footgear, and have a demonstrated medical foot problem, to locally purchase suitable approved safety footgear and/or inserts at no cost to the employee.

\* \* \*

**22-9. TOBACCO USE**: The Employer shall designate outdoor areas where employees may use tobacco products, reasonably accessible to employee's work sites and that provide a reasonable measure of protection from the elements.

\* \* \*

**0606**

**22-11. MEDICAL SURVEILLANCE**: The Employer and Labor Organization acknowledge the need for a comprehensive medical surveillance program for the health and well-being of the employees and to abide by established service regulations and safety standards. Medical information essential to work site safety will be provided to the Employer. Personal medical information having no impact on other workers or work site safety will not be provided to the Employer without written approval of the employee.

**22-12. EMERGENCY MEDICAL ASSISTANCE**: Whenever a technician needs to leave work due to medical reasons, the Employer will assist in making arrangements for transportation to the technician's home or medical facility, as appropriate. In cases where adequate medical assistance is not available, or where the injury is believed to be life threatening, local emergency aid will be summoned.