## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 05-2183 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF HAROLD A. SCHAITBERGER

I, HAROLD A. SCHAITBERGER, hereby declare as follows:

1.    I am over the age of eighteen and competent to testify to the facts contained in this Declaration from my personal knowledge.

2.    I currently serve as the General President of the International Association of Fire Fighters, AFL-CIO (IAFF).  I have been General President since September 1, 2000.  The IAFF is a plaintiff in the above-captioned case.  This declaration states matters known to the IAFF as a party in this litigation.

3.    The IAFF is an unincorporated labor organization with its principal headquarters at 1750 New York Avenue, NW, Washington, DC 20006.  The IAFF and its local affiliates are the exclusive bargaining representative of approximately 3,500 employees who are employed by the United States Department of Defense ("Department of Defense") and/or the agencies within the Department of Defense.

0638

4.    On behalf of these employees, the IAFF and/or its affiliates have negotiated collective bargaining agreements with the Department of Defense and/or one of its agencies.    These collective bargaining agreements govern the terms and conditions of employment for the employees covered by the agreements.    These collective bargaining agreements include terms that were negotiated under 5 U.S.C. § 7106(b) and that establish procedures with respect to the exercise of management rights and/or appropriate arrangements governing the impact of the exercise of management rights.    There are approximately 75 of these collective bargaining agreements currently in effect.

5.    These collective bargaining agreements will be severely impacted if the Department of Defense implements the final regulation establishing the National Security Personnel System.

6.    I am attaching true and correct copies of certain excerpts from some of the above-referenced collective bargaining agreements as exhibits to this Declaration. These agreements establish currently applicable conditions of employment, and are applicable to Department of Defense employees in collective bargaining units represented by the IAFF and/or one of its affiliates.  The agreements establish currently applicable conditions of employment either because their original expiration dates are in the future; their original expiration dates have been extended to future dates by agreement; or the agreements, though expired, have not been superseded.  Most of the terms stated in the agreement excerpts are identical or similar to terms of many other agreements establishing currently applicable conditions of employment of bargaining unit employees represented by the IAFF and/or its affiliates.

2

**0639**

7.    The attached excerpts are examples of procedures negotiated by the parties with respect to the exercise of management rights, as well as negotiated appropriate arrangements governing the impact of the exercise of management rights. These excerpts are illustrative of the types of negotiated procedures and appropriate arrangement the parties have negotiated; they are not exhaustive.

a.    Exhibit 1 contains excerpts of the "Command Labor Agreement" between the Air Force Materiel Command (AFMC), Wright-Patterson Air Force Base, Ohio, and the IAFF (on behalf of Local F-88). For example, Article 4, section 2 of that agreement preserves the right for both parties to negotiate procedures and appropriate arrangements as permitted by Chapter 71 of Title 5 of the U.S. Code. Article 11 includes informal procedures for amicably resolving unfair labor practices. Article 14 contains provisions regarding training and formats for regular testing.

b.    Exhibit 2 contains excerpts from the Negotiated Agreement between the U.S. Department of Commerce, National Institute of Standards & Technology and IAFF Local F-161. For example, Article XXII provides that a department vehicle will be provided to on-duty employees assigned to training.

c.    Exhibit 3 contains excerpts from the Negotiated Agreement from between Commander, Navy Region Northwest and the IAFF (on behalf of Local F-282). For example, Article 3 of that agreement preserves the right for both parties to negotiate procedures and appropriate arrangements as permitted by Chapter 71 of Title 5 of the U.S. Code. Article 13 contains extensive appropriate arrangements and procedures with respect to training of employees. Article 14 includes provisions for the promotions of employees.

3

d.     Exhibit 4 contains excerpts from the Agreement between Rock Island Arsenal, Rock Island, Illinois and IAFF Local F-292.  For example, Article 12 includes procedures for promotions of employees.  In addition, Article 13 addresses appropriate arrangements for physical fitness time, and Article 14 addresses maintenance priorities for department equipment and other safety matters through appropriate arrangements.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 21st day of November, 2005.

Harold A. Schaitberger

4

**0641**

# Exhibit 1

IAFF/AFMC COMMAND LABOR AGREEMENT

TABLE OF CONTENTS

ARTICLE

1. PROVISIONS OF LAW AND REGULATIONS

2. RECOGNITION AND UNIT DESIGNATION

3. RIGHTS OF THE EMPLOYEE

4. RIGHTS OF THE EMPLOYER

5. TQM

6. UNION RIGHTS AND REPRESENTATION

7. DISCIPLINARY ACTIONS

8. ADVERSE ACTIONS

9. GRIEVANCE PROCEDURE
10. ARBITRATION PROCEDURE

11. ULP INFORMAL SETTLEMENT

12. MATTERS APPROPRIATE FOR CONSULTATION OR NEGOTIATION - CHANGES DURING THE TERM OF
    THE AGREEMENT

13. HOURS OF WORK

14. TRAINING

15. STATION UNIFORMS FOR THE FIRE FIGHTERS

16. DUES WITHHOLDING

17. OVERTIME

18. LEAVE POLICIES

19. PROMOTIONS/DETAILS

20. POSITION AND PAY MANAGEMENT

21. REDUCTION-IN-FORCE (RIF)

22. PERFORMANCE APPRAISAL

23. AIR FORCE CIVILIAN DRUG TESTING PLAN (AFCDTP)

24. CONTRACTING OUT

0643

25. HEALTH AND SAFETY

26. INJURY COMPENSATION

27. JOB RELATED MEDICAL AND PHYSICAL PERFORMANCE
EVALUATIONS FOR FIRE FIGHTERS

28. CIVIC RESPONSIBILITIES

29. COMMUNICATIONS

30. GENERAL PROVISIONS

31. FIRE FIGHTING ASSISTANCE DURING MUNICIPAL JOB ACTIONS

32. LOCAL SUPPLEMENTS TO THE COMMAND
LABOR AGREEMENT

33. FURLOUGH

34. DURATION

MANAGEMENT NEGOTIATING TEAM

UNION NEGOTIATING TEAM

SIGNATORIES

APPENDIX I (AFMC FORM 949) UNION/EMPLOYEE OFFICIAL TIME PERMIT

APPENDIX II (AFMC FORM 196) IAFF STANDARD GRIEVANCE FORM

APPENDIX III (AFMC FORM 192) EXCHANGE OF KELLY DAYS/TIME

APPENDIX IV (AFMC FORM 98) RESPONSE CONFIRMATION

NOTES:

ARTICLE 1
PROVISIONS OF LAW AND REGULATIONS

SECTION 1: PARTIES

This Command Labor Agreement (CLA) is between the Air Force Materiel Command (hereinafter referred to as the Employer) and the National Office of the International Association of Fire Fighters (hereinafter referred to as the Union). Moreover, it is executed pursuant to the exclusive recognition of the National Office of the International Association of Fire Fighters (IAFF) as the certified bargaining agent for the consolidated bargaining unit of employees defined in Article 2 and employed by the Air Force Materiel Command (AFMC), Wright-Patterson Air Force Base, Ohio.

SECTION 2: PREAMBLE

a. The public interest demands the highest standards of employee performance and the continued development and implementation of modem and progressive work practices to facilitate and improve employee performance and the efficient accomplishment of the operations of the Air Force Materiel Command. Therefore, the provisions of the CLA will be interpreted in a manner to promote the requirement for an effective and efficient Fire Department.

b. The Following articles constitute tile entire agreement, and there will be no side agreements or understandings, written or implied, other than those conditions of employment made under Article 12 of this agreement and those local supplement agreements expressly authorized by this agreement. The parties have had full opportunity to raise any and all issues during negotiations, and the articles of this agreement are comprehensive and represent the sum total of the terms and conditions which the parties agree to abide by for its duration.

SECTION 3: CONFORMANCE TO LAW AND REGULATIONS

a. It is agreed that the CLA and the local supplements thereto are subject to the provisions of applicable existing or future laws and regulations of appropriate authorities, including policies set forth in the Federal Personnel Manual, other government-wide regulations, and regulations of the Department of Defense. The terms of this Agreement will govern in the bargaining unit in case of conflict between the terms of this Agreement and any USAF regulations or policies issued subsequent to the approval of this Agreement.

b. Should any part or provision of this Agreement be rendered or declared invalid or illegal by reason of an existing or subsequent law, regulations or ruling of proper authority, the invalidation of such part or provision of this Agreement shall not invalidate any of the remaining parts or provisions of this Agreement, and they shall remain in full force and effect.

ARTICLE 2
RECOGNITION AND UNIT DESIGNATION

SECTION 1: COVERAGE

a. Included: All eligible employees in the Fite Protection Branch at;

(1)        Tinker AFB, Oklahoma,

(2         Robins AFB, Georgia,

(3)        Wright-Patterson AFB, Ohio,

(4)        Kelly AFB, Texas,

**0645**

The Union agrees to accept all eligible employees as members without discrimination as to race, color, religion, age, sex, or national origin.

## SECTION 6

Equal Employment Opportunity. The Employer and the Union agree to cooperate in providing equal employment opportunities for all persons; to prohibit discrimination because of age, race, color, religion, sex, national origin, or handicapped condition; and to promote the full realization of equal employment opportunity. The Employer and the Union will conduct a continuing campaign to eradicate prejudice on the basis described in this section in implementing personnel policies, practices and matters affecting working conditions.

## ARTICLE 4
## RIGHTS OF THE EMPLOYER

### SECTION 1

The Employer retains the right:

    a.  To determine the mission, budget, organization, number of employees, and internal security practices; and

    b.  In accordance with applicable laws:

        (1)    To hire, assign, direct, layoff, and retain employees, or to suspend, remove, reduce in grade or pay, or take other disciplinary action against such employees.

        (2)    To assign work, to make determinations with respect to contracting out, and to determine the personnel by which activity operations shall be conducted.

        (3)    With respect to filling positions, to make selections for appointments from:

            (a)    Among properly ranked and certified candidates for promotion; or

            (b)    Any other appropriate source, and

        (4)    To take whatever action may be necessary to carry out the agency mission during emergencies.

    c.  To determine the numbers, types, and grades of employees or positions assigned to any organization subdivision, work project, or tour of duty, or on the technology, methods and means of performing work.

### SECTION 2

Nothing in this Article shall preclude the Employer and the Union from consulting and/or negotiating--

    a. At the election of the Employer, on the numbers, types, and grades of employees or positions assigned to any organizational subdivision, work project, or tour of duty, or on the technology, methods, and means of performing work;

    b.  Procedures which the Employer will observe in exercising any authority under this Article; or

    c.  Appropriate arrangements for employees adversely affected by the exercise of any authority under this Article by the Employer.

## ARTICLE 5
## TQM

### SECTION 1

The Employer and the Union recognize that the Total Quality Management (TQM) philosophy of continuous process improvement through employee involvement is an important tool in successful mission accomplishment. The parties agree to

**0646**

b.  Any dispute over the application or interpretation of an arbitrator's award, including remanded awards, shall be returned to the arbitrator for settlement.

c.  The arbitrator's award shall be binding on the parties and implemented upon receipt, unless appealed. Either party may file exceptions to an award in accordance with applicable rules and regulations. Arbitrator awards subject to judicial review will be considered on the same basis and under the same rules as if the award had been a decision under an appellate procedure.

SECTION 8

The fee and expenses of the arbitrator shall be born equally by the Employer and the Union.  The cost of a shorthand reporter or transcript, where such is mutually agreed upon by the parties or requested by the arbitrator, shall be shared equally by the parties. Absent mutual agreement, either party may unilaterally request that a transcript be prepared, but must bear all costs incurred in its preparation.  But any party subsequently receiving a copy of a transcript of an arbitration hearing must pay fifty (50) percent of all costs incurred in the preparation of such transcript.

ARTICLE 11
ULP INFORMAL SETTLEMENT

SECTION 1: PURPOSE

This Article sets forth procedures for processing unfair labor practice allegations under 5 USC 7116 before such allegations are formally filed with the Federal Labor Relations Authority under its rules.  The express intent of the parties is to facilitate informal discussion concerning alleged unfair labor practices and enhance the possibility of informal resolution thereof, before Such allegations are formalized before a third party.

SECTION 2: APPLICATION AND COVERAGE

The procedures set forth herein will be applied when either party alleges that the other party has violated a provision of 5 USC 7116; however, allegations involving Section 7116(b)(7)(A) are exempt from this Agreement.  These procedures shall also apply to unfair labor practice allegations raised between subordinate activities of the Employer and Locals of the Union.

SECTION 3: . RIGHTS UNDER LAW

The procedures set forth iii this Article shall not negate either party's right under 5 USC 71 to allege violations of Section 7116 of that Title before the Federal Labor Relations Authority in accordance with its rules.  However, where the parties execute a settlement agreement resolving a particular allegation, that allegation shall be precluded from further processing before the Authority.

SECTION 4: PROCEDURES

a.  Where a party to this Agreement believes that the other party has engaged in any act prohibited by 5 USC 7116, that charging party must notify the responding party of an intent to file an unfair labor practice charge with the Federal Labor Relations Authority.  Such notification must be received by the responding party at least 17 calendar days prior to the filing of such charge with the Authority.  Alleged violations of Section 7116(b)(7)(A) of 5 USC 71 are exempt from this requirement and shall be processed in accordance with applicable rules of the Authority.

b.  Where the Local Union is the charging party, written notification will be served upon the activity Labor Relations

Officer. Where the activity is the charging party, the activity Labor Relations Officer shall serve the Local Union President. Where the IAFF/AFMC Council is the charging party, written notification will be served upon the AFMC Labor Relations Officer. Where the Command is the charging party, the AFMC Labor Relations Officer will serve the IAFF/AFMC Council Chairman or designee.

      c.    The written notice must contain a clear and concise statement of the facts constituting the alleged unfair labor practice, including the time and place of occurrence of the particular acts, any supporting documentation, and the specific provisions of Section 7116 alleged to have been violated.

      d.    At the activity level, the activity Labor Relations Officer may meet informally with the Local Union President to discuss the alleged unfair labor practices. Such meeting shall normally take place within 10 calendar days of receipt of written notice by a responding party as provided above. Any such meetings at tile Command level will be held only upon mutual agreement.

      e.  When a discussion is held, a determination will be made as follows:

          (1)            The issue.

          (2)            Facts leading to the alleged ULP.

          (3)            Identity of the witnesses the charging party desires to be contacted.

          (4)            Arrangements for further discussion between the parties.

    f.  The responding party may then fact find the case and develop information

regarding the alleged ULP.

      g. The party notified of an unfair labor practice allegation as provided in Subsection (a) of this Section shall render a decision to the charging party within 15 calendar days of receipt Of Such notice. If the facts support the proposed charge, remedies will be decided. If the parties are unable to resolve the matter, or if the responding party fails to issue a written decision within the time limits provided herein, the charging party may then pursue the matter before the Federal Labor Relations Authority in accordance with its rules.

## SECTION 5: TIME LIMITS

Where a charging party becomes aware of an alleged unfair labor practice less than 30 days prior to the expiration of time limits for filing an unfair labor practice charge concerning that allegation before the Authority, this Article shall not operate to prevent such timely filing with the FLRA. However, where such occurs as a result of lack of knowledge on the part of the charging party, written notice must be provided as soon as possible prior to the filing of a charge with the Authority.

## SECTION 6: ENFORCEMENT

Disputes over interpretation and application of this Article shall be resolved exclusively under the Negotiated Grievance Procedure.

ARTICLE 12

MATTERS APPROPRIATE FOR CONSULTATION OR NEGOTIATION -
CHANGES DURING THE TERM OF THE AGREEMENT

pursuant to Article 12 of this Agreement.

SECTION 2

Bargainable procedures for trading Kelly days, tours of duty and early relief are expressly authorized for local supplement negotiations.

SECTION 3

This Article is expressly authorized for local supplement negotiations.

ARTICLE 14
TRAINING

SECTION 1

a. The Employer and the Union agree that training and development of employees in the Unit are important in accomplishing both the mission of the Employer and the Federal career goals of the employee. The Employer will develop, promote, and maintain adequate training program which are consistent with the needs of AFMC. Whenever possible, employees will be provided information on relevant fire fighting schools. A reasonable effort will be made by the Employer to determine whether to send employees to such schools. The parties agree that each employee is responsible for applying a reasonable amount of personal time and effort to keep abreast of the changing technology of his/her Occupation.

b. Both parties agree to encourage employees to take advantage of training and educational opportunities. The Employer agrees to permit unit employees to attend training Courses during their duty time Without loss of pay or leave pursuant to applicable regulations providing: The, Employer has determined that the course is job related; the request has been submitted and approved in advance; and the employee can be spared from his/her regular duty assignment,

c. The Union agrees to support and endorse training conducted for the purpose of evaluating and improving the Employer's capability to react to emergency situations.

SECTION 2

It is agreed that a test of job knowledge provides a measure of job capability. Written tests will be given by true-false or multiple choice questionnaires whenever these forms are compatible with the objective of the test. Purpose of the test will be made known and available study reference lists will be made available. Consideration will be given to the views and comments of the Union.

SECTION 3

Management has the right to train and assign work anytime during the tour of duty. However, make work training is discouraged and will not be assigned as punishment, reprisal or harassment. A monthly training schedule will be posted and all deviations will be approved by the Fire Chief or his designee. The Union will be advised in writing of the authorized designee. Changes may be required because of weather conditions (extreme cold, extreme heat, high humidity and high winds), availability of facilities, availability of aircraft, etc. An ambulance and crew will be physically present, as far as possible, during hot training drills.

SECTION 4

The Employer shall provide counseling, training and guidance to all employees in an effort to assist them to remain current in their assigned positions, and, insofar as possible, for the purpose of assisting their career development.

**0649**

SECTION 5

When an employee of the bargaining unit is assigned to any position in which the employee has had no previous or recent experience, he/she will be given a reasonable training period in which to become proficient, as deemed necessary by management.

SECTION 6

The Employer agrees to continue to maintain a department library consisting of fire prevention films, books, periodicals, Technical Orders, Trade journals, etc., for employees' self-development and technological advancement and the state of the art, which may be checked out by bargaining unit members for their use.

SECTION 7

The Employer agrees to maintain adequate facilities necessary for support of the approved training programs.

SECTION 8

    a.  Once the Employer has identified a training requirement which requires TDY, and more than one employee is considered by management to be equally in need of the training, the TDY assignment will be offered to volunteers from that group by seniority in descending order.  If there are no volunteers from that group, the assignment will be given to the least senior.

    b.  Exceptions may be made for hardship reasons in the following manner:

    (1)  Employees must submit a request to the Fire Chief, in writing, within five working days of being notified that he/she has been selected to attend a training course.  Only emergency hardship requests will be accepted by the below panel after the five work day limit.

    (2)  The request must contain the specifics as to what the hardship consists of.

    (3)  The Fire Chief will immediately refer the request to a panel consisting of two members, one member designated by the Employer and the other by the Union.  The panel will render a decision on the request within two eight-hour working days of receipt.

    (4)  In the event the panel renders a split decision, the matter will be referred to the Base Fire Marshal or designee for a final decision.

    (5)  Any employee granted a hardship exception will be scheduled to attend the same type training course at the earliest possible date.

    (6)  The employee requesting the hardship exception may not participate as a panel member on the panel considering his own request.

    (7)  Complaints arising from this system are excluded from Article 9, The Negotiated Grievance Procedure.

SECTION 9

Job related training opportunities will be offered without regard to race, religion, color, creed, national origin, age, sex, disability, political/or union affiliation or any other non merit factor.

**0650**

# Exhibit 2

# EMPLOYEE-MANAGEMENT
## COOPERATION

Negotiated Agreement

Between

## U.S. DEPARTMENT OF COMMERCE
## NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY

and

## INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS
## LOCAL F-161

### OCTOBER 3, 1994

0652

# TABLE OF CONTENTS

| ARTICLE | TITLE | PAGE |
|---------|-------|------|
| | Preamble | 1 |
| I | Definitions | 1 |
| II | Exclusive Recognition and Representation of Agreement | 2 |
| III | Administration of this Agreement | 2 |
| IV | Unfair Labor Practices | 2 |
| V | Management Rights | 4 |
| VI | Union Representation | 4 |
| VII | Employee Rights | 5 |
| VIII | Equal Employment Opportunity | 5 |
| IX | Position Classification | 5 |
| X | Hours of Duty | 5 |
| XI | Overtime | 7 |
| XII | Annual Leave | 8 |
| XIII | Sick Leave | 9 |
| XIV | Voting and Military Leave | 9 |
| XV | Parking | 9 |
| XVI | Training | 9 |
| XVII | Promotions | 10 |
| XVIII | Uniforms | 10 |
| XIX | Deduction of Union Dues | 11 |
| XX | Reduction in Force | 11 |
| XXI | Health, Morale, and Welfare | 12 |
| XXII | Travel | 12 |
| XXIII | Awards for Ideas, Efficiency, and Service | 13 |
| XXIV | Snow Emergency | 13 |
| XXV | Bulletin Board | 13 |
| XXVI | Union-Management Committee | 13 |
| XXVII | Negotiated Grievance Procedure | 14 |
| XXVIII | Arbitration | 17 |
| XXIX | Smoking | 19 |
| XXX | Effective Date and Duration | |

0653

others. The Employer shall make every reasonable effort to utilize bargaining unit employees with physical limitations within the Fire Protection Group in accordance with agency needs and requirements. The procedures set forth in applicable rules, laws and regulations shall be applied to both on-the-job and non-job related illnesses or injuries which require medical restrictions. The employee is required to provide complete medical information detailing the employee's physical limitations and what duties the employee can and cannot perform.

## ARTICLE XXII. Travel

Sec. 1. Employees will be transported or reimbursed by the Employer in accordance with applicable regulations for all work related travel.

Sec. 2. The Employer will provide unit employees with transportation from the Fire Station and NIST fixed posts while on duty.

Sec. 3. The Employer agrees that for any training approved by management, a Fire Department utility vehicle will be provided, if one is available, and if the employee is on duty.

## ARTICLE XXIII. Awards for Ideas, Efficiency and Service

The Employer supports the letter, spirit, and intent of the Government Employees Incentive Awards Act which authorizes the granting of awards to employees who contribute to improving Government operations or who perform special acts of services in the public interest. The use of incentive awards in an integral part of the NIST Personnel Management program.

## ARTICLE XXIV. Snow Emergency

13

0654

# Exhibit 3

# Commander Navy Region Northwest




## NEGOTIATED AGREEMENT
## BETWEEN
## COMMANDER NAVY REGION
## NORTHWEST
## And
## INTERNATIONAL ASSOCIATION
## OF
## FIRE FIGHTERS

## April 2001

0656

# TABLE OF CONTENTS

| Article No. | Title of Article | Page No. |
|---|---|---|
| | PREAMBLE | 2 |
| | WITNESSETH | 2 |
| | SUPPORT GOALS | 3 |
| | PARTNERSHIP COMMITMENT | 3 |
| 1 | RECOGNITION AND UNIT DESIGNATION | 4 |
| 2 | PROVISIONS OF LAWS AND REGULATIONS | 5 |
| 3 | MATTERS APPROPRIATE FOR CONSULTATION AND/OR NEGOTIATION | 7 |
| 4 | UNION RIGHTS & REPRESENTATION | 9 |
| 5 | RIGHTS OF THE EMPLOYER | 12 |
| 6 | RIGHTS OF THE EMPLOYEE | 13 |
| 7 | DISCIPLINARY AND ADVERSE ACTIONS | 14 |
| 8 | GRIEVANCE/ARBITRATION PROCEDURE(S) | 17 |
| 9 | LEAVE POLICY | 24 |
| 10 | WELFARE & MORALE | 26 |
| 11 | HEALTH AND SAFETY | 29 |
| 12 | DUES CHECK-OFF | 32 |
| 13 | FIRE DEPARTMENT TRAINING | 34 |
| 14 | PROMOTIONS/TEMPORARY PROMOTIONS AND DETAILS | 38 |
| 15 | POSITION DESCRIPTION & CLASSIFICATION | 40 |
| 16 | HOURS OF WORK | 42 |
| 17 | DURATION AND CHANGES | 43 |

**0657**

## ARTICLE 3
## MATTERS APPROPRIATE FOR
## CONSULTATION OR NEGOTIATION

**Section 1.**  It is agreed and understood that matters appropriate for negotiation and consultation between the PARTNERS are personnel policies and practices and matters affecting general working conditions of employees in the unit which are within the discretion of the Employer that include but are not limited to such matters as safety, training, labor-management cooperation, employee services, methods of adjusting/resolving grievances, granting leave, promotion plans, demotion practices, pay procedures, reduction-in-force practices, hours of work, etc.  Such negotiations will be in accordance with the requirements of the Statute and this AGREEMENT. The Employer will not unilaterally change any provisions of this AGREEMENT or implement any new regulations, policies or practices which are within the discretion of the Employer without affording the Union the opportunity to bargain concerning the change and/or the impact and implementation of the change to the extent consistent with law and regulation.

**Section 2.**  Nothing in this AGREEMENT will preclude the Employer and the Union from negotiating--

a.  On the numbers, types and grades of employees or positions assigned to any organizational subdivision, work project, or tour of duty, or on the technology, methods, and means of performing work;

b.  Procedures which the Employer will observe in exercising any authority under this AGREEMENT; or

c.  Appropriate arrangements for employees adversely affected by the exercise of any authority by the Employer.

**Section 3.**  For the purpose of this AGREEMENT, consultation is defined as any dialogue, either written or oral, between the PARTNERS and unlike negotiations does not require a mutually acceptable compromise between the PARTNERS.  The Employer agrees to consult, upon request of the Union, on matters that are excluded from negotiation by Article 5 of this AGREEMENT.  When consultation occurs, the Employer agrees to give bonafide consideration to the views that were presented by the Union when finalizing its position.

7

**0658**

**Section 4.** For the purpose of this AGREEMENT, negotiation is defined as bilateral exploration and exchange of views in a good faith effort to reach agreement and reducing to writing any mutual agreement reached if requested by either party.

**Section 5.** The point of contact for the purpose of consulting and/or negotiating on any issue regarding the administration or application of this AGREEMENT shall be the duly elected President or his/her designated representative for the Union and the Director, Fire and Emergency Services and/or his/her designated representative for the Employer. If neither of these officials is available, the PARTNERS will insure that a duly authorized representative will be present and have full authority to perform such functions.

8

0659

## ARTICLE 13
## FIRE DEPARTMENT TRAINING

**Section 1.**   The Employer and the Union agree that training and development of employees in the Unit are important in accomplishing both the mission of the Employer and the Federal career goals of the employee. The Employer will develop, promote and maintain adequate training programs that are consistent with the needs of Employer's Fire Department and in accordance with applicable regulations.   The Employer agrees to provide unit members with information concerning available fire fighting schools conducted by the Department of Defense, Department of the Navy, Federal State and County organizations. A reasonable effort will be made by the Employer to send employees to such schools at no cost to the employee. The PARTNERS support this training and will encourage all unit employees to enroll in these courses for self-development and the good of the Federal Service.   Training directed by the Employer shall be accomplished while the employee is in a duty status and with no cost to the employee.   The PARTNERS agree that each employee is responsible for applying a reasonable amount of personal time and effort to keep abreast of the changing technology of his/her occupation.

The PARTNERS agree to encourage employees to take advantage of training and educational opportunities. The Employer may permit unit employees to attend training courses during their duty time without loss of pay or leave providing: The Employer has determined that the course is job related; the request has been submitted and approved in advance; and the employee can be spared from his/her regular duty assignment.

**Section 2.**  The Employer further agrees to maintain a library [consisting of books, films, videos, etc.] within the Fire Station on the Science of Fire Fighting, Hazardous Material Handling, Emergency Medical Services and Rescue Operations for the employee's self-development and technological advancement.

**Section 3.**    The Human Resources Office and/or their designated representative for those employees who require specific information regarding training and development opportunities may provide career counseling.

**Section 4.**  In accordance with applicable Instructions, the Employer will conduct an annual "training needs survey" to determine the group training needs and requirements of the Fire Department.   The Union will be permitted to submit comments and recommendations regarding training needs to the Director, Fire and Emergency Services for consideration prior to completion of the annual "training needs survey." The Union will be supplied

34

**0660**

with a copy of the completed annual "training needs survey" upon request. In addition, the Employer agrees to maintain complete training records for all bargaining unit employees. Copies of these training records shall be provided to the employee upon his/her request.

**Section 5.**  Based on the results of the "Training Needs Survey", the Fire Department's Sub-Partnership Council shall establish a "Continuing Education Program" for unit employees that relates to all aspects of Employer's Fire Protection/Fire Prevention Program.  This continuing education program shall include, but is not limited to offering the necessary and/or relevant training (through outside sources) to unit employees on an as needed basis.  In addition, the Fire Department's Partnership Council shall develop an in-service (daily) training program that meets the mission requirements of the Fire Department.

**Section 6.**  Pursuant to DOD 6055.6-M all Fire Department employees are required to participate in the DOD Fire and Emergency Services Certification Program as a supplement to the GS-081 Job Series.  Certification levels are the minimum qualification standards for the GS 081 positions Individuals must be certified at these levels before being eligible for promotions, transfers, and certain details.  Specific certification requirements for positions will be outlined in a locally established SOG.  Certification requirements do not apply to the positions occupied by a DOD Fire Fighter on 31 May 2000. The PARTNERS further agree that the Fire Department employees participation in the DOD Certification Program and the physical [practical] training course in and of itself, shall not be used to determine continued employment or standing in the Fire Department positions occupied by a DoD firefighters prior to 31 May 2000.

a. Furthermore, the *PARTNERS* agree that the professional competence of employees in the Fire Department are important in accomplishing both the mission of the Fire Department and the Federal career goals of the employee. To this end, the Employer shall provide relevant/required training and that employees shall be dedicated to self-improvement through active participation in these programs. Consequently, the *PARTNERS* have agreed to fully support the Department of Defense [DOD] Fire and Emergency Services Certification program outlined in DODI 6055.6M and other relevant employee development opportunities.

b. Recognizing the challenges presented by these training requirements the Fire Department's Partnership Committee shall address the short and long term training strategies relating to the implementation of the DOD Fire and Emergency Services

35

**0661**

Certification Program and other relevant development requirements, with the commitment to:

(1) Obtain adequate funding to support the DOD Certification Program. Funding shall be provided for, but not limited to, learning facilities, training material, reference material, computer equipment, and training aids. The Employer agrees to provide the necessary facilities, training material, reference material, computer equipment and other training aids in order to support this program as mutually agreed to by the PARTNERS.

(2) Provide policies/procedures designed to keep employees current and to give the employees the opportunity to be eligible for future promotions.

c. It is agreed that a test of job knowledge provides a measure of job capability. Tests associated with the DOD Fire and Emergency Services Certification Program will normally be given by true-false, multiple choice, matching and/or completion questionnaires whenever these forms are compatible with the objective of the test. Purpose of the test shall be made known and available study reference lists shall be made available. Written tests generated locally and not connected with the Certification Program will be given by true/false or multiple-choice questionnaires whenever these forms are compatible with the objective of the test. The purpose of the test shall be made known and available study reference lists shall be published.

d. The Employer has the right to train and assign work anytime during the tour of duty. However, "make work" training is discouraged and will not be assigned as punishment, reprisal or harassment. A monthly training schedule will be established, posted and the Director, Fire and Emergency Services or his designee will approve all deviations. The Union will be advised in writing of the authorized designee. Changes may be required because of weather conditions (extreme cold, extreme heat, high humidity and high winds), availability of facilities, etc. The Employer shall make the necessary arrangement to have an ambulance and crew on site during live fire training drills.

e. In the event the ambulance and crew needs to respond to an actual emergency, the live fire training drill shall be terminated as quickly

36

**0662**

and safely as possible. To ensure that safe working conditions are provided to unit employees, such training shall not resume until such time as the ambulance and crew can be physically present on site.

f. The Employer agrees to provide and maintain a library consisting of fire prevention films, books, periodicals, Technical Orders, Trade Journals, etc. at each fire station. The library will be for employees' self-development and technological advancement. The Sub-Partnership Committee will identify what training material is necessary and relevant [to support the DOD Certification Program] and will take the appropriate action to order such material. In addition, the Employer agrees to maintain a modern videocassette recorder/player and a Thirty-two inches or larger television at each station for training purposes.

g. The Employer agrees to maintain and/or provide access to adequate facilities necessary to support the practical portion of the approved training programs.

h. The Employer shall provide counseling, training and guidance to all employees in an effort to assist them in remaining current in their assigned positions and for the purpose of assisting their career development.

i. When an employee of the unit is assigned to any position in which the employee has had no previous or recent experience, he/she will be given a reasonable training period in which to become proficient.

j. Job related training opportunities will be offered without regard to race, religion, color, creed, national origin, age, sex, political affiliation, Union affiliation or any other non merit factor.

**Section 7.  Training Records.**  The Employer will maintain training records on each Fire Department employee. Copies of these training records shall be provided to the employee upon his/her request within 5 working days.

**0663**

# Exhibit 4

# TABLE OF CONTENTS

PREAMBLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ARTICLE 1    Recognition and Coverage of Agreement . . . . . 3

ARTICLE 2    Mid-Contract Negotiations/Consultations . . . . . 4

ARTICLE 3    Rights of Employer . . . . . . . . . . . . . . . . . . . . 6

ARTICLE 4    Rights of Union . . . . . . . . . . . . . . . . . . . . . . . 7

ARTICLE 5    Rights of Employees . . . . . . . . . . . . . . . . . . . 8

ARTICLE 6    Union Representation . . . . . . . . . . . . . . . . . . 9

ARTICLE 7    Union-Management Meetings . . . . . . . . . . . . . 12

ARTICLE 8    Hours of Work . . . . . . . . . . . . . . . . . . . . . . . 13

ARTICLE 9    Leave and Absences . . . . . . . . . . . . . . . . . . . 16

ARTICLE 10   Overtime. . . . . . . . . . . . . . . . . . . . . . . . . . . 21

ARTICLE 11   Reduction-in-Force and Demotions . . . . . . . . . 25

ARTICLE 12   Promotions and Placements . . . . . . . . . . . . . . 26

ARTICLE 13   Physical Fitness Requirements . . . . . . . . . . . . 28

ARTICLE 14   Safety. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

ARTICLE 15   Training. . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

ARTICLE 16   Grievance Procedure . . . . . . . . . . . . . . . . . . 32

ARTICLE 17   Employer and Union Dispute Procedure . . . . . . . 36

ARTICLE 18   Arbitration. . . . . . . . . . . . . . . . . . . . . . . . . . 37

ARTICLE 19   Alternative Discipline Program . . . . . . . . . . . . . 39

ARTICLE 20   Uniforms, Protective Clothing, and Uniform Allowance 40

ARTICLE 21   Use of Official Facilities . . . . . . . . . . . . . . . . . 41

ARTICLE 22   Publicizing the Agreement . . . . . . . . . . . . . . . 42

ARTICLE 23   Voluntary Allotment of Union Dues . . . . . . . . . 43

ARTICLE 24   Job Descriptions . . . . . . . . . . . . . . . . . . . . . 45

ARTICLE 25   Productivity . . . . . . . . . . . . . . . . . . . . . . . . . 46

ARTICLE 26   Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . 47

ARTICLE 27   Employee Assistance Program . . . . . . . . . . . . . 48

ARTICLE 28   Duration of Agreement . . . . . . . . . . . . . . . . . 50

I

<u>PREAMBLE</u>

Pursuant to policy set forth in Federal Service Labor-Management Relations Statute, 5 USC Chapter 71, and all future amendments, the following articles constitute an agreement by and between the Rock Island Arsenal, Rock Island, Illinois, hereinafter referred to as the Employer, and Local F-292 of the International Association of Fire Fighters, hereinafter referred to as the Union. This agreement is entered into pursuant to exclusive recognition granted under 5 U.S. Code Chapter 71 on December 23, 1998 in Case No. CH-RP-90002.

It is agreed and understood by the Union and the Employer that in the administration of all matters covered by this agreement, officials and employees are governed by existing or future laws and the regulations of appropriate authorities; including published agency policies and regulations in existence at the time this agreement was approved; and by subsequently published agency policies and regulations required by law or by the regulations of appropriate authorities, or authorized by the terms of a controlling agreement at a higher agency level.

It is also agreed and understood that this agreement will have the full force and effect of regulations in the Fire and Emergency Services Division, Directorate of Public Works, Rock Island Arsenal.

**0666**

## ARTICLE 12

## PROMOTIONS AND PLACEMENTS

Section 1. It is agreed that all placements and promotions will be accomplished in accordance with the Merit Promotion and Placement Plan (MPPP) and appropriate regulations.

Section 2. There will be no discrimination in promotion or selection for promotion because of race, religion, color, lawful political or other affiliation, marital status, sex, national origin, age, or membership in a Union.

Section 3. Promotions shall be made on the basis of qualifications, fitness, and merit. The selecting supervisor or official is entitled to select candidates in accordance with the spirit and intent of governing regulations.

Section 4.

a. The Employer agrees to hold job opportunity announcements and amendments thereto open for at least five (5) days for filing of applications.

b. All vacancy announcements shall normally open on Monday and close on Friday.

c. Such announcements shall clearly state the minimum qualification requirements, organizational location of the position, a statement that the results of the announcement may be used in filling subsequent vacancies for a period of one hundred eighty (180) days from the closing date of the announcement and the manner in which candidates may file for them.

d. Announcements shall be posted on the Civilian Personnel On-Line (CPOL) web page at http://www.cpol.army.mil.

e. The parties agree to test the use of the RESUMIX system for a 1 year period. Prior to the test, all bargaining unit members will receive training on the RESUMIX system and resume writing skills. A separate Memorandum of Agreement will be developed for the test period.

Section 5. Candidates for promotion shall be given, upon individual request, their rating for promotion and the disposition of their applications. The Employer shall provide appropriate counseling and guidance to any employee rated ineligible or not selected for promotion, in order to improve the employee's career opportunities.

Section 6. It is agreed that as a reasonable condition of employment each candidate who will have fire-fighting duties included in their job description will be required to meet Office of Personnel Management physical requirements. This will include individuals involved in reduction-in-force or individuals that may have entered the Fire Department in a non-fire fighting position.

**0667**

Section 7. Paramedic Program. If the Employer establishes firefighter positions to include paramedic duties, employees selected for this program who cannot successfully complete the required training to be certified as Paramedics, will be provided the opportunity to return to their former positions in the Fire and Emergency Services Division. Employees selected for the program who cannot be promoted because of time in grade restrictions will be considered for waiver in accordance with government wide regulations.

0668

## ARTICLE 13

## PHYSICAL FITNESS REQUIREMENTS

<u>Section 1</u>.  The parties recognize the importance of physical fitness for employees engaged in fire fighting.  Continued physical fitness is a reasonable condition of employment.

a.  Management has determined that one-hour of duty time, 3 days per week will be designated during the duty day for the purpose of performing physical training requirements as established by the Employer.

b.  Employees will be required to engage in exercise for a minimum of 30 minutes, sufficient to raise an employee's heart rate to the "target zone."

c.  Employees may elect to exercise longer than 30 minutes, if they elect to do so, however, they will be required to be showered and ready for duty at the end of the 60-minute period.

d.  To the maximum extent practicable, the 60-minute Physical Training period will be scheduled contiguously with a period of standby time.  With prior supervisory approval, employees may utilize their standby time to continue exercising beyond the designated 60-minute period or utilize their standby time for cleanup.

e.  Employees will be required to respond to a fire call regardless of whether the call is received during the designated Physical Training period or if an employee is exercising during standby time.

f.  Employees will be required to provide their own exercise clothing and shoes.

<u>Section 2</u>.  Union and management shall jointly develop a physical fitness program, which shall, at a minimum, meet the requirements of applicable Army regulations.  All employees of the bargaining unit should participate in the program.

0669

ARTICLE 14

SAFETY

Section 1. The Employer will continue to make every reasonable effort to provide and maintain safe working conditions for employees in the unit. It is agreed that safety is a collective responsibility of the Employer and the employees. The Union will cooperate with the Employer by encouraging employees to observe all safety rules, requirements, and regulations in the performance of their assigned duties; to report promptly to their supervisors all observed unsafe practices or conditions; and, if injured on the job, to report the injury to their supervisors immediately.

Section 2. The Employer agrees that all emergency equipment assigned to the operation of the Fire Department will receive top priority in maintenance, to assure that the emergency equipment will be in a safe operating condition at all times. The Employer shall provide for testing and inspection of the structural integrity and safety of all apparatus and equipment utilized by the fire protection/inspection sections. The results of these tests will be made available to the Union upon request. The Employer agrees to take prompt and appropriate action when unsafe conditions involving apparatus and/or equipment is reported to or observed by the Employer. New and replaced equipment will meet applicable standards.

Section 3. The Employer agrees that during the winter season, the Arsenal Fire Station premises will receive equipment access priority in snow plowing, sanding, and salting.

Section 4. Unsafe Conditions. When an employee feels that he is subjected to unsafe or unhealthy conditions, other than fire protection and fire prevention duties, which by their nature are recognized to be inherently hazardous, he will report the circumstances to his immediate supervisor. The employer will take prompt action on the employee complaint. If the complaint cannot be resolved through management channels within the organization, the Safety Office (SMARI-SF) will be contacted to make an on-site determination of the reasonableness of the complaint. All action taken as a result of an employee complaint will be a matter of written record.

Section 5. The Parties mutually agree to fully support initiatives developed to provide educational information to employees in the Fire and Emergency Services Division, Directorate of Public Works, Rock Island Arsenal designed to increase awareness and understanding of AIDS (Acquired Immune Deficiency Syndrome).

Section 6. With the ongoing concern toward the spread of infectious diseases, the employer agrees to provide for the protection of bargaining unit employees to include provision of disposable gloves, micro shields, protective aprons, and adequate eyewash for response at any type of medical emergencies where the handling of the victim may be cause for concern.

Section 7. Protective clothing furnished to bargaining unit employees will be in accordance with the requirements of OSHA and NFPA standards. Employees shall be responsible for the condition of items furnished and the return of such items as required by the Employer. Equipment utilized by unit employees will be in accordance with NFPA 1500 standards. The Employer agrees to replace/repair or decontaminate protective clothing and equipment.

29

**0670**

Section 8.  The Employer agrees that employees exposed to infectious diseases, hazardous substances, toxic fumes, epoxy paint, radiation, etc., shall be given an appropriate physical evaluation as soon as practical.  The Employer will maintain an up to date hazardous material exposure record for all bargaining unit employees.  The employer agrees to provide the Union a copy of this record upon request with the employee's written consent.

Section 9.  The Employer and the Union agree that in an effort to promote safety and infectious disease control that the department will appoint a Safety Officer and an Infectious Disease Control Officer.

Section 10.  Rehabilitation During Emergency Operations.  The Employer shall maintain an awareness of the condition of bargaining unit employees operating within their span of control during emergencies and ensure that adequate steps are taken to provide for their safety and health.  The command structure shall be utilized to request relief and reassignment of fatigued crews.  The incident commander shall consider the circumstances of each incident/hazardous stand-by and make suitable provisions for rest and rehabilitation of bargaining unit members operating at the scene.  These considerations shall include medical evaluation and treatment, providing food and fluid replenishment (at no cost to the employee) and relief from extreme climatic conditions, according to the circumstances of the incident.

0671