IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:05CV02183 EGS ) |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, et al., | ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

Pursuant to the Court's minute order of January 18, 2006, defendants are filing herewith a Statutory and Regulatory Addendum for use at the hearing scheduled for January 24, 2006.

Dated: January 23, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

     /s/ Jonathan E. Zimmerman
SUSAN K. RUDY, D.C. Bar # 369112
JOSEPH W. LOBUE, D.C. Bar # 293514
JONATHAN E. ZIMMERMAN, MA Bar # 654255
JEFFREY M. SMITH, D.C. Bar # 467936
Attorneys, U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-4640
Attorneys for Defendants