UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*, | : : : : |
| Plaintiffs, | : : |
| v. | :  Case No. 1:05CV02183 (EGS) |
| DONALD RUMSFELD, SECRETARY OF DEFENSE, *et al.*, | : : : : |
| Defendants. | : : |

## NOTICE OF FILING

Pursuant to the Court's minute order of January 18, 2006, the plaintiffs are filing herewith the following:

(1) Plaintiffs' Comparison of the Statutory Language and Challenged Regulations (with table of contents and appendices indexing statutes and regulations);

(2) Flowchart of Appeals Process (excluding Mandatory Removal Offenses); and

(3) Flowchart of Appeals Process for Mandatory Removal Offenses.

Plaintiffs will ensure that additional copies of the foregoing documents will be available for the Court and the parties at the oral argument scheduled for 10:00 a.m. on Tuesday, January 24, 2006.

DATED:     January 23, 2006			Respectfully submitted,

      /s/ Joseph E. Goldberg
JOSEPH GOLDBERG, Bar # 291096
Assistant General Counsel
MARK D. ROTH, Bar # 235473
General Counsel
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, N.W.
Washington, DC  20001
(202) 639-6426

      /s/ Sally M. Tedrow
SALLY M. TEDROW, Bar #938803
ROBERT MATISOFF, Bar #210294A
KEITH R. BOLEK, Bar #463129
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
(202) 362-0041

      /s/ Susan Tsui Grundmann
SUSAN TSUI GRUNDMANN, Bar #433437
General Counsel
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, FD-1, IAMAW, AFL-CIO
1016 16th Street, N.W.
Washington, DC  20036
(202) 862-4400

      /s/ Daniel M. Schember
DANIEL M. SCHEMBER, Bar #237180
GAFFNEY & SCHEMBER, P.C.
1666 Connecticut Avenue, N.W.
Suite 225
Washington, DC  20009
(202) 328-2244

Attorneys for Plaintiffs

138005_1

2

Of Counsel:

JEAN E. ZEILER
Senior Counsel
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, SEIU,
159 Burgin Parkway
Quincy, MA  02169
(617) 376-0220

JULIA AKINS CLARK, Bar #337493
General Counsel
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS, AFL-CIO
8630 Fenton Street, Suite 400
Silver Spring, MD  20910
(301) 565-9016

PATRICK J. SZYMANSKI, Bar #269654
General Counsel
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC  20001
(202) 624-6945

138005_1