

# Appeal Process (MROs)

```
Decision Notice --Employee Appeals--> Initial Decision of MSPB AJ* (only Secretary can mitigate)
    │
    ▼
Request for Review (RFR)
    ├──> DoD acts on RFR
    │       ├── Material Errors of Fact or New Evidence ──> DoD Remands ──> (back to Initial Decision of MSPB AJ)
    │       │       └── DoD may modify or reverse ──> DoD's Final Decision ──> Employee Appeals
    │       ├── Direct impact on nat'l sec. mission, error in interp. of law, rule, or regs.
    │       │       └── DoD may modify or reverse ──> DoD's Final Decision ──> Employee Appeals
    │       └── DoD may affirm ──> DoD's Final Decision ──> Employee Appeals
    └──> DoD does not act on RFR ──> DoD's Final Decision ──> Employee Appeals
                                                                    │
                                                                    ▼
                                                    Petition for Review to full MSPB*
```

\* If employee prevails, DoD may propose another adverse action (non-MRO) based in whole or in part on the same or similar evidence