*American Fed. of Govt. Employees, AFL-CIO, et al. v. Rumsfeld, et al.*
US District Court
District of Columbia
Case No.: 05cv02183 (EGS)

Exhibit to Plaintiffs' Supplemental Response With Respect To The Comparison of The NSPS Appeals System With the System Used By The Equal Employment Opportunity Commission

# Exhibit 1

Docket No. CA052183
Excerpt
01.24.2006 10:10 am
Transcript of a Motion Before
The Honorable Emmet G. Sullivan
United States District Judge

1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


AMERICAN FEDERATION OF            .
GOVERNMENT EMPLOYEES, et al.,     .
                                  .  Docket No. CA-05-2183
          Plaintiffs,             .
                                  .
          vs.                     .  E X C E R P T
                                  .
DONALD RUMSFELD, et al.,          .
                                  .  Washington, D.C.
          Defendants.             .  Tuesday, January 24, 2006
                                  .  10:10 a.m.
. . . . . . . . . . . . . . . . . .

                       TRANSCRIPT OF A MOTION
                BEFORE THE HONORABLE EMMET G. SULLIVAN
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiffs:          JOSEPH GOLDBERG, Esquire
                         SUSAN TSUI GRUNDMANN, Esquire
                         AMERICAN FEDERATION OF GOVERNMENT
                           EMPLOYEES
                         80 F Street, NW
                         Washington, DC 20001

                         DANIEL MCCREA SCHEMBER, Esquire
                         GAFFNEY & SCHEMBER, PC
                         1666 Connecticut Avenue, NW
                         Suite 225
                         Washington, DC 20009

                         SALLY MOMSEN TEDROW, Esquire
                         KEITH R. BOLEK, Esquire
                         O'DONOGHUE & O'DONOGHUE LLP
                         4748 Wisconsin Avenue, NW
                         Washington, DC 20016-4610




Proceedings recorded by machine shorthand, transcript
produced by computer-aided transcription.
```

2

```
For the Government:     JOSEPH W. LOBUE, Esquire
                        SUSAN RUDIE, Esquire
                        JONATHAN ELI ZIMMERMAN, Esquire
                        JEFFREY MICHAEL SMITH, Esquire
                        US DEPARTMENT OF JUSTICE
                        20 Massachusetts Avenue, NW
                        Room 7300
                        Washington, DC 20530

Court Reporter:         Elaine A. Merchant, RPR, CRR
                        Official Court Reporter
                        333 Constitution Avenue, NW
                        Room 6822
                        Washington, DC 20001
                        (202)289-1571
```

3

1        E X C E R P T   O F   P R O C E E D I N G S
2              (Proceedings were recorded, but not transcribed.)
3              MR. LOBUE:  One last thing I want to mention, and
4     this is not cited in our briefs, and I apologize for that.  I
5     just simply wasn't aware of it.  But the system of allowing
6     administrative judges, independent administrative judges, to
7     become part of the agency process is not unique.  It is very
8     similar to a system used for equal employment opportunity
9     complaints with the EEOC and in the same way the EEOC assigns
10    an administrative judge, independent administrative judge, to
11    hear the matter.
12             Then after the administrative judge makes its initial
13    recommended determination the agency can determine it's not
14    going to follow it, it makes its final decision, it says we
15    disagree with the administrative judge, we're not going to
16    follow it, and, in addition, at the same time files an appeal
17    with the full EEOC.
18             And that entire procedure is very similar to what we
19    have here.  The Department of Defense has an independent
20    administrative judge hear it and then they decide whether the
21    decision conforms with the law.
22             THE COURT:  The administrative judge that's brought
23    in by EEOC, are they independent?
24             MR. LOBUE:  They're employees of the EEOC in the same
25    way the MSPB administrative judges are employees of the MSPB.

4

```
 1    They're brought in to hear the particular agency matter, then
 2    the agency renders its final determination and then it's
 3    appealed to the full EEOC.  And that regulation is found at,
 4    and, again, we didn't cite the brief, and I apologize for that,
 5    29 C.F.R. 1614.110.
 6              There's nothing unfair about that process.  It adds
 7    to the fairness of a process to have an independent fact
 8    finder.  If DOD hired its own administrative judge, it wouldn't
 9    be any more fair.  They're going to the MSPB to get somebody
10    who is experienced in hearings and can hear this matter and
11    make an independent judgment as to the facts.  DOD reviews that
12    judgment, but the fact finder's basic judgment is entirely
13    fair, it's based on a preponderance of the evidence standard,
14    there's nothing unfair about that procedure.
15              THE COURT:  Now, the analogy that you've just drawn,
16    though, is not reflected in your written submissions, is it?
17    The analogy that you've drawn between the fairness of this
18    process and the EEOC, that's not reflected in your written
19    submissions?
20              MR. LOBUE:  No, it is not.
21              THE COURT:  In fairness to plaintiffs, if they want
22    to address that in the next day or two, they can.
23              (Further proceedings were recorded, but not
24    transcribed.)
25              (The hearing concluded at 1:30 p.m.)
```

```
 5



 1                    CERTIFICATE OF REPORTER

 2         I certify that the foregoing is a correct transcript

 3     from the record of proceedings in the above-entitled matter.

 4

 5                              _____

 6                              ELAINE A. MERCHANT, RPR, CRR

 7                              Official Court Reporter

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```