**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                    )
AMERICAN FEDERATION OF              )
GOVERNMENT EMPLOYEES,               )
AFL-CIO, et al.,                    )
                                    )
            Plaintiffs,             )
                                    )
     v.                             )   Civ. No. 05-2183 (EGS)
                                    )
                                    )
DONALD H. RUMSFELD,                 )
SECRETARY, UNITED STATES            )
DEPARTMENT OF DEFENSE, et al.,)
                                    )
            Defendants.             )
                                    )
                                    )
```

**ORDER**

For the reasons discussed in the accompanying Memorandum Opinion, the Court concludes that: (1) defendants satisfied their statutory obligation to collaborate with plaintiffs; (2) defendants lawfully departed from chapter 71 in establishing a labor relations system; (3) the new rule fails to ensure that employees can bargain collectively; (4) the NSLRB does not meet Congress' requirement for "independent third party review" of labor relations decisions; and (5) the process for appealing adverse actions fails to provide employees with "fair treatment," as required by Congress.  Therefore, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that defendant's Motion to Dismiss is

**GRANTED IN PART AND DENIED IN PART;** and it is

**FURTHER ORDERED** that the defendants are permanently enjoined from implementing Subparts G and H of 5 C.F.R. § 9901; and it is

**FURTHER ORDERED** that Subpart I of 5 C.F.R. § 9901 is permanently enjoined, unless and until this Court approves any proposed order submitted by defendants that selectively enjoins Subpart I in a manner consistent with this Court's Memorandum Opinion.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**February 27, 2006**