IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF          )
 GOVERNMENT EMPLOYEES, et al.,   )
                                )
            Plaintiffs,          )
                                )
        v.                       )   Case No. 1:05CV02183 (EGS)
                                )
DONALD RUMSFELD, SECRETARY OF    )
 DEFENSE, et al.,                )
                                )
            Defendants.          )

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Donald Rumsfeld, Secretary of the United States

Department of Defense, and Linda M. Springer, Director of the Office of Personnel Management,

hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the

Memorandum Opinion and Order entered by the Court on February 27, 2006 (Docket Nos. 28 and

29), which denied defendants' motion to dismiss in part and granted plaintiffs' motion for summary

judgment in part.

Dated: April 17, 2006                Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General
                                     KENNETH L. WAINSTEIN
                                     United States Attorney


                                     SUSAN K. RUDY, D.C. Bar # 369112
                                     JOSEPH W. LOBUE, D.C. Bar # 293514
                                     JEFFREY M. SMITH, D.C. Bar # 467936
                                     JONATHAN E. ZIMMERMAN, MA Bar # 654255
                                     Attorneys, U.S. Department of Justice
                                     20 Massachusetts Avenue, N.W., Room 7300
                                     Washington, D.C. 20530
                                     Telephone: (202) 514-4640
                                     *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on April 17, 2006, I caused a copy of the foregoing Notice of Appeal to be served by first-class mail, postage prepaid, upon plaintiffs' counsel at the following addresses:

Joseph Goldberg
Mark D. Roth
American Federation of Government Employees, AFL-CIO
80 F Street, N.W.
Washington, D.C. 20001

Daniel McCrea Schember
Gaffney & Schember, P.C.
Suite 225
1666 Connecticut Ave., N.W.
Washington, D.C. 20009

Sally Momsen Tedrow
Robert Matisoff
Keith R. Bolek
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016-4610

Susan Tsui Grundmann
National Federation of Federal Employees, AFL-CIO
1016 16th Street, N.W.
Washington, D.C. 20036

_____
Jonathan E. Zimmerman