IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF GOVERNMENT :
EMPLOYEES, AFL-CIO, *et al.*,          :
                                        :
                    Plaintiffs,         :
                                        :   Case No. 1:05CV02183 (EGS)
        v.                              :
                                        :
DONALD H. RUMSFELD, SECRETARY           :
OF DEFENSE, *et al.*,                   :
                                        :
                    Defendants.         :

## NOTICE OF APPEAL

**American Federation of Government Employees AFL-CIO; Metal Trades Department, AFL-CIO; National Federation of Federal Employees, FD-1, IAMAW, AFL-CIO; Association of Civilian Technicians, Inc.; National Association of Government Employees, SEIU; United Power Trades Organization; International Federation of Professional & Technical Engineers, AFL-CIO; International Brotherhood of Teamsters; Laborers' International Union of North America, AFL-CIO; International Association of Fire Fighters; Overseas Federation of Teachers, AFT, AFL-CIO; International Association of Machinists & Aerospace Workers, AFL-CIO; National Association of Independent Labor**

Pursuant to Federal Rule of Appellate Procedure 3(b), please take notice that the plaintiffs below the American Federation of Government Employees, AFL-CIO; Metal Trades Department, AFL-CIO; National Federation of Federal Employees, FD-1, IAMAW, AFL-CIO; Association of Civilian Technicians, Inc.; National Association of Government Employees, SEIU; United Power Trades Organization; International Federation of Professional & Technical Engineers, AFL-CIO; International Brotherhood of Teamsters; Laborers' International Union of North America, AFL-CIO; International Association of Fire Fighters, AFL-CIO; Overseas Federation of Teachers, AFT, AFL-CIO; International Association of Machinists & Aerospace Workers, AFL-CIO; and the National Association of Independent Labor hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum

Opinion and Order entered by the United States District Court for the District of Columbia on February 27, 2006 (Docket Nos. 28 and 29), which denied defendants' motion to dismiss in part and granted plaintiffs' motion for summary judgment in part.

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), please be advised that the defendants, below, have filed a Notice of Appeal with this Court on April 17, 2006.

Dated: May 1, 2006

Respectfully submitted,

| | |
|---|---|
| JOSEPH GOLDBERG, Bar # 291096<br>Assistant General Counsel<br>MARK D. ROTH, Bar # 235473<br>General Counsel<br>Am. Fed'n of Gov't Employees, AFL-CIO<br>80 F Street, N.W.<br>Washington, DC 20001<br>(202) 639-6426 | SALLY M. TEDROW, Bar #938803<br>KEITH R. BOLEK, Bar #463129<br>O'Donoghue & O'Donoghue LLP<br>4748 Wisconsin Avenue, N.W.<br>Washington, DC 20016<br>(202) 362-0041 |
| SUSAN TSUI GRUNDMANN, Bar #433437<br>General Counsel<br>Nat'l Fed'n of Fed. Employees,<br> FD-1, IAMAW, AFL-CIO<br>1016 16th Street, N.W.<br>Washington, DC 20036<br>(202) 862-4400 | /s/ Daniel M. Schember<br>DANIEL M. SCHEMBER, Bar #237180<br>Gaffney & Schember, P.C.<br>1666 Connecticut Avenue, N.W., Suite 225<br>Washington, DC 20009<br>(202) 328-2244 |

*Attorneys for Plaintiffs*

| | |
|---|---|
| JEAN E. ZEILER<br>Senior Counsel<br>Nat'l Ass'n of Gov't Employees,<br> SEIU<br>159 Burgin Parkway<br>Quincy, MA 02169<br>(617) 376-0220 | JULIA AKINS CLARK, Bar #337493<br>General Counsel<br>Int'l Fed'n of Prof'l & Technical<br> Eng'rs, AFL-CIO<br>8630 Fenton Street, Suite 400<br>Silver Spring, MD 20910<br>(301) 565-9016 |

PATRICK J. SZYMANSKI, Bar #269654
General Counsel
Int'l Bhd. of Teamsters
25 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 624-6945

*Of Counsel*

141723_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2006, a copy of the Notice of Appeal was sent by first class mail to:

Ms. Jean E. Zeiler
Senior Counsel
National Association of Gov't Employees,
 SEIU, AFL-CIO
159 Burgin Parkway
Quincy, MA  02169

Ms. Julia Akins Clark
General Counsel
Int'l Federation of Prof'l & Technical
 Engineers, AFL-CIO
8630 Fenton Street, Suite 400
Silver Spring, MD  20910

Mr. Patrick J. Szymanski
General Counsel
International Brotherhood of Teamsters
25 Louisiana Avenue, NW
Washington, DC  20001

*Janice McMillan* (signature)
Janice McMillan
Legal Assistant
American Federation of
 Government Employees, AFL-CIO
80 F Street, NW
Washington, DC  20001
(202) 639-6425

{00218307.DOC}