# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5113**                                            **September Term, 2006**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, ET AL.,
APPELLEES

v.

ROBERT M. GATES,
SECRETARY OF DEFENSE, IN HIS OFFICIAL CAPACITY AND
LINDA M. SPRINGER, DIRECTOR, IN HER OFFICIAL CAPACITY,
APPELLANTS

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAY 18 2007

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02183)

Before: TATEL and KAVANAUGH, *Circuit Judges,* and WILLIAMS, *Senior Circuit Judge.*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed, and the DoD regulations at issue in this appeal upheld, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9-17-07
BY:
ATTACHED:  __ Amending Order
            __ Opinion
            __ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: May 18, 2007

Opinion for the court filed by Circuit Judge Kavanaugh.
Opinion dissenting in part filed by Circuit Judge Tatel.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk